

June 20, 2003

The Honorable William M. Nickerson
U.S. District Court Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

     Re:    <u>Derek L. Simms v. Isaias Tessema, et al.</u>, Case No. 02-cv-03276-WMN

Dear Judge Nickerson:

    Pursuant to the Scheduling Order in the above-captioned case, the parties have conferred with each other regarding early settlement, deposition hours, and proceeding before a United States Magistrate Judge. This letter constitutes a report with respect to these three matters, and is prepared with the agreement of opposing counsel, Donald J. Crawford.

    First, neither party requests early settlement/ADR conference. Second, both parties believe that **20 hours** of depositions of fact witnesses (including parties) for each side is appropriate. Third, neither party consents to proceed before a United States Magistrate Judge.

    Thank you for your consideration of this report.

                              Respectfully submitted,

                              /s/

                              Colleen M. Mallon
                              Attorney for Derek L. Simms

cc:    Donald J. Crawford
       Derek L. Simms

#219042 v1 - Letter to Judge Nickerson