IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties to the above-captioned action, Plaintiff Derek L. Simms and Defendants Isaias Tessema, M.D. and Denise Vanmeter, R.N., by their respective counsel, hereby jointly request that this Court enter an Order extending all deadlines currently set forth in the Scheduling Order by sixty (60) days. Due to scheduling conflicts, as well as the summer schedule, the parties have agreed and stipulated to extend all deadlines currently set forth in the Scheduling Order by sixty (60) days.

WHEREFORE, the parties jointly request that all dates in the scheduling order be extended by sixty (60) days.

Respectfully submitted,

_____
Colleen M. Mallon
Federal Bar No.: 26967
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

*Attorney for Plaintiff Derek L. Simms*

-2-

                                                                    _____
Donald J. Crawford
Federal Bar No.: 11290
Adelman, Sheff & Smith, LLC
200-A Monroe Street, Suite 310
Rockville, Maryland 20850
(301) 340-1140

*Attorney for Defendants*
*Isaias Tessema, M.D. and*
*Denise Vanmeter, R.N*

BA2 #220821

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

DEREK L. SIMMS,     *

        Plaintiff,     *

v.     *    Civil Action No.: 1:02-cv-3276WMN

ISAIAS TESSEMA, M.D., et al.,     *

        Defendants.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

It is this _____ day of _____, 2003, upon consideration of the parties' Joint Motion to Modify Scheduling Order, hereby ordered and decreed that all deadlines set forth in the June 9, 2003, Scheduling Order shall be extended by sixty (60) days. The new deadlines follow:

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | September 22, 2003 |
| Plaintiff's Rule 26(a)(2) disclosures disclosures re experts | October 7, 2003 |
| Defendant's Rule 26(a)(2) disclosures re experts | November 7, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | November 21, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | November 28, 2003 |
| **Discovery Deadline; Submission of status report** | December 21, 2003 |
| Requests for admission | December 28, 2003 |

-3-

| **Dispositive pretrial motions deadline** | January 20, 2004 |

**SO ORDERED:**

_____  _____
Date                                   William M. Nickerson
                                       United States District Judge

BA2 #220821