## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties to the above-captioned action, Plaintiff Derek L. Simms and Defendants Isaias Tessema, M.D. and Denise Vanmeter, R.N., by their respective counsel, hereby jointly request that this Court enter an Order extending all expert and discovery deadlines, as well as the dispositive pretrial motions deadline, by sixty (60) days. The parties agree that a further extension of time is necessary to complete discovery within the current discovery period.

WHEREFORE, the parties jointly request that all dates in the scheduling order be extended by sixty (60) days.

Respectfully submitted,

_____/s/_____
Colleen M. Mallon
Federal Bar No.: 26967
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

*Attorney for Plaintiff Derek L. Simms*

-2-

                                                _____/s/_____
Donald J. Crawford
Federal Bar No.: 11290
Adelman, Sheff & Smith, LLC
200-A Monroe Street, Suite 310
Rockville, Maryland 20850
(301) 340-1140

*Attorney for Defendants*
*Isaias Tessema, M.D. and*
*Denise Vanmeter, R.N*

BA2 #225443

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

It is this _____ day of _____, 2003, upon consideration of the parties' Second Joint Motion to Modify Scheduling Order, hereby ordered and decreed that all expert and discovery deadlines, as well as the dispositive pretrial motions deadline, be extended by sixty (60) days.  The new deadlines follow:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures disclosures <u>re</u> experts | December 6, 2003 |
| Defendant's Rule 26(a)(2) disclosures <u>re</u> experts | January 6, 2004 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures <u>re</u> experts | January 20, 2004 |
| Rule 26(e)(2) supplementation of disclosures and responses | January 27, 2004 |
| **Discovery Deadline**; **Submission of status report** | February 19, 2004 |
| Requests for admission | February 26, 2004 |
| **Dispositive pretrial motions deadline** | March , 20 2004 |

BA2 #225443

-4-

                                            **SO ORDERED:**

_____                   _____
Date                                              William M. Nickerson
                                                    United States District Judge

BA2 #225443