• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Derek L. Simms

**V.**

**SUMMONS IN A CIVIL CASE**

Isaias Tessema, M.D., et al    **CASE**    1:02-CV-3276 WMN

TO: (Name and address of Defendant)

**WILLIAM W. SONDERVAN
Ed. D., CCE, Commissioner
Division of Correction
6776 Reisterstown Road
Baltimore, MD 21215-15-2342**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Colleen M. Mallon, Esq
Venable LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

CLERK

SEP 2 4 2003

**DATE**

(By) DEPUTY CLERK

• AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Derek L. Simms

    V.

Isaias Tessema, M.D., et al

**SUMMONS IN A CIVIL CASE**

CASE

1:02-CV-3276 WMN

TO: (Name and address of Defendant)

JON P. GALLEY, Warden
Western Correctional Institution
13800 McMullen Highway, S.W.
Cumberland, MD 21502

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Colleen M. Mallon Esq.
Venable LLP
Two Hopkins Plaza
Suite 1800
Baltimore. MD 21201

an answer to the complaint which is herewith served upon you, within _____**20**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SEP 2 4 2003

Felicia C. Cannon

CLERK

(By) DEPUTY CLERK

DATE