• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Derek L. Simms

V.

Isaias Tessema, M.D., et al

**SUMMONS IN A CIVIL CASE**

CASE 1:02-CV-3276 WMN

TO: (Name and address of Defendant)

BY: _____

JON P. GALLEY, Warden
Western Correctional Institution
13800 McMullen Highway, S.W.
Cumberland, MD 21502

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Colleen M. Mallon Esq.
Venable LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

_____
(By) DEPUTY CLERK

DATE

SEP 24 2003

Renee M Beckman 9/30/03
1:18 PM

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) T. Scott Donahue | TITLE Allegany Co. Sheriff's Dpt. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were **Renee M. Beckman** — Warden's Secretary

☐ Returned _____

☑ Other (specify): Served at Western MD. Correctional Inst. 13800 McMullen Hwy. S.W. Cumb. MD. 21502

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 9/30/03  1:18 PM
Signature of Server: T. Scott Donahue

Address of Server: A.C.S.D. 708 Furnace St. Cumb. MD. 21502

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Renee M Beckman
1:18 PM  9/30/03