**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DEREK L. SIMMS,

      Plaintiff,

v.

                                       Civil No. WMN-02-3276

ISAIAS TESSEMA, M.C., ET AL.

      Defendants.              *

\*           *     *     *     *     *     *     *

**ANSWER**

Defendants, former Commissioner William Sondervan and Warden Jon P. Galley, by their attorneys, J. Joseph Curran, Jr., Attorney General of Maryland, and Stephanie Lane-Weber, Assistant Attorney General, in answer to the Amended Complaint, state:

     **1**      Defendants deny each and every allegation set forth in the Amended Complaint.

     And in further answer to the Amended Complaint, Defendants state:

     **2.**      Defendants' actions were performed in a reasonable good faith belief that their actions were proper.

     **3.**      Defendants' actions were performed in good faith reliance on standard operating procedures.

     **4.**      The amended complaint does not state a claim upon which the relief prayed can be granted.

5.      Each and every act and action of the Defendants taken with respect to the Plaintiff was done and performed in good faith, in the official discharge of their duties as employees of the Division of Correction, and with a reasonable belief as to the constitutionality of their actions for which they enjoy a qualified immunity from liability.

6.      Plaintiff's action is barred by the Prison Litigation Reform Act because he failed to exhaust administrative remedies.

Respectfully submitted,

J. JOSEPH CURRAN, JR.
Attorney General of Maryland

STEPHANIE LANE-WEBER
Assistant Attorney General
General Bar No.00023

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland  21202
(410) 576-6340 (Telephone)
(410) 576-6880 (Telefax)

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2003, a copy of the foregoing Answer was mailed, postage prepaid, to:

2

Colleen M. Mallon, Esquire
Venable, Baetjer & Howard LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201


Donald Crawford, Esquire
Godard, West, Adelman, Sheff & Smith
200-A Monroe Street, Suite 310
Rockville, Maryland  20850

_____
STEPHANIE LANE-WEBER
Assistant Attorney General

G:\LANEWEBS\WPDATA\SIMMS\Pleadings\answer.wpd
CL03-4044

3