UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy                                                               Reply to Northern Division Address

October 31, 2003

Stephanie Lane Weber
200 St. Paul Place
Baltimore, MD 21202

                                      Re:    Case No. WMN-02-3276

Dear Counsel/Party:

    Your Answer was received in paper format on 10/29/03.

[X]    The document should have been filed electronically. It has been scanned and filed electronically by court staff.

[ ]    The document should have been filed electronically. It has been scanned and filed electronically by court staff. The original document is being returned to you. It is your responsibility to maintain the original until the expiration of any appeals or the time for taking an appeal. The original must be made available for inspection upon the request of any other party or the court.

[ ]    You did not include a PDF version of the document on a diskette or CD. The document has been scanned and filed electronically by court staff.

All further filings in this case must be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

    If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

    Please be advised that any future filings which are not made electronically may be returned to you.

                                                                       Very truly yours,

                                                                       /s/
                                                                       J Lewis
                                                                       for
                                                                       Felicia C. Cannon, Clerk

cc:    Other counsel/party

U.S. District Court (Rev. 10/21/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov