UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF　　　　　　　　　　　　　　　　　　　　　　　　　　101 W. LOMBARD STREET
WILLIAM M. NICKERSON　　　　　　　　　　　　　　　　　　BALTIMORE, MARYLAND 21201
SENIOR UNITED STATES DISTRICT JUDGE　　　　　　　　　　　　　　　　(410) 962-7810
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX 962-2577

November 6, 2003

Colleen Margaret Mallon, Esq.
Donald J. Crawford, Esq.
Stephanie J. Lane Weber, Esq.

　　　　Re:　Simms v. Tessema
　　　　　　 Civil Case No. WMN-02-3276

Dear Counsel:

　　　I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Thursday, November 20, 2003 at 9:45 a.m. At that time I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　　William M. Nickerson
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

WMN:ce

cc:　Court File