**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| DEREK L. SIMMS, | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF DISCOVERY SERVICE

I HEREBY CERTIFY, that on November 18, 2003, a copy of Plaintiff Derek L. Simms's First Set of Interrogatories Directed to Defendant Isaias Tessema, M.D., Defendant Denise Vanmeter, Defendant Jon P. Galley and Defendant William Sondervan and Plaintiff Derek L. Simms's First Request for Production of Documents Directed to Defendant Isaias Tessema, M.D., Defendant Denise Vanmeter, Defendant Jon P. Galley, and Defendant William Sondervan were sent by facsimile and mailed first class, postage pre-paid, to: 1) Donald J. Crawford, Adelman, Sheff & Smith, LLC, 200-A Monroe Street, Rockville, Maryland 20850, fax # (301) 294-6406, Attorney for Defendants Isaias Tessema, M.D. and Denise Vanmeter; and 2) Stephanie Lane-Weber, St. Paul Plaza 19th Floor, 200 St. Paul Place, Baltimore, Maryland 21202, fax # (410) 576-6880, Attorney for Defendants Jon P. Galley and William Sondervan.

_____/s/  Colleen M. Mallon_____
Colleen M. Mallon (#26967)
Venable LLP
2 Hopkins Plaza, Suite 1800
Baltimore, MD  21201
Telephone:  (410) 244-7400
Facsimile:  (410) 244-7742

Attorney for Plaintiff
Derek L. Simms

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on November 18, 2003, a copy of Plaintiff Derek L.

Simms's First Set of Interrogatories Directed to Defendant Isaias Tessema, M.D.,

Defendant Denise Vanmeter, Defendant Jon P. Galley, and Defendant William

Sondervan and Plaintiff Derek L. Simms's First Request for Production of Documents

Directed to Defendant Isaias Tessema, M.D., Defendant Denise Vanmeter, Defendant Jon

P. Galley, and Defendant William Sondervan were sent by facsimile and mailed first

class, postage pre-paid, to: 1) Donald J. Crawford, Adelman, Sheff & Smith, LLC, 200-A

Monroe Street, Rockville, Maryland 20850, fax # (301) 294-6406, Attorney for

Defendants Isaias Tessema, M.D. and Denise Vanmeter; and 2) Stephanie Lane-Weber,

St. Paul Plaza 19th Floor, 200 St. Paul Place, Baltimore, Maryland 21202, fax # (410)

576-6880, Attorney for Defendants Jon P. Galley and William Sondervan.


          /s/  Colleen M. Mallon
          Colleen M. Mallon

BA#2 230667