IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**DEREK L. SIMMS**          :

    v.                         :          CIVIL ACTION NO. WMN-02-3276

**ISAIAS TESSEMA, Dr., et al.**   :

\*\*\*\*\*\*\*\*\*\*\*
**AMENDED SCHEDULING ORDER**

    **1. Plaintiff's experts shall be designated by February 6, 2004. Defendants' experts shall be designated by March 8, 2004.**

    **2. All discovery shall be completed by April 4, 2004. All motions shall be filed by May 31, 2004.**

    **3. A pretrial conference is scheduled for September 27, 2004 at 9:30 a.m. The pretrial order is due in chambers five days prior to the pretrial conference.**

    **4. Requested voir dire, jury instructions and witness lists shall be submitted in duplicate by September 27, 2004 . Any request for an instruction should be based on the pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable, on the Maryland Pattern Jury Instructions. Submissions should be by photocopy of the pattern instruction with any requested change or modification handwritten by interlineation.**

    **5. The 3 day jury trial in this matter shall commence on October 4, 2004, at 10:00 A.M.; counsel are to arrive in chambers at 9:30 a.m. to discuss voir dire and jury instructions.**

    **6. Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked. Counsel for the plaintiff shall file said list with the court, in quadruplicate,**

and shall serve a copy on defendant's counsel not later than September 20, 2004. Counsel for the defendant shall file said list with the Court and shall serve a copy on plaintiff's counsel, not later than September 27, 2004.

    7. The Clerk of Court shall mail copies of this Scheduling Order to counsel in this case.

                                            /s/
                                  **William M. Nickerson**
                                  **Senior United States District Judge**

**Dated: November 21, 2003**