IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, #266549 | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: WMN-02-3276 |
| | * | |
| DR. ISAIAS TESSEMA, *at al.* | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIRD JOINT MOTION TO MODIFY SCHEDULING ORDER**

The parties to the above-captioned action, Plaintiff Derek L. Simms, the Medical Defendants, Isaias Tessema, M.D. and Denise Vanmeter, R.N., and the State Defendants Warden Jon P. Galley and Commissioner William Sondervan, by their respective counsel, hereby jointly request that this Court enter the attached Amended Scheduling Order extending Defendants' expert designation and Rule 26(a) report, as well as the discovery deadline, and dispositive pretrial motions deadline. The parties agree that a further extension of time is necessary to complete discovery within the proposed discovery period.

WHEREFORE, the parties jointly request the proposed Amended Scheduling Order be approved by this Court.

Respectfully submitted,

| /s/ | /s/ | /s/ |
|---|---|---|
| Colleen M. Mallon | Donald J. Crawford | Stephanie Lane-Weber |
| Federal Bar No.: 26967 | Adelman, Sheff & Smith, LLC. | Assistant Attorney General |
| Venable LLP. | 200-A Monroe Street | 200 St. Paul Place, 19th Fl. |
| Two Hopkins Plaza | Suite 310 | Baltimore, MD 21202 |
| Baltimore, Maryland 21201 | Rockville, MD 20850 | (410) 576-6340 |
| (410) 244-7893 | (301) 340-1140 | *Attorney for State Defendants* |
| *Attorney for Plaintiff* | *Attorney for Medical Defendants* | |

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, #266549 | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: WMN-02-3276 |
| | * | |
| DR. ISAIAS TESSEMA, *at al.* | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AMENDED SCHEDULING ORDER

1. Defendants' experts shall be designated by <u>April 9</u>, 2004.

2. All discovery shall be completed by <u>May 14,</u> 2004. All motions shall be filed by <u>June 18, 2004</u>.

3. A pretrial conference is scheduled for September 27, 2004 at 9:30 a.m. The pretrial order is due in chambers five days prior to the pretrial conference.

4. Requested voir dire, jury instructions and witness lists shall be submitted induplicate by September 27, 2004. Any request for an instruction should be based on the pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable, on the Maryland Pattern Jury Instructions. Submissions should be by photocopy of the pattern instruction with any requested change or modification handwritten by interlineation.

5. The 3 day jury trial in this matter shall commence on October 4. 2004, at 10:00 a.m.; counsel are to arrive in chambers at 9:30 a.m. to discuss voir dire and jury instruction.

6. Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked. Counsel for the plaintiff shall file said list with the court, in quadruplicate, and shall serve a copy on defendant's counsel not later than September 20, 2004. Counsel for the defendant shall file said list with the Court and

shall serve a copy on plaintiff's counsel not later than September 27, 2004.

    7. The Clerk of Court shall mail copies of this Scheduling Order to counsel in this case.

_____
William M. Nickerson
Senior United States District Judge

Dated: