IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEREK L. SIMMS

    Plaintiff

                              Civil Action No.: WMN-02-3276

DR. ISAIAS TESSEMA, et al.

    Defendants

. . . . .oOo. . .

**ORDER**

Upon consideration of Plaintiff's Motion for Default Judgment (Paper No. 15) it is this 25th day of February, 2004 by the United States District Court for the District of Maryland hereby ORDERED that the Motion is DENIED AS MOOT.

                                              _____
                                              William M. Nickerson
                                              United States District Judge