Derek L. Simms
WCI-#266549
13800 McMullen Hwy.
Cumberland, MD. 21502

A.R.P.
Case No.: WCI-0642-02

(04-22-2002).


To.: The Inmate Grievance office


Requesting a hearing


I am respectfully requesting a hearing in the above case.

Thanking You, i am...

*Derek L Simms*

RECEIVED

APR 24 2002

INMATE GRIEVANCE OFFICE

EX4-A

Appendix 3 to DCD 185-100                                      CASE NO. WCI 064202

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)   APR 18 11 AM '02

TO: _____ Warden of Institution
    Yes  Commissioner of Correction
    _____ Executive Director, Inmate Grievance Office           Emergency Request  YES

FROM: Simms          Derek         L.         266549          WCI
      Last Name    First Name   Middle Initial  DOC Number   Institution

Housing Location _____ Protective Custody YES Administrative Segregation _____ Disciplinary Segregation _____

**Part A - INMATE REQUEST**

I have been having problems passing urine because of enlarged prostate & BLadder problems and a defect in my urinary bladder causing blockage and alot of the times, it stop me from being able to pass-give urine for 6 to 7 hours causing me alot of pain. I donot do-any drugs, and always clean. I ask WCI medical Doctor, TESSEMA ISAIAS to recommend me more time to provide urine for drug screening tests, He said this is not a medical point of view and refuse my request. He is using deliberate indifference to cause me hardship and possible put on lock-up because i have a Bladder problem that vary's making passing urien most. of the time delayed for hours, and the medication/Pills said Doctor order me to take is not fully working, This is a form of medical malpractice, and making me suffer unnecessary hardship and i come now requesting 3-additional hours to submit to any urine drug screening tests respectfully i am, if court/legal action must be taken, this will greatly be subsidiary to the out come of this request along with a sizable monetary judgement. I seek to resolve this matter fairly and harmonize with out taken any    Derek L Simms

3-28-2002                                                    Signature of Inmate  3-28-2002
Date       legal action to court, if possible.

— SEE Attach Sheet Part 2 HERE with —

**Part B - RESPONSE**

Date                                                Signature of Warden/Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

---

**Part C - RECEIPT**    Case No. WCI 064202

RETURN TO: Simms      Derek                 266549           WCI
           Last Name  First Name Middle Initial  DOC Number   Institution

I acknowledge receipt of your complaint dated 3-28-02 in regard to: Admin. dismissed pending Resubmission to be received by 4-17-02.   APR 18 11 AM '02  This sounds more of a request than a complaint that which cannot be addressed

4-2-02   through the A.R.P. dept. T. Harrison COII
Date                                                Institutional Coordinator
         What have you been denied?
         What harm have you suffered?

EX4-A (1)

DC Form 185-100bR (Rev. March 1994)

Attach page and statement continues, Along with points and authorites:

(1). The Eighth Amendment protects prisoners against cruel and unusual punishment during confinement.
>Facts>> Wci Medical department and said doctors know Mr, Derek L. Simms #266549, has a problem passing urine and a blockage defect at and in the base of the urinary bladder and a Enlarged Prostate.

(2). That if and when comes time to submit to a urine-drug test for drug screening, This said medical problem will in fact hinder and make it impossible to provide **urine** in the time frame order by D.O.C.
>>Facts>> Because inmate **DEREK L. SIMMS** donot do any illegal drugs
It would be fair and honest to give him **3-additional hours** to give urine for any said test.

>Formally imposed punishment is cruel and unusual. it involves "the unneccessary and wanton infliction of pain, A "sufficiently serious" deprivation, those deprivations denying the minimal civilized measure of life's necessities, are sufficiently grave to form the basis of an Eighth Amendment Violation.

(3). If given inmate SIMMS additional 3-hours to pass urine for a drug test will honestly protect him from being unfairly put in disciplinary-segregation because he has a medical problem that clearly hinders him from giving urine on time.
>>Facts> WCI MEDICAL dept' clearly knows this bladder problem is a on going condition, that vary's and said treatment vary's so the respectful request for 3-additional hours to pass urine needs to be considered and move to grant relief thereof.

(4). Said Doctor deliberate indifference is clearly disregard for inmate DEREK L. SIMMS serious medical conditions surrounding His Bladder & Rectum, and Crohn's Disease, That inwhich has worsen and this doctor delays treatment to inflict cruel and unusual punishment, because for 1, inmate DEREK SIMMS, do request medical treatment, and said WCI-Medical Department donot like it when he request treatment, and seek to be cured from his --medical problems: **BLADDER & RECTUM** et, al.

(5). Prison officials are to be found liable under the deliberate indifference test for denying humane conditions of confinement because they know that inmate: Derek L. Simms faces substantial risk of serious harm and then disregard that risk by failing to take reasonable measures to abate it, and medical malpractice.

Let's Talk about it...

Thanking You, I am....

*Derek L. Simms*
Derek L. Simms
#266549 / HU:4-C-2.

Appendix 3 to DCD 185-100

CASE NO. WCI 0642-02

# MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

APR 3  6 00 AM '02

TO: ___ Warden of Institution
    yes Commissioner of Correction
    ___ Executive Director, Inmate Grievance Office

Emergency Request: Yes

FROM: Derek        Simms       L.         266549        wci
      Last Name   First Name  Middle Initial   DOC Number   Institution

Housing Location ___ Protective Custody yes Administrative Segregation ___ Disciplinary Segregation ___

### Part A - INMATE REQUEST

Because i have a prostate-Bladder problem-a enlarge prostate causing blockage that delay's being able to pass urine, I am subject and has been punish because i cannot pass urine on time when ask to give urine and suffer's unnecessary disciplinary & rule violation sanctions, becuse WCI medical doctor, TESSEMA ISAIAS will not recommend 3-additional hours for me to pass urine for drug screening test, Nor will this doctor give me standard treatment for enlarge prostate or check for further high--P.S.A. count & Levels act according to guidelines for prostate problems I am also suffering pain and pressure about my bladder and rectum-My medical problems are being disregarded and i am hurt for not being able to pass urine on time and treated unfairly because i have medical problems, Plus i am suffering alot of pain in my rectum & bladder.

4-02-2002                                     Derek L. Simms
Date                                          Signature of Inmate

### Part B - RESPONSE

Date                                          Signature of Warden/Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C - RECEIPT    Case No. WCI 0642-02

RETURN TO: Simms Derek        266-549        WCI
           Last Name First Name Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated 4/2/02 in regard to: Administrative dismissed pending resubmission must be received by 4/12/02 Your complaint has multiple issues

4/4/02    1. Dr. Tessema            L. Natale COII
Date                                 Headquarters/Institutional Coordinator

3 hrs urine - if so when & how have you been denied
2. Inadequate med. Care (rectum + bladder) w/ho, when
how, you need to be specific, who, when (dates) How Where EX 4-A(3)

D C Form 185 - 100bR (Rev. March 1994)

**RECEIVED** APR 9 2002 DIVISION OF CORRECTION ARP/IGP UNIT

Appendix 4 to DCD 185-100

CASE NO. WCI 0642-02

# MARYLAND DIVISION OF CORRECTION
## HEADQUARTERS APPEAL OF ADMINISTRATIVE REMEDY RESPONSE

(Instructions for completing this form are on the back)

TO: Commissioner of Correction     [X] Appeal of Administrative Dismissal     [ ] Appeal of Warden's Response
[ ] Appeal of Untimely Response

FROM: Simms, Derek L.   266549   WCI
Last Name  First Name  Middle Initial   DOC Number   Institution

Housing Location ____  Protective Custody _yes_  Administrative Segregation ____  Disciplinary Segregation ____

### Part A - REASON FOR APPEAL

I am appealing case No: 064202

and request a hearing to respectfully clear this problem up fairly and honestly.

I am not being treated fairly at WCI and needs out side help.

4-04-2002                                Derek L Simms
Date                                     Signature of Inmate

### Part B - RESPONSE

_____                        _____
Date                                     Signature of Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C - RECEIPT     Case No. WCI 0642-02

RETURN TO: Simms, Derek    266549   WCI
Last Name  First Name  Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated 4/4/02 in regard to: Your appeal submission is administratively dismissed as final in accordance with DCD 185-205. You failed to follow the institutional coordinator's instructions for resubmission.

4/10/02  APR 9 2002                      Joel for RB
Date                                     Headquarters Coordinator

**RECEIVED** DIVISION OF CORRECTION ARP/IGP UNIT

EX 4-A(4)

DC Form 185-100cR (Rev. March 1994)

Appendix 3 to DCD 185-100

CASE NO. WCI 0642-02

RECEIVED APR 9 2002
DIVISION OF CORRECTION
ARP/IGP UNIT

# MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: _____ Warden of Institution
 yes Commissioner of Correction
 _____ Executive Director, Inmate Grievance Office      Emergency Request _____ yes

FROM: Simms  Derek  L.     266549     wci
       Last Name  First Name  Middle Initial   DOC Number   Institution

Housing Location _____ Protective Custody __yes__ Administrative Segregation _____ Disciplinary Segregation _____

### Part A - INMATE REQUEST

this is to amend-

A.R.P. no: WCI-0642-02  Because the facts are the same and the issuse are the same surroundings and discoverys.
I deeply feel this A.R.P. is not being fairly address because i --complain when treated unfairly, And this WCI-prison will not conside me a reasonable case. I am requesting the Commissioner office to handle this matters and this is all the relief i seek at this time. This problem in this A.R.P. started about 03-21-2002,

4-4-2002
Date

Derek L Simms
Signature of Inmate

### Part B - RESPONSE

Date

Signature of Warden/Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C - RECEIPT   Case No. _____

RETURN TO: _____    _____    _____
           Last Name First Name Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

RECEIVED
APR 9 2002
DIVISION OF CORRECTION
ARP/IGP UNIT

Headquarters/Institutional Coordinator

DC Form 185-100BR (Rev. March 1994)

EX 4-A(5)

STATE OF MARYLAND
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES

PARRIS N. GLENDENING
GOVERNOR

KATHLEEN KENNEDY TOWNSEND
LT. GOVERNOR

STUART O. SIMMS
SECRETARY



MARVIN N. ROBBINS
EXECUTIVE DIRECTOR

IGO# 20020677

INMATE GRIEVANCE OFFICE
SUITE 200, Sudbrook Station
115 Sudbrook Lane
Pikesville, Maryland 21208-3878
Telephone: 410-585-3840
Fax: 410-318-6015
V/TTY FOR THE DEAF: 1-800-735-2258
(MARYLAND RELAY SERVICE)

May 28, 2002

Derek Simms, #266549
WCI

RE: IGO No. 20020677
(ARP-WCI-0642-02)

Dear Mr. Simms:

I have conducted a preliminary review of your complaint dated April 22, 2002 which you filed as an appeal from the above-referenced ARP case.

Having done so, I must advise you that the jurisdiction of this agency is limited to complaints against officials and employees of the Division of Correction and Patuxent Institution. As you should know, medical services for State prisoners are provided by a private health-care contractor and its employees. We do not have jurisdiction over any complaints which you may have against them.

Accordingly, your grievance is hereby administratively dismissed pursuant to the Correctional Services Article, Title 10, Subtitle 2, Sections 10-206 and 207 of the Annotated Code of Maryland.

Very truly yours

Marvin N. Robbins
Executive Director

MNR:wm

P.S. I am forwarding a copy of your complaint to the Director of Medical Services for the Department of Public Safety and Correctional Services for whatever attention he deems warranted.

Enc: 1

EX 4-A(6)

cc: Dr. Anthony Swetz, Director of Medical Services - DPSCS w/att.
bcc: Commissioner Sondervan w/att [FYI]