Appendix 3 to DCD 185-100

IGO No. 20040480    5/25/04
CASE NO. WCI-1217-03

# MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: _____ Warden of Institution
    _____ Commissioner of Correction
    ✓ Executive Director, Inmate Grievance Office

Emergency Request ✓

FROM: Simms    Derek    L    266549    WCI
      Last Name  First Name  Middle Initial  DOC Number  Institution

Housing Location _____ Protective Custody ✓ Administrative Segregation _____ Disciplinary Segregation _____

**Part A - INMATE REQUEST**

Prison and Medical officials continues to demand that I allow this Nurse Stacy to draw my Blood with her personal evil towards me, I never Refuse to give Blood, Just ask that this NURSE NEVER be allow to draw my Blood, for she aim to mistreat me and cause me great harm and falsify her actions with the Support of Medical and prison officials supporting and covering up this ever. I Request the same relief plus $10,000 for pain & Suffering and Retaliating against me because of a pending Law Suit and a Federal Case against WCI, Medical Defendants and the continue depriving me of Pain relief equal to the pain I am Suffering. I also Requesting to be move to another prison where I am in less danger.

4-1-2004
Date

Derek L. Simms
Signature of Inmate

**Part B - RESPONSE**

RECEIVED
APR 8 2004
INMATE GRIEVANCE OFFICE

Date _____    Signature of Warden/Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C - RECEIPT**    Case No. _____

RETURN TO: _____
Last Name  First Name  Middle Initial    DOC Number    Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

Date _____    Headquarters/Institutional Coordinator

C Form 185-100bR (Rev. March 1994)

EX4-D

M/pw
4/15/04

Appendix 4 to DCD 185-100

**RECEIVED**
DEC 30 2003
Division of Correction
ARP/ IGP UNIT

EB/6B    1/28    CASE NO. WCI 1217-03

**MARYLAND DIVISION OF CORRECTION**
**HEADQUARTERS APPEAL OF**
**ADMINISTRATIVE REMEDY RESPONSE**
(Instructions for completing this form are on the back)

☑ Appeal of Administrative Dismissal    ☑ Appeal of Warden's Response
☐ Appeal of Untimely Response

FROM: Simms / Derek / L / 266549 / WCI
Last Name / First Name / Middle Initial / DOC Number / Institution

Housing Location ____ Protective Custody ____ Administrative Segregation ✓ Disciplinary Segregation ____

**Part A – REASON FOR APPEAL**

I still have not gotten my Blood work, Plus Because of The medication I am on called: Purinethol, I should have my Blood Tested every 30 days. This is not being done in connection to my Crohns disease. IF This said NURSE did or would use precautions, wash Hands, wear gloves after each inmate She get Blood work from, I would Respectfully allow her or and any other medical Dept people to get my Blood for Tests. But Because of the personal visional contact, I seen said Nurse cross contaminate her hand & the desk she is using to draw Blood. Blood from other inmates was where she wanted me to lay my arm. She never wash her hands nor exchange or wear gloves. I still should have gotten my Blood draw By some medical person Being the medication I take. I still Claim Same & relief.

Date: 12-25-2003
Signature of Inmate: Derek L. Simms

**Part B – RESPONSE**

Your appeal has been reviewed and is found to be meritorious in part. You may not choose the licensed provider you want to provide services. In fact, in response to your allegation to the Regional Health Care Manager on 9/24/03 about the practice of a nurse, Prison Health Services identified that nurse and acted to review Universal Precautions and Bloodbourne Pathogens with her. A refusal form was signed appropriately when you again declined the blood draw on 11/6/03. However, that refusal form is unclear as to whether you stated at the time you were refusing the 11/6/03 blood draw or all future blood work. There is no evidence that the physician was informed of your refusal although you continued to take the medication for which your blood was being monitored. Prison Health Services is instructed to submit a corrective action plan to the Office of Health stating how they will educate their staff in the use of refusal forms and to prepare/deliver education to the nursing staff on 6-mercaptopurine to include what action is to be taken immediately when an inmate refuses to allow his blood to be drawn.

Date: 3/15/04
Signature of Commissioner: Frank Sizer / EX 4 D(1)

Appendix 3 to DCD 185-100

CASE NO. WCI 12/03
WESTERN CORRECTIONAL INSTITUTION OFFICE

# MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

NOV 10    8 45 AM '03

TO: ✓ Warden of Institution
    ___ Commissioner of Correction
    ___ Executive Director, Inmate Grievance Office

RECEI[VED] Emergency Request ✓

FROM: Simms    Derek    L    266549    WCI
      Last Name   First Name   Middle Initial   DOC Number   Institution

Housing Location ____ Protective Custody ✓ Administrative Segregation ____ Disciplinary Segregation ____

### Part A - INMATE REQUEST

It's now 3:20 AM, on 11-06-2003, and I am told/woke-up and told to go around to HU#4 Medical Room, for Lab-Work/give blood. Because of the nurse that is drawing said blood from me and the cross-contamination, not washing her hands after working/drawing blood from other inmates and not wearing gloves, plus the desk she use's is cross-contaminated and not wash, I ask the officer's if I could wait for another nurse & time, I was told, I am being wrote down as refusing. I am not refusing, just being safe and showing concern's for other's that have to put their arms on that said desk & and get infected by the cross-contamination. I am requesting to be able to give Lab-Work with the full measure of safety and another nurse!

Date: 11-06-2003    Signature of Inmate: Derek L. Simms

### Part B - RESPONSE

Your request for administrative remedy has been dismissed. An investigation has revealed that Nurse Gaumer is properly trained and uses the Univeral Precaution protocol. At no time has Nurse Gaumer acted in an unprofessional manner.

Date: 12-24-03    Signature of Warden/Commissioner: [signature] Acting Warden

Ex 4D (2)

Dear Commissioner                                    12-25-2003

I am having alot of problem from this WCI Medical Doctor, Tessema. Inmates are putting things in my food and harassing me, Because he told PC inmates I am gay, Put things in my Rectum, And other officers. I stay in my cell alot, But now they are putting things in my food & tray and making unwanted Sexual Remarks towards me.

This doctor keep making up things lies about me, to cause me harm or to make others harm me.

I am on PC, feed by PC inmates they are the ones that's harassing me and talking about my Medical problems to cause me to get in trouble. Will you please send me to another PC unit and away from said Doctor

EX4D(3)

Derek J Simms
WCI-#268569
13800 McMullen Hwy
Cumberland, MD 21502

Inmate Grievance office
Suite 200 Sudbrook Station
115 Sudbrook Lane
Pikesville, MD. 21208-3878

21208+4130 24

EX 40 (4)



## Department of Public Safety and Correctional Services

**Inmate Grievance Office**
115 SUDBROOK LANE • SUITE 200 • SUDBROOK STATION • PIKESVILLE, MARYLAND 21208-3878
(410) 585-3840 • FAX (410) 318-6015 • V/ TTY USERS (800) 735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

ROBERT L. EHRLICH, JR.
GOVERNOR

MICHAEL S. STEELE
LT. GOVERNOR

MARY ANN SAAR
SECRETARY

G. LAWRENCE FRANKLIN
DEPUTY SECRETARY

MARY L. LIVERS, Ph.D.
DEPUTY SECRETARY

MARVIN N. ROBBINS
EXECUTIVE DIRECTOR

April 20, 2004

Derek Simms, #266549
WCI

                    RE:  IGO No. 20040480
                         (ARP-WCI-1217-03)

Dear Mr. Simms:

    I have conducted a preliminary review of your complaint dated April 1, 2004 which you filed as an appeal from the above-referenced ARP case.

    Having done so, I must advise you that the jurisdiction of this agency is limited to complaints against officials and employees of the Division of Correction and Patuxent Institution. As you know, medical services for State prisoners are provided by a private healthcare contractor and its employees. We do not have jurisdiction over any complaints which you may have against them.

    Accordingly, your grievance is hereby administratively dismissed pursuant to the Correctional Services Article, Title 10, Subtitle 2, Sections 10-206 and 207 of the Annotated Code of Maryland.

                                    Very truly yours,

                                    Paula R. Williams
                                    Associate Director

PRW:kdt

Enc: 1