From: Derek L.Simms #266549   HU:4-C-2.
Western Correctional Institution
Cumberland, MD.21502

(04-06-2004).

RECEIVED

APR 9 2004

INMATE GRIEVANCE OFFICE

To.: Executive Director
Inmate Grievance Office
Sudbrook Station, Suite 200
115 Sudbrook Lane
Pikesville, MD.21208-3878

## Appealing Complaint to I.G.O. for a Hearing & Relief

I HOW MOVE, with this appeal on about the 6th day of APRIL,2004, for the reasons as follows:
On about 03-25-2004, my WCI-A.R.P. #006004, was dismissed, and the reasons for dismiss was untrue, unfair, and unjustly because Medical Doctor, Tessema, and Medical Officials continues to use their schematic abuse of power to make-up false allegations about me to cause me hardship, and to divert the absolute medical care and treatments I need, I have the same sitz-bath assign to me, and when said doctor made allegation that I was not using or have the sitz bath on a sick-call visit, I clearly show him the sitz bath, and return to my cell, and my Cell-Block Officer Handed me the sitz-bath, **officer Booth**, and when medical calls to my housing unit asking officer Booth, to look in my cell to see if I have the sitz bath, officer booth informs Medical each time that He clearly See the sitz bath in my Cell, as I am housed in a one man cell.
Said Doctor and Medical officials/people are retaliating against me for exercising my constitutional and civil rights in a active Law Suit against WCI-Medical Defendants in Federal Court, and seek out ways to hinder my defense, and continues to make up false allegations about me to deprive or make other's to deprive and treat me different because of the false allegations Medical officials made and continues to make about and towards me... The questions in concerns, is that the water for the sitz bath is not hot enough from my prison cell to get the benefits, as the sitz bath instructions states, nor is the sitz bath design for the toilet in my cell, making it impossible to use as its instructions, But I use it 2 to 3 time a day to hand wash the infected region of my Anal Crohn's Disease, soto be careful not to spread the infection, I clean this said region separate.

But said medical people/department refuse's to allow me to take the needed Sitz Bath treatments in the Prison Hospital, where the Toilet seat will fit the sitz bath, and the water is hot enough to really benefit in connections with the sitz bath, because they want me to suffer, and to have other medical people treat and think different towards me and my medical condition. I claim for pain and suffering and the deliberate indifference inflicted and use against me the sum of $250,000 and the To be Transfer to Batlimore,BCCC-minimum security prison, because I am more then **eligible** for minimum security status, and enrolled in a school program the allow me to earn 10 days credit each month/with pay, and the relief stated in my ARP.

Derek L Simms #266549   EX 4-F

Appendix 4 to DCD 185-100

**RECEIVED** 2/26 FEB 18 2004
Division of Correction
ARP/IGP UNIT

EB/6a  3/19

CASE NO. WCI-006004

# MARYLAND DIVISION OF CORRECTION HEADQUARTERS APPEAL OF ADMINISTRATIVE REMEDY RESPONSE

(Instructions for completing this form are on the back)

TO: Commissioner of Correction

☒ Appeal of Administrative Dismissal ☒ Appeal of Warden's Response
☐ Appeal of Untimely Response

FROM: Simms / Derek / L
Last Name / First Name / Middle Initial

DOC Number: 266549
Institution: WCJ

Housing Location ___ Protective Custody ✓ Administrative Segregation ___ Disciplinary Segregation ___

## Part A - REASON FOR APPEAL

This Response is greatly wrong Because I still have my sitzbath and at No time did I Refuse this said Sitz Bath, But ask for Hot water to put in it's Bag. This Doctor Tessema lie and made false allegations that I had have sex in my Anal Region and lie is to other Doctor, See my medical file, Said Doctor Lie's that I put objects in my Rectum and hurt myself, only to deprive me medical treatment and pain Relief equal to the pain I am suffering. Please transfer me out of this WCI prison to another prison Please. I claim same as in this A.R.P. dated 01-13-2004 and notice I am not getting any pain relief equal to my pain I am greatly afraid for my life at this prison.

02-12-2004  I am being mistreated every day.

Date

Derek L. Simms 266549
Signature of Inmate

## Part B - RESPONSE

Your appeal has been reviewed and is hereby dismissed. There is a release of responsibility form signed by a nurse and witnessed by a second person that you turned in one sitz bath on 11/26//03. Dr. Tessema informed the gastroenterology clinic that you were not using a sitz bath based on the information available to him, to wit, that you had returned one sitz bath on 11/26/03. The gastroenterology clinic recommended on 1/30/2000 that sitz baths be part of your treatment plan. That you were not using sitz bath would have been information useful to the clinic physicians as they assessed your current status. There is no evidence that this information impaired implementation of the recommendations of the UMMS surgeon rendered on 1/9/04.

3/25/04
Date

Signature of Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

EX4F(1)

## MARYLAND DIVISION OF CORRECTION
### REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

WESTERN CORRECTIONAL INSTITUTION
WARDEN'S OFFICE

JAN 14  8 14 AM '04
RECEIVED

TO: ✓ Warden of Institution
    ___ Commissioner of Correction
    ✓ Executive Director, Inmate Grievance Office       Emergency Request ✓

FROM: SIMMS     DEREK     L     266549     WCI
      Last Name  First Name  Middle Initial  DOC Number  Institution

4C2

Housing Location ___ Protective Custody ✓ Administrative Segregation ___ Disciplinary Segregation ___

### Part A - INMATE REQUEST

Today 01-13-2004, I was transported to Maryland University Hospital by request of WCI-Doctor, Tessema; He sent falsified information about me to the said hospital; Stated that I am not using my Sitz Bath, to divert University hospital Surgical Doctors orders on 01-09-2004, by diverting false information to Doctors in a different department to schematize, in order to get the necessary medical treatment and Medications/Supplies I need before and after surgery. The doctors I seen today, had No acknowledgments of the surgery orders by doctor on 01-09-2004, because WCI Tessema intention are and is, have been to mislead and deprive me of surgical doctors orders and recommendation, and medication orders to confuse and delay what medical treatments I need for my Rectal/Anal Crohn's Disease, and continues to falsify my actions on record/files and other doctors, I am claiming the sum of $250,0000.00, and that WCI doctor Tessema, be replace from any job as a Doctor in D.O.C. allow to treat or have contact with me again!

1-13-04     Derek L Simms
Date        Signature of Inmate

### Part B - RESPONSE

Your request for administrative remedy has been dismissed. An investigation has revealed that you are currently being treated properly, but you have neglected to carry out the doctor's orders as prescribed. On 11/26/03, Dr. Tessema evaluated you and documented that you had returned your sitz bath equipment and refused to sign a Release of Responsibility.

2-12-04
Date                                    Signature of Warden/Commissioner

EX4F(2)



# Department of Public Safety and Correctional Services

**Inmate Grievance Office**
115 SUDBROOK LANE • SUITE 200 • SUDBROOK STATION • PIKESVILLE, MARYLAND 21208-3878
(410) 585-3840 • FAX (410) 318-6015 • V/ TTY USERS (800) 735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

ROBERT L. EHRLICH, JR.
GOVERNOR

MICHAEL S. STEELE
LT. GOVERNOR

MARY ANN SAAR
SECRETARY

G. LAWRENCE FRANKLIN
DEPUTY SECRETARY

MARY L. LIVERS, Ph.D.
DEPUTY SECRETARY

MARVIN N. ROBBINS
EXECUTIVE DIRECTOR

April 21, 2004

Derek Simms, #266549
WCI

RE: IGO No. 20040490
(ARP-WCI-0060-04)

Dear Mr. Simms:

I have conducted a preliminary review of your complaint dated April 6, 2004 which you filed as an appeal from the above-referenced ARP case.

Having done so, I must advise you that the jurisdiction of this agency is limited to complaints against officials and employees of the Division of Correction and Patuxent Institution. As you know, medical services for State prisoners are provided by a private healthcare contractor and its employees. We do not have jurisdiction over any complaints which you may have against them.

Accordingly, your grievance is hereby administratively dismissed pursuant to the Correctional Services Article, Title 10, Subtitle 2, Sections 10-206 and 207 of the Annotated Code of Maryland.

Very truly yours,

Paula R. Williams
Associate Director

PRW:kdt

Enc: 1

EX 4F (3)