DEPOSITION EXHIBIT PLF #1

## EXPERT REPORT OF MICHAEL L WEINSTEIN. M.D.

QUALIFICATIONS

See Curriculum Vitae, which is attached. I attended Northwestern University Medical School in Chicago; completed my residency in internal medicine at the George Washington University Hospital in Washington, DC; and my gastroenterology fellowship training at the Washington Veterans Hospital. I am Board Certified in both Internal Medicine and Gastroenterology. I have practiced gastroenterology since 1985 and have a faculty appointment at the George Washington University School of Medicine. I have treated hundreds of patients with Crohn's Disease and participated in several Clinical Research studies evaluating treatments for Crohn's Disease.

OPINION

I have reviewed in connection with the litigation captioned, Simms v. Tessema. et &, No. I :02-cv-3276, the materials provided to me by Mr. Donald Crawford including the opinion letter of Dr. Linda Lee, the extensive older medical records of Mr. Derek Simms, recent additional medical records from October 2003 through February 2004, and conversation with Dr. Isaias Tessema. Based upon my review of these materials, my education and clinical experience, and reasonable medical certainty, I intend to offer the following opinions:

I agree with Dr. Lee that Crohn's disease is a chronic inflammatory disorder that affects the gastrointestinal tract. There are many manifestations of Crohn's disease, one of which is perianal Crohn's disease. Perianal Crohn's disease can present itself in one of two ways: (i) a benign presentation, in the form of anal skin tags, anal fissures or hemorrhoids, or (ii) a severe presentation with perirectal abscesses and fistula tracts. There is no known cure for Crohn's disease, but medical and surgical therapy exists which has been successfully used to manage the symptoms and complications associated with Crohn's disease.

Medical and surgical therapy for Crohn's disease is usually administered under the care of physicians who specialize in diseases of the gastrointestinal tract, such as gastroenterologists or gastrointestinal surgeons. There is no specific regimen of medicine or surgery to treat individual patients with Crohn's Disease. Treatment must be tailored to the patient based upon the physician's assessment of the patient's complaints, physical findings, and laboratory studies.

EX 5

The disease can fluctuate in severity in spite of patient compliance with treatment recommendations. Non-compliance with treatment recommendations will usually result in increased symptoms.

Based upon my review of the records through February 2004, Mr. Simms has perianal Crohn's disease that has caused him symptoms of variable severity for over 20 years. The disease appears to be confined to the peri-rectal area. There are many ways to manage the condition and treatments prescribed by medical staff over the years have had variable success. Mr. Simms' complaints were not ignored and his response to recommendations varied at times because of the condition's natural course and the patient's compliance with treatment. I do not believe that the treatment provided at any time was "so grossly incompetent or inadequate that it shocks the conscience and constitutes the willful infliction of pain."

I would generally recommend that a specialist in Gastroenterology or Colorectal Surgery follow patients with this condition. However, the accessibility to specialist care is more difficult in this situation. The care provided by the medical staff was different than that available to patients with easy access to specialists. The success of the care provided in alleviating symptoms and signs of Crohn's Disease in this patient might have been no different. While I would have chosen an alternative treatment regimen, I cannot say with any certainty that the patient's complaints would have been any different or that the peri-rectal disease would be less active. The decision to avoid chronic narcotics was made based on the physician's assessment of the degree of disease activity weighed against the concern for medication abuse and the patient's functional status without narcotics. I have rarely prescribed chronic narcotics to patients with Crohn's Disease and have withheld them from patients who have shown a prior history of narcotic abuse.

Mr. Simms' condition and complaints have not been ignored at any time during his incarceration. The medical staff of the institution saw him frequently. A gastroenterologist evaluated him with extensive testing in 1998 and 1999. The medical staff generally followed the recommendations made although patient compliance with advice was not necessarily ideal. I saw on at least one occasion a specialist's impression of Mr. Simms' complaint of pain as being exaggerated beyond what was clinically expected. The recommendations of specialists made more recently appear to have resulted in some improvements based on notes from the last several months. On the other

EX 5 (1)     4/5/04

hand, Mr. Simms might be benefiting from a spontaneous improvement of Crohn's Disease. There are no recent documented complaints or findings presently that suggest the need for a private cell or narcotic medication. Specialist follow-up every 3-4 months seems reasonable.

The opinions contained in this Report are based on information available as of March 2004. I reserve the right to supplement or amend this Report should any additional information become available before trial, including, but not limited to, deposition testimonies, any other expert reports and other information unavailable as of the date set forth above.

Michael L. Weinstein, M.D.

Ex 5 (2)   4/5/04