# Michael Lee Weinstein, M.D.
May 2003

## ACADEMIC TRAINING and DEGREES

Undergraduate 1973-1976
Northwestern University, Technological Institute: Evanston, IL
Bachelor of Science in Biomedical Engineering

Medical School 1976-1980
Northwestern University; Chicago, IL
Doctor of Medicine

## POSTGRADUATE TRAINING

Internship   July 1980-June 1981
George Washington University Medical Center; Washington, DC
Straight Medicine Program

Residency   July 1981-June 1983
George Washington University Medical Center; Washington, DC
Straight Medicine Program, National Board Eligibility

Fellowship   July 1983-June 1985
Washington V.A. Hospital; Washington, DC
Gastroenterology-Hepatology-Nutrition

## POSITIONS

1985 - present   Medical Staff
George Washington University Hospital; Washington, DC

1985-1988   Clinical Instructor in Medicine
George Washington University Medical Center; Washington, DC

1988 - present   Assistant Clinical Professor of Medicine
George Washington University Medical Center: Washington, DC

POSITIONS

1985 - present   Courtesy Medical Staff
Sibley Memorial Hospital; Washington, DC

1985 - present   Medical Director
The Endoscopy Center of Washington DC, LP (ASC); Washington, DC

1985 - 1987   Credentials Committee
Medical Society of the District of Columbia

1986 - 1990   AMA Delegate, Young Physicians Section
Medical Society of the District of Columbia

1988 - 1994   Treasurer / Executive Board
Medical Society of the District of Columbia

1989 - 1994   Executive Committee
Attending Physicians Association, George Washington University Hospital

1989 - 1992   Blue Cross / Blue Shield Medical Advisory Committee
Blue Cross / Blue Shield of the National Capital Area; Washington, DC

1994 – 2002   Board of Directors
Metropolitan Gastroenterology Associates, Inc. (I.P.A.)

1995 - present   Utilization Review Committee
Sibley Memorial Hospital

1995 - 1997   Peer Review Committee
Medical Society of the District of Columbia

1995 - 1997   Practice Management Committee
Am. Gastroenterological Assoc. / Am. Society for Gastrointestinal Endoscopy

1996 - 2000   American Medical Assoc. CPT Advisory Panel
American Society for Gastrointestinal Endoscopy representative

1997 – present   Board of Directors
Chevy Chase Endoscopy Center, LLC (ASC)

1997 - 2001   Clinical Practice & Practice Economics Committee
American Gastroenterological Association

1997 - 1998   Relative Value Update Committee
American Medical Association

1997 – 2002   Associate Editor
Clinical Perspectives in Gastroenterology – AGA

1999 – present   Medical Editor
Gastroenterology Coding Alert, The Coding Institute

Ex 6 (1)

POSITIONS			2001 - 2002	Practice Management &Economics Committee
				American Gastroenterological Association

				2002 – 2003	Nominating Committee, Chairman
				American Gastroenterological Association

## BOARD CERTIFICATION

Diplomate of the National Board of Medical Examiners
Certified July 1, 1981

Diplomate of the American Board of Internal Medicine
Certified  September 14, 1983     #092897

American Board of Internal Medicine, Subspecialty of Gastroenterology
Certified  November 19, 1985     #92897

## LICENSURE

State of Maryland		October 1981		# D27285
District of Columbia		November 1981# 13213
Federal DEA#:			AW1531347 / BW0205852
State DEA#			M17241

## MEMBERSHIP

American Medical Association
American Gastroenterological Association
American Society for Gastrointestinal Endoscopy
American College of Gastroenterology
Medical Society of the District of Columbia
American Society of Internal Medicine
Jacobi Society
American Heart Association CPR Basic & ACLS

## PUBLICATIONS / PRESENTATIONS

Weinstein ML and Korman LY: Possibilities for a Computerized Schematic Endoscopic Record.
AGA/ASGE National Conference, May 1984, New Orleans, LA.

Weinstein ML, Korman LY, Horwitz SL, and Colcher H: Prevalence of Colorectal Neoplasia in Alcoholics with Occult Gastrointestinal Bleeding.  Abstract

Korman LY and Weinstein ML: Computerization of the Office Endoscopic Facility. In Overholt BF and Chobanian SJ (Eds): *Office Endoscopy* . Baltimore, Williams & Wilkins,  1990, pp 185-192.

"Endoscopic Ambulatory Surgery Centers Under Managed Care" Presentation at AGA/ASGE Seminar, Successful Practice in a Managed Care Environment; New York, NY Feb. '95

Ex 6 (2)

"Integrated Delivery: Networks and Alliances" Presentation at AGA/ASGE Seminar, Successful Practice in a Managed Care Environment; New York, NY Feb. '95

"Positioning a Medical Practice for Managed Care" Presentation at Southwest Gastroenterology Fellows Seminar; Dallas, TX Dec. '95

"Evaluating Capitation Rates and Managing the Risk" Presentation at AGA/ASGE Seminar, Successful Practice in a Managed Care Environment; Los Angeles, CA Feb. '96

<u>Gastroenterology Coding & Reimbursement Sourcebook</u>, 1998
Consultant Editor

Weinstein, ML: Capitation - Theory, Practice, and Evaluating Rates for Gastroenterology. Gastroenterology Clinics of North America, 1997 Dec; 26(4): 773-784.

"Coding and Reimbursement Update"
AGA/ASGE Seminar, Digestive Disease Week, Orlando, FL '99

"Coding: Procedures, E & M, and Documentation"
Gastroenterology Managed Care and Endoscopic ASCs; Knoxville, TN '00

Weinstein ML, Korman LY: Information Management.
Gastroenterology Clinics of North America, 2002


## INDUSTRY CONSULTANT

Dianon Systems, Inc.
200 Watson Boulevard
Stratford, CT 06615

Given Imaging Inc.
Oakbrook Technology Center
5555 Oakbrook Parkway, # 355
Norcross, GA 30093

Medtronic
4000 Lexington Avenue North
Shoreview, MN 55126

ProVation Medical, Inc.
800 Washington Avenue North, Suite 400
Minneapolis, MN 55401

MDdatacor
3650 Mansell Road, Suite 200
Alpharetta, GA 30022

Ex 6 (3)

## CLINICAL RESEARCH

Co-Investigator, Nizatidine Clinical Studies on Gastroesophageal Reflux, Duodenal Ulcer, and Non-ulcer Dyspepsia. Sponsor - Lilly Research Laboratories . 1988

Investigator, HOE-760 Clinical Trials on Acute Gastric Ulcer and Maintainence Duodenal Ulcer. Sponsor - Hoechst-Roussel Pharmaceuticals, Inc. , 1988-1989.

Investigator, Generic Sucralfate Clinical Trial in Acute Duodenal Ulcer. Sponsor - PharmaKinetics Laboratories, Inc. 1989-1991

Investigator, Multicenter Clinical Trial of Healing and Relapse Rates with Ranitidine / Bismuth in Duodenal Ulcer, H2B-302  Sponsor - Glaxo, 1993-1994

Investigator, Multicenter Clinical Trial of Ranitidine / Bismuth for the Prophylaxis of NSAID Associated Gastric or Duodenal Ulcers in Patients with Osteo- or Rheumatoid Arthritis. Sponsor - Glaxo, ClinTrials, 1993

Investigator or Co-Investigator  in >20 other Multicenter Clinical Research trials.

Ex 6(4)