IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

Plaintiff, Derek L. Simms, by his undersigned counsel, and with the consent of Defendants, hereby moves this Honorable Court to extend the time in which Plaintiff may respond to the Defendants' Motion for Summary Judgment and Motion to Dismiss or, In the Alternative, Motion for Summary Judgment (the "Defendants' motions"). In support of this Motion, Plaintiff respectfully submits the following:

1.   On June 18, 2004, Defendants Isaias Tessema and Denise VanMeter filed a Motion for Summary Judgment (Dkt. #45). Later, on that same date, Defendants Jon Galley and William Sondervan filed a separate Motion to Dismiss or, In the Alternative, Motion for Summary Judgment (Dkt. #46). According to Local Rule 105(2)(a), Plaintiff has fourteen (14) days in which to respond to Defendants' motions.

2.   Plaintiff respectfully asks that the time in which he may respond to Defendants' motions be extended from fourteen (14) days to thirty (30) days, so that the deadline in which Plaintiff may respond to such motions shall be to and including July 21, 2004.

-2-

3.    Defendants' counsel consented to the proposed extension.

4.    In addition, Plaintiff also respectfully asks that the Court allow him to file one global response in which all of the arguments raised in the Defendants' motions will be addressed.

Based on the foregoing, Plaintiff respectfully asks this Honorable Court to extend the time in which Plaintiff may respond to Defendants' motions to and including July 21, 2004 and to allow Plaintiff to file one global response to such motions.

>                Respectfully submitted,
>
>                ___/s/ Colleen M. Mallon_____
>                Colleen M. Mallon (#26967)
>                Heather Deans Foley (#25829)
>                Venable LLP
>                1800 Mercantile Bank & Trust Bldg.
>                Two Hopkins Plaza
>                Baltimore, Maryland 21201
>                (410) 244-7400
>
>                *Attorneys for Plaintiff Derek L. Simms*