IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEREK L. SIMMS, | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It is this _____ day of _____, 2004, upon the Consent Motion for Extension of Time to Respond of the Plaintiff to extend the time in which he may respond to the Defendants' motions in this matter, hereby ordered and decreed that the time in which Plaintiff may respond to Defendants' motions shall be and includes July 21, 2004. It is further ordered and decreed that Plaintiff is allowed to file one global response to Defendants' motions.

**SO ORDERED:**

_____                           _____
Date                                   William M. Nickerson
                                       United States District Judge

BA2/245500