# EXPERT REPORT OF LINDA A. LEE, M.D.

**QUALIFICATIONS**

As set forth in my Curriculum Vitae, which is attached hereto as Exhibit A2, I attended the University of Chicago Pritzker School of Medicine, completed my residency in internal medicine at the Hospital of the University of Pennsylvania, and my gastroenterology fellowship training at the Johns Hopkins University School of Medicine. I have practiced gastroenterology since 1994 and have a faculty appointment at Johns Hopkins University School of Medicine. I have treated in excess of one hundred patients with Crohn's perianal disease.

**OPINION**

I have reviewed in connection with the litigation captioned, <u>Simms v. Tessema, et al.</u>, No. 1:02-cv-3276, the materials identified in Exhibit A3 hereto. Based upon my review of these materials, my education and clinical experience, and reasonable medical certainty, I intend to offer the following opinions:

Crohn's disease is a chronic inflammatory disorder that affects the gastrointestinal tract. There are many manifestations of Crohn's disease, one of which is perianal Crohn's disease. Perianal Crohn's disease can present itself in one of two ways: (i) a benign presentation, in the form of anal skin tags, anal fissures or hemorrhoids, or (ii) a severe presentation with perirectal abscesses and fistula tracts. There is no known cure for Crohn's disease, but medical and surgical therapy exists which has been successfully used to manage the symptoms and complications associated with Crohn's disease. Medical and surgical therapy for Crohn's disease is usually administered under the care of physicians who specialize in diseases of the gastrointestinal tract, such as gastroenterologists or gastrointestinal surgeons.

Based upon the severity of the symptoms presented, Mr. Simms has severe perianal Crohn's disease. Although his disease is severe, he did not receive proper evaluation and treatment for his Crohn's disease from February 2000 until August 2003.

**EXHIBIT 1**

During that time frame, Mr. Simms was rarely, if ever, evaluated by a gastroenterologist or surgeon to rule out, among other things, the possibility of a recurrent rectal abscess, despite Mr. Simms's constant rectal pain and past medical history of prior abscesses and surgeries. Because Mr. Simms's presentation is less typical than the average patient with Crohn's disease and because of the severity of his perianal disease, he should have been evaluated on a monthly basis by a gastroenterologist until his symptoms and/or disease improved. Furthermore, the failure to properly evaluate and treat Mr. Simms's disease for that length of time contributed to the rectal pain Mr. Simms experienced and continues to experience.

Not only has his Crohn's disease been improperly evaluated, but Mr. Simms's myriad complaints of pain have been ignored from 2000 to the present. In light of the severity of Mr. Simms's disease and his repeated complaints of pain, he should have been, and should be, referred to a specialist to determine if there was, and is, a treatable cause of his pain. In addition, Mr. Simms's pain should have been, and should be, evaluated on a monthly basis, if not by a gastroenterologist then by physicians who specialize in the treatment of chronic pain so that an effective pain management plan could have been, and can be, developed and implemented.

Severe perianal Crohn's disease may warrant the use of narcotic pain medication for the control of pain. The determination of whether narcotic pain medication is warranted for someone who suffers from severe perianal Crohn's disease, such as Mr. Simms, is best made by someone who is knowledgeable about the complications of Crohn's disease or familiar with the syndrome of chronic pain. For symptoms associated with Crohn's disease such as those symptoms experienced by Mr. Simms, I have found it at times appropriate to prescribe narcotic pain medication.

A sitz bath does little to treat Mr. Simms's perianal Crohn's disease. Sitz baths are sometimes helpful in dealing with pain and other symptoms related to perianal fistula and abscesses. In order for Mr. Simms to obtain the intended effect of a sitz bath, hot water and privacy are required. The performance of a sitz bath and episodes of fecal

incontinence, which Mr. Simms experiences, may be associated with intense embarrassment, as my experience with hundreds of patients with gastrointestinal problems over the past 13 years has taught me.

I have testified once as an expert in gastroenterology at deposition within the preceding four years. I have authored several publications within the preceding ten years. For a list of those publications please see my Curriculum Vitae, which is attached hereto. I am compensated at $300 per hour for my work in connection with this case.

I have set forth in this Report a summary of the testimony I expect to provide at deposition and trial. I have not attempted to set forth verbatim every detail of my expected testimony, and I may address additional topics in response to arguments or assertions offered by the defendants during the course of the deposition and trial.

The opinions contained in this Report are based on information available as of November 2003. I reserve the right to supplement or amend this Report should any additional information become available before trial, including, but not limited to, deposition testimonies, any other expert reports and other information unavailable as of the date set forth above.

Respectfully submitted,

*[signature]*

Linda A. Lee, M.D.

# EXHIBIT A2

# CURRICULUM VITAE

## Linda A. Lee, M.D.

Revised 8/03

**Current Appointment:**

Assistant Professor, Division of Gastroenterology,
Johns Hopkins University School of Medicine

**Personal Data:**

*Home Address:*
653 W. University Parkway
Baltimore, MD 21210
Phone: (410) 235-0264

*Work Address:*
10751 Falls Road, Suite 401
Lutherville, Maryland 21093
Phone: (410) 583-2920
FAX: (410) 583-2925

**Education and Training:**

| | |
|---|---|
| 1980-1984 | The University of Chicago - B.A. (Biology, with Honors) |
| 1984-1988 | The University of Chicago, Pritzker School of Medicine - M.D. |
| 1988-1991 | Internship & Residency in Internal Medicine<br>Hospital of the University of Pennsylvania |
| 1991-1994 | Fellowship in Gastroenterology<br>The Johns Hopkins University School of Medicine |

**Professional Experience:**

| | |
|---|---|
| 1994-1995 | Instructor in Medicine<br>Division of Gastroenterology<br>The Johns Hopkins University School of Medicine |
| 1995 – present | Assistant Professor of Medicine<br>Division of Gastroenterology, Department of Medicine<br>The Johns Hopkins University School of Medicine |
| 1996 – 2001 | Gastroenterology Fellowship Training Director<br>Johns Hopkins University School of Medicine<br>Division of Gastroenterology, JHU |

**Board Certification:**

| | |
|---|---|
| 1991, 2002 | Internal Medicine |
| 1993, 2002 | Gastroenterology |

**Professional Societies:**
    American Gastroenterological Association
    American Association for the Advancement of Liver Disease

**Recognition:**

| | |
|---|---|
| 1995 | Alan Guerrieri Clinician Scientist Award |
| 1994 | Advanced Research Training Fellowship Award |
| | American Gastroenterological Association |
| 1993 | Stetler Research Fellowship Award |
| 1990 | Humaneness in Medicine Award |
| 1988 | Richard W. Reilly Gastroenterology Award, The University of Chicago |
| 1982 | Garber Research Fellowship, The University of Chicago |
| 1981 | Abram L. Harris Prize for academic and extra-curricular achievement |

**Educational Activities:**

*Divisional conferences*

| | |
|---|---|
| Organizer, GI Journal Club (weekly) | 1999 - 2001 |
| Organizer, Didactics in Gastroenterology and Hepatology | 1996 - 2001 |
|    Weekly conference for GI fellows and rotating students/residents | |
| Organizer, GI Grand Rounds | 1998 - 2001 |
|    Weekly conference for fellows, faculty, community practitioners | |

*Clinical Instruction*

| | |
|---|---|
| Teaching Attending – Longcope Firm Faculty Member | 1 month/year |
| Fellow supervision of endoscopic procedures | 1995 - present |

*Classroom Instruction*

| | |
|---|---|
| Pathophysiology – Colon Cancer section, 2001 | Speaker |
| Anatomy/Clinical Correlation | Faculty participant |
| Clinical Pathophysiology, Hepatology & GI units, 1997-00 | Faculty group leader |
| Clinical Skills 1997, 1999, 2000 | Faculty group leader |
|    Medical Student Journal Club (biweekly) 1/96 - 5/96 | Faculty group leader |

*CME instruction*

| | |
|---|---|
| <u>Johns Hopkins Internal Medicine Board Review Course</u> | July 2001, 2002, 2003 |

Invited Speaker
Titles: "Peptic Ulcer Disease and GI Bleeding" and "Esophageal Diseases"
Baltimore, Maryland

| | |
|---|---|
| <u>American College of Gastroenterology CME Satellite Symposium</u> | October 11, 1998 |

"Acid Secretory Disorders -Burning Issues and Hot Topics",
Course Director,
Hynes Convention Center, Boston, Massachusetts.
Symposium attended by over 200 gastroenterologists.

2

| | |
|---|---|
| A Woman's Journey<br>Invited Speaker,<br>Title: "3 Myths About Your GI Tract"<br>Locally organized, annual JHU sponsored conference for 2000 attendees,<br>to educate the community about medical issues | November 1997 |
| JHU Medical Grand Rounds,<br>Speaker,<br>Johns Hopkins University School of Medicine.<br>Title: "Hepatitis B Induced Apoptosis as a Mechanism of Liver Injury" | October 1997 |
| 4th Annual Johns Hopkins, Hands-On-Flexible Sigmoidoscopy Course<br>Course Instructor,<br>Johns Hopkins University School of Medicine | October 1997 |
| 2nd Annual Johns Hopkins, Hands-On-Flexible Sigmoidoscopy Course<br>Course Instructor<br>Johns Hopkins University School of Medicine | October 1995 |

**Editorial Activities:**
*Editorial Boards*
    Administrative Editor, "Practical Reviews in Gastroenterology"
    Oakstone Medical Publishing, 2001 – present

    Editorial Board Member, JHU GI Website (www.hopkins-gi.org)
    2002 - present

*Journal Peer Review Activities*
    Journal of Clinical Investigation, Nucleic Acids Research, Molecular & Cellular Biology, Oncogene, Neoplasia, Annals of Internal Medicine, Gastroenterology, Gastrointestinal Endoscopy

**Organizational Activities:**
*American Gastroenterological Association Appointment*
    2002-2005        Manpower and Training Committee

*JHU School of Medicine Departmental Administrative Appointments*
| | |
|---|---|
| 2003-2004 | Steering Committee, Dept. of Medicine Research Retreat |
| 1999- present | Dept. of Medicine Committee for the Office of Funded Programs |
| 1999- present | Dept. of Medicine Development Committee |
| 1998- present | Dept. of Medicine Postdoctoral Fellowship Advisory Committee |
| 1997 -1998 | Dept. of Medicine Faculty Retreat Steering Committee |
| 1998 | Facilitator, Dept. of Medicine Faculty Retreat |
| 1994 -1997 | Dept. of Medicine Women's Task Force |
| 1996 -1998 | Dept. of Medicine Research Council |

*JHU School of Medicine GI Divisional Administrative Appointments*
    1996 – 2001          GI Fellowship Program Training Director
    1996 - 1997          GI Division Clinical Care Committee
    1995                  GI Professionalism Committee – Chair

**Research Activities:**
*Extramural Sponsorship*

1) Funding Agency:    National Institutes of Health, NIDDK
   Grant:    R01 CA09159
   Title:    Function of Ectopic c-Myc in the Liver
   Principle Investigator:    Linda A. Lee, MD
   Duration:    7/1/02 - 6/30/07

2) Funding Agency:    National Institutes of Health, NCI
   Grant:    K11 CA64258 Physician Scientist Award
   Title:    c-Myc Transcriptional Repression in Cell Transformation
   Principle Investigator:    Linda A. Lee, MD
   Duration:    7/1/96 - 6/30/01

3) Funding Agency:    Johns Hopkins – Singapore, Ltd.
   Title:    Functional Genomics of Hepatocellular Carcinoma
   Principal Investigators:    Linda A. Lee, MD and Chi V. Dang, MD, PhD
   Co-Principal Investigator:    Caroline Lee, PhD
   Duration:    4/1/00 – 3/31/03

4) Funding Agency:    Johns Hopkins University School of Medicine
   Grant:    Institutional Research Grant
   Title:    Liver-specific expression of activated B-catenin and hepatocellular carcinoma
   Principle Investigator:    Linda A. Lee, MD
   Duration:    7/1/99 – 6/30/00

5) Funding Agency:    Johns Hopkins University School of Medicine
   Grant:    Institutional Research Grant
   Title:    Cholecystokinin-octapeptide for the Prevention of Gallbladder Stasis and Sludge in Bone Marrow Transplant Patient
   Principle Investigator:    Linda A. Lee, MD, G. Vogelsang, MD, J. Margolis, MD, H. Kaufman, MD
   Duration:    5/1/99-4/30/01

6) Funding Agency:    Johns Hopkins University School of Medicine
   Grant:    Institutional Research Grant
   Title:    Inhibition of Fas-Mediated Apoptosis To Improve Liver Injury
   Principal Investigator:    Linda A. Lee, MD

| | |
|---|---|
| Duration: | 1997 |
| 7) Funding Agency: | American Gastroenterology Association |
| Grant: | Advanced Research Training Award |
| Principal Investigator: | Linda A. Lee, MD |
| Duration: | 1994 -1995 |
| 8) Funding Agency: | American Cancer Society |
| Grant: | Institutional Research Grant |
| Title: | Identification of Novel Myc Target Genes in Regenerating Liver |
| Principal Investigator: | Linda A. Lee, MD |
| Duration: | 1997 |

*Peer-Reviewed Publications*

1. Lee CG, Ren J, Cheong IS, Ban KH, Ooi LL, Yong Tan S, Kan A, Nuchprayoon I, Jin R, Lee KH, Choti M, Lee LA. Expression of the FAT10 gene is highly upregulated in hepatocellular carcinoma and other gastrointestinal and gynecological cancers. *Oncogene*. 2003, 22:2592-603.

2. Akpek G, Chinratanalab W, Lee LA, Torbenson M, Hallick JP, Anders V, Vogelsang GB. Gastrointestinal involvement in chronic graft-versus-host disease: A clinicopathologic study. *Biol. Blood Marrow Transplant* 2003, 9:46-51.

3. Akpek G, Boitnott JK, Lee LA, Hallick JP, Torbenson M, Jacobsohn DA, Arai S, Anders V, Vogelsang GB. Hepatitic variant of graft-versus-host disease after donor lymphocyte infusion. *Blood* 2002, 100(12):3903-7.

4. Yoo HY, Eustace JA, Verma S, Zhang L, Harris M, Kantsevoy S, Lee LA, Kalloo AN, Ravich WJ, Thuluvath PJ. Accuracy and reliability of the endoscopic classification of portal hypertensive gastropathy. *Gastrointest. Endosc.* 2002, 56(5):675-80.

5. McDonough, CH, Lee, LA, Jan de Beur, S, Arai, A, Vogelsang, GB. Myxedema ascites in the posttransplant setting: Case report. *Am. J. Hematol.* 2002, 71: 216-8.

6. Cruz-Correa, M, Poonawala, A, Abraham, SC, Wu, TT, Zahurak, M, Vogelsang, G, Kalloo, AN, Lee, LA. Endoscopic findings predict the histologic diagnosis in gastrointestinal graft-versus-host disease. *Endoscopy* 2002, 34:8-13.

7. Yoo, HY, Venbrux, A, Heitmiller, R, Ravich, WJ, and Lee, LA. Control of alkaline reflux esophagitis after total gastrectomy by a percutaneous jejunostomy tube. *J. Clin. Gastroenterol.* 2002, 35:46-9.

8. Prescott, JE, Osthus, RC, Lee, LA, Lewis, BC, Shim, H, Barrett, JF, Guo, Q, Hawkins, AL, Griffin, CA, and Dang, CV. A novel c-Myc-responsive gene, JPO1, participates in neoplastic transformation. *J. Biol. Chem,* 2001, 276: 48276-84.

9. Abraham SC, Bhagavan BS, Lee LA, Rashid A, and Wu TT. Upper gastrointestinal tract injury in patients receiving kayexalate (sodium polystyrene sulfonate) in sorbitol: clinical, endoscopic, and histopathologic findings. *J. Surg. Pathol.,* 2001, 25(5): 637-44

10. Kim, S, Zeller, K, Dang, CV, Sandgren, E, and Lee, LA. A strategy to identify rare transcripts that are differentially expressed. *Analytical Biochem.,* 2001, 288: 141-148.

11. Kim, S, Li, Q, Dang, CV, and Lee, LA. Induction of ribosomal genes and a novel phenotype of hepatocyte hypertrophy by adenovirus-mediated expression of c-Myc in vivo. *Proc. Natl. Acad. Sci., USA,* 2000, 97: 11198-11202.

12. Osthus RC, Shim H, Kim S, Li Q, Reddy R, Mukherjee M, Xu Y, Wonsey, D, Lee LA, and Dang CV. Deregulation of glucose transporter 1 and glycolytic gene expression by c-Myc. *J. Biol. Chem.* 2000, 275: 21797-800.

13. Akpek, G, Valladres, JL, Lee, LA, Margolis, J, Vogelsang, GB. Pancreatic insufficiency in patients with chronic graft-versus-host-disease. *Bone Marrow Transplant.* 2001, 27:163-166.

14. Abraham, SC, Cruz, M, Lee, LA, Yardley, JH, and Wu, TT. Alendronate-associated esophageal injury: pathologic and endoscopic features. *Mod. Pathol.* 1999, 12:1152-1157.

15. Lewis, BC, Shim, H, Li, Q, Wu, CS, Lee, LA, Maity, A, and Dang, CV. Identification of c-Myc responsive genes: characterization of rcl, a novel growth related gene. *Mol Cell. Biol.* 1997, 17:4967-4978.

16. Lee, LA, Dolde, C, Barrett, J, Wu, CS, Dang, CV. A link between c-Myc mediated transcriptional repression and neoplastic transformation . *J. Clin. Invest.* 1996, 97:1687-95.

17. Pieternella CM, Wang, R, Batey, DW, Lee, LA, Dang, CV, and Berger, SL. Do products of the *myc* proto-oncogene play a role in transcriptional regulation of the prothymosin $\alpha$ gene? *Mol. Cell. Biol.,* 1995, *15*: 6999-7009.

18. Lee, LA, Resar, LMS, Dang, CV. Cell density and paradoxical transcriptional properties of c-Myc and Max in cultured mouse fibroblasts. *J. Clin. Invest.* 1995, 95:900-904.

19. Hummel, M. Arsenakis, M., Lee, LA, Roizman, B, Kieff, E. Herpes-simplex virus expressing Epstein-Barr virus nuclear antigen-1. *J. Virol.,* 1986, 148:337-448.

*Invited Commentary/Book Chapters/Reviews*

1. Lee, LA and Dang, CV.Myc Target Transcriptomes. In Eisenman, R. ed. 2003. In press.

2. Lee, LA and Vogelsang, GB. Gastrointestinal and hepatic complications of stem cell transplantation. In Bayless, TM and Diehl, AM, eds. <u>Advanced Therapy of Gastroenterology & Liver Disease, 5th edition</u>. 2003. In press.

6

3. Vogelsang, GB, Lee, L, and Bensen-Kennedy, DM. Pathogenesis and treatment of graft-versus-host disease after bone marrow transplant. *Annu. Rev. Med.* 2003.

4. Wong, ET, Chew, YP, Lee, LA, and Lee, CG. Therapeutic strategies for hepatitis B virus-associated hepatocellular carcinoma. *Curr. Drug Targets* 2002, 3:369-78.

5. Arai, S, Lee, LA, and Vogelsang, GB. A systematic approach to hepatic complications in hematopoietic stem cell transplantation. *J. Hematother. Stem Cell Res.* 2002, 11:215-29.

6. Lee, LA. Hepatocyte Transplantation: A Myth Becomes Reality. Commentary. *J. Clin. Invest.* 2001, 108: 367-369.

7. Gardner, LB, Lee, LA, Dang, CV: Myc proto-oncogene. In Bertino JR: <u>Encyclopedia of Cancer, 2nd Edition</u>, 2002, SanDiego: Academic Press.

8. Lee, LA. Malabsorption. In: <u>Gastrointestinal Disease: An Endoscopic Approach 2nd ed</u>. Kalloo, A. et al., eds. 2001.

9. Lee, LA, and Vogelsang, G. Management of intestinal complications in the stem cell transplant patient. In: <u>Advanced Therapy in Inflammatory Bowel Disease, 2nd ed</u>. Bayless, TM, Hanauer, SB, eds. 2000, B.C. Decker Inc., Ontario.

10. Lee, LA, and Giardiello, F. GI Bleeding. In: <u>The Principles & Practice of Medicine, 24th ed</u>. Benz, E. et al., eds. 1999, Appleton & Lange, Stamford.

11. Lee, LA.and CV Dang. c-Myc transrepression and cell transformation. *Curr. Top. Microbiol. Immunol.* 1997, 224:131-136.

12. Dang, CV and Lee, LA. c-Myc Function in Neoplasia. R. G. Landes Company, Austin. 1995.

*Invited Talk:*
   In: The Molecular Medicine of Colorectal Cancer. Keystone Symposium.
   Taos, New Mexico, January 2001.

# EXHIBIT A3

## MATERIALS REVIEWED

Documents contained in Derek L. Simms's medical record at Western Correctional Institution

Derek Simms's medical records from Sacred Heart Hospital, Caroline County Detention Center, Memorial Hospital and Dorchester General Hospital

Amended Complaint

Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment

Plaintiff's Response to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment

Court's April 30, 2003 Memorandum and Order