FROM : ADELMAN,SHEEF&SMITH          FAX NO. :3012511178          Apr. 09 2004 09:43AM   P2

## EXPERT REPORT OF MICHAEL L WEINSTEIN. M.D.

### QUALIFICATIONS

See Curriculum Vitae, which is attached. I attended Northwestern University Medical School in Chicago; completed my residency in internal medicine at the George Washington University Hospital in Washington, DC; and my gastroenterology fellowship training at the Washington Veterans Hospital. I am Board Certified in both Internal Medicine and Gastroenterology. I have practiced gastroenterology since 1985 and have a faculty appointment at the George Washington University School of Medicine. I have treated hundreds of patients with Crohn's Disease and participated in several Clinical Research studies evaluating treatments for Crohn's Disease.

### OPINION

I have reviewed in connection with the litigation captioned, Simms v. Tessema. et &, No. I :02-cv-3276, the materials provided to me by Mr. Donald Crawford including the opinion letter of Dr. Linda Lee, the extensive older medical records of Mr. Derek Simms, recent additional medical records from October 2003 through February 2004, and conversation with Dr. Isaias Tessema. Based upon my review of these materials, my education and clinical experience, and reasonable medical certainty, I intend to offer the following opinions:

I agree with Dr. Lee that Crohn's disease is a chronic inflammatory disorder that affects the gastrointestinal tract. There are many manifestations of Crohn's disease, one of which is perianal Crohn's disease. Perianal Crohn's disease can present itself in one of two ways: (i) a benign presentation, in the form of anal skin tags, anal fissures or hemorrhoids, or (ii) a severe presentation with perirectal abscesses and fistula tracts. There is no known cure for Crohn's disease, but medical and surgical therapy exists which has been successfully used to manage the symptoms and complications associated with Crohn's disease.

Medical and surgical therapy for Crohn's disease is usually administered under the care of physicians who specialize in diseases of the gastrointestinal tract, such as gastroenterologists or gastrointestinal surgeons. There is no specific regimen of medicine or surgery to treat individual patients with Crohn's Disease. Treatment must be tailored to the patient based upon the physician's assessment of the patient's complaints, physical findings, and laboratory studies.

**EXHIBIT**

**2**

The disease can fluctuate in severity in spite of patient compliance with treatment recommendations. Non-compliance with treatment recommendations will usually result in increased symptoms.

Based upon my review of the records through February 2004, Mr. Simms has perianal Crohn's disease that has caused him symptoms of variable severity for over 20 years. The disease appears to be confined to the peri-rectal area. There are many ways to manage the condition and treatments prescribed by medical staff over the years have had variable success. Mr. Simms' complaints were not ignored and his response to recommendations varied at times because of the condition's natural course and the patient's compliance with treatment. I do not believe that the treatment provided at any time was "so grossly incompetent or inadequate that it shocks the conscience and constitutes the willful infliction of pain."

I would generally recommend that a specialist in Gastroenterology or Colorectal Surgery follow patients with this condition. However, the accessibility to specialist care is more difficult in this situation. The care provided by the medical staff was different than that available to patients with easy access to specialists. The success of the care provided in alleviating symptoms and signs of Crohn's Disease in this patient might have been no different. While I would have chosen an alternative treatment regimen, I cannot say with any certainty that the patient's complaints would have been any different or that the peri-rectal disease would be less active. The decision to avoid chronic narcotics was made based on the physician's assessment of the degree of disease activity weighed against the concern for medication abuse and the patient's functional status without narcotics. I have rarely prescribed chronic narcotics to patients with Crohn's Disease and have withheld them from patients who have shown a prior history of narcotic abuse.

Mr. Simms' condition and complaints have not been ignored at any time during his incarceration. The medical staff of the institution saw him frequently. A gastroenterologist evaluated him with extensive testing in 1998 and 1999. The medical staff generally followed the recommendations made although patient compliance with advice was not necessarily ideal. I saw on at least one occasion a specialist's impression of Mr. Simms' complaint of pain as being exaggerated beyond what was clinically expected. The recommendations of specialists made more recently appear to have resulted in some improvements based on notes from the last several months. On the other

Case 1:02-cv-03276-WMN   Document 49-3   Filed 07/21/2004   Page 3 of 9

hand, Mr. Simms might be benefiting from a spontaneous improvement of Crohn's Disease. There are no recent documented complaints or findings presently that suggest the need for a private cell or narcotic medication.  Specialist follow-up every 3-4 months seems reasonable.

The opinions contained in this Report are based on information available as of March 2004. I reserve the right to supplement or amend this Report should any additional information become available before trial, including, but not limited to, deposition testimonies, any other expert reports and other information unavailable as of the date set forth above.

Michael L. Weinstein, M.D.

4/5/04

# Michael Lee Weinstein, M.D.

May 2003

| | |
|---|---|
| Date of Birth: | September 5, 1955 |
| Home Address: | 9210 Potomac School Dr.<br>Potomac, MD 20854<br>301-365-3566 |

Office Address:    Metropolitan Gastroenterology Group, PC
2021 K Street, NW  #T-110                    5530 Wisconsin Ave  #820
Washington, DC  20006                        Chevy Chase, MD  20815
202-296-3449                                 301-654-2521

Marital Status:    Married, wife - Jill Beth Weinstein
Three children - Matthew, Jason, Zachary

## ACADEMIC TRAINING and DEGREES

Undergraduate 1973-1976
Northwestern University, Technological Institute: Evanston, IL
Bachelor of Science in Biomedical Engineering

Medical School 1976-1980
Northwestern University; Chicago, IL
Doctor of Medicine

## POSTGRADUATE TRAINING

Internship   July 1980-June 1981
George Washington University Medical Center; Washington, DC
Straight Medicine Program

Residency   July 1981-June 1983
George Washington University Medical Center; Washington, DC
Straight Medicine Program, National Board Eligibility

Fellowship   July 1983-June 1985
Washington V.A. Hospital; Washington, DC
Gastroenterology-Hepatology-Nutrition

## POSITIONS

1985 - present   Medical Staff
George Washington University Hospital; Washington, DC

1985-1988        Clinical Instructor in Medicine
George Washington University Medical Center; Washington, DC

1988 - present   Assistant Clinical Professor of Medicine
George Washington University Medical Center: Washington, DC

POSITIONS

1985 - present   Courtesy Medical Staff
Sibley Memorial Hospital; Washington, DC

1985 - present   Medical Director
The Endoscopy Center of Washington DC, LP  (ASC); Washington, DC

1985 - 1987      Credentials Committee
Medical Society of the District of Columbia

1986 - 1990      AMA Delegate, Young Physicians Section
Medical Society of the District of Columbia

1988 - 1994      Treasurer / Executive Board
Medical Society of the District of Columbia

1989 - 1994      Executive Committee
Attending Physicians Association, George Washington University Hospital

1989 - 1992      Blue Cross / Blue Shield Medical Advisory Committee
Blue Cross / Blue Shield of the National Capital Area; Washington, DC

1994 – 2002      Board of Directors
Metropolitan Gastroenterology Associates, Inc.  (I.P.A.)

1995 - present   Utilization Review Committee
Sibley Memorial Hospital

1995 - 1997      Peer Review Committee
Medical Society of the District of Columbia

1995 - 1997      Practice Management Committee
Am. Gastroenterological Assoc. / Am. Society for Gastrointestinal Endoscopy

1996 - 2000      American Medical Assoc. CPT Advisory Panel
American Society for Gastrointestinal Endoscopy representative

1997 –present   Board of Directors
Chevy Chase Endoscopy Center, LLC (ASC)

1997 - 2001      Clinical Practice & Practice Economics Committee
American Gastroenterological Association

1997 - 1998      Relative Value Update Committee
American Medical Association

1997 – 2002      Associate Editor
Clinical Perspectives in Gastroenterology – AGA

1999 –present   Medical Editor
Gastroenterology Coding Alert, The Coding Institute

POSITIONS        2001 - 2002    Practice Management &Economics Committee
                 American Gastroenterological Association

                 2002 – 2003    Nominating Committee, Chairman
                 American Gastroenterological Association

## BOARD CERTIFICATION

Diplomate of the National Board of Medical Examiners
Certified July 1, 1981

Diplomate of the American Board of Internal Medicine
Certified  September 14, 1983    #092897

American Board of Internal Medicine,  Subspecialty of Gastroenterology
Certified  November 19, 1985    #92897

## LICENSURE

State of Maryland        October 1981            # D27285
District of Columbia     November 1981# 13213
Federal DEA#:            AW1531347 / BW0205852
State DEA#               M17241

## MEMBERSHIP

American Medical Association
American Gastroenterological Association
American Society for Gastrointestinal Endoscopy
American College of Gastroenterology
Medical Society of the District of Columbia
American Society of Internal Medicine
Jacobi Society
American Heart Association CPR Basic & ACLS

## PUBLICATIONS / PRESENTATIONS

Weinstein ML and Korman LY: Possibilities for a
Computerized Schematic Endoscopic Record.
AGA/ASGE National Conference, May 1984, New Orleans, LA.

Weinstein ML, Korman LY, Horwitz SL, and Colcher H:
Prevalence of Colorectal Neoplasia in Alcoholics with Occult
Gastrointestinal Bleeding.  Abstract

Korman LY and Weinstein ML: Computerization of the Office Endoscopic
Facility. In Overholt BF and Chobanian SJ (Eds): *Office Endoscopy* .
Baltimore, Williams & Wilkins,  1990, pp 185-192.

"Endoscopic Ambulatory Surgery Centers Under Managed Care"
Presentation at AGA/ASGE Seminar, Successful Practice in a Managed
Care Environment; New York, NY Feb. '95

"Integrated Delivery: Networks and Alliances" Presentation at
AGA/ASGE Seminar, Successful Practice in a Managed Care
Environment; New York, NY Feb. '95

"Positioning a Medical Practice for Managed Care" Presentation at
Southwest Gastroenterology Fellows Seminar; Dallas, TX  Dec. '95

"Evaluating Capitation Rates and Managing the Risk"  Presentation at
AGA/ASGE Seminar, Successful Practice in a Managed Care
Environment; Los Angeles, CA  Feb. '96

Gastroenterology Coding & Reimbursement Sourcebook, 1998
Consultant Editor

Weinstein, ML: Capitation - Theory, Practice, and Evaluating Rates for
Gastroenterology. Gastroenterology Clinics of North America, 1997 Dec;
26(4): 773-784.

"Coding and Reimbursement Update"
AGA/ASGE Seminar, Digestive Disease Week, Orlando, FL '99

"Coding: Procedures, E & M, and Documentation"
Gastroenterology Managed Care and Endoscopic ASCs; Knoxville, TN '00

Weinstein ML, Korman LY: Information Management.
Gastroenterology Clinics of North America, 2002


## INDUSTRY CONSULTANT

Dianon Systems, Inc.
200 Watson Boulevard
Stratford, CT  06615

Given Imaging Inc.
Oakbrook Technology Center
5555 Oakbrook Parkway, # 355
Norcross, GA 30093

Medtronic
4000 Lexington Avenue North
Shoreview, MN  55126

ProVation Medical, Inc.
800 Washington Avenue North, Suite 400
Minneapolis, MN 55401

MDdatacor
3650 Mansell Road, Suite 200
Alpharetta, GA 30022

Case 1:02-cv-03276-WMN    Document 49-3    Filed 07/21/2004    Page 8 of 8

## CLINICAL RESEARCH

Co-Investigator, Nizatidine Clinical Studies on Gastroesophageal Reflux, Duodenal Ulcer, and Non-ulcer Dyspepsia. Sponsor - Lilly Research Laboratories . 1988

Investigator, HOE-760 Clinical Trials on Acute Gastric Ulcer and Maintainence Duodenal Ulcer. Sponsor - Hoechst-Roussel Pharmaceuticals, Inc. , 1988-1989.

Investigator, Generic Sucralfate Clinical Trial in Acute Duodenal Ulcer. Sponsor - PharmaKinetics Laboratories, Inc. 1989-1991

Investigator, Multicenter Clinical Trial of Healing and Relapse Rates with Ranitidine / Bismuth in Duodenal Ulcer, H2B-302  Sponsor - Glaxo, 1993-1994

Investigator, Multicenter Clinical Trial of Ranitidine / Bismuth for the Prophylaxis of NSAID Associated Gastric or Duodenal Ulcers in Patients with Osteo- or Rheumatoid Arthritis.  Sponsor - Glaxo, ClinTrials, 1993

Investigator or Co-Investigator  in >20 other Multicenter Clinical Research trials.