Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
2                    Northern Division

3   DEREK L. SIMMS

4         Plaintiff

5      vs.                          CIVIL ACTION NO:
                                    1:02-CV-3276WMN

6   ISAIAS TESSEMA, M.D., et al.

7         Defendants
    _____/

8

9         The deposition of ISAIAS TESSEMA, M.D.
10  was held on Wednesday, April 7, 2004, commencing at
11  1:30 P.M., at the Western Correctional Institution,
12  13800 McMullen Highway, S.W., Cumberland, Maryland,
13  21502, before Susan M. Liebrecht, a Notary Public.
14

15  APPEARANCES:

16            COLLEEN M. MALLON, ESQUIRE
              HEATHER D. FOLEY, ESQUIRE
17                On behalf of Plaintiff

18            DAVID KENNEDY, ESQUIRE [via telephone]
              DONALD J. CRAWFORD, ESQUIRE
19                On behalf of Defendants

20

21  REPORTED BY:  Susan M. Liebrecht


EXHIBIT 4

Page 22

1   A   Asthma, cardiac, surgical patients,
2   pediatric. I mean, it can take the whole day to
3   list them.
4   Q   Are there rotations in this residency?
5   A   Family practice is structured, you have
6   a rotation, like, let's say this month I might be in
7   the floor which would be patients for internal
8   medicine, but the whole afternoon I'll be in the
9   family practice clinic. That's the system they
10  engage you as an outpatient clinic half a day, half
11  of the day you might have patients at the clinic.
12      So, throughout the whole year you still
13  have daily outpatient clinic, but you see all kinds
14  of patients. In the morning that might be specific
15  for that month.
16  Q   Okay. During this residency, did you
17  see -- did you treat any patients with perianal
18  Crohn's disease?
19  A   Yeah, plenty.
20  Q   Perianal Crohn's disease? Plenty?
21  A   Plenty.

Page 23

1   Q   Did you do a fellowship?
2   A   No.
3   Q   Did you want to do a fellowship?
4   A   Yes.
5   Q   Why didn't you pursue a fellowship?
6   A   I'm still contemplating.
7   Q   What would you be interested -- I mean,
8   what are you contemplating your fellowship in?
9   A   In geriatrics.
10  Q   In geriatrics?
11  A   Right.
12  Q   Are you board certified in any field?
13  A   Family practice.
14  Q   How long have you been?
15  A   Since 2000.
16  Q   What month of 2000?
17  A   I believe it was August. I took the
18  board in July or August.
19  Q   Are you required to renew that board?
20  A   Every seven years.
21  Q   Every seven years?

Page 24

1   A   Yes.
2   Q   Are you board certified in any
3   specialties?
4   A   Just family practice.
5   Q   Are you affiliated with any hospitals?
6   A   No.
7   Q   Were you ever in private practice?
8   A   No.
9   Q   So, all of your positions in the U.S.,
10  including your current position, have been with the
11  Department of Corrections?
12  A   As a physician?
13  Q   Yes.
14  A   Yes.
15  Q   In what states are you licensed to
16  practice medicine?
17  A   Maryland, Virginia, Washington, D.C.
18  Q   Was your license, any of these licenses,
19  ever reviewed, suspended or revoked?
20  A   Never.
21  Q   Do you have any hospital privileges?

Page 25

1   A   No.
2   Q   Can you explain for me why you waited
3   seven years before you began a medical internship in
4   the United States?
5   A   I was planning to go back.
6   Q   Planning to go back where?
7   A   To Addis, to Ethiopia.
8   Q   During that seven-year period?
9   A   Yeah. I mean, every year. I came here
10  because of the political situation back home. So,
11  every year I've been hoping that the situation will
12  resolve on its own. So, finally I decided to stay
13  and then I pursued my internship.
14  Q   Okay. When did you start working at
15  Western Correctional Institution?
16  A   December of 2000.
17  Q   What is your title?
18  A   Medical director.
19  Q   What are your roles and responsibilities
20  as a medical director?
21  A   Can you repeat the question?

Page 26

```
 1    Q    What is your role and your
 2  responsibilities as medical director?
 3    A    I run the -- I work as the primary care
 4  physician for the whole residents of WCI and at the
 5  same time I also run the infirmary, which is a
 6  26-bed infirmary.
 7         I review charts that has been seen by
 8  other providers, nurses, and with the administrator
 9  we kind of manage the total cost, running cost, cost
10  effectiveness of drugs, et cetera.
11    Q    With the administrator?  Who is that
12  administrator?
13    A    Nancy Pearson.
14    Q    And are you here everyday of the week?
15    A    Yes.
16    Q    So, Monday through Friday?
17    A    Yes.
18    Q    Are you ever here on the weekends?
19    A    I'm on-call.
20    Q    You're on-call?
21    A    24 hours a day, Monday through Friday,
```

Page 27

```
 1  except two weekends.
 2    Q    Are you the only doctor on-site?
 3    A    On-site?
 4    Q    Yes.
 5    A    Yes.
 6    Q    How big is the medical staff here?  By
 7  medical staff I mean nurses, you know, R.N.s, the
 8  L.P.N.s.  I want to get an idea of that.
 9    A    I don't know the exact number.
10    Q    Can you give me an estimate?  Is it more
11  than 20, less than 20?
12    A    There is one nurse practitioner.  There
13  is two charge nurses, one director of nurses, two
14  medical records, one pharmacy, one phlebotomist, one
15  radiology technician.  I don't know how many R.N.s
16  they have and L.P.N.s they have.  But I would say
17  maybe ten each.
18    Q    So, it's over 20?
19    A    Yeah.  Still a guess.
20    Q    Right.  Now, do you oversee -- do you
21  supervise these the nurses?  The R.N.s, the L.P.N.s?
```

Page 28

```
 1    A    They have their own director who
 2  supervises them directly.
 3    Q    Who is that?
 4    A    Director of nursing.
 5    Q    Director of nursing?
 6    A    Right.
 7    Q    What is the director of nursing's name?
 8    A    Dan Voelker.
 9    Q    Do you have any supervisory capacity
10  with respect to nurses here?
11    A    On clinical things I act like the
12  clinical -- if they need clinical help or decision,
13  I make the decision.
14    Q    How many days a week do you see inmates?
15    A    Everyday.
16    Q    You evaluate inmates everyday?
17    A    Yeah.
18    Q    And how many inmates are you treating?
19  Making active decisions regarding their treatment
20  right now?  Give an estimate?
21    A    The question is not clear.
```

Page 29

```
 1    Q    How many inmates are you currently
 2  treating?
 3    A    2,000, approximately.
 4    Q    2,000?
 5    A    That's the population of the WCI.
 6    Q    So, you're currently treating 2,000
 7  patients?
 8    A    I'm overlooking their health.  I'm
 9  responsible for those 2,000.
10    Q    So, you're responsible for their health?
11    A    Right.
12    Q    For all the inmates here?
13    A    Right.
14    Q    Are you currently making active
15  decisions regarding their treatment all 2,000 of
16  these inmates?
17    A    If they get sick, yeah.
18    Q    If they got stick.  I'm talking about
19  now, your current treatment now for inmates.  How
20  many inmates are you currently treating now?
21    A    I don't understand the question.
```

Page 30

1       MR. CRAWFORD: Let's see if we can --
2   Q   All 2,000 inmates, have they come to see
3 you?
4   A   At one time or --
5   Q   Right. At one time or another. I'm
6 talking about today.
7   A   Oh, today.
8   Q   Right now. How many inmates are you
9 currently treating, making active decisions
10 regarding their treatment?
11       MR. CRAWFORD: Meaning today?
12       MS. MALLON: Today.
13   A   How many have I seen today?
14   Q   Yes, presently, yes.
15   A   Today?
16   Q   Yes. Seen today.
17   A   Well, I saw 10, 12 patients in the
18 infirmary and I had about eight in the segregation
19 unit, which is at the other end of the thing.
20   Q   How about for the month of March, 2004?
21   A   I have to go back to the statistics.

Page 31

1   Q   Can you give me an estimate?
2   A   Average day I see about 20 to 30
3 patients a day.
4   Q   20 to 30 patients a day?
5   A   Yeah.
6   Q   When you see these patients, give me
7 what you do with these patients? Would you examine
8 all these 20 to 30 patients?
9   A   Yeah.
10   Q   Physically examine 20 to 30 patients
11 each day?
12   A   Right. And it depends on if they're in
13 the Chronic Care Clinic, they get more thorough
14 exam, physical exam, get more thorough exam. But
15 others are problem oriented.
16   Q   Okay.
17   A   But, again, on the numbers, we can
18 always refer to the daily statistics.
19   Q   Do you know what sick-calls are?
20   A   Yes.
21   Q   Describe what happens to me when an

Page 32

1 inmate makes a sick-call?
2   A   They write on the top what their chief
3 complaint is and the nurse would see them,
4 initially, and they if they could handle it, they
5 handle it. If they do not handle it, they refer to
6 the physician or a nurse practitioner.
7   Q   Go on.
8   A   If they have been seen three times for
9 the same complaint, then they automatically go to
10 the next provider, which is a nurse practitioner or
11 myself. Or if the first assessment is too
12 complicated for them, they can pass it straight to
13 me, too.
14   Q   Who makes this determination? Does the
15 nurse make the determination that it's too
16 complicated for her to figure out how to treat a
17 patient and to consult with you?
18   A   They have their own protocol. If it's
19 not in the protocol, it means they cannot.
20   Q   If it's not in the protocol, then they
21 need to consult with you?

Page 33

1   A   They usually do.
2   Q   And this protocol, this is a nurse
3 protocol?
4   A   They have nurse protocol, they have
5 nurse practitioner protocol.
6   Q   Who put together this nurse protocol?
7   A   It has been in the system, but we have
8 updated periodically.
9   Q   We? Is that you?
10   A   Me, myself, or the nurse practitioner
11 updates it as necessary. Periodically we update it.
12   Q   What do you update? What are your
13 updates based upon? Experiences with inmates?
14   A   No. New scientific data, new line of
15 complaints. Let's say at one time we were seeing a
16 lot of insect bites and abscesses. So, we tried to
17 include that.
18   Q   Okay. Do you see an inmate every time
19 he submits a sick-call?
20   A   No.
21   Q   No?

Page 34

1 A  No.
2 Q  Why not?
3 A  The DCD say that they have to be seen by
4 the nurse when they first complain. And if the
5 nurse can handle it, then the nurse will take care
6 of the problem. If she cannot handle it, she will
7 pass it over to the next provider.
8 Q  If she can handle it. Doesn't somebody
9 need to sign off on the sick-call request? Do you
10 or does Jody Hammond need to sign off on the
11 sick-call requests, ultimately?
12 A  Yes. Once they're seen, at the bottom
13 there is a line that says the provider has to sign.
14 Q  Can you describe for me your interaction
15 with nurses?
16 A  Great.
17 Q  Great?
18 A  You mean personal interaction?
19 Q  Well, do you interact with them on a
20 daily basis?
21 A  Yes.

Page 35

1 Q  How about your interaction with Denise
2 VanMeter? How often do -- do you meet with her
3 daily?
4 A  Yeah.
5 Q  In a given week?
6 A  Right. If she is working that day.
7 Q  Where do you examine inmates?
8 A  There is an examination room in the
9 dispensary and there is a examination room in the
10 segregation unit.
11 Q  Do you ever go to an inmate's cell for
12 an examination?
13 A  Not unless there is an emergency.
14 Q  Off-site referrals. Who makes the
15 decision to send an inmate to see a specialist or
16 surgeon off-site?
17 A  A provider.
18 Q  A provider?
19 A  Yeah.
20 Q  Who is a provider?
21 A  A provider means nurse practitioner,

Page 36

1 physician.
2 Q  So, a nurse can make a referral of an
3 inmate to be seen off-site?
4     MR. CRAWFORD: Objection. That's not
5 what he said. He said nurse practitioner or a
6 physician.
7 A  A provider is defined as a nurse
8 practitioner, physician assistant or a physician.
9 Q  Who is the nurse practitioner here?
10 A  Jody Hammond.
11 Q  So, she has the authority to refer an
12 inmate off-site to see a specialist or surgeon?
13 A  Yes.
14 Q  And you have authority to do that?
15 A  I do. And the physicians who would come
16 here on the weekends, they do.
17 Q  What is the procedure when such a
18 referral takes place? What factors do you consider
19 when making a referral or when not making a
20 referral?
21 A  Generally, if I need help with taking

Page 37

1 care of the medical ailment or if I need a procedure
2 or investigation, like CAT scan, MRI. Or a
3 specialty that I'm not familiar with, et cetera.
4 Q  Do you believe you're familiar with
5 gastroenterology?
6 A  I've been trained in gastroenterology as
7 a general practitioner.
8 Q  As a job practitioner?
9 A  As a general practitioner.
10 Q  As a general practitioner.
11 A  Correct. I've also been trained to do
12 sigmoidoscopy, anal scope, during my training, too.
13 Q  Do you have discussions with the doctors
14 who you're referring an inmate to regarding the
15 condition?
16 A  I don't understand.
17 Q  If you're going to refer an inmate to
18 see a specialist, do you speak with that specialist
19 before you refer that inmate to see the specialist?
20 A  I may or may not.
21 Q  What do you base your may or may not

Page 50

1  Q   Okay. Would these visits that occur
2  every two to three months, are they documented?
3  A   Yes.
4  Q   And where would they be documented?
5  A   In the medical chart.
6  Q   What would be the heading on the
7  document, itself?
8  A   There is no heading.
9  Q   It would just be your notes?
10 A   Yeah. It would just be in the SOAP
11 format.
12 Q   I'm sorry?
13 A   SOAP. Subjective, objective, assessment
14 and plan format, but there is no heading.
15 Q   And you're saying that Derek Simms was
16 evaluated every two to three months?
17 A   Approximately, yes.
18 Q   For what period of time? From what
19 period of time?
20 A   Ever since I came here. And the more
21 complaints later, we see them every week at one

Page 51

1  time.
2  Q   Is he on any type of plan? I mean, what
3  have you done to treat his pain?
4  A   We generally address the underlying
5  cause. Pain is just a symptom, so, we have to go to
6  the bottom of it, which is supposedly Crohn's,
7  perianal Crohn's.
8  Q   Supposedly? Do you not believe that he
9  has perianal Crohn's disease?
10 A   No, he has perianal Crohn's, but the
11 cause of the pain is not always perianal Crohn's.
12 It could be anything. So, we have to go to the
13 bottom of it and make sure that's it, to make sure
14 he doesn't have some other ailments.
15 Q   During these evaluations every two to
16 three months, have you come upon any other ailment
17 that will cause the rectal pain that he's been
18 experiencing, Derek's been experiencing?
19 A   I haven't found anything else besides
20 his chronic, established perianal Crohn's.
21 Q   Do you believe that narcotic pain

Page 52

1  medication is ever appropriate to treat pain
2  associated with perianal Crohn's disease?
3  A   In certain circumstances it might.
4  Q   What type of circumstances?
5  A   In my judgment, I would say if there is
6  acute pus or abscess pocket, acute infection that
7  has developed into cellulitis or infection of the
8  surrounding tissues.
9  Q   Okay. And what you just said, aren't
10 they objective manifestations of his Crohn's
11 disease?
12 A   Ask me again?
13 Q   Aren't what you just indicated, the
14 abscess and the pus pocket aren't they objective?
15 Aren't they manifestations of Derek's Crohn's
16 disease?
17 A   Yes.
18 Q   Okay. Now, his complaints of pain,
19 however, are subjective. So, if Derek presents
20 without those objective manifestations of his
21 Crohn's disease, what are you doing to evaluate his

Page 53

1  subjective complaints of pain that are related to
2  his Crohn's disease, if anything?
3  A   We try to find out if he has any acute
4  exacerbations, which means he has already
5  established stable Crohn's, but there is no flare-up
6  that we have noticed. And there is no new acute
7  development. That has been his old established
8  Crohn's.
9      And I haven't, in the past three years,
10 I have not seen any flare-ups. And in his age
11 group, usually the Crohn's subsides. Old age and
12 young age, that is the peak age group that it
13 usually flares up. But, I have never seen any
14 flare-ups in him with regard to Crohn's.
15 Q   Okay. Is it the flare-ups that cause
16 the pain?
17 A   One of the reasons. If there is a
18 flare-up, they might have an abscess pocket and that
19 could cause pain.
20 Q   Are there other reasons that can cause
21 the pain that aren't objective that don't have

Page 54

1 manifestations?
2  A  There is a thing called idiopathic where
3 we level that if we cannot find anything, but that's
4 still subjective.
5  Q  What is idiopathic?
6  A  Idiopathic means unknown cause.
7  Q  And what do you do in that situation?
8 If you have an unknown cause of pain and you know a
9 patient has perianal Crohn's disease, what do you do
10 to treat, to address, the complaints of pain?
11  A  You address the pain with pain
12 management.
13  Q  Have you done that in this case?
14  A  Yes.
15  Q  You have?
16  A  Yes.
17  Q  What type of pain management?
18  A  Analgesics.
19  Q  And has Derek responded to these
20 analgesics?
21  A  Yes.

Page 55

1  Q  He has?
2  A  Yes.
3  Q  Are you aware that from February of 2000
4 to March of 2003 Derek made over 80 sick-call
5 concerning his Crohn's disease?
6  A  Possible.
7  Q  And your testimony is that these
8 analgesics address his Crohn's disease?
9  A  Yes. And one thing that we have to
10 learn is that the literature in Crohn's, pain
11 management is not one of the treatment plans in
12 Crohn's disease. Which means when somebody has no
13 remission -- I mean, when somebody has Crohn's
14 that's in remission, pain is not one of the leading
15 signs and symptoms.
16  Q  Do you think in that situation it might
17 be a good idea to refer him off-site to see a
18 gastroenterologist to evaluate his pain?
19  A  If I see something that goes with it,
20 with the subjective, objective sign, labs.
21  Q  So, there always has to be an

Page 56

1 objective -- does there always have to been an
2 objective manifestation to support his subjective
3 complaints of pain before you refer him to a
4 specialist?
5  A  Not necessarily, but that would help a
6 lot. Any change in his clinical situation also
7 helps, too.
8  Q  Can you describe for me Derek's perianal
9 Crohn's disease?
10  A  He has long-standing perianal Crohn's
11 disease that has been in remission for several to
12 three years. He had surgery in '98 or '99, I
13 believe, and they did fistulectomy and they fixed
14 his fistula that was present then.
15      Since then, he has been on and off. On
16 medication when he's compliant and we have been
17 switching medications, different kinds of
18 medications, to treat his Crohn's, but it has been
19 documented that he has been non-compliant.
20  Q  That he has been non-compliant?
21  A  With his medications, yes.

Page 57

1  Q  With what medications?
2  A  Crohn's medicines. Sulfasalazine and
3 others which we can refer to the chart to be
4 specific, but I remember him being non-compliant
5 with his medications. But at that time he was not
6 complaining about anything, either.
7  Q  So, you're familiar with Derek's medical
8 history concerning his Crohn's disease, his perianal
9 Crohn's disease?
10  A  More or less.
11  Q  Do you believe that you have provided
12 adequate medical treatment for Derek's perianal
13 Crohn's disease?
14  A  Yes.
15  Q  Do you believe that the documentation in
16 the medical records support that?
17  A  Yes.
18  Q  Narcotic pain medication that's
19 prescribed for a medical reason, is that performed
20 at Western Correctional Institution?
21  A  Repeat that question again, please?

GORE BROTHERS Reporting & Video Co., Inc.
410-837-3027

Towson Reporting Company
410-828-4148

Page 58

1  Q   Is narcotic pain medication that is
2  prescribed for a medical reason, is that allowed at
3  Western Correctional Institution?
4  A   Yes.
5  Q   Who has the authority at WCI to
6  prescribe such medication?  Narcotic pain
7  medication?
8  A   Any physician or provider.
9  Q   And again, when you say provider, that
10 can be the nurse practitioner?
11 A   Yeah, at this institution, yeah, nurse
12 practitioner.  We have more than one who work on
13 weekends part-time.
14 Q   What factors do you consider in
15 determining that pain medication is appropriate?
16 A   Generally speaking, fractures, acute
17 fractures, surgeries, for the first few days of
18 post-surgery, severe trauma.  I can name you
19 forever, but --
20 Q   Do you think -- go on.
21 A   But they're usually an acute situation,

Page 59

1  not on a chronic basis.
2  Q   So, you don't think -- well, do you
3  believe that narcotic pain medication is appropriate
4  for a chronic ailments?
5  A   Certain neurologic.  There is certain
6  disease elements that they have to have.
7  Q   Like what?
8  A   Like neuropathies, pain related to nerve
9  illnesses.
10 Q   What type of chronic condition would
11 that be?
12 A   There is neuropathies that the pain is
13 caused by the inflammation of the nerve or the
14 nerves just keeps on sending pain signals to the
15 body and they have to be -- those are one of the
16 illnesses that need chronic narcotic analgesics.
17 Q   In the past when you treated patients,
18 in the past in your -- at the university and in your
19 prior work experience prior to WCI, when you treated
20 patients with Crohn's disease, were any patients
21 ever prescribed narcotic pain medication to treat

Page 60

1  their Crohn's disease?
2  A   No.  Even the literature doesn't support
3  that.
4  Q   It does not support it?
5  A   No.
6  Q   Are there any treatment plans for
7  inmates with pain?
8  A   Be specific, please.
9  Q   Are there any treatment plans for -- for
10 Derek Simms related to his pain?  Is there a
11 treatment plan in place?
12 A   Yes.
13 Q   There is?
14 A   Yes.
15 Q   Can you describe for me what that
16 treatment plan is?
17 A   He is on analgesic medications, as
18 needed.
19 Q   Would you say that that's -- is that a
20 conservative treatment?
21 A   I don't call it conservative, just

Page 61

1  appropriate treatment.
2      One thing that I want to elaborate here
3  is narcotic doesn't mean that it's to give you more
4  pain relief.  We can also use other analgesics that
5  will do equal or more.  So, narcotic doesn't mean
6  that it's the superior and that's inferior.  Just
7  different families of analgesics.
8  Q   Okay, thanks.
9      If you were to prescribe narcotic pain
10 medication to an inmate, how would it be
11 administered?  Specifically with respect to Derek
12 Simms.
13 A   It doesn't matter who the patient is,
14 it's watch and take.
15 Q   It's watch and take?
16 A   Correct.
17 Q   Do you believe that Derek is seeking
18 narcotics?
19 A   I don't make that judgment.
20 Q   You don't make that judgment?
21 A   No.

Page 62

1  Q   Have you ever made that statement?
2  A   No.
3  Q   You have never made that statement.
4      Were you aware that Derek Simms was in
5  pain because of his perianal Crohn's disease from
6  February of 2000 to March of 2003?
7  A   Repeat that question, please.
8  Q   Okay. Were you aware that Derek was in
9  pain because of his perianal Crohn's disease from
10 February, 2000, to March of 2003?
11 A   Patient claims that he has pain and that
12 could be due to the perianal Crohn's disease.
13 Q   Okay. But didn't we just establish that
14 you didn't have -- you haven't determined any other
15 cause for Derek's pain that could cause his pain?
16 A   Objectively, yes.
17 Q   So, is it your testimony that when Derek
18 complained of pain you evaluated his complaints of
19 pain?
20 A   Any time he complains of pain, the pain
21 problem has been addressed.

Page 63

1  Q   Okay. How has it been addressed?
2  A   By treating him with analgesics. And if
3  he runs out of medication, we refill it.
4  Q   Has that been the standard treatment?
5  Analgesics for the three-year period of time that
6  he's complained of pain?
7  A   No. Only when he requests it.
8  Q   Only requests --
9  A   Only when he requests analgesics.
10 Otherwise, I don't remember him complaining of pain
11 before. And the clinic administration hasn't
12 changed a bit. But lately he has been complaining
13 of pain and we have been going all the length to
14 investigate that pain and yet we haven't produced
15 any change in his disease process.
16 Q   The sick-call slips, are you
17 responsible -- have you reviewed all of Derek's
18 sick-call slips?
19 A   Yes.
20 Q   You have?
21 A   Yes.

Page 64

1  Q   Okay. And his medical chart, you
2  reviewed his medical chart? Have you reviewed
3  Derek's medical chart?
4  A   Since when?
5  Q   Since from the time you started at WCI
6  to the present?
7  A   Yeah, I've read it.
8  Q   You have read it?
9  A   Yes.
10 Q   Okay.
11 A   But not the whole entire thing.
12 Whatever is pertinent for that particular visit, I
13 usually go through. If I need to see the lab, I see
14 the lab. I see the chief complaints.
15 Q   As the medical director, are you
16 required to review an entire -- an inmate's medical
17 chart as a treating physician for that inmate?
18 A   There is no requirement, but as a
19 treating physician, it's appropriate to have good
20 knowledge of the patient's main complaints and
21 problems. You don't need to go through every page

Page 65

1  by page, but I get a summary, get a feeling, of the
2  medical problems.
3  Q   Did you go through Derek's medical
4  chart?
5  A   I'm pretty comfortable with his medical
6  problems, yes, but I haven't gone page by page in
7  every chart. He has more than one.
8  Q   As a treating physician, and in light of
9  the fact that an inmate or the patient has a chronic
10 disease and has had a history of surgical procedures
11 to address that disease, why wouldn't you read every
12 single page of Derek's medical chart?
13 A   I read the pertinent part of the medical
14 chart.
15 Q   What's the pertinent part?
16 A   The pertinent part is the consultations
17 with any GI specialist or a surgery. Anything
18 pertaining to his current complaints.
19     If he has, for example, if he complains
20 about his toenail, then if there is anything in that
21 chart that he has been treated on that toenail, I

Page 66

1  try to go back and skim through his chart, but we
2  don't need to go through the whole medical chart to
3  be familiar with him. I am familiar with his
4  medical problems.
5  Q   Have you referred Derek off-site to see
6  a surgeon or a specialist from the time you have
7  been at WCI through March of 2003?
8  A   March of 2003? I'm not sure. I might
9  not have, but I'm not sure. He's been lately going
10 a lot to the University of Maryland.
11 Q   I understand that. I'm talking about
12 from the time you came on board at WCI up until
13 March of 2003. And your answer is you don't recall
14 whether you referred him off-site?
15 A   I don't remember sending him anywhere.
16 But again, we have to refer to the medical chart to
17 be specific.
18 Q   Don't you think it would be appropriate
19 to review every single page of his medical chart,
20 especially in light of the number of complaints that
21 he has filed, he being Derek Simms has filed, before

Page 67

1  deciding not to send him off-site?
2  A   We wouldn't decide not to send him out.
3  There is no such thing like we decide not to send
4  him out.
5  Q   In order to understand Derek's
6  condition, in order to render treatment that is
7  medically adequate, do you think it's appropriate
8  that you review his entire -- every single page in
9  his medical chart --
10     MR. CRAWFORD: This has been asked and
11 answered three or four different times in different
12 ways. He has already said it at least four times.
13 He said he is -- the answer, he is medically
14 comfortable with his condition.
15 Q   You can answer the question.
16 A   What is the question, again?
17 Q   Given Derek's chronic history, given his
18 complaints of pain, don't you think that it's
19 medically appropriate to review every single page in
20 his medical chart?
21 A   No.

Page 68

1  Q   No, okay.
2  A   Just to add to it, there might be pages
3  about his transportation, there might be pages about
4  a nurse giving him a piece of clothing that are in
5  the medical chart that are not pertinent to his
6  illness. So, the whole entire chart is not all
7  pertinent.
8  Q   Do you believe that the two to three
9  month, every two to three months that you say that
10 you evaluate Derek's complaints of pain, do you
11 think that that's often enough to meaningfully
12 evaluate his pain?
13 A   The follow-up that we are having every
14 two to three months is not for pain, it's for his
15 Crohn's disease.
16 Q   Well, is his pain that's related to his
17 Crohn's disease evaluated by you?
18 A   Yes.
19 Q   How often is it evaluated by you?
20 A   As frequent as every week to every two
21 to three weeks, then sometimes every month. It

Page 69

1  depends how acute and whether he has been out.
2  Q   And again, how is that evaluated? How
3  do you evaluate his pain?
4     MR. CRAWFORD: Asked and answered two or
5  three times, also.
6  Q   Again, how do you evaluate his pain?
7  A   I physically examine him and see if
8  there is anything new.
9     And again, I emphasize every time I
10 examine him, I haven't seen anything new, new
11 development, in the past two or three years that I
12 have seen him.
13 Q   In these evaluations relating to his
14 pain, they are caused by the complaints that he
15 lodges related to his pain?
16 A   I don't understand the question.
17 Q   You evaluate his pain because he files
18 these sick-call claiming that he's in pain?
19 A   I evaluate him for his Crohn's disease
20 and any other ailment that he might complain about.
21 So, pain is not the reason. It's not a pain clinic.

Page 74

1   A    I might, I don't recall.
2   Q    And in this document, in Plaintiff's
3   Exhibit Number 11, Dr. Chisholm says that: It would
4   be reasonable to use some narcotics in pain control
5   although this will have to be a judgment call on
6   Dr. Wright's part.
7   A    Yeah, I see that.
8   Q    Okay.
9   A    But I would like to add here as an
10  explanation, first, this is two weeks after he had
11  surgery and second, it states it's up to the
12  judgment of the primary care physician. So, those
13  are two important points. It's up to the judgment
14  of the primary care physician and this is acute post
15  operation.
16       MS. MALLON: Okay. I'd like to mark
17  this as Plaintiff's Deposition Exhibit Number 12.
18       (Plaintiff's Deposition Exhibit Number
19  12 was marked for purposes of identification.)
20  Q    This is a Maryland Division of
21  Correction, Physician's Orders. It's regarding

Page 75

1   Derek Simms. And I'm looking at the second entry
2   dated -- the second entry on the document dated
3   2/17/2000.
4   A    Yes.
5   Q    And do you see the prescription for
6   Tylenol 3?
7   A    Correct, I see that.
8   Q    Okay. Dr. Jeffrey Briggs, who is he?
9   A    He was the physician, actually, the
10  medical director before me.
11  Q    The medical director before you?
12  A    Right.
13       MS. MALLON: Okay. I'd like to mark
14  this as Plaintiff's Exhibit Number 13.
15       (Plaintiff's Deposition Exhibit Number
16  13 was marked for purposes of identification.)
17  Q    This is a Non-Formulary Medication
18  Request Form in the name Derek Simms. It's dated
19  4/27/99.
20       Have you seen this document before,
21  Dr. Tessema?

Page 76

1   A    I might. I'm not sure, though.
2   Q    Do you see the non-formulary drug
3   requested?
4   A    Yes.
5   Q    Percocet?
6   A    Yes.
7       MS. MALLON: I'd like to mark this as
8   Plaintiff's Exhibit Number 14.
9       (Plaintiff's Deposition Exhibit Number
10  14 was marked for purposes of identification.)
11  Q    This is a Maryland Division of
12  Correction, Physician's Orders. The name is Simms,
13  Derek and I'm looking at the last entry which is
14  dated 5/4/99 and this is Dr. Patricia Wright.
15       Do you see that entry I'm referring to?
16  A    Yes.
17  Q    And prescribed Percocet and Darvocet for
18  Derek Simms' perianal Crohn's disease. Is that what
19  this document reflects?
20       MR. CRAWFORD: Objection. That's not
21  what it reflects.

Page 77

1   Q    Well, Dr. Tessema, what does this entry
2   reflect?
3   A    The entry just say there is a
4   prescription for narcotic, but it doesn't say
5   anything why it was given at that time and what
6   clinical picture that were examining at that time.
7   Q    Okay. Above Number 1, what does it say
8   above Number 1 that's circled?
9   A    It says perianal Crohn's, but that
10  doesn't mean that's the clinical finding they have
11  at that time. And it doesn't say why they are
12  treating him with narcotics for. And again, I
13  would --
14  Q    Have you seen this document before?
15  A    I might have seen it if it's in the
16  medical record.
17  Q    In light of these records, just these
18  four right here that I've recently identified as
19  Plaintiff's Exhibits 11 through 14 where
20  recommendations or prescriptions for narcotic pain
21  medication have been made by doctors for Derek's

Page 78

1  perianal Crohn's disease.
2         Based on this type of documentation,
3  coupled with Derek's over 80 sick-call requests from
4  a period of February, 2000 through March of 2003,
5  why didn't you think it was appropriate to send him
6  off-site to see a specialist or a surgeon to
7  evaluate his condition?
8      A    Can you say the dates, again?
9      Q    From February of 2000 through March of
10 2003.
11     A    His Crohn's disease was under control
12 with the medications that we were giving him and
13 there was no sign of any flare-ups that we found out
14 during those times.
15     Q    Were you surprised about the number of
16 sick-call requests that he made? The number, the
17 volume of them? Between that period of time between
18 February of 2000 through March of 2003?
19     A    Between February of 2000?
20     Q    Yes, to March of 2003?
21     A    How many sick-call?

Page 79

1      Q    I counted over 80 relating to his
2  Crohn's disease and his pain related thereto.
3      A    I'm not surprised.
4      Q    You're not surprised?
5      A    No.
6      Q    That would certainly make you aware that
7  he is complaining of pain, would it not?
8      A    And because of that we have been
9  addressing his pain any time he complains about it,
10 too.
11     Q    Okay.
12     A    And again, I would like to emphasize, if
13 I have a chance, to say that just because a
14 physician has used one medication doesn't mean that
15 a following physician has to use the same medication
16 because we don't always have the same clinical
17 picture, they change everyday, they change every
18 year.
19        And on the same token, even at his
20 allegedly peak of his pain, he's been seen by
21 several physicians at the University of Maryland and

Page 80

1  none of them, except one, that's the surgeon, has
2  recommended a narcotic. None of the GI people have
3  ever recommended narcotic. So, narcotics is not
4  usually recommended on this guy except by a few
5  physicians.
6      Q    When was that referral to University
7  Hospital that you just referred to? When was that?
8      A    The past several months.
9      Q    Right.
10     A    Yeah.
11     Q    You didn't think it was appropriate
12 between, again, the February of 2000 to March of
13 2003 to refer him off-site?
14     A    At that time he was pretty stable.
15     Q    Okay.
16     A    His labs were pretty good, his weight
17 gain and there was nothing indicating any flare-ups.
18     Q    What changed from March of 2003 until
19 the time you sent him off -- sent him to see -- sent
20 him to University Hospital?
21     A    Patient increasingly continues to

Page 81

1  complain and we just want to make sure that there is
2  not abscess pockets there.
3      Q    Were there any flare-ups that happened
4  from March of 2003 to the time that you sent him to
5  University Hospital?
6      A    No. But the patient was increasingly
7  complaining.
8      Q    But they were subjective complaints of
9  pain?
10     A    They were subjective complaints, yes.
11     Q    Between February of 2000 and March of
12 2003, were the constant complaints of pain not
13 enough to raise a red flag to send him off-site to
14 see a surgeon or a specialist?
15        MR. CRAWFORD: Asked and answered about
16 ten times now.
17     Q    You can answer.
18     A    I don't recall him complaining as much
19 as he was complaining lately about pain.
20     Q    So, it's the volume of complaints he
21 needs to file in order to have you -- or one of the

Page 82

1  reasons, he needs to file a certain number of
2  complaints related to his pain in order to get you
3  to --
4        MR. CRAWFORD: Mischaracterization of
5  the statement.
6     Q    Was it the volume of complaints of pain
7  lodged by Derek Simms from March of 2003 until the
8  time that you sent him to University Hospital, was
9  that the reason why you sent him off-site?
10    A    No.
11    Q    What was the reason?
12    A    The degree of pain that he was
13 describing.
14    Q    The degree of pain.
15    A    Right.
16    Q    So, it's not the volume, it's the degree
17 of pain?
18    A    Correct.
19    Q    What was the difference in the degree of
20 pain?
21    A    He was complaining of severe tenderness

Page 83

1  and he was complaining about pain during
2  deification, pain during sitting, pain during
3  everything, literally.
4     Q    And that type of pain wasn't documented
5  in his earlier sick-call requests?
6     A    Not when I examined him.
7     Q    After Derek's procedure, surgical
8  procedure, in November of 2003, the surgeon for
9  University of Maryland Hospital prescribed Derek to
10 take Percocet for after the procedure.
11        Was he given the Percocet? Was Derek
12 given the Percocet?
13    A    No.
14    Q    Why wasn't he given the Percocet?
15    A    He was given another mode of analgesics
16 that will help him deal with the pain.
17    Q    What was that?
18    A    I don't recall what it was.
19    Q    And this was after a surgical procedure,
20 so, he had acute pain, right?
21    A    He did not have a surgical procedure.

Page 84

1     Q    He didn't?
2     A    No.
3     Q    What did he have?
4     A    The procedure of colonoscopy,
5  examination under anesthesia. He never had any
6  surgery.
7        MS. MALLON: Okay. I'm going to mark
8  this as Plaintiff's Exhibit 15.
9        (Plaintiff's Deposition Exhibit Number
10 15 was marked for purposes of identification.)
11    Q    And this is, Plaintiff's Exhibit 15, is
12 a Department of Public Safety and Correctional
13 Services Off-Site Consultation. Name is Simms,
14 Derek. It's dated 11/4/2003.
15        Is that your name, Dr. Tessema, that
16 appears in the referring physician?
17    A    Yes.
18    Q    Could you read that into the record?
19 That paragraph?
20    A    Which paragraph?
21    Q    Dr. Tessema, did you write this, that

Page 85

1  first part?
2     A    Yes, I did.
3     Q    Could you read that for me so I can
4  understand it?
5     A    43 year old male with stable Crohn's
6  disease of the sigmoid area with normal
7  sigmoidoscopy done on 11/3/03. Has history of
8  perianal fistula on and off that responded oral
9  antibiotics when patient is compliant. Patient had
10 fistula repair several years back. Please evaluate
11 for the latest recurrences.
12    Q    And what is this normal sigmoidoscopy?
13    A    Yes.
14    Q    That's not a surgical procedure?
15    A    It's not.
16    Q    What is it?
17    A    It's a camera that is flexible that goes
18 through the rectum and goes all the way the sigmoid
19 colon.
20        (A discussion was held off the record.)
21    Q    So, getting back to this Plaintiff's

Page 86

1  Deposition Exhibit Number 15, on the consultant
2  notes, who is this consultant's signature?  Do you
3  recognize that doctor?
4      A    No.  But I think it says Justin --
5  that's all I can make out.
6      Q    But Number 4, you see above his name, it
7  says: Percocet for pain.  And this was, I guess, an
8  instance where you decided not to follow this
9  recommendation?
10     A    I chose to use other mode of analgesics.
11     Q    And what's the reason, again, for you
12 choosing that course as opposed to the Percocet?
13     A    Just my choice of drug.  There are so
14 many analgesics on the market that I just use a
15 different one than what is recommended, but he
16 recommended an analgesic and I gave him an analgesic
17 of my choice.
18     Q    Was the analgesic of your choice a
19 narcotic?
20     A    It's non-narcotic analgesics.
21     Q    Okay.  Have you, at any time during your

Page 87

1  period here as medical director, have you ever
2  prescribed narcotic pain medication to Derek for his
3  perianal Crohn's disease and pain related thereto?
4      A    I prescribed narcotic medication to
5  several patients.  I don't remember if I have
6  written any one -- it all depends on the clinical
7  judgment that I have when I examine the patient.  It
8  has nothing to do with any specific patients.
9      Q    Okay, sitz baths.  What are sitz baths
10 typically prescribed for?  What type of ailments?
11     A    Commonly we use them a lot for
12 hemorrhoids -- well, generally or at WCI?
13     Q    Well, just WCI.
14     A    We use a lot for hemorrhoids patients,
15 any perianal problems, viruses, abscesses, boils,
16 sinuses, fistulas, you name it.
17          Any pathology in the rectal area that
18 has to do with infectious or discomfort, we usual
19 prescribe that.
20     Q    And what makes a sitz bath effective?
21 Does the temperature of the water matter?

Page 88

1      A    That's one of them.
2      Q    Okay.  When you advise -- if you were to
3  prescribe a sitz bath treatment to a patient, would
4  you say -- how would you say what type of
5  temperature is needed for a sitz bath to be
6  effective?
7      A    Usually we recommend body temperature,
8  but usually the nurses usually give that protocol
9  and instructions from the nurses.  I usually direct
10 a sitz bath to the patient and duration.  Usually
11 the nurses go ahead and do the specific instruction
12 and how to use it and what to use, et cetera.
13     Q    How about salt?  What role does salt
14 play in a sitz bath?
15     A    What about the salt?
16     Q    When salt is prescribed to be used with
17 a sitz bath, what is the purpose?  What does the
18 salt do?
19     A    Salt usually is antiseptic.  It also is
20 osmotically active so it will help drain any
21 collection of fluid out of whatever compartments.

Page 89

1  So, if somebody has an abscess somewhere, it helps
2  suck out the pus, soothing it, just like epsom salt.
3           We use it for a sprained ankle, ingrown
4  toenail.  And normal saline that we use normally in
5  the hospital to come through the IV bag has also
6  salt in it.  It can be plain water, too.
7      Q    Were you aware that Derek was having
8  trouble using his sitz bath?
9      A    No.  What kind of problems?  Be
10 specific, please.
11     Q    Complaints about that the water
12 temperature was not hot enough in his cell?
13     A    Not specifically to me.  He never
14 complained about that specifically to me.
15     Q    Who did he complain it to?
16     A    I don't know.  None of his sick-call to
17 me when I see him for chronic care had nothing to do
18 with warmth, but he might have voiced it, but I
19 don't recall the specifics.
20     Q    Have you ever heard from him, or from
21 anybody, that his sitz bath does not fit his commode

Isaias Tessema, M.D. - 4/7/04

Page 90

1 in his cell?
2   A   No.
3   Q   No?
4   A   But, again, we give sitz baths to lots
5 of patients and I haven't had that problem before
6 with anybody.
7   Q   The sitz baths that you have given to
8 inmates here, do they live with cell mates?
9   A   Yes.
10   Q   Do all of them live with cell mates?
11   A   Yes.
12   Q   And why did you prescribe a sitz bath
13 for Derek?
14   A   He usually has, on and off, perianal
15 drainage. And when he has the drainage, usually I
16 ask him to use sitz bath as he has for several
17 years.
18   Q   This perianal drainage, can that cause
19 pain?
20   A   If it's draining, literally the pain
21 usually subsides. If it's not draining, it usually

Page 91

1 goes up. That's how the drainage and the pain is
2 related. And that's why any time there is abscess,
3 we always cut it open so the pain, the first thing
4 they feel is relief from the pain. So, any draining
5 pain is usually low. If it's an abscess, it's like
6 a pocket that's expanding, stretching the nerves.
7 That usually goes up.
8   Q   Do any inmates that have been prescribed
9 to use a sitz bath, did they use that in the
10 infirmary?
11   A   Are there any patients in the infirmary
12 that use sitz bath?
13   Q   Are there any patients, are there any
14 inmates who are not housed in the -- do not have a
15 bed in the infirmary, but have been prescribed sitz
16 baths, are any inmates allowed to use their sitz
17 bath in the infirmary?
18   A   Sitz bath is not limited to any housing.
19   Q   Okay. The reason I ask that is when
20 Dr. Wright was the medical director, Derek was
21 allowed to use his sitz bath in the infirmary.

Page 92

1       And so my question is: Are there any
2 inmates that are allowed to use their sitz bath in
3 the infirmary?
4   A   As I said, a sitz bath is not limited to
5 anywhere, they can use it anywhere in this facility.
6   Q   Do they need your -- do they need an
7 order from you to allow them to use the sitz bath in
8 the infirmary?
9   A   If the patient is ordered a sitz bath,
10 that follows them. So, wherever they are housed, if
11 they are housed in the infirmary, segregation,
12 wherever, it goes with them, usually.
13   Q   If in this case, if Derek Simms is
14 housed in a single cell and he's prescribed a sitz
15 bath and he wanted to use the sitz bath in the
16 infirmary because the temperature, the water
17 temperature, was hotter, would he be allowed to do
18 that himself? Would he need an order from you
19 authorizing him to use the infirmary to take a sitz
20 bath?
21   A   If I get your question, the infirmary is

Page 93

1 an admission. You have to be admitted to the
2 infirmary.
3   Q   Okay.
4   A   It's not something that you walk in and
5 stay there. And usually we have acutely sick
6 patients or immediately after surgery, acutely sick
7 patients who need 24 hours nursing care or physician
8 care.
9   Q   Okay. Would it be possible for Derek to
10 use the sitz bath in the infirmary?
11   A   He can use it anywhere.
12   Q   If he's not admitted into the infirmary,
13 can he just walk in and use the sitz bath in the
14 infirmary? I'm just not sure if there needs to be a
15 medical directive or -- can he go in, if he wants to
16 use a sitz bath, can he say to his housing unit
17 manager, I want to use my sitz bath in the
18 infirmary?
19   A   No.
20   Q   Okay.
21   A   The infirmary, you need to be admitted.

Page 98

1  put in a medical order requiring that an inmate have
2  a single cell because of a medical reason?
3      A    As I said, if it's the priority,
4  infectious disease, to protect other inmates, yes.
5  Other, it's not my --
6      Q    How about Derek's condition?
7      A    What about Derek's condition?
8      Q    Do you believe his condition does not
9  warrant a medical order requiring a single cell?
10     A    Absolutely not.
11     Q    Why not?
12     A    Because then you have -- there is no
13 reason why he should be single cell.  Because of the
14 sitz bath?  1,500 people use sitz bath in the whole
15 population.  And it's the same process that you go
16 sit on the toilet that you use to defecate everyday.
17          They use showers with open doors, so,
18 there is no privacy issue, there is no contagious or
19 infectious disease that would endanger other
20 patients than that regular use of a toilet.  So,
21 I've never seen any single reason.

Page 99

1      Q    Has Derek ever made a specific request
2  to you for a single cell?
3      A    No.
4      Q    Were you aware that he was requesting a
5  single cell?
6      A    I don't recall.
7      Q    Are you aware that Derek is currently
8  housed is in a single cell?
9      A    No.
10     Q    No?
11     A    No.
12     Q    You're not aware that he's currently
13 housed in a single cell?
14     A    No.
15     Q    Did you have conversations with
16 Lt. Shreve back in 2001 regarding Derek Simms and
17 his request for a single cell?
18     A    I don't recall.  As I said, housing is
19 not my issue, so I don't inquire to know or ask
20 about it.  It's not my business.
21     Q    So, you don't recall that conversation

Page 100

1  with Lt. Shreve?
2      A    I don't remember.
3      Q    You don't remember?
4      A    Uh-uh.
5      Q    In Warden Galley's Answers to
6  Interrogatories, he said that the reason why Derek
7  was placed in a single cell was because the unit
8  manager, in consultation with his treating
9  physician, opted to house him in a single cell
10 because his condition requires that his bed dressing
11 be changed frequently and because he's on a lower
12 bunk.
13          This treating physician, this wasn't
14 you?  Was this treating physician you?
15     A    What is the date?
16     Q    This was in 2000.
17     A    I was here in 2000.
18          MR. CRAWFORD:  What month in 2000?
19          EXAMINATION BY MS. MALLON:
20     Q    Excuse me.  I'm sorry.  That will be
21 2001, September 3, 2001.

Page 101

1           You can look at the Interrogatory if you
2  would like.
3      A    That's all right.
4      Q    This is Warden Galley's Answers to
5  Interrogatories Number 10.
6           Do you recall having a conversation with
7  a unit housing manager regarding Derek Simms in a
8  single cell?
9      A    I don't recall, but if I write a order
10 sheet, then that comes from me.  But security call
11 us at least 10, 20 times everyday about every
12 patient, so it's possible, but I don't recall.
13     Q    So, did you have any conversations, not
14 simply -- not only with Lt. Shreve, but with any of
15 the housing unit managers with respect to Derek
16 Simms' request for a single cell?
17     A    I don't recall.  But the only thing that
18 I know is when I see him for chronic care clinic or
19 in any clinic, he has never asked me to put him in
20 single cell.
21     Q    Is Derek in the Chronic Care Clinic?