MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
PROGRESS NOTES

| DATE | TIME | PROGRESS NOTES |
|---|---|---|
| 2/24/00 | | This inmate was seen on 2-24-2000 with a persistent complaint of pain from a peri-rectal abscess secondary to Crohn's Diseases. I have gone through his records to better understand his past medical history. This summary will serve as a recap of these medical encounters. In March 1997 an I&D (Incision and Drainage) of a peri-rectal abscess was performed by Dr. Blair and another I&D was performed in March 1998 by Dr. Arrisueno. Dr. Stasko was in agreement with Dr. Arrisueno in a second opinion in which he noted a high recurrent fistula rate when seen in October 1998. Dr. Chisholm, in Jan. 1999 did and I&D and fistulectomy for a recurrent peri-rectal abscess with a fistual in anus after which he was treated with sitz baths and Nupracanol and was referred to a colorectal surgeon. In another opinion by Dr. Jabzon in April 1999 Dr. Jabzon stated, "Further I&D or anal fistulotomy will not prevent further recurrences". Dr. Bellary in May 1999 recommended treatment with Flagyl, Cipro, and Asacol and ordered studies consisting of a small bowel follow-through and colonoscopy, both of which were normal. The colonoscopy only showed peri-anal Crohn's Disease. The inmate then had several visits at the University of Maryland, the first of which was in August 1999 at which time it was recommended that he continue on Asacol, and it was discussed starting him on 6MP along with monthly CBCs or Remicaid. On follow-up in October 1999 surgery was offered as a possibility and donuts to relieve the pain were recommended. A pelvic CAT scan as requested was negative. The inmate was again seen by Dr. Bellary in November 1999 at which time a flexible sigmoidoscopy was normal and the surgical option was again mentioned. Dr. Chisholm saw the inmate again in follow-up in December 1999 at which time he stated that he could offer no further help and referred him to a colorectal surgeon in Baltimore. The last follow-up was in January 2000 at the University of Maryland where it was recommended that he be placed on Sulfasalazine 1 GM TID, Folate 1MG QD and Flagyl 500 MG TID along with sitz baths. It should be noted that the patient is also being treated with Elavil and Paxil for depression. He has been given and destroyed at least three rubber donuts. |

NAME: Simms, Derek   DPSCS#: 266549   LOCATION: HU 4-C-2

DPSCS Form 130-230aR (Rev. 10/99)



EXHIBIT 5

MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
PROGRESS NOTES

| DATE | TIME | PROGRESS NOTES |
|---|---|---|
| 2/24/00 | | Continuation of notes on Simms, Derek, DOC 266549 |
| | | On completion of the interview with the patient, a brief examination was |
| | | performed of the rectal area. It showed significant scaring and some tenderness |
| | | also on the right inner buttock region, however an exaggerated response to pain |
| | | was clearly present. The inmate became demanding in his request for narcotic |
| | | administration for his pain and the discussion ensued as to the chronic nature of |
| | | this debilitating disease for which he would have to cope and it was suggested |
| | | that he consider symptomatic relief with the present medications and sitz baths |
| | | rather than seek the possibility of a surgical treatment in view of his past history. |
| | | I plan on seeking further consultation with other medical professionals in trying to |
| | | reach a reasonable goal of therapy. |
| | | *Jeffrey Briggs MD*                                          2/24/00 |
| | | Physician's Signature                                         Date |
| 2/28/00 | 1600 | Case was presented to medical conference who recommended a psychiatric |
| | | evaluation as to the pain, history of abuse and drug seeking behavior. Consult |
| | | was made. |
| | | *Jeffrey Briggs MD*                                          2/28/00 |
| | | Physician's Signature                                         Date |

NAME:  Simms, Derek          DPSCS#: 266549          LOCATION: HU4-C-2
DPSCS Form 130-230aR (Rev. 10/99)