Linda A. Lee, M.D. - 4/29/04

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
 2

    DEREK L. SIMMS
 3
              Plaintiff
 4     vs.                        CASE NO. WMN-02-3276
 5  DR. ISAIAS TESSEMA, et al.
 6            Defendants
    _____/

 7

 8          The deposition of LINDA A. LEE, M.D. was
 9  held on Thursday, April 29, 2004, commencing at 2:50
10  P.M., at the Law Offices of Venable, L.L.P., Two
11  Hopkins Plaza, Suite 1800, Baltimore, Maryland,
12  21201, before Chuck Peppler, Notary Public.
13  APPEARANCES:
14          COLLEEN MARGARET MALLON, ESQUIRE
            HEATHER DEANS FOLEY, ESQUIRE
15             On behalf of Plaintiff
16          DONALD J. CRAWFORD, ESQUIRE
               On behalf of Defendants Denise
17             VanMeter And Dr. Tessema
18          STEPHANIE LANE-WEBER, ESQUIRE
               (By Telephone)
19             On behalf of Defendants Jon Galley And
               William Sondervan
20
21  REPORTED BY:  Chuck Peppler
```



Page 18

1   A.   Because I'm in a nonparticipating
2   practice.
3   Q.   Nonparticipating?
4   A.   Right.
5   Q.   So, everyone pays no matter what?
6   A.   Right, or they pay what they can.
7   Q.   Do you hold privileges at any hospital
8   other than Johns Hopkins?
9   A.   Yes, I do.
10  Q.   Which hospitals?
11  A.   GBMC, which is Greater Baltimore Medical
12  Center.
13  Q.   Have your privileges ever been terminated
14  at any hospital in the Baltimore area?
15  A.   No.
16  Q.   Have you ever had privileges at any other
17  hospital in the Baltimore area?
18  A.   No.
19  Q.   Any hospitals in the Washington, D.C.
20  area?
21  A.   No.

Page 19

1   Q.   Any other place in the country, I guess?
2   A.   The hospital of the University of
3   Pennsylvania where I did my residency.
4   Q.   Right. Now, I would like to ask you next
5   some questions starting in the early part of 1998. He
6   is seen at Sacred Heart Hospital on 3/16/98 for a
7   flexible sigmoidoscopy. The report is no fistula, no
8   inflammation, although they know that the surgery has
9   been performed and there's hardening of the tissue
10  around the anus. I presume that's the result of all
11  these previous INCs that were done on him; is that
12  correct?
13  A.   That and also the chronic inflammation
14  associated with the disease itself. That can lead to
15  scarring as well.
16  Q.   That flexible sigmoidoscopy, would you
17  describe as unremarkable?
18  A.   You mean in medical terms?
19  Q.   In medical terms.
20  A.   Well, it was remarkable because there is
21  abnormality of the perianal region due to the scarring

Page 20

1   that is present. But, you're right, the rest of the
2   colon that was visualized above it apparently appeared
3   normal.
4   Q.   Appeared normal, appeared without any kind
5   of inflammation, et cetera?
6   A.   Right.
7   Q.   Wouldn't that be some indication that
8   there was no active Crohn's disease?
9   A.   That would be an indication if they took
10  biopsies from the intestine, which I believe they may
11  have.
12  Q.   I believe they did, too, and they were
13  basically unremarkable also.
14  A.   Right. So, this would indicate that there
15  was no active disease in the intestine. The problem
16  is, when you have somebody who has isolated perianal
17  disease, that disease is a different entity than when
18  you have perianal disease with the presence of colitis
19  or colonic involvement. In this situation when the
20  colon has never been involved and it is only the
21  perianal region that was involved, it is often

Page 21

1   difficult to determine whether or not someone is truly
2   in remission or not, because the biopsies themselves
3   sometimes are not indicative of someone who is in
4   remission. So, how we know if someone is in remission
5   is primarily by their symptoms or lack of symptoms.
6   Having said that, remission is something that can be
7   temporary. Crohn's disease is a relapsing disease.
8   Q.   It can also be very long in duration, too.
9   A.   It may also be long in duration.
10  Q.   Many years, 10, 15 or 20?
11  A.   Yes, especially with medical therapy.
12  Q.   On 7/17 of 1998, he was again seen at
13  Sacred Heart Hospital. They did CAT scans of the
14  abdomen and pelvis and they are again, I will say in
15  medical terms, normal, correct? Is that your
16  recollection?
17  A.   That's my recollection.
18  Q.   Would that again be some evidence that the
19  Crohn's disease was in remission at that point?
20  A.   Again, this is an individual who's never
21  had disease documented anywhere in his small intestine

Page 22

1  or his colon, so I would have expected that he would
2  not have had involvement that would be detectable by a
3  CT scan. Again, the issue has to do with his perianal
4  region and a CT scan is not going to provide enough
5  data to say whether or not someone is in remission
6  when you're talking about who has exclusively perianal
7  disease.
8      Q.   Would you have ordered the same test to
9  your patient?
10     A.   Yes, I would have to evaluate chronic
11 pain. It is a very good test. Well, at that time, I
12 think that was in 1998, you said?
13     Q.   Correct.
14     A.   At that time, that is one of the tests
15 that is principally used to evaluate for the presence
16 of abscesses. Since then, there have been other tests
17 that are now used, that are considered perhaps more
18 sensitive. But, at that time, that was what was
19 commonly used.
20     Q.   On June 11th, 1999, they did a small bowel
21 series. Again, it was found to be normal. Is that a

Page 23

1  test that you would have ordered for a patient with
2  perianal Crohn's disease?
3      A.   I suppose for me it depends on where I was
4  in following this patient. If this is the first time
5  I had ever met this patient and he had never had his
6  small bowel series done before, yes, I would have done
7  that. If this is a patient that I had been following
8  for quite some time and had known ahead of time that
9  his disease was isolated to his perianal region, then
10 no, I would not have obtained that test because he
11 didn't have symptoms that would suggest that he would
12 have disease localized in the small intestine.
13     Q.   My recollection is that he transferred to
14 the WCI in 1998.
15         MS. MALLON: I'm going to object because I
16 don't think that's actually true. I think it was in
17 1997.
18         MR. CRAWFORD: Late 1997, yes, 12/15/97,
19 he was transferred to the WCI, which was basically
20 about 18 months later. That same month, again, would
21 you have ordered this for a new patient that had been

Page 24

1  yours for 18 months?
2          THE WITNESS: Yes, I would have, only
3  because there are some feelings that people who have
4  isolated perianal disease, at times, the reason why
5  their perianal disease becomes active is because
6  sometimes they develop disease activity someplace
7  else. Again, had this been a patient, though, that I
8  had been following and become familiar with his
9  clinical symptoms, I may not have obtained it at that
10 time.
11     Q.   You indicated that the CAT scan that was
12 done in the 1998 might have been useful in regard to
13 analyzing pain.
14     A.   To evaluating the presence of abscesses.
15     Q.   I thought you mentioned something with
16 regard to pain. Would it have been useful in regards
17 to any analysis of pain?
18     A.   Yes. If somebody had severe perianal
19 pain, yes, an abdomen CT scan would be one of a
20 battery of tests that you would consider to evaluate
21 pain.

Page 25

1      Q.   If it came back normal, what would that
2  indicate to you?
3      A.   I would feel compelled to still find the
4  reason why this patient was having the degree of pain
5  he was having and I would consider additional testing
6  at that time.
7      Q.   He has a colonoscopy on June 17th, 1999,
8  which is normal except for the perianal hardening.
9  What does that test tell you with regards to Mr.
10 Simms' medical condition?
11     A.   It tells me that, as before, he does not
12 have colonic involvement of Crohn's disease, but he
13 still has perianal Crohn's disease.
14     Q.   They also noted that there was no
15 ulceration. Does that mean there was no active
16 perianal Crohn's disease at that point?
17     A.   I believe when they were discussing the
18 ulceration, that usually refers to the actual colonic
19 lining. So, again, he had never had a history of
20 colitis and didn't have symptoms of colitis. So, I
21 guess they were commenting on the absence of any

Page 26

1  endoscopic abnormalities including ulceration in the
2  colon.
3      Q.  He was seen at the University of Maryland
4  Medical System on 8/9/99 in the gastroenterology
5  department. They basically reviewed his treatment
6  plan and they agreed to simply continue the treatment
7  plan as it is currently being implemented, sitz baths,
8  Flagyl, and I think they also talked about Amersol.
9  Do you recall that document?
10     A.  I recall that document. But, as I recall,
11 it may have been that document where they also
12 recommended that he have a CAT scan and surgical
13 evaluation.
14     Q.  That's correct. I'm sorry. In fact, he
15 did have that CAT scan on 10/29/99, both of the
16 abdomen and pelvis, and again they were completely
17 normal, and they also noted no significant change from
18 the previous CAT scan done on 7/17/98.
19     A.  Yes, but they also noted that he would
20 likely need additional medical therapy if he did not
21 improve in the initial course of treatment he had

Page 27

1  recommended as I recall. As I recall, it was written,
2  he would likely need 6-MP.
3      Q.  Then he is again seen at the University of
4  Maryland gastroenterology clinic, correct?
5      A.  On what day?
6      Q.  I believe it was before the CAT scan on
7  10/4/99. My recollection of the document is that they
8  basically were saying they were waiting for results of
9  the CAT scan; is that correct?
10     A.  Yes, something like that. I think I
11 recall that.
12     Q.  He then is seen at the University of
13 Maryland gastroenterology department on January 2nd,
14 2000. Do you recall that document?
15     A.  Yes, I do.
16     Q.  Do you recall what they recommended?
17     A.  Actually, not off the top of my head.
18     Q.  Well, maybe I can refresh you. I believe
19 that they recommended Flagyl. Am I mispronouncing
20 that?
21     A.  No, Flagyl is correct.

Page 28

1      Q.  Sulfacid and sitz baths, b.i.d.?
2      A.  Yes.
3      Q.  Is sitz bath an ordinary treatment for
4  perianal Crohn's disease?
5      A.  It can be recommended.
6      Q.  Do you recommend it for your patients?
7      A.  Not usually, because I don't find it
8  particularly effective for the treatment of the
9  Crohn's disease itself. It's effective for providing
10 symptomatic relief in patients who have the current
11 abscesses and drainage from open fistula, but it does
12 not treat the Crohn's disease itself.
13     Q.  I would agree with that. But, it would
14 provide him with relief with regards to his Crohn's.
15     A.  It might provide some relief, yes.
16     Q.  I am talking now at the end of basically
17 January of 2000. If you had a perianal Crohn's
18 disease patient whose colonoscopy had been normal, his
19 small bowel series had been normal, the CAT scans of
20 the abdomen and pelvis were normal, flexible
21 sigmoidoscopy was normal, and there were no active

Page 29

1  abscesses, would you consider that particular person
2  to be in remission?
3      A.  It's difficult to say because what would
4  still bother me is the degree of pain that he was
5  experiencing or an hypothetical person is
6  experiencing. Are you talking about Mr. Simms in
7  particular?
8      Q.  No, I'm not talking about Mr. Simms, any
9  person.
10     A.  Okay.
11     Q.  Assume they weren't complaining about
12 pain.
13     A.  If they had no drainage and no abscesses
14 and no pain, yes, I would say this could be a
15 temporary remission.
16     Q.  Now, this particular patient has pain, but
17 he's also being followed in psychology, has
18 depression, anxiety disorder, in fact has assaulted
19 people on at least three different occasions --
20         MS. MALLON: I'm going to object to that
21 as being irrelevant.

Linda A. Lee, M.D. - 4/29/04

Page 30

1  Q. Suicidal ideation. But, all of the rest
2  of the tests are exactly the same, no drainage, no
3  abscesses, no nothing. Would you consider that
4  patient in remission?
5  A. No, because of the degree of pain he was
6  still experiencing, because I would have pursued it
7  even further.
8  Q. What would you have done with regard to
9  pursuing the pain?
10 A. For a hypothetical patient in this day and
11 age, what I would do is I would consider getting an
12 MRI scan, which is reported to have increased
13 sensitivity for detecting for small abscesses. There
14 is also a possibility of doing rectal ultrasound,
15 which is also reported to have sensitivity in
16 detecting microabscesses. If those tests were
17 negative, then I would say that Mr. Simms or a
18 hypothetical patient has a chronic pain syndrome and
19 his pain needs to be addressed.
20 Q. Without those two tests, you cannot make a
21 determination as to whether or not he has chronic pain

Page 31

1  syndrome?
2  A. I would not have been satisfied.
3  Q. Now, in your review of Mr. Simms' medical
4  records, did you note any changes or noncompliance
5  with the recommended prescriptions from the University
6  of Maryland in January of 2000?
7  A. I'm not definite. I do remember some
8  issues about noncompliance with the sitz baths.
9  Q. If you had a patient and you instructed
10 your nurse to give that patient a sitz bath, the
11 equipment for a sitz bath, and that patient threw that
12 equipment at your nurse, would you terminate your
13 relationship with that patient?
14 A. No.
15 Q. Would you consider that unusual behavior?
16 A. Yes.
17 Q. Would you consider that noncompliance with
18 the sitz bath order?
19 A. I would consider it perhaps noncompliance,
20 but there's another issue. I would be concerned about
21 why this person was so angry and reacted in such a

Page 32

1  severe way.
2  Q. But, this is also a patient who is being
3  followed by the psychological clinic?
4  A. Right. I would say that this person,
5  assuming has a psychiatric diagnosis, that this
6  somehow was related to his psychiatric illness, but I
7  would not terminate my relationship with him.
8  Q. What about a patient that is noncompliant
9  with the medical regiment, doesn't take his Flagyl?
10 A. I would want to know why he was not
11 compliant. I would want to understand what the issue
12 was.
13 Q. Now, let's move onto late 1993. In
14 September of 1993, there is a CAT scan of the pelvis
15 with contrast --
16    MS. MALLON: 1993?
17    MR. CRAWFORD: Pardon me. 2003. Wrong
18 year.
19    MS. MALLON: September, 2003?
20    MR. CRAWFORD: Yes, September 10th, 2003.
21 CAT scan of the pelvis with contrast. It is also

Page 33

1  unremarkable. What does that mean to you?
2     THE WITNESS: That there was no evidence
3  of any abnormalities involving the organs that are
4  present in the pelvis.
5  Q. I think it's specifically noted that there
6  were no abscesses. Does that again mean to you that
7  there were no abscesses?
8  A. There were no abscesses that were detected
9  by a CAT scan. Unfortunately, a CAT scan is not a
10 hundred percent sensitive.
11 Q. Ninety percent sensitive?
12 A. It may not even be that high. We're
13 talking about, a CAT scan cannot detect what we
14 consider microabscesses, things that are less than a
15 centimeter in size.
16 Q. On 8/27/03, he had a GI series done. That
17 series also finds no abscesses and it is basically
18 unremarkable. What does that tell you with regard to
19 Mr. Simms' medical condition?
20 A. It was a small bowel series, I believe?
21 Q. I think it was small bowel.

Page 34

1    A.    The small bowel series is a test that is
2  done specifically to evaluate the length of the entire
3  small bowel. So, the fact that this test was read as
4  normal suggests that there were no abnormalities in
5  his small intestine.
6    Q.    Then I believe they did a lower GI on
7  9/23/03.
8    A.    They did not do a barium enema.
9    Q.    I believe it was a barium.
10   A.    I don't remember reading that report.
11   Q.    On 11/3/03, they do a flexible
12 sigmoidoscopy. It is also unremarkable, no evidence
13 of colitis.
14   A.    Colitis.
15   Q.    Meaning that there is no inflammation of
16 the colon; is that correct?
17   A.    No visible inflammation, correct.
18   Q.    Would you have expected the flexible
19 sigmoidoscopy to have detected any microabscesses?
20   A.    No.
21   Q.    Why not?

Page 35

1    A.    Because that test, that instrument is
2  designed to visualize the lining of the colon, but it
3  cannot visualize anything that is occurring below the
4  actual lining. Microabscesses in his case would not
5  be at the level of the colon. It would be in the
6  perianal region. The flexible sigmoidoscopy, the
7  sigmoidoscope could not view that. That's why I have
8  mentioned a rectal ultrasound as being much more
9  sensitive, because that uses sound waves to detect
10 fluid collections that are in the deeper tissues.
11   Q.    Now, he's seen in the surgical clinic of
12 the University of Maryland Medical System on 11/26/03.
13 Do you recall that consult?
14   A.    I do.
15   Q.    Do you recall the recommendations from
16 that consult?
17   A.    No, I don't.
18   Q.    They recommended consideration of Remicade
19 if there were active abscesses, Colace, and sitz
20 baths. Would you differ with that prescription?
21   A.    Yes, I would.

Page 36

1    Q.    On what basis?
2    A.    Are you asking me how I would treat him if
3  he were my patient?
4    Q.    Yes.
5    A.    He was started on an immunosuppressant
6  agent 6-Mercaptopurine, M-E-R-C-A-P-T-O-P-U-R-I-N-E,
7  which is an immunosuppressant agent that has been very
8  useful in the treatment of Crohn's and perianal
9  disease. He was started on a dose of 50 milligrams
10 per day which he has continued. But, the recommended
11 dosage to be therapeutic is actually more in the order
12 of one milligram or one 1.5-milligrams or a kilogram
13 per day. I don't recall Mr. Simms' actual size. But,
14 I would bet that 50 milligrams per day is not enough
15 for him. So, before I would invoke a medication like
16 Remicade, which has also been shown to be very useful
17 for the treatment of Crohn's perianal disease, I would
18 try to maximize the effects of the 6-MP by increasing
19 that dose. Unfortunately, the effects of 6-MP can
20 take four to six weeks to see a result and it does
21 require monthly monitoring of the blood count and

Page 37

1  liver panel. But, nevertheless, it can be a very
2  effective drug. It is in fact the one -- or I use
3  Imuran, which is a drug very much related to
4  6-Mercaptopurine for my patients and have been able to
5  get them into remission and keep them into remission.
6    Q.    So, your differences is with regards to
7  whether or not that drug should have been increased?
8    A.    Well, you asked me if I agreed with the
9  recommendation and I was telling you what I do.
10   Q.    That's your disagreement there?
11   A.    That was a disagreement.
12   Q.    He's seen in the surgical clinic on
13 January 9th, 2004 and they recommend, and I'll
14 probably kill this, a proctosigmoidoscopy, which I
15 guess then is performed.
16   A.    Yes.
17   Q.    What exactly would that test do and would
18 it assist them in the analysis of the treatment of his
19 perianal Crohn's disease?
20   A.    Again, I don't know what they were really
21 thinking at that time. What they're referring to is

Page 38

1  essentially sigmoidoscopy, which is similar to a
2  flexible sigmoidoscopy. It's just that they use a
3  rigid scope and they don't go in quite as far as the
4  flexible.
5      Q.   They do it under anesthesia?
6      A.   And they do it under anesthesia.
7  Sometimes that evaluation, in addition to doing the
8  proctosigmoidoscopy, they also do a manual evaluation
9  under general anesthesia. This is where the surgeon
10 is really trying to use fingers and other tools to try
11 to determine if there are any hidden collections of
12 pus.
13     Q.   Did they in fact do that?
14     A.   I think that they did.
15     Q.   Yes. Isn't it, in fact, that they found
16 none of those hidden pockets or anything else, this
17 entire test was unremarkable?
18     A.   Yes. But, again that test would not be
19 sensitive enough to detect microabscesses.
20     Q.   On 1/13/04, did they do a GI series again
21 and again it's unremarkable. On 2/4, he's again seen

Page 39

1  in the surgical clinic and there is a suggestion that
2  Mr. Simms problem is hemorrhoids. Do you recall that
3  surgical report?
4      A.   No, I don't recall that.
5      Q.   They also continued to recommend in the
6  course of treatment, sitz baths and pain management.
7  Do you have any reason to disagree with the surgical
8  recommendations of the University of Maryland Medical
9  System?
10     A.   Well, you asked me earlier what my
11 recommendations would be, so I guess I do differ in
12 terms of the treatment of this patient.
13     Q.   Taking all the tests that have been
14 performed in late 2003 and 2004, would it be your
15 opinion that Mr. Simms perianal Crohn's disease is in
16 remission?
17     A.   No, because, as I recall, there is another
18 report, there was documentation that he was having
19 drainage from the perianal area. I believe that was
20 in the last set of records I received. It was in
21 2004. So, to me the fact that he has recurrent

Page 40

1  perianal drainage suggests that he is not in
2  remission.
3          MR. CRAWFORD: I have no further
4  questions.
5          MS. FOLEY: Stephanie, do you have any
6  follow-up?
7          MS. LANE-WEBER: I have one or two
8  questions, if I may.
9          EXAMINATION BY MS. LANE-WEBER:
10     Q.   Dr. Lee, do you have any reason to believe
11 that Mr. Simms has microabscesses?
12     A.   Again, the only thing that would make me
13 concerned that he might is his persistent pain.
14     Q.   That persistent pain is a symptom that he
15 described to the medical personnel; is that correct?
16     A.   Correct.
17     Q.   There is no objective test to determine
18 whether Mr. Simms has pain, right?
19     A.   That is correct.
20         MS. LANE-WEBER: Thank you. I have no
21 other questions.

Page 41

1          MS. MALLON: Thank you, Stephanie. We're
2  going to sign off now. She's going to read and
3  review.
4          (Deposition concluded at 3:40 p.m.)