Hearing 1/7/02
G-115
Inf 12/27/01



JAN 8 10 22 AM '02

RECEIVED

## WESTERN CORRECTIONAL INSTITUTION
### Inmate Request
(Please Print Clearly)

DATE: 01-07-2002

Circle One:  ~~Warden~~   Commitment         Case Manager
             Ass. Warden  Mail Room          Finance - Business Office
             Security Chief  Psychology      Administrative Remedy Coordinator
             Shift Commander  Unit Manager   Chaplain
             Social Worker    Education      Addiction Counselor
             Other _____

WC02S

Derek L. Simms  266549 - X-C-2   sch

INMATE'S NAME        DOC #      H.U./ Cell Location       Job Assignment

REQUEST Sir, I am Requesting you dissmiss the 60-days seg-time I got today. Because I have medical problems, and I had to take this plea, in order for me to get my medical issues in order, I go up for parole this year, I don't do drugs, I am on PC because I am a police informat. I am suffering with Crohn's disease seriously in my Rectum, and feel I can and will stay out of trouble, I want to go home as soon as I can. I can not control my medical problem because of the many surgeries to my Rectum. I suffer from suicidal thoughts and deep depression also. I am praying for relief please so my record will be more clear, also for parole

DO NOT WRITE BELOW THIS LINE   I want to go back to sch To get my G.E.D. Also

REFERRED TO _____  FOR _____

OFFICIAL (Signature) _____  Date: _____

FINAL DISPOSITION AND/OR RESPONSE TO INMATE: _____

EXHIBIT 7

DEPOSITION EXHIBIT
PLF #1
SML 4-7-04

Official (Signature): _____  Date: _____

Appendix 3 to DCD 185-100                                          CASE NO. WCI 0064-00

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

JAN 11 2000

TO:     ✓ Warden of Institution
        ___ Commissioner of Correction
        ___ Executive Director, Inmate Grievance Office                    Jan 11  3 32 PM '00

WC-02                                                                       Emergency Request ✓

FROM: Simms          Derek          L          266549                WCI
      Last Name      First Name     Middle Initial   DOC Number  RECEIVED  Institution

Housing Location ___ Protective Custody ___ Administrative Segregation ___ Disciplinary Segregation ___

## Part A - INMATE REQUEST

I am suffering great pain near, in, and around my Rectum, Discharging pus.
I have a very hard time breathing from my nose. For over a month Now i have been awaiting Surgery By Doctor Kaneria Raman, No action have i seen or got yet in Treating this problems even after Recommend Surgical intervention was ordered By Doctor Bellamy, M.D. on 11-2-99

01-09-2000                                         Derek L Simms
Date                                               Signature of Inmate

## Part B - RESPONSE

Your request for administrative remedy is dismissed. An investigation revealed that approvals were granted for both surgeries and you were notified of these decisions on January 12, 2000. You are encouraged to utilize the sick-call process for your medical needs. Your complaint has no merit.

2/8/00
Date                                              Signature of Warden/Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

---

DEPOSITION EXHIBIT
PLF #2
SmL 4-7-04

Appendix 2 to DCD 185-207

## Administrative Remedy Procedure
## Receipt for Warden's Response

WCI   068
INST  RECEIPT NO.

Derek Simms                266549                    4c2
Name of Inmate             DOC Number                Housing Location

I, the undersigned, indicate by my signature that I have received the warden's response to ARP Case No. WCI-0064-00 on 2-8-00

[Signature]   02-08-2000                          [Signature] 02-8-00
Signature of Inmate   Date                        Signature of Staff Witness  DATE

DC Form 185-207b (April 1993)

Appendix 3 to DCD 185-100

CASE NO. WCI-0629-00

## MARYLAND DIVISION OF CORRECTION
### REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

Mar 28  8 57 AM '00

TO: ✓ Warden of Institution
    X Commissioner of Correction
    ___ Executive Director, Inmate Grievance Office

Emergency Request **YES**

FROM: SIMMS    DEREK    L.    266549    WCI
      Last Name  First Name  Middle Initial  DOC Number  Institution

Housing Location ___ Protective Custody ___ Administrative Segregation ___ Disciplinary Segregation ___

### Part A - INMATE REQUEST

FOR THE MONTH'S OF FEBRUARY-2000 AND NOW UP TO MARCH-27-2000 I HAVE REQUESTING MEDICAL, TREATMENTS FOR PERIANAL FISTULA ABSCESS'S ORIGINATING IN -IN THE MIDLINE ADJACENT TO THE ANUS AND EXTENDING INTO THE RIGHT - -BUTTOCK GLUTEAL. I HAVE GREAT SWELLING AND DISCHARGING LOT'S OF PUS"THAT IS VERY PAINFULL AND SORE. HARD TO SIT... OR LAY ON MY BACK. AND -WALKING CAUSE ALOT OF PAIN IN MY RECTUM AND RIGHT BUTTOCK. ALOT OF TENDERNESS, I CAN NOT CONTROL THE PUS"DISCHARGING NOW AND ALL THE TIME. DOCTOR JEFFREY BRIGGS IS MAKING DELIBERATE INDIFFERENCE TO- -MY SERIOUS MEDICAL NEEDS, CONSTITUTES UNNECESSARY AND WANTON INFLICTION OF PAIN AND SUFFERING FROM MY RECTUM AND RIGHT BUTTOCK, AND WORSEN RECTAL PAINFUL TENDERNESS WITH MORE FISSURES, AND EVIDENCE OF PUS". MY SICK CALL REQUEST ARE REJECTED AND SAID DOCTOR DENIAL ME

03-27-2000   SEE page 2   Derek L Simms
Date                       Signature of Inmate

### Part B - RESPONSE

Your request for administrative remedy is dismissed. An investigation revealed that for any treatment plan to work, there has to be cooperation on the part of the patient, and a willingness to do self-care. You have received adequate medical treatment for your condition. You are encouraged to cooperate with the Medical Department Staff. Your complaint is concluded to be without merit.

**DEPOSITION EXHIBIT**
PLF #3
SmL 4-7-04

4/25/00
Date                       Signature of Warden/Commissioner

---

Appendix 2 to DCD 185-207

### Administrative Remedy Procedure
### Receipt for Warden's Response

Derek Simms              266549              MHCX B718
Name of Inmate           DOC Number          Housing Location

WCI / 226
INST   RECEIPT NO.

I, the undersigned, indicate by my signature that I have received the warden's response to ARP Case No. WCI-0629-00 on _____.

_____   05/P.2000   Redson C/O   5-8-00
Signature of Inmate   Date   Signature of Staff Witness   DATE

DC Form 185-207b (April 1993)

MARYLAND DIVISION OF CORRECTION

MEDICAL ASSIGNMENT

( ) CHART
( ) HOUSING UNIT OR TIER
( ) CLASSIFICATION

DATE: 4-14-00

NAME: Simms Derek           DOC #: 266549
INST.: MHCX                  H.U.: -BC721

THE ABOVE NAMED IS:

EXCUSED FROM WORK UNTIL: _____

TO RETURN TO WORK ON: _____

MEDICALLY UNASSIGNED UNTIL: _____

ON BED REST UNTIL 7:00 A.M. ON: _____

NO COURTYARD OR GYM UNTIL: _____

NO WEIGHT LIFTING UNTIL: _____

***FEED IN: YES ( ) NO ( ) REASON: _____

OTHER: Inmate should have single cell because of medical condition

_____
J. Moss PAC
PHYSICIAN AND/OR PHYSICIAN ASSISTANT

DC Form 130-501aR

DEPOSITION EXHIBIT
PLF #5
SmL 4-7-04

MARYLAND DIVISION OF CORRECTION

MEDICAL ASSIGNMENT

( ) CHART
( ) HOUSING UNIT OR TIER
( ) CLASSIFICATION

DATE: 4-14-00

NAME: Simms Derek          DOC #: 266549
INST.: MHCX               H.U.: -BC721

THE ABOVE NAMED IS:

EXCUSED FROM WORK UNTIL: _____

TO RETURN TO WORK ON: _____

MEDICALLY UNASSIGNED UNTIL: _____

ON BED REST UNTIL 7:00 A.M. ON: _____

NO COURTYARD OR GYM UNTIL: _____

NO WEIGHT LIFTING UNTIL: _____

***FEED IN: YES ( ) NO ( ) REASON: _____

OTHER: Inmate should have single cell because of medical condition

J. Moss PAC
PHYSICIAN AND/OR PHYSICIAN ASSISTANT

DC Form 130-501aR

*Admitted to Infirmary 3-10-99*

# WESTERN CORRECTIONAL INSTITUTION
Cumberland, Maryland

## SICK-CALL REQUEST / ENCOUNTER FORM



MAR 08 1999
RECEIVED

Inmate is to complete Section I only. Section II is to be completed by Medical Staff. Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: **DEREK Simms**  DOC#: **266549**  INST: **WCI**
ALLERGIES: _____  DATE: **03-07-99**

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
on my right Buttit is a NEW opEN hole Thats discharging blood/Pus, I feel sick and hot. Stomach hurts, Pain iN Rectum - Right Buttit

A. WHERE DOES IT HURT? NEAR RECTUM, Right Buttock
B. WHEN DID IT START? REAL BAd 03-05-99
C. HAS IT HAPPENED BEFORE? _____ HOW OFTEN? _____

*************************************************************

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

O: T:____ P:____ R:____ BP:____ WT:____

A: _____

P: Seen 3-10-99. Adm. to Inf.

PROVIDER     DATE/TIME     PHYSICIAN     DATE/TIME

DEPOSITION EXHIBIT
PLF #8
SML 4-7-04

*Admitted to Infirmary 3-10-99*

# WESTERN CORRECTIONAL INSTITUTION
Cumberland, Maryland

## SICK-CALL REQUEST / ENCOUNTER FORM


RECEIVED MAR 08 1999 BC

MAR 08 1999

Inmate is to complete Section I only. Section II is to be completed by Medical Staff. Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: **DEREK Simms**   DOC#: **266549**   INST: **WCI**
ALLERGIES: _____   DATE: **03-07-99**

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
on my right Buttt is a NEW opEN hole ThAts discharging blood/Pus, I feel Sick and hot. Stomach hurts, Pain in rectum - Right ButtiT

A. WHERE DOES IT HURT? NEAR RECTum, Right Buttock
B. WHEN DID IT START? REAL BAd 03-05-99
C. HAS IT HAPPENED BEFORE? _____ HOW OFTEN? _____

**********************************************************

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

O: T:____ P:____ R:____ BP:____ WT:____

A: _____

P: *Seen 3-10-99. Adm. to Inf.*

_____   3-12-99   _____   _____
PROVIDER              DATE/TIME    PHYSICIAN              DATE/TIME

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**HEALTH CARE SERVICES**
**TRANSFER SCREENING FORM**

NAME: Dennis, Derick   DPSCS #: 266549   DATE: [redacted]   DOB: 7/9/00

SENDING INSTITUTION: MHC-Y

The above named inmate has been transferred to your institution. Listed below is pertinent medical information relating to this inmate.

| MEDICAL PROBLEMS/ALERTS: | MEDICATIONS: |
|---|---|
| 1. H/O PERIRECTAL ABSCESS, S/P SURGERY | 1. ASACOL 800mg PO TID |
| 2. S/P APPENDECTOMY | 2. TRAZADONE 100mg HS |
| 3. REFRACTIVE ERROR | 3. |
| 4. DEPRESSION | 4. |
| 5. PERIANAL CROHNS | 5. |
| 6. HYPERLIPIDEMIA, OBESITY | 6. |

MEDICAL DIET: CV

CHRONIC CARE CLINIC: ⊖

PENDING REFERRALS: Referral 4/18/00 to Surgery Clinic

RESTRICTIONS: [redacted]

URGENT FOLLOW-UP: ⊘

SIGN: Stephen Reynolds PA   DATE/TIME: 5-2-00 1115   LOCATION: MHC-Y

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

RECEIVING INSTITUTION: WCI

| ALLERGIES: PCN | TETANUS: N/A |
|---|---|
| PPR RESULTS: 0mm 10-18-99 | CXR: N/A |
| RPR: ⊖ 8-3-97 | HIV: ⊖ 10-8-97 |

CBC: 4-18-00

DRUG HISTORY: Marijuana

PSYCH HISTORY: Depression

FAMILY HISTORY: N/A

MEDICAL HISTORY: (ACTUAL DISEASE) Perirectal abscess, S/P appendectomy, Obesity, Hyperlipidemia, Seborrhea, S/P Perirectal surg. Refractive error, Seasonal rhinitis, Perianal crohns

MEDICATIONS: Asacol 800mg PO TID

PLAN: RTC PRN: ✓
    PREVENTIVE F/U: ⊘
    CHRONIC CARE F/U: Psych referral
    URGENT CARE: ⊘
    RISK STRATIFICATION: 0 : (M-1) M-2

DEPOSITION EXHIBIT
PLF #9
SMC 4-7-04

SIGN: O. Kilando RN   DATE/TIME: 5/4/00 1930   LOCATION: WCI
DPSCS Form 130-231 aR(Rev. 8/98)

PCN ALLERGY

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
HEALTH CARE SERVICES
TRANSFER SCREENING FORM

NAME: Dannis, Derick   DPSCS #: 266549   DATE: 5-2-00   DOB: 7/9/00

SENDING INSTITUTION: MHC-Y

The above named inmate has been transferred to your institution. Listed below is pertinent medical information relating to this inmate.

MEDICAL PROBLEMS/ALERTS:
1. H/O PERIRECTA ABSCESS, S/P SURGERY
2. S/P APPENDECTOMY
3. REFRACTIVE ERROR
4. DEPRESSION
5. PERIANAL CROHNS
6. HYPERLIPIDEMIA
   OBESITY;

MEDICATIONS:
1. ASACOL 800mg PO TID
2. THORAZINE 100mg HS
3.
4.
5.
6.

MEDICAL DIET: CV

CHRONIC CARE CLINIC: ⊖

PENDING REFERRALS: Referral 4/18/00 to Surgery Clinic

RESTRICTIONS: RECOMMEND SINGLE CELL STATUS.

URGENT FOLLOW-UP: ∅

SIGN: Stephen Reynolds   DATE/TIME: 5-2-00 1115   LOCATION: MHC-X

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

RECEIVING INSTITUTION: WCI

ALLERGIES: PCN   TETANUS: N/A
PPR RESULTS: 0mm 10-18-99   CXR: N/A
RPR: ⊖ 8-3-97   HIV: ⊖ 10-8-97
CBC: 4-18-00
DRUG HISTORY: Marijuana,
PSYCH HISTORY: Depression

FAMILY HISTORY: N/A

MEDICAL HISTORY: (ACTUAL DISEASE) Perirectal abscess, S/P appendectomy, Obesity, Hyperlipidemia, Seborrhea, S/P Perirectal surg, Refractive error, Seasonal rhinitis, Perianal crohns

MEDICATIONS: Asacol 800mg PO TID,

PLAN: RTC PRN: ✓
PREVENTIVE F/U: ∅
CHRONIC CARE F/U: Psych referral
URGENT CARE: ∅
RISK STRATIFICATION:   0: (M-1) M-2

SIGN: O Kalawole RN   DATE/TIME: 5/4/00 1930   LOCATION: WCI

DPSCS Form 130-231 aR(Rev. 8/98)

Appendix 2

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## OFF - SITE CONSULATATION

NAME: SIMMS, DEREK          DOC #: 266549   DOB: 7/9/60

REFERRAL TO: UMMS           SPECIALTY: Surgical Clinic

INSTITUTION: WCI

ROUTINE: _____   URGENT: ✓   TIMEFRAME: _____   DATE: 11/4/03

REFERRING HEALTH PROFESSIONAL MUST PROVIDE A SUMMARY OF FINDINGS/TREATMENT.

43 y/o male, c stable crohns ds of the sigmoid area c Normal sigmoidoscopy done on 11/3/03, has h/o perianal fistula on & off that responds to oral antibiotics when pt is compliant. Pt had fistula repair several years back. Pleas evaluate for the latest recurrence.

Thank you

REFERRING PHYSICIAN: Lesseman

CONSULTANT NOTES:   ⑥ Continue Abx x 2 more weeks

① Crohn's disease — please have GI medicine follow this pt for this chronic disease.

② Perianal fistula — please have GI medicine see this pt at next available visit for consideration of Remicaid.

③ Follow up with general surgery clinic in 6 months

④ ~~Perianal for again~~

CONSULTANT SIGNATURE: Justin Somerville MD    DATE: _____

⑤ Add colace /and have pt do sitz baths

CONSULTANT: Patient should not be referred to another clinic, except in an emergency, for a different complaint without prior approval from the requestor at the Division of Correction. DO NOT INFORM INMATE OF THE DATE/TIME OF RETURN VISIT OR IMPENDING HOSPITALIZATION.

DC FORM 130-216aR (Rev 3/96)      KT 11/26/03         Page 1 of 1

DEPOSITION EXHIBIT
PLF #15
SML 4-7-04

Appendix 2

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
# OFF - SITE CONSULATATION

NAME: SIMMS, DEREK    DOC #: 266549    DOB: 7/9/60

REFERRAL TO: UMMS    SPECIALTY: Surgical Clinic

INSTITUTION: WCI

ROUTINE: ___    URGENT: ✓    TIMEFRAME: ___    DATE: 11/4/03

REFERRING HEALTH PROFESSIONAL MUST PROVIDE A SUMMARY OF FINDINGS/TREATMENT.

43 y/o male, c stable crohns dx of the sigmoid area c Normal sigmoidoscopy done on 11/3/03, has had perianal fistula on & off that responds to oral antibiotics when pt is compliant. Pt had fistula repair several years back. Please evaluate for the latest recurrence.

Thank you

REFERRING PHYSICIAN: Lesseman

CONSULTANT NOTES:    ⑥ Continue Abx x 2 more weeks

① Crohn's disease - please have GI medicine follow this pt for this chronic disease.

② Perianal fistula - please have GI medicine see this pt at next available visit for consideration of Remicaid.

③ Follow up with general surgery clinic in 1 month
④ Percocet for pain

CONSULTANT SIGNATURE: Justin Sonneville MD    DATE: ___
⑤ Add colace and have pt do sitz baths

CONSULTANT: Patient should not be referred to another clinic, except in an emergency, for a different complaint without prior approval from the requestor at the Division of Correction. DO NOT INFORM INMATE OF THE DATE/TIME OF RETURN VISIT OR IMPENDING HOSPITALIZATION.

DC FORM 130-216aR (Rev 3/96)    KT 11/26/03    Page 1 of 1

MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
PROGRESS NOTES

| DATE | TIME | PROGRESS NOTES |
|---|---|---|
| ~~████~~ | 1800 | MD Note Re: DEREK SIMMS |
| | | Pt is a 41 y/o AA-m with history of recurrent anal fistulas with symptoms going back for about 9 years. Pt was diagnosed with chron's disease in 1998. Pt had several surgical repairs of anal fistulas. Pt's chron's disease is being managed with sulfasalazine & use of antibiotics & prednisone during flare ups. ~~████████████████████████~~ Pt is able to do any kind of work physically as far as his chron's disease in remission. Pt is also being treated for depression by our staff psychiatrist with Paxil. |
| | | ████████████████ |
| | | Regional Medical Director |

DEPOSITION
EXHIBIT
PLF #16
SmL 4-7-04

NAME: Simms, Derek    DPSCS#: 266549    LOCATION: WCI
DPSCS Form 130-230aR (Rev. 10/99)

**MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**PROGRESS NOTES**

| DATE | TIME | PROGRESS NOTES |
|---|---|---|
| 8/2/01 | 1800 | MD Note Re: DEREK SIMMS |
| | | Pt is a 41 y/o AAm with history of recurrent anal fistulas with symptoms going back for about 9 years. Pt was diagnosed with Crohn's disease in 1998. Pt had several surgical repairs of anal fistulas. Pt's Crohn's disease is being managed with sulfasalazine & use of antibiotics & prednisone during flare ups. Pt will need annual colonoscopy & GI follow up as he has family history of colorectal cancer. Pt is able to do any kind of work physically as far as his Crohn's disease in remission. Pt is also being treated for depression by our staff psychiatrist with Paxil. |
| | | ISAIAH TESSOMA MD |
| | | Regional Medical Director |

NAME: Simms, Dereck    DPSCS#: 266549    LOCATION: WCI

DPSCS Form 130-230aR (Rev. 10/99)

DEPOSITION EXHIBIT
PLF #18
SM 9-7-04

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

JAN 0 9

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms     DOC #: 266549     CELL: 4-C-2     INST.: WCI

ALLERGIES: _____     DATE: 01-08-2002

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
Recurrent perirectal abscess, Fistula pain, anus, rectal pain, There is Pain at the very lower part of my stomach, Pain when Pee, use the bathroom

A. WHERE DOES IT HURT? Rectum - Badder, Lower Stomach
B. WHEN DID IT START? Around about 12-25-2001
C. HAS IT HAPPENED BEFORE? WORSEN     HOW OFTEN? WORSEN IN PASS MONTH

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: No it's still there nothing different, just wondered if you heard anything, what is it I'm getting done.

Pt A+Ox3, skin w/p, Lungs CTA ABD soft non tender c BSx

O: T: 98.6  P: 78  R: 16  BP: 124/70  WT: 244#
4 quads, denies c/o pain this am, No pain on palpation on lower umbilicus area. VS stable, pt stands erect, Voicing no c/o's pain or discomfort

A: Alt in comfort                                 to nurse/mp this am - wanted to
                                                  know about procedure. NAD.

Seen 1-9-02 by mp also for answers to questions

P: Pt is currently under mp care & medications for this problem
is scheduled for off site.  is NAD. O/s being F/U properly
and promptly. Procedure explained to Pt By MD.

K Ruley RN     1-9-02 0655     J.T. 7/9/02 0700
PROVIDER       DATE/TIME       PHYSICIAN    DATE/TIME

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES   JAN 0 9
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms   DOC #: 266549   CELL: 4-C-2   INST.: WCI

ALLERGIES: _____   DATE: 01-08-2002

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
Recurrent perirectal abscess, Fistula pain, anus, rectal pain, there is pain at the very lower part of my stomach, Pain when Pee, use the bathroom

A. WHERE DOES IT HURT? Rectum - Bladder, Lower Stomach
B. WHEN DID IT START? Around about 12-25-2001
C. HAS IT HAPPENED BEFORE? WORSEN   HOW OFTEN? WORSEN IN PASS MONTH

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: No it's still there nothing different, just wondered if you heard anything, what is it I'm getting done.

Pt A+O x3. Skin W/D, Lungs CTA ABD soft non tender + BSX
O: T: 98-6  P: 78  R: 16  BP: 124/70  WT: 244#
4 quads, denies c/o pain this am, no pain on palpation in lower umbilicus area, VS stable, pt stands erect, voicing no c/o's pain or discomfort

A: Alt in comfort   to nurse/MD this am - wanted to know about procedure. NAD.

Seen 1-9-02 by MD also for answers to questions
P: Pt is currently under MD care & medications for this problem is scheduled for off site & is in NAD. Dr being F/U properly and promptly. Procedure explained to Pt by MD.

K Pewley RN       1-9-02 0655   /T  1/9/02  0700
PROVIDER          DATE/TIME     PHYSICIAN   DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)