CV of Dr. Lynda Lee

| | |
|---|---|
| deposition of Dr. Tessema | poor answer, "narcotic medication is not warranted." reasonable answer regarding single cell restrictions   comment-are there written guidelines for criteria to obtain single cell prescription all requests for medical treatment by inmate were accommodated Poor answer, "it is to salt that is essential" |
| review of plaintiff complaints | "The refusal by defendants to provide plaintiff with effective pain relief for his Crohn's disease is also a material fact that is the subject of the genuine dispute......  comment- Difficult to gauge effectiveness of pain relief, need for analgesics including narcotic, juggled with medication side effects Difficult to assesspatient compliance with medication, local treatment with sitz baths, actual/reliable evaluation of pain. |

| | |
|---|---|
| 18-Nov-97 | complaints of pain secondary to perianal disease |
| | specialist consultation-recommended 1. Laboratory studies including culture, C. difficile, electrolytes. 2. Consider surgical consultation regarding possible infected fistula. 3. Flagyl. 4. Colonoscopy. 5. Investigation of other abdominal symptoms possibly with EGD. 6. Consider request for single cell secondary to incontinence, psychological point a few |
| 16-Mar-98 | second consultation,flexible sigmoidoscopy with biopsies, I&D abscess. No evidence of proximal Crohn's disease. Condition limited to perianal region, suggested CT scan, small bowel follow-through. |
| 17-Mar-98 | treatment of abscesses, wound examined. Essentially chronic abscess problems with fistula drainage from May 1997 through 1998 with frequent visits. Often investigated condition.a a |
| 11-May-98 | consultation canceled,I&D of abscess, antibiotics prescribed. Multiple references as abscess versus Crohn's disease fistula. No specific Crohn's medication 1998 through 1999. No symptoms consistent with colonic Crohn's disease. Condition appears to be isolated superior rectal region. |
| 8-Jun-98 | normal small bowel follow-through |
| 10-Feb-99 | status post treatment of abscess. Single cell x30 days. |
| 22-Feb-99 | specialist consultation-probable continued perirectal pain secondary to Crohn's disease. Surgical consultation was recommended. |
| 30-Apr-99 | Reference to treatment with mesalamine, prednisone, Flagyl. Patient prescribed oral narcotics for several days of the time related to abscess treatments. |
| 1-Jun-99 | colonoscopy examination reported. Continued treatment with antibiotics for several weeks. Oral narcotics prescribed after abscessed treatments. Short courses of narcotics noted. Notes regarding either Percocet, Darvocet, or Tylenol No. 3 from October 1998 through April 2000. |
| 28-Oct-99 | normal CT scan of the abdomen and pelvis |



EXHIBIT 9

| 28-Feb-00 | psychiatric consultation-exaggerated response to pain, denial regarding chronic disease. Consulting impression included exaggerated response to pain on examination. The inmate was demanding in his request for narcotic administration for his pain. Important to consider history of abuse and drug-seeking behavior. |
|---|---|
| 2-Feb-00 | nasal surgerya |
| 4-May-00 | Asacol 800 mg t.I.d., Thorazine100 mg q.h.s., sitz baths, psychiatric consultation regarding depression, Paxil 20 mg, Elavil |
| 5-May-00 | height 6'3", weight 270 |
| 7-May-00 | letter from patient-lack of insight, lack of judgment |
| 1998-2001 | records indicate frequent treatment withantibiotic courses for abscesses. Local treatments recommended including sets mounts. Episodic debridement recorded. No evidence of proximal disease during any investigation. |
| 27-Sep-01 | Complaints consistent with flare-up of his chronic conditionincluding bleeding, pain, drainage. Re: prescribed Flagyl and Bactrim. Frequent visits. |
| 19-Jun-02 | Record of Motrin administration 400 mg t.i.d. |
| 13-Jan-04 | medications include Purinethol, sulfasalazine |