DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

DEC 0 6 2000

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L Simms_ DOC #: _266549_ CELL: _4C324_ INST.: _WCI_

ALLERGIES: _____    DATE: _12-02-2000_

**I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:**

_Rectum Swollen, Right Buttock sore and_
_painful, hurts, forms of pus & Blood_

A.   WHERE DOES IT HURT?   _Right Buttock / Rectum_

B.   WHEN DID IT START?   _____

C.   HAS IT HAPPENED BEFORE?   _____   HOW OFTEN?   _____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**SECTION II:**  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:   _Age 40_

_"My butt is swollen"_

_States cont d/c from buttock → shows drainage on gauze_

O:   T: _98²_   P: _____   R: _____   BP: _____   WT: _243_

_Refused VS. belligerent towards staff._

A:   _perirectal abscess_

P:   _Cont sitz baths as before) —_
_No indication for any further tx_

PROVIDER   _NancePas_          DATE/TIME _12-1-00 GAO_

PHYSICIAN   _JB 12/8_          DATE/TIME _____

**EXHIBIT**
**11**

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

*JAN 19 2001*

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L. Simms_     DOC #: _266549_    CELL: _4C4_    INST.: _WCI_

ALLERGIES: _____     DATE: _01·18-2001_

I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

_Stomach pain    alot of_
_Pain & Swellen in Right buttock and Rectum, Stomac_
_discharging alot of Pus, some blood_

A.   WHERE DOES IT HURT? _Rectum, back,_

B.   WHEN DID IT START? _____

C.   HAS IT HAPPENED BEFORE? _____   HOW OFTEN? _____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:   TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

_____

O:   T:_____ P:_____ R:_____ BP:_____ WT:_____

_____

_____

A: _____

_____

_____

P: _See attatched sheet - same S/c - G.Walsh Rn._

_____

_1·11/22/01  700pm_

_____     _____     _____     _____
PROVIDER          DATE/TIME      PHYSICIAN          DATE/TIME

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

JAN 1 9 2001

Inmate is to complete Section I only.   Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms     DOC #: 266549   CELL: 4C4   INST.: WCI

ALLERGIES: _____     DATE: 01·18·2001

I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
I can push my stomach and pus comes
out of my Rectum. Great Rectal pain
Swollen hurts on Right buttock, feel fever

A.   WHERE DOES IT HURT?   _____

B.   WHEN DID IT START?   _____

C.   HAS IT HAPPENED BEFORE? _____   HOW OFTEN? _____
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:   TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:   Age 40
"I'm having a problem c̄ my rectum again"

O:   T: 98   P: 88   R: 18   BP: 138/80   WT: 238#
C/o drainage from rectum c̄ pain & discomfort - Refer to
MD -

A:   Alteration in comfort

P:   MD eval for further F/U - rectal abcess

Glenn Walsh Rn          1/21/01 1915          [signature] 1/22/01   700am
PROVIDER          DATE/TIME          PHYSICIAN          DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES   FEB 18 2001
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L Simms_   DOC #: _266549_   CELL: _4 C4_   INST.: _WC1_

ALLERGIES: _____   DATE: _02·17·2001_

I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
_I have great Rectual pain swellon, And_
_Right side of face. Mold is very Sore and_
_discomfort,   Mold & Recteim pain_

A.  WHERE DOES IT HURT?  _____

B.  WHEN DID IT START?  _____

C.  HAS IT HAPPENED BEFORE? _____ HOW OFTEN? _____
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

O: T:_____ P:_____ R:_____ BP:_____ WT:_____

_____

_____

A: _____

_____

P: _Seen by MD on 1/31/01 for above — G. Walsh Rn_

_____

_____

PROVIDER _____ DATE/TIME _____ PHYSICIAN _____ DATE/TIME _____

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)

APPENDIX I



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

FEB 28 2001

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L. Simms_    DOC #: _266549_    CELL: _4C4_    INST.: _WCI_

ALLERGIES: _____PCN_____    DATE: _02-27-2001_

I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

_Rectum Swollen & Lots of pain, Some_
_discharge of Pus_

A.   WHERE DOES IT HURT?    _Rectum_

B.   WHEN DID IT START?    _____

C.   HAS IT HAPPENED BEFORE?  _____  HOW OFTEN?  _____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:  _Age 40_

_C/O Rectal pain c̄ swelling_
_Also C/O area @ (R) cheek_

O:  T: _98.³_    P: _80_    R: _16_    BP: _108/68_    WT: _230_
_SAT 99%_

A:  _Pt in comfort_

P:  _RTC PRN_    _MD eval @ this time_

_[signature]_    _2/28/01 0800_    _[signature] IS  2/28/01  0800_
PROVIDER    DATE/TIME    PHYSICIAN    DATE/TIME

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)





WCI MEDICAL DEPT

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

03/13

Inmate is to complete Section I only.   Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: __DEREK L.SIMMS__     DOC #: __266549__   CELL: __4/C/4__  INST.:__WCI__

ALLERGIES: __PCN__                      DATE: __03-29-2001__

I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
__RECTUM__ SWOLLEN AND RIGHT BUTTOCK·   PAINFUL DISCHARGE

__SWELLEN ABOUT BUTTOCKS AND RECTUM AND LOWER BACK ALONG WITH SERIOUS__

__PAIN,VERY SORE WHERE PUS IS DISCHARGING FROM AND SOME BLEEDING__

FROM THE RECTUM AND HURTS TO SIT DOWN OR GET UP!

A.   WHERE DOES IT HURT?

B.   WHEN DID IT START?     __WORSEN__

C.   HAS IT HAPPENED BEFORE?  __WORSEN__   HOW OFTEN? ____

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

SECTION II:   TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:  "I have blood & pus coming from my rectum. I have pus coming from a "sore" to
the right of my rectum. also my Ⓛ knee is more swollen than usual."

Last BM:" yesterday morning".

O:  T: 98³   P: 90   R: 20   BP: 122/72   WT: 240#   SPO2 = 98%

blood & pus
from rectum
Ⓡ buttock pain w/sit.
swollen & tender.
Ⓛ knee.

Now: Ø actively drawing pus/blood from rectum; area is dry; intact now;
Ⓡ of rectum is slit/opening ⊂ drainage now; opening is dry/intact now;
skin around opening is "healing in appearance", skin moving together; some swelling seen & verbal

A:  Alt comfort.  c̄/o "tenderness @ this opening. Skin @ rectal area is clean. Ø GI c/o;
Ø N/V. Ⓛ knee is edematous; ⊕ ROM LLE.

P:  RTC prn, MD eval; skin to Ⓡ of rectum dressed c̄ sterile 4x4's & covered c̄ gauze
Keep LLE ↑↑

PROVIDER  S. Beattie          DATE/TIME  04/01/01/1835    PHYSICIAN  1-T 4/2/01 078·    DATE/TIME

APPENDIX 1



JUL 3 1 2001

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L Simms_  DOC #: _266549_  CELL: _4C4_  INST.: _WCI_

ALLERGIES: _____  DATE: _07-30-2001_

**I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:**

_I am feeling very weak and sickly abdomen pain + guts. Some Rectum bleeding varys_

A.  WHERE DOES IT HURT?  _lower body, head, stomach_

B.  WHEN DID IT START?  _____

C.  HAS IT HAPPENED BEFORE?  _____  HOW OFTEN?  _____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

_____

O:  T:_____ P:_____ R:_____ BP:_____ WT:_____

_____

A: _____

_____

P:  _Se SC dated 8/1/01 0840_

_____

_____

_____
PROVIDER              _8/1/01  0840_           PHYSICIAN
                      DATE/TIME                             DATE/TIME

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

~~JUL 31 2001~~

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek J Simms_    DOC #: _266549_    CELL: _4C4_    INST.: _WC1_

ALLERGIES: _PCN_    DATE: _07-30-2001_

**I.    STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:**

_I am hurting between my buttock and
Rectum and Lower back end._

A.    WHERE DOES IT HURT?    _Rectum, Buttock Lower back_

B.    WHEN DID IT START?    _2 days ago_

C.    HAS IT HAPPENED BEFORE?  _Varies_  HOW OFTEN?  _Varies_

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**SECTION II:   TO BE COMPLETED BY MEDICAL PERSONNEL – ACTION TAKEN – SOAP FORMAT**

S:  _Age 41_        _–DOC labs to be drawn 8/2/01 –a_

_C/O rectal pain_

O:  T: _98.3_  P: _86_  R: _16_  BP: _128/80_  WT: _226_
_SAT 98 %.   C/O rectal pain._

A:  _Alt in comfort_

P:  _RTC prn_        _MD eval this issue_

_[Provider signature]_    _8/1/01 0840_    _08/1/01  1 T_    _0845_
PROVIDER          DATE/TIME         PHYSICIAN         DATE/TIME

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)



SEP 2 7 2001

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

**Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.**
**Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.**

**Name:** DEREK L. Simms   **DOC#:** 266549   **CELL:** 4c2   **INST.:** WCI

**ALLERGIES:** _____   **DATE:** 9-26-01

**I.    STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:**

I AM SuffERing gREAt PAiN - Swollen and feel very hot "fever"? I need to be Seen by a doctor NOW

**A.    WHERE DOES IT HURT?** _____

**B.    WHEN DID IT START?** _____

**C.    HAS IT HAPPENED BEFORE?** _____ **HOW OFTEN?** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT**

**S:** _____

_____

_____

_____

_____

_____

**O:   T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

_____

_____

**A:** _____

_____

**P:** Pt was seen by MD 9-27-01 See MD notes

_____

KRRuleyRN                    9-30-01  1800              JF 10/07/01 over
**PROVIDER/** _____              **DATE/TIME**              **PHYSICIAN    DATE/TIME**



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

**NOV 06 2001**

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME:  Derek L. Simms          DOC #: 266549      CELL: 4-C-2   INST.: WCI

ALLERGIES: _____      DATE:  11-05-2001

I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
   I am discharging alot of pus from my rectum & right side buttock -

   This is also very painful and alot of discomfort.

   I also notice some blood-that varys from time to time.

   A.  WHERE DOES IT HURT?   rectum & right buttock

   B.  WHEN DID IT START?    2 days ago

   C.  HAS IT HAPPENED BEFORE?  varys!    HOW OFTEN? _____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____  Hp - Crohns

   Age - 41

   " My do are listed above "
   " I want to see and talk c̄ md "

O: T: 96⁷   P: 72   R: 18   BP: 140/84   WT: 240 per scale
   eir. ft buttock sinus draining. No tenderness or cellulitis.

A:  Colorectal chron

P:  Due for md thu 11/27/01.
    ~ I will be followed after lab results for CBR
    S will cont Flecal ( if esr is still high will adol [illegible]
    Flr in 2 weeks.
    [signature] N'Van Peter              11/9/01        [signature] 11/9/01  [illegible]
    PROVIDER                  DATE/TIME        PHYSICIAN          DATE/TIME

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

DEC 0 5 2001

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms      DOC #: 266549    CELL: 4·C·2   INST.: W·C(

ALLERGIES: _____      DATE: 12-04-2001

I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

I am discharging, Pus, Draining Fistula in the Rectal Region
Tenderness & Pain on palpation of scarred areas. Very Painful
to sit down on, and walking is painful - needs operation =

A.  WHERE DOES IT HURT? Rectal Region, lower back - L Leg

B.  WHEN DID IT START? 12-03-2001

C.  HAS IT HAPPENED BEFORE? _____  HOW OFTEN? _____

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:  I need the bag with the Sitz bath. I wake up with
the pus, it's on the bed.

O:  T: 97.2   P: 74   R: 18   BP: 130/88   WT: 244#
Pt presents chronic problem followed by MD. Requested
Hemmorrhoid cream which was given, Will F/U as indicated

A:  Alt in Comfort

P:  MD Eval for on going problem. New sitz bath bag to
RN Protocol Hemmorrhoids       be given from stock.
RTC PRN ASAP if symptoms worsen/differ

K R Wiley RN    12-09-01 1948    IT 12/00/07  orn
PROVIDER        DATE/TIME       PHYSICIAN      DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

DEC 0 9 2001

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _____DEREK  L. SIMMS_____  DOC #: _266549__  CELL: _4-c-2__  INST.: _WCI_

ALLERGIES: Pcn-sensitive/penicillin/vancomycin:sulfa: DATE: _12-07-2001_ .

I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
I have alot of pain from a fistula and drainage of pus,rectal swellen
I have a open wounds in my rectum and right buttock with recurrent fistula

in my ano and abscess cavitys,and discharging pus,and very painful,I am
requesting a anal fistulotomy procedure,and to stop the draning and pain.
   A.  WHERE DOES IT HURT?  _rectum and lower back,buttocks,legs_____

   B.  WHEN DID IT START?  _12-04-2001_____

   C.  HAS IT HAPPENED BEFORE? _____ HOW OFTEN? _____
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

   _____

   _____

   _____

   _____

O:  T:_____ P:_____ R:_____ BP:_____ WT: _244#_

   _____

   _____

A:  _____

   _____

P:  _Seen by MD 12-12-01 on this date  See notes MD Eval._____

   _____

   _____

_KR Wiley RN_____  _12-02-01 0655_____  _____  _____
PROVIDER              DATE/TIME              PHYSICIAN         DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.   Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms   DOC #: 266549   CELL: 4-C-2   INST.: WCI

ALLERGIES: _____   DATE: 12-29-2001

I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:   I am
Badder problems, Pain in that region, having Stomach Pain and have problems trying
to urine, Pain in Rectum, Lower Stomach, hard to Pee

A.   WHERE DOES IT HURT?   Rectum, Lower Stomach, Badder
B.   WHEN DID IT START?   12-26-2001
C.   HAS IT HAPPENED BEFORE?   Varys   HOW OFTEN? _____
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:   TO BE COMPLETED BY MEDICAL PERSONNEL – ACTION TAKEN – SOAP FORMAT

S:   Since last Tuesday I feel pain/discomfort below my
Belly Button, discharge from rectum too. I think I've
only pee'd twice since last Tuesday.

PT A+0x3, Skin w/D, Lungs CTA, Abd soft nontender c̄ + BS x 4

O:   T: 98.6   P: 68   R: 20   BP: 130/76   WT: 244#
quads, c̄ o no pain using upon palpation on lower umbilicus area
VS stable. Pt stands erect, bends over, voicing no c/o's pain or

A:   alt in comfort   dis comfort upon examination
Conversing c̄ CO-II's & nurses.
No acute distress.   will F/U as indicated

P:   Pt is currently under MD care for problems.
Refer to _____ MD for U/A + F/U p̄ U/A results
RTC PRN  ASAP if symptoms differ / worsen

K Ruiley RN   PROVIDER   1-2-02   DATE/TIME   IT   PHYSICIAN   1/2/2   8/02   DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM                    JAN 0 9

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms    DOC #: 266549   CELL: 4·C·2   INST.: WCI

ALLERGIES: _____    DATE: 01-08-2002

I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

Recurrent perirectal abscess, Fistula pain, anus, rectal pain, there is pain at the very lower part of my stomach, pain when Pee, use the bathroom

A.  WHERE DOES IT HURT?  Rectum - Badder, lower Stomach

B.  WHEN DID IT START?  Around about 12-25-2001

C.  HAS IT HAPPENED BEFORE? WORSEN   HOW OFTEN? WORSEN IN PASS month

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:  No it's still there nothing different, just wondered if you heard anything, what is it? I'm getting done.

O:  Pt A+O x3, Skin IWD, Lungs CTA ABD soft non tender c̄ +BSx 4 quads, denies c/o pain this am, no pain on palpation on lower umbilicus area, VS stable, pt stands erect, Voicing no c/o's pain or discomfort
T: 98·6   P: 78   R: 16   BP: 124/70   WT: 244#

A:  Alt in comfort       to nurse/mp this am - wanted to know about procedure - NAD

P:  Seen 1-9-02 by mp also for answers to questions
Pt is currently under mp care & medications for this problem is scheduled for off site & is in NAD. Os being F/up properly and promptly. Procedure explained to pt by MD.

K Rwiley RN          1-9-02 0655     /J 1/9/02 0700
PROVIDER              DATE/TIME   PHYSICIAN   DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

JAN 24

Inmate is to complete Section I only. Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L Simms_  DCC #: _266549_  CELL: _4-C-2_  INST.: _WCI_

ALLERGIES: _____    DATE: _01-23-2002_

I  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
I am having problems using the bathroom with
#2 & #1. I am having problems urinating, and
Lack of Rectual control Pressure in lower stomach —

A. WHERE DOES IT HURT? _Lower Stomach, Rectum, Bladder_
B. WHEN DID IT START? _Dec & Nov 2001_
C. HAS IT HAPPENED BEFORE? _Varies_  HOW OFTEN? _3 or 4 times year_

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

O: T: _96.6_  P: _108_  R: _20_  BP: _150/100_  WT: _deferred_

_____

A: _____

_____

P: _Pt is currently under care o medications for these ongoing_
_problems. Just had IVP on 1-17-02 Normal._
_Pt seen by MD See MD notes today, orders written._

_KR Wiley RN_       _1-30-02 0700_    _JT 7/21/02 03??_
PROVIDER            DATE/TIME    PHYSICIAN        DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)



Appendix 1
DPSCSD 130-100, Sect.

RECEIVED FEB 2002

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: **Derek C. Simms**    DOC#: **266549**    CELL: **4·C·2**    INST.: **WCI**

ALLERGIES: _____    DATE: **02-05-2002**

I.    STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

having a very hard time urinating, lower
stomach discomfort, pain. Rectum pain
swollen in Rectum, Right Buttock, lower stomach

A.    WHERE DOES IT HURT?  Rectum, Badder, lower stomach

B.    WHEN DID IT START?  11/12-2001

C.    HAS IT HAPPENED BEFORE? Varys  HOW OFTEN? _____

*******************************************************************************
SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL – ACTION TAKEN – SOAP FORMAT

S: _____

98% O2 sat

T: _97.7_    P: _77_    R: _18_    BP: _104/66_    WT: _224_

A:    Altered Comfort/Knowledge Deficit

P:    Due for MD today- seen 0655 for on going problem
See MD notes
Pt was already scheduled for MD F/U this day

_KRK Wiley_    _2-17-07 0655_    _JT 2/7/02 0702_
PROVIDER        DATE/TIME        PHYSICIAN    DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)



RECEIVED MAR 1 1 2002

### DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
### SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME:  Derek L.Simms                    DOC #: 266549      CELL: 4 C-2    INST.:WCI

ALLERGIES: _____    DATE: 03-10-2002

I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
    I am suffering with alot of pain in and about my rectum
        Inside my rectum is swellen,and right buttock sweelen and pain

        Very hard to sit down and getting up hurts in center of buttocks.

    A.  WHERE DOES IT HURT?  rectum-buttocks-

    B.  WHEN DID IT START?    varys-      worsen greatly...pain

    C.  HAS IT HAPPENED BEFORE? _____  HOW OFTEN? _____
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

O:  T:_____  P:_____  R:_____  BP:_____  WT:_____

_____

A: _____

_____

P:  Seen on 3/20/02 by physician.

_____

_____

_I. Duckworth_ LPN    3/20/02 0850

PROVIDER              DATE/TIME       PHYSICIAN              DATE/TIME

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)



RECEIVED MAR 1 1 2002

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.   Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L. Simms_____   DOC #: _266549___   CELL: _4-C-2___ INST. WCI

ALLERGIES: _____   DATE: _03-10-2002_

I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
   _____I am having problems passing urine, and having alot of_____
   _____discomfort in my lower stomach alot, pain like pressure._____

   _____Can not pass urine for long periods of time, stomach & urine problems_____

   A.  WHERE DOES IT HURT? _badder  stomach   lower stomach/badder_

   B.  WHEN DID IT START?    _varys for ever periods of years now_

   C.  HAS IT HAPPENED BEFORE? __yes___   HOW OFTEN? ___varys___
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

   _____

   _____

   _____

   _____

O: T:_____ P:_____ R:_____ BP:_____ WT:_____

   _____

   _____

A: _____

   _____

P: _Seen by physician on 3/20/02._____

   _____

   _____

_J. Duckworth NP_____   _3/20/02 0850_____                      _____
PROVIDER                   DATE/TIME          PHYSICIAN              DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)



RECEIVED APR 1 8 2002

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
### SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms     DOC #: 266549    CELL: 4 C2    INST.: WCI

ALLERGIES: _____     DATE: 4-17-2002

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: I Am having
ALot of PAIN and draining from my Rectum

   A. WHERE DOES IT HURT? Rectum
   B. WHEN DID IT START? 4-1-2002    did put in for sick call, No call
   C. HAS IT HAPPENED BEFORE? Varies    HOW OFTEN? _____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

_____

O: T:_____ P:_____ R:_____ BP:_____ WT:_____

_____

_____

A: _____

_____

P: Seen by physician on 4-19-02

_____

_____

_____    4/19/02 0750    _____
PROVIDER         DATE/TIME    PHYSICIAN         DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)

RECEIVED APR 1 8 2002



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: _Derek L. Simms_    DOC#: _266549_  CELL: _4C2_  INST.: _WCI_

ALLERGIES: _____    DATE: _4-17-2002_

I.    STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

_HAVING PROBLEM PASSING URINE, Plus alot of pressure & painful discomfort in my lower stomach_

A.    WHERE DOES IT HURT?  _Bladder & Lower Stomach_
B.    WHEN DID IT START?  _VARIES_
C.    HAS IT HAPPENED BEFORE?  _Yes_  HOW OFTEN?  _VARIES_

*****************************************************************

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:    _____
      _____
      _____
      _____
      _____
      _____
      _____

O:    T: _____  P: _____  R: _____  BP: _____  WT: _____
      _____
      _____

A:    _____
      _____

P:    _Seen by physician on 4-19-02_
      _____

_Y Duckworth_      _4/19/02 0752_      _____
PROVIDER            DATE/TIME          PHYSICIAN      DATE/TIME



RECEIVED MAY 17 2002

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L. Simms_      DOC #: _266549_   CELL: _4·C·2_   INST.: _WCI_

ALLERGIES: _____      DATE: _5-15-2002_

I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: _Bleeding From
my rectum, Sharp pain/cutting pain
inside my Rectum, upwards to my penis_

   A.  WHERE DOES IT HURT? _Rectum, Bladder, Between legs near Rectum_

   B.  WHEN DID IT START? _____

   C.  HAS IT HAPPENED BEFORE? _____  HOW OFTEN? _____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

O: T: _____  P: _____  R: _____  BP: _____  WT: _____

_____

_____

A: _____

_See next sheet— ___
_6/15/02_

P: _____

_____

_____

_____

PROVIDER _____  DATE/TIME _____  PHYSICIAN _____  DATE/TIME _____

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)

RECEIVED JUN 1 7 2002

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: Derek L. Simms        DOC#: 266549   CELL: 4-C-2   INST.: WCI

ALLERGIES: _____        DATE: 06-16-2002

**I.    STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:**

I'm experiencing extreme rectal pain and swelling
within my rectum, feel feverish and dizziness, lower
abdominal pressure and between leg's between rectum & penis

A.   WHERE DOES IT HURT?  All over

B.   WHEN DID IT START?  2 days ago

C.   HAS IT HAPPENED BEFORE? _____  HOW OFTEN?  Worsen

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT**

S: _____

O:   T: _____  P: _____  R: _____  BP: _____  WT: _____

A: _____

P: _____

PROVIDER _____  DATE/TIME _____  PHYSICIAN _____  DATE/TIME _____

DPSCS Form 130-100, Sect. 114aR (Rev 12/95)



RECEIVED AUG 0 2 2002

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms          DOC #: 266549   CELL: 4-C-2   INST.: WCI

ALLERGIES: _____   DATE: 08-01-2002

I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: Discharging Pus
in the Rectum Region =/= Left Knee Pain, Tenderness -
- some Swollen, Need Knee Support & Cain for walking

A.  WHERE DOES IT HURT?  Rectum & Left Knee
B.  WHEN DID IT START?  Rectum today - LEFT KNEE WORSEN
C.  HAS IT HAPPENED BEFORE? Yes    HOW OFTEN? Vary

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____
_____
_____
_____
_____

O:  T:_____  P:_____  R:_____  BP:_____  WT:_____
_____
_____

A: _____
_____

P:  Seen in c/c 8/1/02
_____
_____

PROVIDER _W.VanMeter_        DATE/TIME 8/2/02   PHYSICIAN _____   DATE/TIME _____
                            0700



AUG 0 9 2002

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms    DOC #: 266549    CELL: 4-C-2    INST.: WCI

ALLERGIES: _____    DATE: 08-08-2002

**I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:** Discharging Pus
From Rectum, Extreme Pain, Hard to sit
And Lay down on Rectum because of Pain

A.  WHERE DOES IT HURT?  Rectum
B.  WHEN DID IT START?  Worsen
C.  HAS IT HAPPENED BEFORE?  Yes  HOW OFTEN?  Vary

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL – ACTION TAKEN – SOAP FORMAT**

S:  Pt is under Doctors care for this problem was seen 7-11 last
medication & tx was given, tests ordered. This has been long time
ongoing problem first which flares up at times. Pt has
PsychHx also & gets extremely anxious at times. Reassurance
given, reviewed self help - Sitz Bath, Motrin for leg & Rectum

O:  T: 98.0  P: 86  R: 16  BP: 138/82  WT: 218
Pt in NAD. See description above. Pt states motrin irritates
his stomach

A:  Alt in Comfort / Knowledge Deficit Selfcare

P:  Will refer to md for Described Discharge at CCC  Epsom salts given,
Restart Sitz Bath
Pt education given on Selfcare / Self Help  Kw another medicine to take
RTC as needed Refer to md for renewal of Motrin Order plus please
Pain medication  its

PROVIDER  [signature]    DATE/TIME 8-11-02 1955    PHYSICIAN [signature]  DATE/TIME 8/12/02

RECEIVED AUG 1 3 2002



**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms                DOC #: 266549   CELL: 4-C-2   INST.: WCI

ALLERGIES: _____   DATE: 08-12-2002

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: → I Am hAving
I am weak and feverish alot plus→ I Am hAving
problem urinAting AgAin, with Alot of pressure in
About my Rectum o Bladder, Long with Rectum Pain Plu

A. WHERE DOES IT HURT? Bladder - Rectum Lower stomach

B. WHEN DID IT START? Worsens,

C. HAS IT HAPPENED BEFORE? Yes   HOW OFTEN? Vary's often

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

O: T:_____ P:_____ R:_____ BP:_____ WT:_____

_____

_____

A: _____

P: Pt walked into Medical room c̄ an attitude - wanted to be mo only
Walked out of s/c without being seen. Pt Advised
by mo and myself he may return to s/c when his
actions are appropriate. Pt states "I'll see you in Court."
Pt was scheduled for s/c, did not want to speak c̄ the nurse.

Nan Metz          8/16/02

PROVIDER          DATE/TIME   PHYSICIAN          DATE/TIME

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)   0720

RECEIVED AUG 1 7 2002 ──→ Emergency Request
for medical treatment

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms          DOC #: 266549   CELL: 4-C-2   INST.: WC1

ALLERGIES: _____   DATE: 8-16-2002

I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: I Am having a
Hard Time passing urine, I am bleeding from my Rectum and
discharging pus. My Left knee hurts and alot of pain walking & stand

A.   WHERE DOES IT HURT? Bladder, Prostate, Rectum, Left Knee

B.   WHEN DID IT START? Worsen "2 weeks ago"

C.   HAS IT HAPPENED BEFORE? Worsen   HOW OFTEN? Vary

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____
_____
_____
_____

O:  T:_____ P:_____ R:_____ BP:_____ WT:_____
_____
_____

A: _____
_____

P: Seen by physician on 8/21/02
_____

PROVIDER: Luchmworth LPN   DATE/TIME: 8/21/02 0745   PHYSICIAN: _____   DATE/TIME: 8/21/02

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L. Simms_  DOC #: _266549_  CELL: _4-C-2_  INST. _WCI_

ALLERGIES: _____  DATE: _08-19-2002_

I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: _I am Suffering_
_pain in my Rectum, Bladder, Prostate, and Left Knee_
_Having hard Time passing urine, and bleeding from Rectum_

A.  WHERE DOES IT HURT? _Rectum, Bladder, Prostate, Left Knee_

B.  WHEN DID IT START? _Worden_

C.  HAS IT HAPPENED BEFORE? _Yes_   HOW OFTEN? _Very_

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

O:  T:_____ P:_____ R:_____ BP:_____ WT:_____

_____

_____

A: _____

_____

P: _Seen by physician 8/21/02_

_____

_Duckworth_                    _8/21/02  0745_        _17_  _8/21/02_
PROVIDER                        DATE/TIME              PHYSICIAN          DATE/TIME

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L. Simms_   DOC #: _266549_  CELL: _4-C-2_ INST.: _WCI_

ALLERGIES: _____   DATE: _09-15-2002_

I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: _I Am Having_
_Hay-Fever Problems — & — Stomach pain_

A.  WHERE DOES IT HURT?  _Nose & Stomach_

B.  WHEN DID IT START?  _2-days ago_

C.  HAS IT HAPPENED BEFORE?  _Yes_   HOW OFTEN?  _Vary_

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:  _Age-42_
_"My allergy meds_
_ran out "_
_"Will the Dr. renew them? "_

O:  T: _97⁶_  P: _80_  R: _16_  BP: _112/82_  WT: _228_
_Alert. Skin W/D. Gait steady. c/o & in allergy symptoms_
_since meds ran out. c/o trouble breathing @ night_
_and running nose. Lungs CTA. denies sore throat or_
_ear ache._

A:  _Alt in Comfort_

P:  _RTC as needed - pt advised_
_MD for Rx renewal of Nasal spray, CTM and Sudafed_
_RN protocol: Cold / Allergies_

_____    _9/18/02_    _____   _9/20/a_
PROVIDER                DATE/TIME    PHYSICIAN     DATE/TIME

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)   _1240_



## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
### SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.   Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms    DOC #: 266549 CELL: 4-c-2 INST.: WCI

ALLERGIES: _____    DATE: 12-04-2002

I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: Rectum Burning
inflame, swollen & very painfull, having difficulty
sleeping laying down on buttock, alot of discharge from

A.  WHERE DOES IT HURT?   (Rectum & Buttock when sleeping & sitting

B.  WHEN DID IT START?

C.  HAS IT HAPPENED BEFORE? Yes   HOW OFTEN? Worsen
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:   Hx - Peri anal Chohns disease
Age - 42                                    # seen 11/20/02

        "I got a deep boil
            on my (R) buttock"

O:  T: 99°   P: 72   R: 18   BP: 130/84  WT: 225
Alox 2. Skin WNL.  c/o boil to (R) buttock / rectum area. pt
reports swelling and drainage to area. Reports when draining
A:  the color is yellow.

    Rectal Abscess

        A. Alt vs Cortock

P:  RX as needed - pt advised    Keflex 500mg P.O. QID
    nl sx Evol of boil.          X 10 DAYS
                                 Re √ 2 weeks

Nan Ruta              12/12/02        Hammond CRNP  12/12/02
PROVIDER              DATE/TIME       PHYSICIAN        DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)    1345



RECEIVED DEC 2 2 2003

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: **Derek L. Simms**        DOC#: **266849**    CELL: **4C2**    INST.: **WCI**

ALLERGIES: _____NC_____                      DATE: **12-21-2002**

I.    STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

_I am having ANAL Crohn's Disease complications, The feelings of deep enter pockets of inflame pus & swollen in my ANAL-Rectal-Buttocks Regions, Hurts, Tylenol/Regual Not Helping_

A.    WHERE DOES IT HURT?  _ANAL Buttocks Regions_

B.    WHEN DID IT START?  _Worsen_ -

C.    HAS IT HAPPENED BEFORE? _Worsen_ HOW OFTEN? _____

**********************************************************************
SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

_____

_____

O:    T: _____   P: _____   R: _____   BP: _____   WT: _____

_____

A: _____

_____

P: _____

_____

_____

_____

PROVIDER          DATE/TIME          PHYSICIAN     DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev 12/95)

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

RECEIVED JAN 0 1 2003

Inmate is to complete Section I only.   Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L. Simms_      DOC #: _266549_   CELL: _4-C-1_  INST.: _WCI_

ALLERGIES: _____   DATE: _12-30-2002_

I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: _Having alot of_
_pain sitting, laying down, walking, stomach & head_
_# Eyes hurt, feel dizzy alot, in alot of pain_

   A.   WHERE DOES IT HURT? _Rectum, Eyes @ Buttocks, L-knee, head_

   B.   WHEN DID IT START? _Worsen_

   C.   HAS IT HAPPENED BEFORE? _____   HOW OFTEN? _____
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:   TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

O:   T: _____   P: _____   R: _____   BP: _____   WT: _____

_____

_____

A: _____

_____

P: _Signed off. See release._

_____

_____

_____   _1/2/03_        _____   _____
PROVIDER                  DATE/TIME        PHYSICIAN          DATE/TIME

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)

RECEIVED
JAN 1 0 2003

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: _Derek L. Simms_  DOC#: _266549_ CELL: _4·C·2_ INST.: _WC1_

ALLERGIES: _____  DATE: _1-9-03_

I.  **STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:**

Pain o ~~____~~ Large Lumps in Right Buttocks
Rectum is swell and painful Burnin
Painful humps hard to sit, Lay, walk from The Right Butto

A.  WHERE DOES IT HURT? _Right Buttocks & Rectum, Between Legs_

B.  WHEN DID IT START? _____

C.  HAS IT HAPPENED BEFORE? _____ HOW OFTEN? _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL – ACTION TAKEN – SOAP FORMAT

S:  " My sinuses are acting up"

O:  T: _98²_  P: _72_  R: _18_  BP: ~~126/76~~ _130/84_ WT: _225_
A+O+3 NAD    open red sore/boil on @ buttocks —
Ø drainage — painful to touch — Ø foul odor —
A:  eyes - sclera slightly red, Ø drainage - nasal passages
swollen c̄ clear secretions

P:  RTC prn
Rn protocal- common cold
# MD to reorder Keflex if needed - Eval requested

_Ca Rosenberger Rn_         _1-12-03_           _1 /13/03 vra_
PROVIDER                    DATE/TIME           PHYSICIAN    DATE/TIME
                              2000

DPSCS Form 130-100, Sect. 114aR (Rev 12/95)



RECEIVED ... 1 8 2003

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

**Inmate is to complete Section I only. Section II is to be completed by Medical Staff.**
**Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.**

**Name:** Derek L.Simms          **DOC#:** 266549   **CELL:** 4-C-2   **INST.:** WCI

**ALLERGIES:** _____   **DATE:** 01-18-03

**I.    STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:**

I Have Multi-Fissures Gnawing Torrential Rectual Pain within this region,
Discharge vary's from day to day,Some rectual distension and limber in
abotit the rectum and les bowel control, feel painful lumps inbuttocks.

   **A.    WHERE DOES IT HURT?** _Rectum_____

   **B.    WHEN DID IT START?** __unnoticeable_____

   **C.    HAS IT HAPPENED BEFORE?** worsen   **HOW OFTEN?** _____every day._____

*********************************************************************
**SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT**

**S:** _____

_____

_____

_____

_____

_____

**O:**   **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

_____

**A:** _____

_____

_____

**P:** _Seen by MD on 1/17/03_____

_____

_____

_____     _____
**PROVIDER**                **DATE/TIME** 1/20/03
                                   0701

_____     _____
**PHYSICIAN**               **DATE/TIME**

DPSCS Form 130-100, Sect. 114aR (Rev 12/95)



RECEIVED
JAN 2 6 2003

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: **DEREK L. Simms**          DOC#: **266549**  CELL: **4-C-2**  INST.: **WCI**

ALLERGIES: _____          DATE: **01-24-03**

I.    STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

Lumps That Hurt in Buttocks & Rectum
     Painful Lumps in deep of Right Buttock
and Rectum

A.    WHERE DOES IT HURT? _____

B.    WHEN DID IT START? _____

C.    HAS IT HAPPENED BEFORE? _____ HOW OFTEN? _____

*********************************************************************************
SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL – ACTION TAKEN – SOAP FORMAT

S:    Hx- Perianal Crohns

Age - 42                                    & Seen by MD on 1/17/03
Claims taking Bactrim +          /or multiple c/o. RE sm
Flagyl. c/o "allergy nose" also –
Claims Sitz Bath is clogged – needs new
one                                        O₂-98%

O:    T: 98°   P: 102   R: 18   BP: 132/80   WT: 228

ENT essentially WNL except for Nasal
Mucosal erythema + clear drainage.
Neck Supple – No adenopathy
Chest CTA  Heart RRR - Ø m.
ANUS- Open Draining area @ 3 o'clock c̄
green Drainage noted.  Very Tender
A/P    Peri Anal Crohns, Chronic Rhinitis
See Order Sheet.  Educated Re Nose
+ also Sitz Baths for Drainage.

                              A. Hammond CRNP 1/29/03
                                                    10/20

PROVIDER _____   DATE/TIME _____   PHYSICIAN _____   DATE/TIME _____

DPSCS Form 130-100, Sect. 114aR (Rev 12/95)



**RECEIVED** MAR 1 4 2003

### DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
### SICK-CALL REQUEST/ENCOUNTER FORM

**Inmate is to complete Section I only.   Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.**

Name: Derek L. Simms     DOC#: 266549   CELL: 4-C-2   INST.: WCI

ALLERGIES: _____   DATE: 03-13-03

I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

I Am having stomach problems, pain, discomfort backing up of food into my esophagus, causing pain and indigestion, headache, and Rectum Pain Cramp, Breathing Problems

A.   WHERE DOES IT HURT?   _____

B.   WHEN DID IT START?   _____

C.   HAS IT HAPPENED BEFORE?   _____   HOW OFTEN?   _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL – ACTION TAKEN – SOAP FORMAT

S: _____

_____

_____

_____

_____

_____

O:   T: _____   P: _____   R: _____   BP: _____   WT: _____

_____

_____

A: _____

_____

P:   Pt seen by MD 3-19-03 0645 Am

_____

_____

KR wilson                     3-19-03  0715
PROVIDER                      DATE/TIME                 PHYSICIAN      DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev 12/95)



RECEIVED APR 0 2 2003

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: Derek L. Simms    DOC#: 266549 CELL: 4 C2 INST.: WCI

ALLERGIES: _____    DATE: 04-01-03

I.    STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

I am having Sharp Rectal Cramps within my Rectum, multi-Rectal Cramps or Pain!

A.    WHERE DOES IT HURT?    Rectum

B.    WHEN DID IT START?    3 days

C.    HAS IT HAPPENED BEFORE? _____ HOW OFTEN? _____

*********************************************************************

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:  Pt was seen two weeks back & claim that   Age: 42
hemorrhoidal cream help his rectal symptom.   O₂: 97% RA
dry fever, nausea or diarrhea. Pt claims he
is taking his meds but is known to be non-compliant
in the past. Pt may also be non-compliant as he
is planning for a law suit.

O:  T: 97¹   P: 89   R: 20   BP: 128/82   WT: 840#
a/o's of HBS at pt. perianal sinus not draining at 3cc
No hemorrhoids or abscess. No tenderness.

A:  Pt hx of perianal & perianal crohns. & hx of
hypercholesterolemia

P:  - Pt reassured, & encouraged to take his meds
    - hemorrhoidal cream given c instructions
    Flu offered

PROVIDER _____ Olesanmi 4/4/13 _____ DATE/TIME    PHYSICIAN _____ DATE/TIME



**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

Inmate is to complete Section I only.   Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: **Derek L. Simms**          DOC#: **266549**   CELL: **4-C-2**  INST.: **WC1**

ALLERGIES: _____   DATE: **04-24-2003**

**I.    STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:**

I'm experiencing lower abdominal and rectal pain and cramps,

Rectal cramps vary, but quiver's hard rectal cramps and stomach

pain and discomfort.

| | | |
|---|---|---|
| A. | WHERE DOES IT HURT? | lower stomach and rectum. |
| B. | WHEN DID IT START? | yesterday   (04-23-2003). |
| C. | HAS IT HAPPENED BEFORE? *worsen* | HOW OFTEN? _____ |

**********************************************************************
**SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT**

S:  Abd + Rectal pain + cramps. age 42
as, stated above. Also c/o allergies
c Nasal Congestion/Sneezing

O:  T: 97.8   P: 96   R: 20   BP: 120/82   WT: 257#
ENT WNL except for nasal mucosal boggines/
edema c clear drainage, Neck Supple - No adenopathy,
Chest CTA, Heart RRR - 0 m,
A:  Abd - BS + soft Non-tender, No palpable
masses.
Personal Crohns/Hyperlipidemia/Seasonal Rhinitis
P:  Claims hasn't gotten his meds this month
will reorder. Pt educated re: refills,
allergy Meds, etc - Expresses understanding.

PROVIDER _____   DATE/TIME _____   PHYSICIAN _____ DATE/TIME

4/30/03
0730

DPSCS Form 130-100, Sect. 114aR (Rev 12/95)



05-23-03    RECEIVED MAY 2 4 2003

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms    DOC #: 266549    CELL: 4-C2    INST.: WCI

ALLERGIES: _____    DATE: 05-23-03

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

WAS NOT AWARE of Appointment, WAS NOT in Housing UNIT, PLEASE Reschedule For CHRONIC CARE Appointment CARE! Respectfully ask

A. WHERE DOES IT HURT? Rectum, Stomach, Head, Nose, Eyes, Knee PROSTATE - ORINATING

B. WHEN DID IT START? _____

C. HAS IT HAPPENED BEFORE? _____ HOW OFTEN? _____

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

O: T:_____ P:_____ R:_____ BP:_____ WT:_____

A: _____

P: Explained how Medical Appt takes precident over Commissary pass. Explained importance of not missing passes. Inmate Verbalized understanding.
⊘ Pt requests renewal of CTM Sudafed Ver Allergic Rhini

PROVIDER _____    DATE/TIME _5/28/03_    PHYSICIAN _____    DATE/TIME 05/29/03

APPENDIX 1



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM RECEIVED JUN 1 0 2003

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L. Simms_    DOC #: _266549_    CELL: _4-C-2_    INST.: _WCI_

ALLERGIES: _____    DATE: _06-09-03_

I.    STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:    _Rectal Pain_
_Cramps, Sharp cutting pain in Rectum_
_alot of discomfort sitting, discharge vary_
A.    WHERE DOES IT HURT?    _Cramp's , Rectum_

B.    WHEN DID IT START?    _____

C.    HAS IT HAPPENED BEFORE? _____    HOW OFTEN? _____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:    _C/o rectal pain + bloody purulent_
_discharge recently. Claims med_
_doesn't seem to be helping._

O:  T: _98.3_  P: _82_  R: _18_    BP: _114/82_  WT: _254#_
_O2 = 97% Abd BS+ soft, non Tender +_
_No palpable masses. Rectum/Anus —_
A:  _Multiple open areas c̄ bloody purulent_
_drainage_
_Peri Anal Crohns Disease_

P:  _Will discuss Med Change c̄ Dr Tessema_
_Claims Taking meds + but is non-_
_Compliant - has secondary gains for not_
_getting well._

_A Hammond CRNP_   _6/11/03_

PROVIDER _____    DATE/TIME _____    PHYSICIAN _____    DATE/TIME _____
_8/45_

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)

RECEIVED JUN 23 2003

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
### SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: _Derek L. Simms_   DOC #: _266549_   CELL: 4-C-2   INST.: NCI

ALLERGIES: _____   DATE: 06-21-2003   PM.

I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:   I am having extreme

pain and discomfort on the inside walls of my rectum.  My rectum feels

blistering  burning  and cramp with pain and this is within the rectal walls

A.  WHERE DOES IT HURT?   inside my rectum and buttock, lower back!

B.  WHEN DID IT START?   last night, cause my to wake up in great pain.

C.  HAS IT HAPPENED BEFORE?  Worsen   HOW OFTEN? _____

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: Continues ē same complaints that he has had before — no new Sx

O: T: 97.4   P: 70   R: 16   BP: 128/82   WT: 262#

A: Perianal Crohns

P: ① Advised I/M to be patient ē the med change + give it time to work. Use Sitz Bath 4x daily. Will order Rx for Rectal Pain

PROVIDER _____   DATE/TIME _____   PHYSICIAN _____ammond CRNP 6/25/03   DATE/TIME 0750

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)



RECEIVED JUL 0 2 2003

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms    DOC #: 266549    CELL: 4-C-2    INST.: WCI

ALLERGIES: _____    DATE: 07-01-2003

**I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:** My Rectum
Burns, & Cramps like pain in my Rectum
Lower Stomach hurts.

A. WHERE DOES IT HURT?    Rectum, Stomach, Lower Back

B. WHEN DID IT START? _____

C. HAS IT HAPPENED BEFORE? _____    HOW OFTEN? _____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT**

S:  Complaints as above

O:  T: 98.1  P: 84  R: 16  BP: 110/76  WT: 260 #
O2 sat = 98%  Rectal area - 2 Fissures but
only lower one is draining onto perineum
white discharge.

A:  ↑ Perianal Crohn's

P:  Will Order Lidex per Order sheet.
Inmate to Wash/Rinse + Dry area
before applying cream/ex presses
understanding.  F/u PRN

PROVIDER _____    DATE/TIME _____    PHYSICIAN [signature] CRNP 7/4/03    DATE/TIME 080

DPSCS Form 130-100, Sect. 114aR  (Rev. 12/95)



RECEIVED AUG 05 2003



**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: _Derek L. Simms_          DOC#: _266549_   CELL: _4-C-2_   INST.: _WC(_

ALLERGIES: _____   DATE: _8·04·2003_

I.     STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

_Problems with Hay Fever, Rectal Pain & Swellen_

_____

_____

   A.   WHERE DOES IT HURT?   _____

   B.   WHEN DID IT START?    _____

   C.   HAS IT HAPPENED BEFORE? _____  HOW OFTEN? _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL – ACTION TAKEN – SOAP FORMAT

S: _____

O:  T: _____   P: _____   R: _____   BP: _____   WT: _____

A: _____

P: _See next S/c slip_

         _Norris_          _8/7/03_
PROVIDER                 DATE/TIME              PHYSICIAN        DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev 12/95)

RECEIVED

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

AUG 0 7 2003

MEDICAL DEPARTMENT
WESTERN CORRECTIONAL INSTITUTION
CUMBERLAND

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call

NAME: _Derek L. Simms_ DOC #: _266549_  CELL: _4-C_  INST.: _WCI_

ALLERGIES: _____     DATE: _8-6-2003_

I.   STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:  _I am having_
_problems with my Crohon's Disease/ Rectum!_
_Nausea  Sharpe  Rectal Pain_

   A.   WHERE DOES IT HURT?  _Rectum, abdomen_

   B.   WHEN DID IT START?    _____

   C.   HAS IT HAPPENED BEFORE?  _____   HOW OFTEN?  _____
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: _____

_____

_____

_____

O:  T: _____  P: _____  R: _____  BP: _____  WT: _____

_____

_____

A: _____

_____

P:  _Cun da Nc 8/7/03_

_____

_____

_____

_____

PROVIDER _____   DATE/TIME _8/7/03_   PHYSICIAN _____   DATE/TIME
                              _1400_

DPSCS Form 130-100, Sect. 11daR (Rev. 12/95)

APPENDIX I



REC'D AUG 1 3 2003

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
### SICK-CALL REQUEST/ENCOUNTER FORM

**Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.**

NAME: Derek L. Simms      DOC #: 266549   CELL: 4-C-2  INST. WCI

ALLERGIES: PNC                          DATE: 08-12-2003

**I.  STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:**  I am having
problems and Elevated Crohn's disease syndrome, and alot
of descomfort in my rectum region

   **A.  WHERE DOES IT HURT?** Lower stomach, Rectum & head, eyes, noise

   **B.  WHEN DID IT START?** Today

   **C.  HAS IT HAPPENED BEFORE?** worsen  **HOW OFTEN?**

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**SECTION II:  TO BE COMPLETED BY MEDICAL PERSONNEL – ACTION TAKEN – SOAP FORMAT**

S:

O:  T: 97.5   P: 79   R: 12   BP: 114/78   WT: 251#
O2: 97

A:

P:

PROVIDER            DATE/TIME      PHYSICIAN            DATE/TIME

DPSCS Form 130-100 Sect. 11daR (Rev. 12/95)