IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, #266549 | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: WMN-02-3276 |
| DR. ISAIAS TESSEMA, *et al.* | * | |
| Defendants. | * | |

*************************

### AFFIDAVIT OF ISAIAS TESSEMA, M.D.

Being duly sworn, Isaias Tessema, M.D., deposes and says:

1. I am the Medical Director for Prison Health Services, Inc., ("PHS") the provider of medical services at Western Correctional Institution ("WCI") in Cumberland, Maryland, and I am also a licensed physician in the State of Maryland, and a board certified in Family Practice. I am over the age of eighteen. I am acquainted with and have reviewed the medical records of plaintiff, and the statements in this affidavit are made from my personal knowledge, and I am relying on the information contained in his medical record in accordance with standard medical practice. Mr. Simms is a forty-two year old, obese, black male, 6'3" tall weighing about 270 lbs, who suffers with perianal Crohn's disease with occasional secondary peri-rectal abscesses, hyperlipidema, seborrhea, seasonal rhinitis, degenerative joint disease, major depression and anxiety disorder.

Attached to this affidavit as Exhibit 1, are Mr. Simms Transfer Screening forms when he was transferred from MHC to WCI on May 4, 2000, Exhibit 2 contains Off-Site Consultations for chronic peri-rectal abscesses, Exhibit 3 contains copies on-site consultations, and Mental Health Flowsheets for Mr. Simms, Exhibit 4 contains off-site consultations for repair of a deviated septum, Exhibit 5 are copies of Physician's Orders since his transfer to WCI, Exhibit 6 are copies

Law Offices
ADELMAN, SHEFF
& SMITH, LLC
200 - A Monroe Street
Suite 310
Rockville, Maryland 20850

(301) 340-1140

of Progress Notes since his transfer to WCI and a Progress Note of Dr, Briggs dated 2/24/00, Exhibit 7 Sick Call Requests since his transfer to WCI, Exhibit 8 MAR forms for the same time period, Exhibit 9 are copies of Release of Responsibility forms for the same time frame, Exhibit 10 is a copy of a medical assignment form dated 5/5/00, Exhibit 11 are copies of Medical Diet Referral Forms, and Exhibit 12 are copies of Non-Formulary Medication Request Forms. It is my understanding that Mr. Simms is concerned with the treatment of his peri-rectal abscesses, perianal Crohn's disease degenerative joint disease in his left knee, and breathing problems.

    2.    Mr. Simms suffers from occasional peri-rectal abscesses secondary to his Crohn's disease. At his initial incarceration in Dorchester County, he indicated that had had 6 previous incisions and drainage procedures performed, and Dr. Brigg's Progress Note dated 2/24/00 provides a summary of Mr. Simms past history including four additional I&Ds. This chronic problem cannot be corrected by surgery, and surgery will not prevent additional fistulas. The treatment initiated by Dr. Briggs at the recommendation of the University of Maryland continues today, but Mr. Simms in non-compliant with both his medications and the sitz baths recommendation. Mr. Simms perianal Crohn's disease and personal hygiene play a role in this chronic problem. Mr. Simms has an exaggerated response to pain, and he desires narcotic pain relievers, but that is not possible or warranted for this condition or possible in a prison setting. In addition Mr. Simms desires a single cell, but Mr. Simms does not meet the criteria for a single cell prescription. When a peri-rectal abscess occurs it is treated with an antibiotics, such as Bactrim or Cipro. Flagyl is prescribed for both peri-rectal abscess and Crohn's disease.

    3.    Perianal Crohn's disease is another of Mr. Simms' chronic conditions and is associated with his peri-rectal abscesses. It is responsible for his complaints of cramping and diarrhea. Again this is a chronic disease, that we attempt to control through medications, Flagyl,

Law Offices
ADELMAN, SHEFF
& SMITH, LLC
200 - A MONROE STREET
SUITE 310
ROCKVILLE, MARYLAND 20850

(301) 340-1140

Asacol, and Chlorpromazibne and diet, but again, Mr. Simms is non-compliant. Conservative treatment of these chronic diseases with medication, diet and sitz baths is only effective when the inmate is complaint with the recommended treatment plan. Crohn's disease causes a narrowing of a portion of the intestine, and if it is not corrected with medication, surgical removal of the section of the intestine would be considered.

4. Periodically Mr. Simms complains about pain in his left knee. This pain is the result of arthritis/degenerative joint disease and probably results from a much earlier resolved injury. When examined no deformity, swelling, edema, discoloration or masses are found, and motrin or Tylenol is prescribed. Mr. Simms excess weight exacerbates the periodic problem, and weight loss and exercise could assist in limiting this periodic pain. Conservative treatment for arthritis/degenerative joint disease is with NSAID (nonsteroidal anti-inflammatory drug) such as motrin.

5. Because of Mr. Simms earlier complaints concerning his breathing problems, surgery was performed for a deviated septum on 2/1/00, see Exhibit 4. Mr. Simms also suffers for seasonal rhinitis. His symptoms are controlled by medication prescribed as needed. The usual prescriptions for Mr. Simms are CTM, Sudafed and saline nasal spray. Because of the numerous prescriptions, Zantac is prescribed to prevent possible stomach side effects, and acid reflux.

6. Mr. Simms has complain about urination problems, but a Nephrotomogram done on 1/21/02 found no kidney abnormalities and no abnormalities with the collecting system, urethers, and bladder. It did show urine retention after voiding, likely caused by an enlarged prostate, but his PSA test was negative. Flomax is prescribed to treat his symptom, and Mr. Simms is followed regularly.

Law Offices
ADELMAN, SHEFF
& SMITH, LLC
200 - A MONROE STREET
SUITE 310
ROCKVILLE, MARYLAND 20850
(301) 340-1140

I hereby affirm under the penalties of perjury that the information and statements made in this affidavit are made from my personal knowledge, and are true and correct to the best of my information, knowledge and belief.

Signed and dated this _____10_____ day of March, 2003.

_____
Isaias Tessema, M.D.


```
The original of this page will be substituted when received.
```

*Pro Se*

LAW OFFICES
## ADELMAN, SHEFF & SMITH, LLC
200-A MONROE STREET, SUITE 310
ROCKVILLE, MARYLAND 20850

TEL. (301) 340-1140
FAX. (301) 294-6406

March 18, 2003

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 21 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Civil Clerk
United States District Court
District of Maryland
U.S. Courthouse, 4th floor
101 West Lombard Street
Baltimore, MD 21201

Re: <u>Simms v. Tessema and VanMeter</u>, Civil Action No.: WMN-02-3276

Dear Sir/Madam:

Enclosed are the original and two copies of the signature page to the Affidavit of Isaias Tessema, M.D. to be substituted for the faxed signature page enclosed with the Motion to Dismiss, or in the alternative, Summary Judgment filed on behalf of Dr. Tessema and Nurse Van Meter on March 14, 2003.

Very truly yours,

Donald J. Crawford

cc: Jonessa Milliken, with enclosures
    Elizabeth Hendrie, with enclosures

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 27 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                        DEPUTY

I hereby affirm under the penalties of perjury that the information and statements made in this affidavit are made from my personal knowledge, and are true and correct to the best of my information, knowledge and belief.

Signed and dated this ___3/13___ day of March, 2003.

_____
Isaias Tessema, M.D.

Law Offices
ADELMAN, SHEFF
& SMITH, LLC
200 - A Monroe Street
Suite 310
Rockville, Maryland 20850

(301) 340-1140