```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2                      Northern Division
 3   DEREK L. SIMMS
 4          Plaintiff
 5      vs.                        CIVIL ACTION NO:
                                   1:02-CV-3276WMN
 6   ISAIAS TESSEMA, M.D., et al.
 7          Defendants
     _____/
 8
 9          The deposition of DENISE VanMETER, R.N.
10   was held on Wednesday, April 7, 2004, commencing at
11   11:45 A.M., at the Western Correctional Institution,
12   13800 McMullen Highway, S.W., Cumberland, Maryland,
13   21502, before Susan M. Liebrecht, a Notary Public.
14
15   APPEARANCES:
16          COLLEEN M. MALLON, ESQUIRE
            HEATHER D. FOLEY, ESQUIRE
17              On behalf of Plaintiff
18          STEPHANIE LANE-WEBER, ESQUIRE
            DONALD J. CRAWFORD, ESQUIRE
19              On behalf of Defendants
20
21   REPORTED BY:  Susan M. Liebrecht
```

1   had any contact with him since May 29, '03.

2       Q      What was your contact before

3   May 29, 2003?  How often did you see Derek Simms,

4   say, on say a monthly basis?

5       A      I have no idea.  I would have to go

6   through the medical record and review that.

7       Q      Can you give an estimate?

8       A      Not correctly.

9       Q      Was it at least one time a month?

10      A      I don't want to say specifically because

11  I'm not able to give you a correct answer.

12      Q      Okay.  Is narcotic pain medication as

13  prescribed for a medical reason permitted at Western

14  Correctional Institution?

15      A      If the doctor deems it necessary.

16      Q      And so, is Dr. Tessema the only

17  individual at WCI that has authority to make that

18  prescription?

19      A      I believe the psychiatrist does and our

20  weekend doctors do if they feel it's necessary if

21  they come into contact with something.

Page 42

```
 1      Q      Okay.

 2             MR. CRAWFORD:  This is an MAR, by the

 3   way.

 4             MS. FOLEY:  Go off the record for a

 5   minute.

 6             (A discussion was held off the record.)

 7             MS. MALLON:  Thank you.

 8      Q      Do you know of what factors are

 9   considered by Dr. Tessema in determining whether

10   narcotic pain medication is appropriate?

11      A      No.

12      Q      Are there treatment plans for inmates

13   with pain?  Who have complaints of pain?

14      A      There is a nursing protocol for pain.

15      Q      What does that nursing protocol provide?

16      A      Tylenol.

17      Q      Is there any other type of evaluation

18   with respect to the pain?  When an inmate comes in

19   and says I have a pain, you prescribe Tylenol for

20   that inmate?

21      A      We don't prescribe.  We follow the
```

Page 43

1  nursing protocol.  And Tylenol, depending on the

2  protocol, is part of the protocol.

3       Q    Okay.  If the Tylenol doesn't address

4  the inmate's pain, what then?

5       A    How would I know that after that

6  encounter is over with unless he puts in a sick-call

7  slip?

8       Q    Right.  If he puts in another slip call

9  slip and complains of pain, again, the next day, say

10 for example, what happens then?

11      A    He is seen and scheduled by a nurse and

12 depending on who sees him, the protocols are

13 followed.  The protocols are followed and we have a

14 thing that we have to go by.  They have to be seen

15 by the same complaint three times before they're

16 referred to the next level provider.

17      Q    Okay.  So, it's conceivable that an

18 inmate can make a complaint based on pain three

19 times.  Three times will be prescribed Tylenol,

20 based on the nursing protocol, and then the fourth

21 time, lodge the same complaint relating to pain and

Page 51

```
 1        Q    Are you aware of any inmates using the
 2   infirmary to take a sitz bath?
 3        A    No.
 4        Q    The infirmary, is that just to house
 5   patients -- what is the infirmary?  Who has a bed in
 6   the infirmary?  What type of inmates?
 7        A    Chronic people that aren't able to care
 8   for their ADLs on their own and require nursing
 9   intervention.
10        Q    Okay.  ADLs?  What is an ADL?
11        A    Activities of daily living.
12        Q    Okay.  Were you aware that Derek was
13   having trouble using his sitz baths?
14        A    No.
15        Q    Were you aware that he complained that
16   the temperature was not hot enough for his sitz bath
17   to be effective?
18        A    No.
19        Q    Were you aware that Derek complained
20   that the sitz bath didn't fit on his commode in his
21   cell?
```

Page 52

```
1      A     Again, my last encounter with Derek
2   Simms was not regarding his Crohn's disease and I
3   have not actually seen him in months.  So, I don't
4   know what happened prior and I'm not the nurse that
5   normally goes down to have interaction with the
6   doctor and the inmate.
7      Q     What is a sitz bath?  What is it
8   supposed to do?
9      A     It's supposed to rinse and cleanse the
10  area to which is being effected.
11     Q     Who is responsible for medical orders
12  prescribing single cells?
13     A     The medical director.
14     Q     Dr. Tessema?
15     A     Yes.
16     Q     What medical reasons do you know of
17  warrant a single cell?
18     A     None that I know of because we have
19  never practiced that here at WCI.
20     Q     You never practiced what?
21     A     Single cell as a rule.
```

1    Q    Are there inmates here at WCI that are
2 housed in single cells because of medical reasons?
3    A    Not that I'm aware of.
4    Q    How about an inmate named Curly Fault?
5    A    I don't know his condition.
6    Q    Do you know that inmate?
7    A    I know of him.  I know he is in Housing
8 Unit 4.
9    Q    Do you know that he is in a single cell?
10   A    I said I did not know that or was aware
11 of that, if he is.
12   Q    Did Derek ever make a request to you for
13 a single cell?  This can be in the time period
14 between February of 2000 to March of 2003?
15   A    Not that I can specifically recall
16 without going through the medical record to see if I
17 was involved in a sick-call that specifically
18 regarded that.
19   Q    Are you aware that Derek wants a medical
20 order for a single cell?
21   A    I was not aware of that.

```
 1      Q     Has an Administrative Remedy Procedure
 2   officer met with you in conducting an investigation
 3   in connection with an Administrative Remedy
 4   Procedure filed by Derek Simms?
 5      A     Not that I can recall.
 6      Q     Have you ever been named as a Defendant
 7   in a similar type of case in which you're a
 8   Defendant in this case?  48 USC Section 1983 Action?
 9      A     This is the first time I've ever had to
10   do anything like this.
11      Q     Okay.  Case conferences.  Are you aware
12   of what case conferences are?
13      A     I went over that earlier.
14      Q     Are you aware of what case conferences
15   are?
16      A     Case conferences that we have with the
17   patients as we talked earlier?
18      Q     Case conferences that you have -- are
19   there case conferences that take place that involve
20   medical staff and correctional staff including,
21   sometimes, the warden?
```

Page 62

```
1       A       Yes.  And I already answered that
2   earlier when I said psychology and those people are
3   also parts of those meetings.
4       Q       Have you ever been involved with a case
5   conference involving Derek -- when the inmate at
6   issue was Derek Simms?
7       A       I'm going to be honest with you.  I
8   think we had one on him, but I'm not positive.
9       Q       Do you have any idea of the timeframe?
10      A       I don't.
11      Q       Was it related to his Crohn's disease?
12      A       If it would have occurred, it would have
13  been related to that.
14      Q       Can you recall who was present at that
15  meeting?
16      A       I just said no.
17      Q       The conference?
18      A       I don't know the time.  No, I don't.
19      Q       The time or the attendees?
20      A       No, I don't.
21              MS. MALLON:  I'm going to -- we can go
```

```
 1   off the record.
 2            (A discussion was held off the record.)
 3            (There was a brief recess taken.)
 4       Q    Ms. VanMeter, you indicated earlier that
 5   in preparing for this deposition you reviewed
 6   Derek's medical chart.
 7            What is in that chart?  What is the
 8   chart?
 9       A    His whole medical record.
10       Q    Can you describe for me what type of
11   documents?
12       A    Physicians' orders, the call encounters,
13   lab work to infirmary records, if it pertains to
14   MARs, to receipt forms to any off-site/on-site.
15            Anything that happens with that
16   particular patient is in that record.
17       Q    Okay.  We talked about off-site
18   referrals.  And when the paperwork comes back from
19   an off-site physician, what happens to it?  You had
20   indicated that you don't see that paperwork?
21       A    Correct.
```