

# Western Correctional Institution

## 13800 McMullen Highway, SW
## Cumberland, MD 21502

**Inmate Handbook**
**January 2003**

EXHIBIT
16

| WCI Inmate Handbook | January 2003 |
|---|---|

To contact you assigned Case Management Specialist, write him/her a letter, specifically outlining your progress or programming concern. You will be contacted as soon as possible and your concerns will be addressed. Should you wish to research any Case Management DCD, a complete set can be found in the institutional Library.

If you are a sex offender, you may be required by Maryland State law to register with local authorities upon your release as defined in DCD 95-6. Any questions dealing with this process should be addressed to your assigned Case Manager.

Maryland State law requires that those individuals convicted of qualifying crimes provide a DNA sample as outlined in ACM Art. 88 B, §12A. Failure to provide such a sample may result in any or all of the following actions:

| | |
|---|---|
| ♦    Disciplinary Segregation | ♦    Legal action |
| ♦    Loss of GCC credit | ♦    Continued Administrative Segregation |
| ♦    Notification of Parole Commission | assignment until sample is taken. |

For a list of qualifying offenses please refer to DCD 20-9 which is available in the WCI library.

## ADMINISTRATIVE REMEDY PROCEDURE

The Division of Correction encourages inmates to seek resolution of their problems or complaints at the lowest possible level by presenting them informally to appropriate staff. Historically, there were no informal resolutions of a complaint, the only recourse available to an inmate was to file an inmate grievance or pursue civil remedies in the federal courts. The Administrative Remedy procedure was developed to resolve inmate complaints informally within the division prior to resorting to the Inmate Grievance Office or the courts.

The Administrative Remedy procedure (ARP) provides a means for informal resolution of a complaint, formal presentation of the compliant to the Warden for resolution at the institutional level, and formal appeal of the Warden's response to the Commissioner for resolution of the complaint at division headquarters.

The forms used to file complaints at each step of the ARP process can be obtained from the inmate library, the housing unit officer, or from an inmate's assigned Case Management Specialist. The time frames and instructions for completing the forms can be found in Division of Correction Directives (185 series). If help is needed to complete a form, assistance can be obtained from the inmate's assigned Case Management Specialist or from the institutional Administrative Remedy Coordinator. The ARP Coordinator is a staff person designated by the Warden to manage the process within the institution. When a specific issue is addressed through the administrative remedy procedure, the decision is final and cannot be resubmitted at a later date or when an inmate is transferred to another institution. However, formal complaints must first be addressed to the Warden, who also provides a response. Information about the appeal process and the formal

19

**WCI Inmate Handbook**

**January 2003**

grievance procedure can be found in the 185 DCD series. If inmates or staff have questions regarding instructions or time frames of the ARP process they should review the Division of Correction Directives or contact the institutional Administrative Remedy Coordinator.

## Informal Complaint Procedure (DC Form 185-100ar)

Inmates are encouraged, prior to filing an ARP, to complete and submit DC Form 185-100ar "Informal Inmate Complaint Form". Forms are available from Housing Unit Officers, Case Managers, the inmate library, and the Administrative Remedy Coordinator. Each complaint should be submitted on a separate form. The complaint should be submitted as soon as possible after the date of the incident or the date the inmate first gained knowledge of the incident. Submitting a complaint for informal resolution does not extend or affect the 15-day time frame for submitting a formal request for an ARP, DC Form 185-100br.

These instructions should be followed when completing the Informal Inmate Complaint Form:
1.  Check the appropriate box to indicate the subject of the complaint.
2.  Complete Section A, including the following information:
    a.  the date the incident occurred or the date the inmate first gained knowledge of the incident.
    b.  the name(s) of the person(s) involved in the complaint.
    c.  a brief description of the incident/complaint.
3.  Date and sign the complaint form in the spaces provided.
4.  Send completed complaint form to the appropriate department head or Shift Commander.

An effort to informally resolve an inmate's complaint should be concluded by staff within 15 calendar days of the receipt of the Informal Inmate Complaint Form. Use of the informal procedure is not required in order to file a formal complaint.

## Issues Addressed Through Remedy

Issues for which an inmate may seek resolution through the ARP procedure include, but are not limited to:

1.  Institutional Policies and Procedures
2.  Medical Services
3.  Access to the Courts
4.  Religious Liberties
5.  Lost, damage, stolen, destroy, or improperly confiscated property
6.  Use of Force
7.  Institutional conditions affecting health, safety, and welfare, and the application and the operations of the Administrative Remedy Procedure.

20

**WCI Inmate Handbook**                                                    **January 2003**

Inmates may **not** seek relief through the ARP procedure on the following issues:

1. Classification recommendation and decisions
2. Maryland Parole Commission procedures and decisions
3. Adjustment hearing procedures and decisions, and
4. Appeals of decisions to withhold mail.

If you submit an ARP form pertaining to any of the four excluded issues, it will be Administratively Dismissed (final) and returned to you so noted, by the Administrative Remedy Coordinator.

**Time Frames for Filing**

An inmate must date and submit a Request for Administrative Remedy within:

1. 15 calendar days of the date on which the incident/complaint occurred or
2. 15 calendar days of the date the inmate gained knowledge of the complaint.

If the inmate files under "2" above the inmate must clearly state the date on which he first learned of the incident or complaint and explain why knowledge of the incident or complaint was obtained later than the thirty day period. Complaints that are submitted beyond the time periods specified shall be administratively dismissed.

The inmate shall submit the request for remedy to the Warden of the institution of current assignment regardless of where the incident resulting in the complaint occurred. Completed forms may be placed in the designated ARP box or institutional mail. If an inmate has reason to believe there would be an adverse effect if the complaint became known at the institutional level, the request may be addressed directly to the Commissioner. When a request is submitted directly to the Commissioner, the inmate shall provide a written explanation for **not** submitting it to the Warden.

## INMATE GRIEVANCE (DCD's 180-001 thru 180-005)

The law establishing the Inmate Grievance Office provides for it to be a separate agency to hear, consider, and advise the Secretary of the Department of Public Safety and Correctional Services on the merit of any complaint or grievance filed by an inmate.

**Examples of Grievances**

1. You may not be discriminated against based on race, religion, nationality, or political belief.
2. Denial of access to courts, attorneys, designated counsel substitutes, or law.
3. Personal abuse or corporal punishments.
4. Denial of basic medical or dental care.

21

**WCI Inmate Handbook**                                                                  **January 2003**

5. Denial of right to practice religion.
6. Complaints on adjustment hearing results after institutional appeal to the Managing Officer.

### Grievance Filing Procedure

The complaint may be filed in handwritten letter form or typed. It should specify exactly and briefly the nature of the complaint. Regulations require all grievances to be filed within 30 days of the event, the final ARP decision, the adjustment or disciplinary decision, or the classification action.
The complaint or grievance should include the following information:

1. Date.
2. Name and number of complainant.
3. Date of Birth and last place of residence.
4. Address of institution or place where complainant is in custody.
5. Charge and sentence of complainant.
6. Case Management status - Maximum, Medium, Minimum, Pre-Release.
7. Nature of grievance or complaint.
8. Person or persons responsible for the act or condition causing the complaint.
9. The facts or evidence on which the grievance or complaint is based. Give dates, times, and names of any persons, officials, or other inmates involved.
10. Request for a hearing if desired.
    a. Names and addresses of witnesses desired by the complainant.
    b. The name of counsel, lawyer, friend, or relative, if any, who will appear.
11. Names of officer, inmate, attorney, or other, if any, who aided in the preparation of the complaint or grievance.

The complaint should be placed in a sealed envelope and mailed directly to:

Executive Director
Inmate Grievance Office
Sudbrook Station, Suite 200
115 Sudbrook Lane
Pikesville, Maryland 21208-3878

Refer to DCD 180-001 through 180-005 located in the library for additional information regarding the grievance procedure.

### PERSONAL HYGIENE ARTICLES

22