IN THE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**DEREK L. SIMMS**                    *

    Plaintiff                    *

                            Case Number: 1:02-CV-3276

vs.                                   *

**WILLIAM W. SONDERVAN, Ed. D., CCE,**  *
**Commissioner**

                            *

    Defendant

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That on **10/1/03**, at **03:32 PM** I served upon **Wanda L. Miller Sect. Commissioner (WILLIAM W. SONDERVAN, Ed. D., CCE, Commissioner, is no longer employed with this company)** (Description: Sex: **F**, Race: **White**, Height: **Standing behind a window**, Approximate Age: **44**). a copy of the following:

   Summons in a Civil Case, Amended Complaint

3. That service was effected at 6776 Reisterstown Road, Baltimore, MD 21215.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

                                                                J Matthews Manlich
                                                                 Monumental Process Servers, Inc.
                                                                 221 West Joppa Road
                                                                  Towson, MD 21204
                                                                  (410) 321-6642

**Process Server Cost: $34.00**
MPS File Number: 3-09-30-003

EXHIBIT 17

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Derek L. Simms

V.

Isaias Tessema, M.D., et al

**SUMMONS IN A CIVIL CASE**

CASE   1:02-CV-3276 WMN

TO: (Name and address of Defendant)

WILLIAM W. SONDERVAN
Ed. D., CCE, Commissioner
Division of Correction
6776 Reisterstown Road
Baltimore, MD 21215-15-2342

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Colleen M. Mallon, Esq.
Venable LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SEP 2 4 2003

Felicia C. Cannon
CLERK

*/s/ H. Lee*
(By) DEPUTY CLERK

DATE