RECEIVED

Appendix 4 to DCD 185-100

APR 9 2002

DIVISION OF CORRECTION
ARP/IGP UNIT

CASE NO. WCI 0642-02

# MARYLAND DIVISION OF CORRECTION
# HEADQUARTERS APPEAL OF
# ADMINISTRATIVE REMEDY RESPONSE

(Instructions for completing this form are on the back)

TO: Commissioner of Correction      ☒ Appeal of Administrative Dismissal      ☐ Appeal of Warden's Response

☐ Appeal of Untimely Response

FROM: Simms         Derek        L.                266549           wci
       Last Name    First Name   Middle Initial   DOC Number       Institution

Housing Location _____ Protective Custody _yes_ Administrative Segregation _____ Disciplinary Segregation _____

## Part A - REASON FOR APPEAL

I am appealing case No: 064202

and request a hearing to respectfully clear this problem up fairly and honestly.

I am not being treated fairly at WCI and needs out side help.

4-04-2002
Date

Derek L Simms
Signature of Inmate

## Part B - RESPONSE

SONDERVAN
DEPOSITION EXHIBIT
NO. 3   5/12/05
DAWN HYDE
EVANS REPORTING SERVICE

_____        _____
Date                 Signature of Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

## Part C - RECEIPT        Case No. WCI 0642-02

RETURN TO: Simms    Derek    ___          266549         WCI
           Last Name First Name Middle Initial  DOC Number    Institution

I acknowledge receipt of your complaint dated  4/4/02  in regard to: Your appeal submission is administratively dismissed as final in accordance with DCD 185-205. You failed to follow the institutional coordinator's instructions for resubmission.

APR 9 2002
Date

RECEIVED
APR 9 2002
DIVISION OF CORRECTION
ARP/IGP UNIT

EXHIBIT 18

_____ for RB
Headquarters Coordinator

Appendix 3 to DCD 185-100

CASE NO. WCI 0642-02

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)   APR 3  8 00 AM '02

TO: ____ Warden of Institution
    yes  Commissioner of Correction                     Emergency Request  Yes
    ____ Executive Director, Inmate Grievance Office

FROM: Derek      Simms      L.           266549        wci
      Last Name  First Name Middle Initial DOC Number   Institution

Housing Location ____ Protective Custody  yes  Administrative Segregation ____ Disciplinary Segregation ____

### Part A - INMATE REQUEST

Because i have a prostate-Bladder problem-a enlarge prostate causing blockage that delay's being able to pass urine, I am subject and has been punish because i cannot pass urine on time when ask to give urine and suffer's unnecessary disciplinary & rule violation sanctions, becuse WCI medical doctor, TESSEMA ISAIAS will not recommend 3-additional hours for me to pass urine for drug screening test, Nor will this doctor give me standard treatment for enlarge prostate or check for further high--P.S.A. count & Levels act according to guidelines for prostate problems I am also suffering pain and pressure about my bladder and rectum- My medical problems are being disregarded and i am hurt for not being able to pass urine on time and treated unfairly because i have medical problems, Plus i am suffering alot of pain in my rectum & bladder.

4-02-2002                                    Derek L Simms
Date                                         Signature of Inmate

### Part B - RESPONSE

_____                                 _____
Date                                         Signature of Warden/Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C - RECEIPT        Case No. WCI 0642-02

RETURN TO: Simms, Derek            266-549         WCI
           Last Name First Name Middle Initial   DOC Number    Institution

I acknowledge receipt of your complaint dated  4/2/02  in regard to: Administrative
dismissed pending resubmission must be received
by 4/12/02 Your complaint has multiple issues
                                             L. Natale COII
4/4/02    1. Dr. Tessema                     Headquarters/Institutional Coordinator
Date        3 hrs urine
          - if so when & how have you been denied
          2. Inadequate med. care (rectum + bladder) WK@ WK

Appendix 3 to DCD 185-100    CASE NO. WCI 064202

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)    APR 1 8 11 AM '02

TO: _____ Warden of Institution
    Yes   Commissioner of Correction
    _____ Executive Director, Inmate Grievance Office        Emergency Request  YES

FROM: Simms       Derek        L.         266549              WCI
      Last Name   First Name   Middle Initial   DOC Number    Institution

Housing Location _____  Protective Custody YES  Administrative Segregation _____  Disciplinary Segregation _____

### Part A - INMATE REQUEST
I have been having problems passing urine because of enlarged prostate & BLadder problems and a defect in my urinary bladder causing blockage and alot of the times, it stop me from being able to pass-give urine for 6 to 7 hours causing me alot of pain. I donot do any drugs, and always clean. I ask WCI medical Doctor, TESSEMA ISAIAS to recommend me more time to provide urine for drug screening tests, He said this is not a medical point of view and refuse my request. He is using deliberate indifference to cause me hardship and possible put on lock-up because i have a Bladder problem that vary's making passing urien most of the time delayed for hours, and the medication/Pills said Doctor order me to take is not fully working, This is a form of medical malpractice, and making me suffer unnecessary hardship and i come now requesting 3-additional hours to submit to any urine drug screening tests respectfully i am, if court/legal action must be taken, this will greatly be subsidiary to the out come of this request along with a sizable monetary judgement. I seek to resolve this matter fairly and harmonize with out taken any
3-28-2002       legal action to court, if possible.    Signature of Inmate  Derek L Simms  3-28-2002
Date

- SEE Attach Sheet Part 2 HERE with -

### Part B - RESPONSE




Date                                                Signature of Warden/Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

---

### Part C - RECEIPT    Case No. WCI 064202

RETURN TO: Simms Derek       266549            WCI
           Last Name First Name Middle Initial  DOC Number   Institution

I acknowledge receipt of your complaint dated 3-28-02 in regard to: Admin. dismissal pending Resubmission to be received by 4-17-02.  APR 1 8 11 AM '02  This sounds more of a request than a complaint that which cannot be addressed
4-2-02   through the A.R.P. dept. T. Hamilton CO II
Date                                       Headquarters/Institutional Coordinator
What have you been denied?
What harm have you suffered?

Part 2-of A.R.P. dated:03-28-2002, Bladder problem.

Attach page and statement contines, Along with points and authorites:

(1). The Eighth Amendment protects prisoners against cruel and unusual punishment during confinement.
  >Facts>> Wci Medical department and said doctors know Mr, Derek L. Simms #266549, has a problem passing urine and a blockage defect at and in the base of the urinary bladder and a Enlarged Prostate.

(2). That if and when comes time to submit to a urine-drug test for drug screening, This said medical problem will in fact hinder and make it impossible to provide urine in the time frame order by D.O.C.
  >>Facts>> Because inmate DEREK L.SIMMS donot do any illegal drugs It would be fair and honest to give him 3-additional hours to give urine for any said test.

  >Formally imposed punishment is cruel and unusual. it involves "the unneccessary and wanton infliction of pain, A "sufficiently serious" deprivation, those deprivations denying the minimal civilized measure of life's necessities, are sufficiently grave to form the basis of an Eighth Amendment Violation.

(3). If given inmate SIMMS additional 3-hours to pass urine for a drug test will honestly protect him from being unfairly put in disciplinary-segregation because he has a medical problem that clearly hinders him from giving urine on time.
  >>Facts> WCI MEDICAL dept' clearly knows this bladder problem is a on going condition, that vary's and said treatment vary's so the respectful request for 3-additional hours to pass urine needs to be considered and move to grant relief thereof.

(4). Said Doctor deliberate indifference is clearly disregard for inmate DEREK L.SIMMS serious medical conditions surrounding His Bladder & Rectum, and Crohn's Disease, That inwhich has worsen and this doctor delays treatment to inflict cruel and unusual punishment, because for 1, inmate DEREK SIMMS, do request medical treatment, and said WCI-Medical Department donot like it when he request treatment, and seek to be cured from his --medical problems: BLADDER & RECTUM et,al.

(5). Prison officials are to be found liable under the deliberate indifference test for denying humane conditions of confinement because they know that inmate: Derek L. Simms faces substantial risk of serious harm and then disregard that risk by failing to take reasonable measures to abate it, and medical malpractice.

Let's Talk about it...

Thanking You, i am....

Derek L. Simms
#266549/  HU:4-C-2.