**MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**PROGRESS NOTES**

| DATE | TIME | PROGRESS NOTES |
|---|---|---|
| 2/17/04 | 1430 | S: A patient care conference for I/M Derek Simms, 266549 was called by Dr. Janet Hendershot on behalf of Dr. Ehlers, psychiatrist, due to his concerns about I/M Simms being lonely, depressed, and unsatisfied regarding his treatment by the Medical Dept. Dr. Hendershot reported Dr. Ehlers feels psychiatry can do nothing more for I/M Simms. |
| | | O: The following people were in attendance: Nancy Pearson, PHS, HSA; Barbara Newlon, RCHM; Harry Murphy, Asst. Warden; Janet Hendershot, Chief Psychologist; Anna Hammond, CRNP; Louise Gordon, Security Chief; Denise Van Meter, Disp. Charge Nurse; Jeff Nines, Case Management; Dr. Isaias Tessema, Medical Director; Jon Galley, Warden; Clint Lepley, LGSW; Dan Voelker, DON; Lt. James Shreve, HU-4 Manager; Sgt. Hall, HU-4. |
| | | I/M Simms is a 43 y/o obese male with a hx of peri-anal fistulizing Crohn's Disease and non-compliance with his treatment regimen. I/M has been seen regularly by University of Maryland Hospital consultants, most recently on 2-13-04. He is not currently on any psychiatric medications. I/M Simms attends school, performs required daily chores in the housing unit, cleans his cell, and performs activities of daily living without difficulty. |
| | | A: Stable Crohn's disease. Maintaining activities of daily living. Dissatisfied with treatment provided. No change in current treatment plan indicated. |
| | | P: Ask Dr. Ehlers to communicate directly with Dr. Tessema regarding his concerns about I/M Simms' medical condition. Review latest consultant's notes. (Done 2-17-04) — N. Pearson RN |

NAME: Simms, Derek    DPSCS#: 266549    LOCATION: 4-C-2-S

DPSCS Form 130-230aR (Rev. 10/99)


EXHIBIT 19