# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## OFF - SITE CONSULATATION

NAME: Simms Derek        DOC #: 266549   DOB: 7-9-60

REFERRAL TO: Dr. Bruce Greenwall   SPECIALTY: Colorectal Surgeon

INSTITUTION: W.C.I. Cumberland MD 21502

ROUTINE: ___   URGENT: ✓   TIMEFRAME: ___   DATE: ___

REFERRING HEALTH PROFESSIONAL MUST PROVIDE A SUMMARY OF FINDINGS/TREATMENT.

39 y/o ♂ c̄ persistent chronic perirectal pain on chronic Narcotic use c̄ h/o of perirectal abscess and fistula failing Rx to Prednisone, flagyl, Asacol, cipro, keflex

(H) small Bowel Series
Colonoscopy c̄ (H) colon and Endoscopic dx of perirectal chron's dis c̄ fistula

REFERRING PHYSICIAN: [signature] Dr Kaneng

CONSULTANT NOTES:

CONSULTANT SIGNATURE: ___   DATE: ___

CONSULTANT: Patient should not be referred to another clinic, except in an emergency, for a different complaint without prior approval from the requestor at the Division of Correction. DO NOT INFORM INMATE OF THE DATE/TIME OF RETURN VISIT OR IMPENDING HOSPITALIZATION.

DC FORM 130-216aR (Rev 3/96)

EXHIBIT 21

Page 1 of 1

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## OFF - SITE CONSULATATION

NAME: Simms, Deyck   DOC #: 266549   DOB: 7/9/60

REFERRAL TO: SHH   SPECIALTY: Radiology

INSTITUTION: WCI 301-729-7112, 7122

ROUTINE: ✓   URGENT: ___   TIMEFRAME: ___   DATE: 5/20/99

REFERRING HEALTH PROFESSIONAL MUST PROVIDE A SUMMARY OF FINDINGS/TREATMEN

38 y/o ♂ c̄ perianal Crohn's d₂

*Small bowel series.

Thanks.

REFERRING PHYSICIAN: P. Wright MD (WRIGHT)

CONSULTANT NOTES:

Colonoscopy - Perianal Crohn's dx
No Crohn's Colitis

Small bowel series — normal

Rec - Ct Flagyl } 4 wk period or Longer until
      Cipro }          symptomatic improv

CONSULTANT SIGNATURE: [signature]   DATE: 6/17/99

CONSULTANT: Patient should not be referred to another clinic, except in an emergency, for a different complaint with prior approval from the requestor at the Division of Correction. DO NOT INFORM INMATE OF THE DATE/TIME RETURN VISIT OR IMPENDING HOSPITALIZATION.

DC FORM 130-216aR (Rev 3/96)   Page 1 of

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## OFF - SITE CONSULATATION

NAME: Simms, Derek          DOC #: 266549   DOB: 7/9/60

REFERRAL TO: Dr.            SPECIALTY: Colorectal surgery

INSTITUTION: WCI 301-729-7112

ROUTINE: (ASAP)   URGENT: ___   TIMEFRAME: ___   DATE: 3/26/99

**REFERRING HEALTH PROFESSIONAL MUST PROVIDE A SUMMARY OF FINDINGS/TREATMENT.**

38 y/o ♂ c̄ recurrent perirectal fistula/absc S/P surgery for same 1-4-99 at SHH. Pt. continues to have pain & was admitted to the infirmary here 2/99 c̄ fever & rectal d/c. Sx resolved c̄ Flagyl & IV Mefoxin. When course of Flagyl was complete sx (pain & d/c) recurred. Please eval. Thanks.

REFERRING PHYSICIAN: P. Wright MD (WRIGHT)

**CONSULTANT NOTES:**

4/26/99  Please see attached consult notes.

CONSULTANT SIGNATURE: FG Joyner MD           DATE: 4/26/99

CONSULTANT: Patient should not be referred to another clinic, except in an emergency, for a different complaint without prior approval from the requestor at the Division of Correction. DO NOT INFORM INMATE OF THE DATE/TIME OF RETURN VISIT OR IMPENDING HOSPITALIZATION.

DC FORM 130-216aR (Rev 3/96)                    PGW 4/27/99   Page 1 of 1

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## OFF - SITE CONSULATATION

NAME: Simms, Derek          DOC #: 266549   DOB: 7/9/60

REFERRAL TO: GI          SPECIALTY: Dr. Bellary

INSTITUTION: WCI - 301-729-7172

ROUTINE: ✓   URGENT: ___   TIMEFRAME: ___   DATE: 4/27/99

REFERRING HEALTH PROFESSIONAL MUST PROVIDE A SUMMARY OF FINDINGS/TREATMENT.

38 y/o ♂ c̄ h/o recurrent fistula-in-ano.
H/o Crohn's dz — '98 per pt.

meds — mesalamine, prednisone, Flagyl

REFERRING PHYSICIAN: P. Wright MD (WRIGHT)

CONSULTANT NOTES: Severe perianal Crohn's disease

Rec — Colonoscopy
Small bowel series
Flagyl 500mg tid                    Letter to follow
Cipro 500mg bid x 4 wks
Asacol 800mg tid

CONSULTANT SIGNATURE: [signature]   DATE: 5/19/99

CONSULTANT: Patient should not be referred to another clinic, except in an emergency, for a different complaint without prior approval from the requestor at the Division of Correction. DO NOT INFORM INMATE OF THE DATE/TIME OF RETURN VISIT OR IMPENDING HOSPITALIZATION.

DC FORM 130-216aR (Rev 3/96)          PGW 5/20/99   Page 1 of 1

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## OFF - SITE CONSULATATION

NAME: Simms, Derek   DOC #: 266549   DOB: 7/9/60
REFERRAL TO: Dr. Chrisholm   SPECIALTY: Gen. Surgery
INSTITUTION: WCI - 301 - 729 - 7112

ROUTINE: ✓   URGENT: ___   TIMEFRAME: one wk   DATE: 2/5/99

**REFERRING HEALTH PROFESSIONAL MUST PROVIDE A SUMMARY OF FINDINGS/TREATMENT.**

F/U. Pt. known to you. S/P surg. for perirectal abscess.

2/19/99 Update — admitted to the Infirmary 2/18/99 c̄ fever 101⁶ + (R) perirectal tender mass. PGW   Thanks

REFERRING PHYSICIAN: P. Wright MD (WRIGHT)

**CONSULTANT NOTES:**

Can not find definite perirectal abscess - much of the "swelling" ~ scar tissue.

A colorectal specialist would be best. Percocet perhaps for pain. Will call Dr. Wright

CONSULTANT SIGNATURE: _____   DATE: _____

CONSULTANT: Patient should not be referred to another clinic, except in an emergency, for a different complaint without prior approval from the requestor at the Division of Correction. DO NOT INFORM INMATE OF THE DATE/TIME OF RETURN VISIT OR IMPENDING HOSPITALIZATION.

DC FORM 130-216aR (Rev 3/96)   PGW 2/22/99   Page 1 of 1

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## OFF - SITE CONSULATATION

NAME: Simms, Derek                    DOC #: 266549   DOB: 7-9-60
REFERRAL TO: Dr. Chisholm              SPECIALTY: Gen. Surg.
INSTITUTION: WCI  301 729 7112

ROUTINE: ✓   URGENT: ____   TIMEFRAME: 2 WK   DATE: 1-4-99

REFERRING HEALTH PROFESSIONAL MUST PROVIDE A SUMMARY OF FINDINGS/TREATMENT.

F/U. S/P anal fissure repair. (1-4-99)

Thanks.

REFERRING PHYSICIAN: P. Wright MD (WRIGHT)

CONSULTANT NOTES:

Healing fistulotomy site, Tender. No drainage.

Suggest: continue sitz baths
Anusol HC cream TID
then Nupercainal ointment TID
return 3 weeks.   thanks!  [signature]

CONSULTANT SIGNATURE: [signature]   DATE: 1/28/99

CONSULTANT: Patient should not be referred to another clinic, except in an emergency, for a different complaint without prior approval from the requestor at the Division of Correction. DO NOT INFORM INMATE OF THE DATE/TIME OF RETURN VISIT OR IMPENDING HOSPITALIZATION.

DC FORM 130-216aR (Rev 3/96)                                    Page 1 of 1

Appendix 2

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## OFF - SITE CONSULATATION

NAME: Simms Derek   DOC #: 266549   DOB: 7-9-60

REFERRAL TO: Dr. Chisolm   SPECIALTY: Surgical

INSTITUTION: WCI

ROUTINE: ✓   URGENT: ___   TIMEFRAME: ___   DATE: 11/3/99 2215

REFERRING HEALTH PROFESSIONAL MUST PROVIDE A SUMMARY OF FINDINGS/TREATMENT.

39/B/M obese c̄ perineetal Chron's dis c̄ persistent pain symptoms despite on Flagyl/Asacol/ciprofloxan c̄ perianal induration c̄ fistula. G.I. Consult recommended for surgical intervention. Please evaluate

REFERRING PHYSICIAN: [signature] Dr. KANERPA

CONSULTANT NOTES:

No obvious fistula or abscess, ? scar tissue. Suggest return to colorectal surgeon in Baltimore. Pain control.

[signature] 12/13/99

CONSULTANT SIGNATURE: [signature]   DATE: 12/13/99

CONSULTANT: Patient should not be referred to another clinic, except in an emergency, for a different complaint without prior approval from the requestor at the Division of Correction. DO NOT INFORM INMATE OF THE DATE/TIME OF RETURN VISIT OR IMPENDING HOSPITALIZATION.

DC FORM 130-216aR (Rev 3/96)   Page 1 of 1

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## OFF - SITE CONSULATATION

Appendix 2

NAME: Simms, Derek

DOC #: 266549   DOB: 7-9-60

REFERRAL TO: Flexible sigmoidoscopy   SPECIALTY: Dr. Bellary

INSTITUTION: WCI   301-729-7114

ROUTINE: ✓   URGENT: ___   TIMEFRAME: ___   DATE: 10-5-99

**REFERRING HEALTH PROFESSIONAL MUST PROVIDE A SUMMARY OF FINDINGS/TREATMENT.**

39/Black/Male c̄ perineal Crohn's disease c̄ persistent rectal pain c̄ multiple abscess c̄ pus discharge requiring Flexible sigmoidoscopy for pre-operative evaluation

REFERRING PHYSICIAN: [signature] Dr. KAHERIA

CONSULTANT NOTES: 39 yr old c̄ long h/o perianal Crohn's c̄ pain & discharge
O/E Perianal area - indurated c̄ sinuses & fistulae, tender
Flex sig upto 45 cm - No mucosal lesions.
No underlying malignancy.
Rec - Surgical intervention in view of poor response to Flagyl/Cipro/Azacol
Lidocaine 2% cream for anorectal use tid

[signature] 11/3/99 1900

CONSULTANT SIGNATURE: [signature] Bellary   DATE: 11/2/99

CONSULTANT: Patient should not be referred to another clinic, except in an emergency, for a different complaint without prior approval from the requestor at the Division of Correction. DO NOT INFORM INMATE OF THE DATE/TIME OF RETURN VISIT OR IMPENDING HOSPITALIZATION.

C FORM 130-216aR (Rev 3/96)