## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 4-18-99 | 0930 | T#3 | abdominal pain | fair | R |
| 4-19-99 | 0130 | T#3 | abdominal pain | fair | R |
| 4-19-99 | 1500 | T#3 | musculoskeletal pain | O | |
| 4-19-99 | 2100 | T#3 | musculoskeletal pain | O | |
| 4-20-99 | 0130 | T#3 | musculoskeletal pain | TO | |
| 4-21-99 | 0730 | Tyl #3 | musculoskeletal pain | TO | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|

### VITAL SIGNS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 22

| PATIENT NAME | FACILITY NAME | PHYSICIAN NAME | DIAGNOSIS | ALLERGY | | | | STOP DATE | HOUR |
|---|---|---|---|---|---|---|---|---|---|
| Sonoma, Derek | WC1 | Kanuna | Osteoarthritis | PCN | | | | | |

| SECTION | PATIENT NO. | ROOM NO. | PHYSICIAN PHONE NO. |
|---|---|---|---|
| | 266545 | 4C-2 | |

Orders:

8-11-99 Naproxyn 500mg PO BID Kanuna x 7d. em

6-11-99 Manual rectal exam q hs Kanuna x 7d em

12-99 Tylenol #3 i po t d PRN x 3d. Dr Lin TD

8-99 Naproxyn 500mg PO BID x 2 wks Kanuna KV

Administration times: 0700, 1500, 2100

Nurses' signatures / initials as shown on grid.

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

December, 1999

| | | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ellen | MED: AMITRIPTYLINE 150MG TAB    STF: ELAVIL<br>Rx 43704    START: 09/17/99 STOP: 01/12/2000<br>TAKE ONE TABLET BY MOUTH AT BEDTIME | | 2600h | | | | | | | | | | 60 | | | | | 60 | | | | | | | | | | | | |
| Kameria | MED: ASACOL 400MG TAB    STF: ASACOL<br>Rx 59999    START: 10/11/99 STOP: 04/09/2000<br>TAKE 2 TABS BY MOUTH =800MG THREE TIMES A DAY<br>(NON-FORMULARY APPROVED) | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ellen | MED: PAXIL 40MG TAB    STF:<br>Rx 61214    START: 10/15/99 STOP: 01/12/2000<br>TAKE 1/2 TABLET =20MG BY MOUTH AT BEDTIME (SEND HALF TABS) | | 2000h | | | | | | | | | | 30 | | | | | 30 | | | | | | | | | | | | |
| Kameria | MED: PINK BISMUTH 262MG TAB    STF:<br>Rx 71182    START: 11/24/99 STOP: 12/01/1999 ×100d<br>TAKE ONE TAB BY MOUTH THREE TIMES A DAY AS NEEDED | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11-24-99 Kameria Flagyl 250 mg PO TID × 60 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11-24-99 Kameria Diflucan Oint QID PRN × 60 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11-24-99 Kameria Anusol HC cream BID × 60 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11-24-99 Kameria Maalox 30cc PO TID PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11-24-99 Kameria Naprosyn 500mg PO BID | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY: PENICILLINS,
DIAGNOSIS: Rectal abscess, anal fissure
PHYSICIAN NAME: KAMERIA (MED DIR), RONAN
FACILITY NAME: WESTERN CORRECTIONAL INST
PATIENT NAME: SIMMS, DEREK
SECTION: 1
PATIENT NO.: 266549
ROOM NO.: 4C-02

NURSE'S SIGNATURE / INITIAL:
K Pinkerton / KP
V Vandehauten / KV
K Vandehauten / KV
Laura Bertholini / 
Shugars / 
Reeves RN

NOV, 99

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-3-99 Pepto bismol ī PO TID PRN x 4 wks /Kanevia | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11-24-99 Tylenol 325mg 1-2 TID x 60 days /Kanevia  EL | | | | | | 30 | | | | | | | | | | | | | | | | | | KV | | 60 KV | 30 KV | KV | | | |
| 11-24-99 Asacol īī tabs PO TID x 60 days  EL | | | | | | | | | | | | | | | | | | | | | | | | KV | | 60 KV | KV | KV | | | |
| 11-24-99 Dibucaine oint Q/D PRN x 60 days  EL | | | | | | | | | | | | | | | | | | | | | | | | KV | | 60 KV | 30 KV | KV | | | |
| 11-24-99 Anusol HC cream BID /Kanevia x 60 days  EL | | | | | | | | | | | | | | | | | | | | | | | | KV | | KV | KV | KV | | | |
| 11-24-99 Pepto Bismol ī tab PO x 60 days /Kanevia  EL | | | | | | | | | | | | | | | | | | | | | | | | KV | | KV | KV | KV | | | |
| 11-24-99 Maalox 30cc PO TID PRN /Kanevia  EL | | | | | | | | | | | | | | | | | | | | | | | | KV | | 30 KV | KV | KV | | | |
| 11-24-99 Naprosyn 500mg PO BID /Kanevia  EL | | | | | | | | | | | | | | | | | | | | | | | | KV | | 30 KV | KV | KV | | | |

| | | |
|---|---|---|
| ALLERGY | pcn | NURSE'S SIGNATURE / INITIAL: G. Manger, ? / J. Dickerson LPN / JD / K. Vanderhoutsia KV | NURSE'S SIGNATURE: Ginger / Laura Castillo LPN |
| DIAGNOSIS | Rectal Abscess, anal fissure | |
| PHYSICIAN NAME | Kanevia | PHYSICIAN PHONE NO. |
| FACILITY NAME | WCI | SECTION | ROOM NO. 4C-2 |
| PATIENT NAME | Simms, Derek | PATIENT NO. 266549 |

November, 1999

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MED: AMITRIPTYLINE 150MG TAB
Rx 43784   START: 09/17/99 STOP: 01/12/2000   STF: ELAVIL
TAKE ONE TABLET BY MOUTH AT BEDTIME — 2000

MED: METRONIDAZOLE 500MG TAB
Rx 59251   START: 10/15/99 STOP: 11/10/1999   STF: FLAGYL
TAKE ONE TABLET BY MOUTH TWICE A DAY

MED: NAPROXEN 500MG TAB
Rx 59253   START: 10/12/99 STOP: 11/10/1999   STF: NAPROSYN
TAKE ONE TABLET BY MOUTH TWICE A DAY

MED: PAXIL 40MG TAB
Rx 61214   START: 10/15/99 STOP: 01/12/2000
TAKE 1/2 TABLET =20MG BY MOUTH AT BEDTIME (SEND HALF TABS)
>>>NON-FORMULARY APPROVED<<< — 2000

MED: ASACOL 400MG TAB
Rx 59999   START: 10/13/99 STOP: 04/09/2002   STF: ASACOL
TAKE 2 TABS BY MOUTH =800MG THREE TIMES A DAY — 60 10/21

Ehlers 9-27-99 Dibucaine oint TID PRN x 30d — KV 1 10/9

hleria 9-27-99 Naprosyn 500mg PO BID x 30d — KV 30 10/21

hleria 9-27-99 Flagyl 500mg PO BID x 30d — KV 30 10/21

Gomeria 11-3-99 Lidocaine Oin 2% TID x 4wks — D/C 11-5-99 KV

Ehlers 11-5-99

DIAGNOSIS: Rectal Abcess
ALLERGY: PENICILLINS
PHYSICIAN: Romeria (MED DIR), RAMON
FACILITY: WESTERN CORRECTIONAL INST
PATIENT: SIMMS, DEREK
PATIENT NO: 266549
ROOM NO: 4C-02

NURSE'S SIGNATURE / INITIAL:
K. Vanderhout RN — KV
D. Vodika, RN — SV
J. Duchworth — TO
Laura Gallagher —

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 7/2/99 | 1600 | Darvocet N-100 i PO | rectal pain | fair | SV |
| -99 | 0530 | Darvocet i PO | rectal pain | given | gm |
| 6/1/99 | 1200 | Darvocet N-100 i PO | rectal pain | | mg |
| 6-?-99 | 1810 | Darvocet N-100 i PO | rectal pain | fair | em |
| ?-99 | 0532 | Darvocet i PO | rectal pain | fair | em |
| 7-?-99 | 1130 | Darvocet rectal pain | | fair | en |
| 7/?/99 | 1700 | Darvocet rectal pain | pain | fair | SV |
| -8-99 | 0040 | Darvocet + tab N-100 | pain | fair | SV |
| 7/?/99 | 1600 | Tylenol i tab PO | rectal pain | fair | SV |
| | 0600 | Tylenol #3 i tab + tab | pain | fair | SV |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 5-8-99 | 0500 | accu √ | refused | — | SV |

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MILK OF MAGNESIA (MOM)(480CC) SUSP
TAKE 40 CCS BY MOUTH TODAY & IN THE EVENING
RX: 396861  ARRISUENO (MED.DIR), JUAN,
START - 11/10/1998   STOP - 12/09/1998

AMITRIPTYLINE (ELAVIL) @ 25MG TAB
TAKE 1 TABLET(S) BY MOUTH EVERY MORNING & TAKE 2 TABLET(S)
BY MOUTH 50MG AT BEDTIME
(MAY CAUSE DROWSINESS)
RX: 598254  ARRISUENO (MED.DIR), JUAN,
START - 11/11/1998   STOP - 02/08/1999

'98 Elavil 50mg po q AM x 90d  Ephrem(?)

11-25-98 Elavil 50mg po q PM x 90d  Ephrem(?)

2-3-99 Artificial Tears Gtts. 1 gtt OU Both Eyes x 21 days Berger(?) RN

2-16-98 Tylenol #3 1 i po now

Weight
7-98 Tylenol #3 1 i po tid x72h

Weight
12-16-98 Tagamet 400mg po bid x 30d  Ro(?)

Weight

PENICILLIN —

NURSE'S SIGNATURE / INITIAL:
Kathy Quilligley LPN / KW
J. Woolworth LPN / TO
K. Vandenhart LPN / KV
R. T. Miller LPN / RM
M. Jindal BPN / MT

Laura Catallini / ec
Ja Drysdale RN / ga
R. Ireland RN / RI
Grayer / gy
R. Drake / RD

PATIENT NAME: SIMS, DEREK
FACILITY NAME: (CNCI-957) WESTERN CORRECTIONAL INST
PHYSICIAN NAME: ARRISUENO (MED.DIR), JUAN
DIAGNOSIS:
ALLERGY:
SECTION: 1
PATIENT NO.: 266549
ROOM NO.: 4C3

(Page rotated 90°; medication administration record)

| Date | Order | Stop Date | Hour |
|---|---|---|---|
| 11-10-98 | Flagyl 500mg i po Q10 x 10d Dr. Aivuera TO | | 0830 |
| 11-10-98 | Elavil 25mg po gAM x 90d Dr. Aivuera TO | | |
| 11-10-98 | Elavil 50mg po ghs x 90d Dr. Aivuera (Castellanos) TO | | 2100 |
| 1-98 | Tylenol 650mg i po q6° prn/pain x 2 wks TO MT | | 0700 |
| 25-98 | Elavil 50mg PO q AM Dr. Ehlers MT | | |
| 25-98 | Elavil 100mg PO q PM Dr. Ehlers | | 2100 |

Allergy: PCN

Diagnosis: Aiviera
Physician: WCI
Patient Name: Verma, Arak
Patient No.: 266349
Room No.: 4C03

Nurse's Signatures / Initials:
V. illulumsthe / TO
R.T. Miller RN / Rn
Gary Sherman RN / WCe
W. Emphose / WCe
Pam Lupton, LPN / LP
Laura Castellanos / CC
Gin Shaffer RN / LS
MJ Diebold / MJ
K. Vanderhoutn / KV

| | | |
|---|---|---|
| PATIENT NAME | Simms, Derek | |
| FACILITY NAME | WCI | |
| PHYSICIAN NAME | Wright | |
| DIAGNOSIS | Perirectal abscess, dyspepsia | |
| ALLERGY | PCN | |
| PATIENT NO. | WCI 98-7 | |
| PHYSICIAN PHONE NO. | | |
| ROOM NO. | | |
| SECTION | | |

Orders:
- 12-16-98 Selsun Shampoo
- Wilson them 20/0 Qd x 3d WOD x 3d Qwk
- 12-29-98 Tylenol #3 ii po TID x7 days
- 12-29-98 Motrin 600mg po QID x7d pc/w
- 12-28-98 Kaopex 500mg 1/0 prn x7d pc/w

Hours noted: 0700, 1500, 2100, 1630

Nurse's Signatures / Initials:
- K. Vanderhout LPN — KV
- Duckworth — TO
- Ervyson — 28
- Quintero R — GR

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-20-00<br>tylenol 650mg PO q4° prn x<br>2 days<br>Dr. Lin<br>sv | 5/22/00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5-22-00<br>Flagyl 500mg PO TID<br>x 10d<br>Briggs JJ | | | | | | | | | | | | | | | | | | | | | | 24 (325mg)<br>sv | | | | | | | | | | |

NURSE'S SIGNATURE: J. Vodicka, RN — INITIAL: JV
NURSE'S SIGNATURE: K. Vanderhoula, RN — INITIAL: sv
NURSE'S SIGNATURE: (signature) Gaylord — INITIAL: gf
NURSE'S SIGNATURE: (signature) Catalano — INITIAL: (illegible)

ALLERGY: PCn
DIAGNOSIS: depression, personality d/o, perianal abcess
PHYSICIAN NAME: Dr. Lin
FACILITY NAME: WCI
PATIENT NAME: Simms, Derek
PATIENT NO.: 266549
ROOM NO.: 4-C-46

| Date | Medication Order | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-12-00 Lin | Keflex 500mg PO Q1D x 2wks  EE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1-12-00 Lin | Darvocet N-100 PO BID PRN x 3 days  EE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1-8-00 | Elavil 150mg PO HS x 90d | | 2100 | | | | | | | | | | | | | | SV QU | KV TD♀ | SV TD | | | | | | | | | | KV♀ SV | | | | | |
| 10 ters | Toxil 20mg PO HS x 90d | | 2100 | | | | | | | | | | | | | | SV QU | KV TD♀ | | | | | | | | | | | KV♀ SV | | | | | |
| 1-26-00 Lin | Keflex 500mg PO Q10 x 2 wks  EE | | | | | | | | | | | | | | | | | | | | | | | | | | | | KV♀ | | | | | |
| 1-26-00 Lin | Darvocet N-100 PO BID PRN x 3 days  EE | | | | | | | | | | | | | | | | | | | | | | | | | | | | KV♀ TD♀ | | | | | |
| 1-26-00 Lin | Flagyl 250mg PO TID x 60 days  EE | | | | | | | | | | | | | | | | | | | | | | | | | | | | SV 30 | | | | | |
| 1-26-00 Lin | Dibucaine oint. TID PRN x 60 days  EE | | | | | | | | | | | | | | | | | | | | | | | | | | | | SV | | | | | |
| 1-26-00 Lin | Anusol HC cream BID PRN x 60 days  EE | | | | | | | | | | | | | | | | | | | | | | | | | | | | SV | | | | | |

ALLERGY: PCN's
DIAGNOSIS: Mental illness
PHYSICIAN NAME: Lin
FACILITY NAME: WCI
PATIENT NAME: Lorenzo Derrick

PATIENT NO.: 266549

NURSE'S SIGNATURE / INITIAL:
S. Vodicka, RN — SV
J. Duckworth LPN — TD
K. Vandelhoudt LPN — KV
Laura Callow RN — (signature)

February, 2000

| DATE | ORDER | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-1-00 | Pepcid 20mg PO q PM x 90 days / bh | | 2100 | | | bl | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Elavil 150mg PO q HS x 90 days / bh | | 2100 | | | bl | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Flagyl 500mg PO TID x 30 days / bh | | | | | | | | | gr | | | gr 30 | | | | gr | | | gr 30 | | | | gr | | | | | | | | |
| | Folate 1mg PO QD x sodium / bh | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Sulfasalazine 1000mg PO TID x 60 days / bh | | | | | | | | | | | | | | | | | | | bl | | | | | | | | | | | | |
| | Erythromycin 500mg PO QID x 10 days / bh | | | | | | | kv | | | | | | | | | | | | | | | | | | | | | | | | |
| | Debrox oint. TAA TID PRN x 60 days / bh | | | | | kv | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Removal of cerumen TAA PRN x 60 days / bh | | | | kv | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Tyl #3 ii tabs PO TID x 3 days / bh | | | | kv | | | | | | | | | | | | | bl | | | | | | | | | | | | | | |
| | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DIAGNOSIS: Nasal Septoplasty/Turbinate Reduction
PHYSICIAN: Lui Brigs
FACILITY: HCO
PATIENT NAME: Bonnie Ouch

SECTION: 
PATIENT NO.: 26547
ROOM NO.: C-2
PHYSICIAN PHONE NO.: 

NURSE'S SIGNATURE / INITIAL:
bl / bl
kv / kv
sv / sv