# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## OFF - SITE CONSULATATION

NAME: SIMMS DEREK   DOC #: 266549   DOB: 7/9/60

REFERRAL TO: UMMS   SPECIALTY: SURGICAL CLINIC/suite

INSTITUTION: WCI

ROUTINE: ___   URGENT: ___   TIMEFRAME: 2/3/04   DATE: 1/8/04

REFERRING HEALTH PROFESSIONAL MUST PROVIDE A SUMMARY OF FINDINGS/TREATMENT.

43 y/o male c̄ long standing crohns disease & multiple perianal fistula repair has been evaluated by surgical clinic for evaluation a possible perianal fistula. Examination under anesthesia & sigmoidoscopy is requested.

REFERRING PHYSICIAN: [signature]

CONSULTANT NOTES:

Pt examined in OR

Findings: ⊖ Rectal abscess or fistula
There was a 1cm polyp which we resected; if pain persists → conduct CT scan of abdomen & pelvis.

Recc: Sitz Baths, Colace 100 mg po BID, Percocet 5/325 1-2 tabs po q 4-6 hrs
F/U in Surg clinic in 1 week   328-317

CONSULTANT SIGNATURE: [signature]   DATE: 2/3/04

CONSULTANT: Patient should not be referred to another clinic, except in an emergency, for a different complaint without prior approval from the requestor at the Division of Correction. DO NOT INFORM INMATE OF THE DATE/TIME OF RETURN VISIT OR IMPENDING HOSPITALIZATION.

DC FORM 130-216aR (Rev 3/96)   EXHIBIT 23   Page 1 of 1