

**UNIVERSITY OF MARYLAND MEDICINE**

**Digestive Disease Center**
*(410) 328-5780   Fax (410) 328-8315*

| | |
|---|---|
| **Patient Name:** Derek Simms | **Procedure Date:** 11/3/2003 2:25 pm |
| **MRN:** 930537 | **Date of Birth:** 7/9/1960 |
| **Gender:** M | **Age:** 43 |
| **Admit Type:** Outpatient | **Account #:** 1000719118 |

**Procedure:** Flexible Sigmoidoscopy
**Indications:** History of anal fistula and pain
**Providers:** Eric M Goldberg MD, Denise Billups RN
**Referring MD(s):** Dr Tessema
**Complications:** No immediate complications

**Procedure:** A History and Physical has been performed, and patient medication allergies have been reviewed. The patient's tolerance of previous anesthesia has been reviewed.
The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered and informed consent was obtained.
ASA Grade Assessment: P1   A normal healthy patient.
After obtaining informed consent, the scope was passed under direct vision. The pediatric gastroscope was introduced through the anus and advanced to the left transverse colon. The flexible sigmoidoscopy was accomplished without difficulty. The patient tolerated the procedure well. The quality of the prep was excellent.

**Findings:**
The digital rectal exam was markedly abnormal. There was evidence of previous anal surgery. Multiple areas suggestive of perianal fistula were seen. There was one area on the left side of the perineum that had scant drainage. An anal stricture was palpated and stretched with an ~~index finger~~ 0.

The rectum had one small area that was focally irritated likely from the scope. The remainder of the rectum was normal. The sigmoid colon, descending colon and transverse colon were normal. There is no evidence for colitis.

**Add'l Images:**






**1** Anal stricture    **2** Retroflexion    **3** Rectal irritation    **4**

**Impression:** - Peri-anal disease (fistulas and stricture). Otherwise normal sigmoidoscopic exam.

**Recommendation:** - Surgical evaluation of perianal area
- Sitz bathes

*11/4/03*

EXHIBIT 24



**UNIVERSITY OF MARYLAND MEDICINE**

**Digestive Disease Center**
*(410) 328-5780  Fax (410) 328-8315*

| | | | |
|---|---|---|---|
| **Patient Name:** | Derek Simms | **Procedure Date:** | 11/3/2003 2:25 pm |
| **MRN:** | 930537 | **Date of Birth:** | 7/9/1960 |
| **Gender:** | M | **Age:** | 43 |
| **Admit Type:** | Outpatient | **Account #:** | 1000719118 |

This report was electronically signed.

Eric M Goldberg, MD
Signed Date: 11/03/2003 15:09:44
Number of Addenda: 0
Note generated on: 11/3/2003 2:24 pm