# MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

APR 5 12 15 PM '04

TO: ✓ Warden of Institution
___ Commissioner of Correction
___ Executive Director, Inmate Grievance Office

Emergency Request ✓

FROM: Simms  Derek  L   266549  RCI
Last Name  First Name  Middle Initial  DOC Number  Institution

Housing Location ___   Protective Custody ✓   Administrative Segregation ___   Disciplinary Segregation ___

### Part A - INMATE REQUEST

On 03-31-2004, I discover that prison and medical officials are Retaliating against me for exercising my constitutional and civil Rights and encouraging other do inmates to do the same. Because of a pending Law Suit and using deliberate indifference when I Request help and medical care for my medical problems the Doctor Tessema makes Joking Faces at me, Laughs at me and makes Remarks that nothing is wrong with me, without examining my Crohns disease Region in what I Request sick call for and I have problem breathing, can't get air as I sleep and this doctor divert from what needs to be done medically to making up other Reason to delay and deprive me of these 2 medical problems. I come from sick call today at 7:40 AM with nothing done about what I seek sick call relief for. But was laugh at, Doctor made joking faces and told nothing is wrong with me. But on the other hand there is no cure for my Rectal/Anal condition I am seeking $10,000.00 plus to be transfer to another prison or release!

Derek L Simms
Signature of Inmate

03-31-2004
Date

### Part B - RESPONSE

Your request for administrative remedy has been dismissed. An investigation has revealed that on 3/31/04 you were seen for sick call. Dr. Tessema has consistently treated you in a professional manner, as well as provided various treatments. You care currently receiving the care deemed appropriate by WCI Medical Staff to diagnose and treat your medical complaints.

Signature of Warden/Commissioner

4/28/04
Date

You may appeal this response by following the procedure prescribed on the back of this form.

EXHIBIT 25