Appendix 4 to DCD 185-100

CASE NO. WCI-117303

**MARYLAND DIVISION OF CORRECTION
HEADQUARTERS APPEAL OF
ADMINISTRATIVE REMEDY RESPONSE**

(Instructions for completing this form are on the back)

TO: Commissioner of Correction
Division of Correction

RECEIVED DEC 4 2003

FROM: ARP/AGP UNIT

Last Name: Simms   First Name: Derek   Middle Initial: L   DOC Number: 266549   Institution: WCI

☐ Appeal of Administrative Dismissal
☐ Appeal of Untimely Response
☑ Appeal of Warden's Response

Housing Location ___ Protective Custody ___ Administrative Segregation ✓ Disciplinary Segregation ___

**Part A – REASON FOR APPEAL**

The water in my cell sink is clearly not hot enough to fully treat my rectal/anal Crohn's disease problem. The water in my sink varys but not to the benefits of the reason I am order to use a sitz bath and medical Dept. Dr. Tessema will not work with me, in fact the said Doctor lies that I am not using my sitz bath, I use it everyday. Just the water is not hot enough, today 11-25-2003 the said doctor told me to give it back, but I am still inclosed here a sitz bath. I am now requesting to be transfer to E.C.I. where I can get a better medical care/treatment, with the Rights to enroll in school pgm on P.C.

11-25-2003 - And Hot Water for my sitz bath - Derek L. Simms

Date: Solo Cell   Signature of Inmate

**Part B – RESPONSE**

Your appeal has been reviewed and is hereby dismissed. A sitz bath prescription order is a warm water treatment plan which you have refused to continue. Medical documentation reveals you returned your sitz bath to the medical staff on November 26, 2003. The institutional maintenance records indicate that there has been substantial warm water to continue proper sitz bath treatment and compliance. Therefore, you are encouraged to seek a re-evaluation of your medical condition.

3/15/04
Date       Signature of Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

EXHIBIT 26

Append 3 to DCD 185-100

CASE NO. WCI 117303

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

WESTERN CORRECTIONAL INSTITUTION
WARDEN'S OFFICE

TO: ✓ Warden of Institution
    ✓ Commissioner of Correction
    ✓ Executive Director, Inmate Grievance Office

Oct 28  8 54 AM '03
RECEIVED

Emergency Request ✓

FROM: Simms          Derek          L          266549          WCI
      Last Name      First Name     Middle Initial   DOC Number    Institution

4C2 Housing Location ____ Protective Custody ✓ Administrative Segregation ____ Disciplinary Segregation ____

## Part A - INMATE REQUEST

Today 10-24-2003, I encounter some serious unwanted controversy for about the hundredth time from other Protected Custody inmates about me getting Hot Water for the use of my Medical Ordered Sitz Bath, and each time I get Hot water from the (PC) Recreation-Room Hot Pot, inmates states that I put things in the hot pot, or I am contaminating the Hot pot, And I am not allow to have Water hot enough to fully use my Medical Sitz Bath as its instructions states to use, and the water from my cell sink do not get hot enough to benefit the Sitz Bath purpose, and the toilet seat is to small for the said sitz bath, and I can not seem to get any one to help me in this area of my medical problems. I am not getting answer's or questions to my medical concerns, and needed support from WCI Medical Department Nor Prison Officials. I am requesting again for a medical treatment plain, that will not put me in harms way, and I can fully benefit with out hinder or mistreatment from inmates or Prison Officials.

10-24-03
Date

Signature of Inmate: Derek L Simms

## Part B - RESPONSE

Your request for Administrative Remedy has been dismissed. Instructions from the medical department do not dictate that you receive hot water from any source other than your assigned cell. Hot water is available from the cell sink's faucet. Therefore, your complaint is concluded to be without merit.

11-26-03
Date

Signature of Warden/Commissioner: [signature] acting Warden for J.P. Galley, Warden

You may appeal this response by following the procedure prescribed on the back of this form.



## WESTERN CORRECTIONAL INSTITUTION
### Inmate Request
*(Please Print Clearly)*

*I NEED TO SPEAK with MY ATTORNEY FROM HERE ON, AND YOU AND PRISON and MEDICAL OFFICI. NEED TO TALK TO MY LAWYE HEREAFTER with ANY CONCERNS.*

DATE: 05-29-2004

| Circle One: | Warden | Commitment | Case Manager |
|---|---|---|---|
| | Ass. Warden | Mail Room | Finance – Business Office |
| | Security Chief | Psychology | Administrative Remedy Coordinator |
| | Shift Commander | Unit Manager | Chaplain |
| | Social Worker | Education | Addiction Counselor |

Other **Ms. Pearson Medical administrator**

**INMATE'S NAME** Derek L. Simms   **DOC #** 266549   **H.U./ Cell Location** 4C2   **Job Assignment** sch

**REQUEST** Have Prison and Medical officials in agreement to me - and at the said meeting on 5-21-04 now decide to divert from getting me Hot Water on and the Hot-Pot? Having the said sitz Bath to fit a Bed side commode is a plus but the Hot water is the main issue! and papers to secure a single Cell status to Exercise treatment quietesly. Now I welcome any medical supplies that will aid in treating my medical condition.
And it's very important that I can trust what you all tell me and what was said on 05-21-2004 at the meeting, now with this Bed Side commode, I will also need or allow additional clean supplies in the region of fairness I am for any positive change hereto and like to keep things clean all about. My Focus is Hot Water and Pain Medication Equally so. — When needed!

**DO NOT WRITE BELOW THIS LINE**

REFERRED TO _____  FOR _____

OFFICIAL (Signature) _____  Date: _____

FINAL DISPOSITION AND/OR RESPONSE TO INMATE: _____

Official (Signature): _____  Date: _____

*[left margin notes, partially legible]: any supplies can move in and among my person papers to any things just as important as paper as things important to have a single cell hereto...*

*[right margin notes]: "clean" new commode FYI*

# WESTERN CORRECTIONAL INSTITUTION
## Inmate Request
### Please print clearly

WESTERN CORRECTIONAL INSTITUTION
ASST. WARDEN'S OFFICE
JUL 8  1 03 PM '04

DATE 07-07-2004

(Circle One):  Warden          Commitment         Case Manager
               **Asst. Warden**      Mail Room           Finance Business Office
               Security Chief   Psychology          Administrative Remedy Coordinator
               Shift Commander  Unit Manager        Chaplin
               Social Worker    Education           Addiction Counselor
               Other _____

INMATE'S NAME: Derek L. Simms   DOC#: 266549   H.U. Cell Location: HU4C2   Job Assignment: sch

REQUEST: All This Time, I still have not got Hot Water For Me to take a Sucessful Sitz Bath - The New Sitz Bath design & commode is a hazard for me to use. I need a standard size Sitz Bath and a standard size commode with hot water, in order to benifit from a Sitz Bath.

The delay continues to cause me to suffer and care for my anal Crohn's disease region.

_____DO NOT WRITE BELOW THIS LINE_____

REFERRED TO _____ FOR _____

OFFICIAL (Signature) _____ DATE: _____

FINAL DISPOSITION AND/OR RESPONSE TO INMATE: You are receiving a new bath basin, and you can get that water out of the ice hall during rec time.

Official (Signature) [signed]    Date: 7/12/04