RECEIVED AUG 3 1 2003




DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff. Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: Derek L. Simms DOC#: 266549 CELL: 4-C-2 INST.: WCI

ALLERGIES: PNC DATE: 08-30-2003

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
I am having a lot of pain, burning, some bleeding and discharge in my Rectum Region and after a bowels-movement and active crohn's disease, a sore in my mouth!

A. WHERE DOES IT HURT? Rectum Region, Buttocks, mouth!

B. WHEN DID IT START? variable and erratic

C. HAS IT HAPPENED BEFORE? Worsen HOW OFTEN?

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:

O: T: P: R: BP: WT:

A:

P: Pt being worked up & is being evaluated by GI clinic

PROVIDER DATE/TIME PHYSICIAN DATE/TIME 9/2/03

EXHIBIT 27

DIVISION OF CORRECTION

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

RECEIVED SEP 05 2003

Inmate is to complete Section I only. Section II is to be completed by Medical Staff. Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: DEREK L. SIMMS DOC #: 266549 CELL: 4-C-2 INST.: WCI

ALLERGIES: PNC DATE: 9-04-2003

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: I AM experiencing Extreme Rectum and Anal Pain hard to Lay, Sleep & walk sometimes!

A. WHERE DOES IT HURT? Rectum & ANAL

B. WHEN DID IT START? 2 days ago worsen

C. HAS IT HAPPENED BEFORE? YARY HOW OFTEN? when infected

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:

O: T: P: R: BP: WT:

A: Pt is being worked up & under investigation

P: Pt needs to comply c his meds ordered by [illegible] on 8/29/03.

PROVIDER DATE/TIME PHYSICIAN [signature] DATE/TIME

DPSCS Form 130-100. Sect. 114aR (Rev. 12/95)

DIVISION OF CORRECTION

RECEIVED SEP 0 9 2003

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff. Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms DOC #: 266549 CELL: 4C2 INST.: WCI

ALLERGIES: PNC DATE: 9-8-2003

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: Having Alot of Extreme Rectal & Anal Pain, 2rd untreated sick call request in between 10 days, Not seen any doctor!

A. WHERE DOES IT HURT? Rectum & Anal, Buttocks, Lower back

B. WHEN DID IT START? See last sick call request

C. HAS IT HAPPENED BEFORE? ____ HOW OFTEN? ____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:

O: T: ____ P: ____ R: ____ BP: ____ WT: ____

A:

P: [signature] 9/14/03

[signature] 9-14-03 [signature] 9/15/03

PROVIDER DATE/TIME PHYSICIAN DATE/TIME

1900

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)




DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff. Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms DOC #: 266549 CELL: 4-C-2 INST.: WCI

ALLERGIES: PNC DATE: 09-11-2003

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: having peak like pain in my Rectum-Anal region's & Buttocks. Requesting pain medication, & Bed Egg crate pad.

A. WHERE DOES IT HURT? Rectum Anal - Lower back - Buttocks

B. WHEN DID IT START? on going

C. HAS IT HAPPENED BEFORE? worsen HOW OFTEN? --

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:

O: T: P: R: BP: WT:

A:

P: [illegible] 9/14/03

Carpenter [illegible] 9-14-03 1900
PROVIDER DATE/TIME PHYSICIAN [illegible] DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)



3 copy - request : eq

RECEIVED SEP 14 2003

DIVISION OF CORRECTION

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff. Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms DOC #: 266549 CELL: 4-C-2 INST.: WCI

ALLERGIES: PNC DATE: 9-13-2003

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: A lot of PAIN in my Rectum & ANAL Region Hurts to lay down and getting up from a sitting Position, some discharge From Rectum

A. WHERE DOES IT HURT? Rectum-ANAL-Between Buttocks Lower Back

B. WHEN DID IT START?

C. HAS IT HAPPENED BEFORE? HOW OFTEN?

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: "I'm still using Lidex cream" "It doesn't help"

O: T: 97.6 P: 82 R: 14 BP: 114/80 WT: 255

A&O x3 NAD (L) bottom lip - small ulcer Ø drainage

rectum - swollen, red - anal area covered c̄ white

coating Ø bleeding except c̄ BM - stool hard —

denies anal sex - H/O perirectal abscess.

Alt in comfort

RTC prn * NP to eval ↑ in S/S

Rn protocol: dermatitis, hemorrhoids

Education given - verbalizes understanding

[signature] RN 9-14-03 1900 [signature] 9/18/03

PROVIDER DATE/TIME PHYSICIAN DATE/TIME

APPENDIX 1

DIVISION OF CORRECTION

RECEIVED OCT 08 2003

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff. Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms DOC #: 266549 CELL: 4C2 INST.: WCI

ALLERGIES: PNC DATE: 10-07-2003

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: My Rectum and anal hurts at night when laying in bed and have notice some discharge, hurts to lay-sit-get-up & walking-

A. WHERE DOES IT HURT? Rectum-Anal & Buttocks\mid lower Back

B. WHEN DID IT START? waiting for other sick call 10-05-2003 → NOT SEEN

C. HAS IT HAPPENED BEFORE? indeed HOW OFTEN? ______

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:

O: T:____ P:____ R:____ BP:____ WT:____

A:

P: See next S/C

PROVIDER [signature] DATE/TIME 10/7/03 PHYSICIAN DATE/TIME




RECEIVED OCT 24 2003

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff. Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: Derek L. Simms DOC#: 266549 CELL: 4C2 INST.: WCI

ALLERGIES: PNC DATE: 10-23-2003

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

Rectal Cramps & Pain, Swellen in/on The AnaL & Buttock Regions, Painful to lay down & Sit, Stand & WALK VARY'S, Sharp Rectal Cramps

A. WHERE DOES IT HURT? ANAL, Lower Back Rectum Region

B. WHEN DID IT START? 10-11-2003

C. HAS IT HAPPENED BEFORE? WorSEN HOW OFTEN? WorSEN

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: "My anal area is leaking pus"

O: T: 98.3 P: 86 R: 18 99% BP: 116/82 WT: 265

A: a+ox NAD - perianal cyst/boil - draining tan, brown fluid - area red, warm to touch - c/o strong, lower abd cramping - ø rectal bleeding ø change in bowel pattern) strong fecal ~~area~~ odor but perianal is clean

P: alter comfort
RTC prn RN protocol: cyst/boil - refer to NP
Education given - verbalizes understanding

PROVIDER: C. Rosenberg RN DATE/TIME: 10/26/03 1920

PHYSICIAN DATE/TIME: 10/27/03

DPSCS Form 130-100, Sect. 114aR (Rev 12/95)



RECEIVED NOV 1 6 2003

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff. Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

NAME: Derek L. Simms DOC #: 266549 CELL: 4C2 INST.: WCI

ALLERGIES: PNC DATE: 11-15-2003

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC: Rectal/ANAL Swellen & Pain / Chest Pain / discharge Pus Vary's from Rectum-ANAL Right Buttock, Very Sore! NOSE Bleed. After Taking Blood Pressure Med/pills

A. WHERE DOES IT HURT? ANAL, Rectum, Buttock, Heart, Chest, Lower Body!

B. WHEN DID IT START? aRound 3 weeks ago

C. HAS IT HAPPENED BEFORE? Not my Heart HOW OFTEN? ______

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: ______

O: T:______ P:______ R:______ BP:______ WT:______

A: ______

P: Lien 11/16/03

[signature] 11/17/03 0700

PROVIDER DATE/TIME PHYSICIAN DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev. 12/95)



RECEIVED NOV 2 5 2003

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff. Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: Derek L.Simms DOC#: 266549 CELL: 4C2 INST.: WCI

ALLERGIES: pnc DATE: 11-24-2003

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:

I am suffering great Perianal Crohn's Disease Pain & Discharge & [redacted]- Swellen in my rectum region and mid-back & Right buttock, vrey painful to sit and walk or lay-down... [redacted] notice Pus and large inflame deep with the skin.

A. WHERE DOES IT HURT? Perianal Crohns Rectal region, lower back!

B. WHEN DID IT START? worsen

C. HAS IT HAPPENED BEFORE? worsen HOW OFTEN? ______

**********************************************************************************

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:

O: T: ______ P: ______ R: ______ BP: ______ WT: ______

A:

P: Seen by MD 11/26/03

PROVIDER [signature] DATE/TIME 11/26/03

PHYSICIAN DATE/TIME




[RECE]IVED DEC 1 0 2003

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SICK-CALL REQUEST/ENCOUNTER FORM

Inmate is to complete Section I only. Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: DEREK L. SIMMS DOC#: 266549 CELL: 4C2 INST.: WCI

ALLERGIES: PNC DATE: 12-09-2003

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
ALOT of ANAL CROHN'S Disease Pain, deep pockets of Painful Pus Swellon, ANAL-Rectum, Buttock's, Lower back and inflammatory bowel disease with having diarrhea, NAUSEA, vomiting, Cramps, ANAL PAIN's Rash!

A. WHERE DOES IT HURT? Rectal ANAL Region

B. WHEN DID IT START? worsen

C. HAS IT HAPPENED BEFORE? " HOW OFTEN? "

**********************************************************************************

SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S: Pt c/o rash over his rectal area & he received his Tylenol meds. No fever. No melena.

O: T: 97 P: 88 R: 12 BP: 130/80 WT: 258
Rt buttock drainage & No swelling or palpable mass
No new physical findings abdsoft +BS

A: Perianal drainage. No rash or color change

P: Pt to continue Current Rx. Reassurance
Pt scheduled for f/u at GI clinic
HC cream & Pepto bismol [illegible] from stock

PROVIDER ____ DATE/TIME 12/12/03 PHYSICIAN [signature] DATE/TIME

DPSCS Form 130-100, Sect. 114aR (Rev 12/95)







**WESTERN CORRECTIONAL INSTITUTION**
**Inmate Request**
**(Please Print Clearly)**

**DATE:** 4-13-2004

**Circle One:** Warden, Ass. Warden, Security Chief, Shift Commander, Social Worker, Commitment, Mail Room, Psychology, Unit Manager, Education, Case Manager, Finance – Business Office, Administrative Remedy Coordinator, Chaplain, Addiction Counselor

**Other** Ms Pearson - MEDICAL Administrator

Derek L. Simms 266549 4C2 sch

**INMATE'S NAME** **DOC #** **H.U./ Cell Location** **Job Assignment**

**REQUEST** I have been putting in sick call slips requesting to be treated for the up coming NEW VERY painful Anal Crohn's Disease leading with in up through to my Right Buttock and notice swellon in that Region I am hurting Real Bad down there and feels extra warm/fever like all over I can feel the infection Building up in my Right Buttock and between my legs all the way to my Rectum/Anal Region. Will you Please come down and oBserve how said Doctor examine and treat me on Sick Call? Now a officer on the 12-to 8 Shift tells me NURSE Stacy said she is not calling me out for sick call Because I wrote on misspell-wipe-and wrote the wrong word-whip- So She is the Reason I am be delayed Medical Care, She colect the sick call slips and will not Turn mine in! I give one to said officer - will you come down and oBserve how I am being examine and treated Plea

**DO NOT WRITE BELOW THIS LINE**

**REFERRED TO** ____________ **FOR** ____________

**OFFICIAL (Signature)** ____________ **Date:** ____________

**FINAL DISPOSITION AND/OR RESPONSE TO INMATE:**

A patient care conference will be scheduled within the next 3 weeks

RECEIVED
APR 15 2004
RECEIVED

**Official (Signature):** [signature] 4-26-04 **Date:**

WCI 044404

WESTERN CORRECTIONAL INSTITUTION WARDEN'S OFFICE

APR 22 7 10 AM '04

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

TO: ✓ Warden of Institution
Commissioner of Correction
Executive Director, Inmate Grievance Office

Emergency Request ✓

FROM: Simms (Last Name) Derek (First Name) L (Middle Initial) 266549 (DOC Number) WCI (Institution)

Housing Location ____ Protective Custody ✓ Administrative Segregation ____ Disciplinary Segregation ____

## Part A - INMATE REQUEST

I am being deprive Pain Medications Equal To the pain I am Suffering and what My Anal Crohn's disease Extreme pain - call for to give me so form of relief. WCI Medical Department - and Doctor's are using their own personal deliberate indifference to Refuse to Delay and to deprive me of Pain Medications Equal to the Relief in pain I need in my condition and will not address my sick call Request as stated on 04-18-2004 Causing me to suffer and not treated by a doctor with knowledge of my condition of Pain. I am Request again to Be transfer to another prison and $15000.00 in damages and deliberate indifference aim to cause me harm and pain and suffering. Prison officials show know concerns for the harm WCI medical people are causing me. Also → SEE attach Sick call Slip dated 4-18-04

Date: 04-21-2004

Signature of Inmate: Derek L. Simms

## Part B - RESPONSE

Date ____

Signature of Warden/Commissioner ____

You may appeal this response by following the procedure prescribed on the back of this form.

## Part C - RECEIPT

Case No. 044404

RETURN TO: Simms, Derek (Last Name, First Name, Middle Initial) 266549 (DOC Number) WCI (Institution)

I acknowledge receipt of your complaint dated 4/21/04 in regard to: Adm. dismissed final in accordance with DCD 185-205. Your complaint is repetitive to WCI 097803

APR 22 7 10 AM '04

Date: 4/22/04

[signature] Headquarters/Institutional Coordinator

RECEIVED