IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DEREK L. SIMMS, | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF DEREK L. SIMMS

I, Derek L. Simms, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over eighteen years of age, am competent to testify, and have personal knowledge of the facts stated in this Declaration.

2. I have severe perianal Crohn's disease, which was diagnosed in the late 1970s. I have suffered, and continue to suffer, from pain and discomfort related to my Crohn's disease.

3. I began my period of incarceration at Western Correctional Institution ("WCI") in late 1997.

4. With the exception of a short stay at the Maryland House of Correction Annex (which in turn transferred me to Patuxent Institution for several days) in the beginning of 2000, the treatment of my Crohn's disease has been under the care of the medical staff at WCI since late 1997.

5. The medical care and treatment that I received for my Crohn's disease and related pain changed drastically when Dr. Tessema became the medical director at WCI in December 2000.

6. From late 1997 through the beginning of 2000, the former medical director at WCI referred me off-site at least nine (9) times so that my Crohn's disease could be evaluated by specialists, i.e., surgeons and/or gastroenterologists. These specialists examined me and performed various medical tests to determine the course of treatment for my Crohn's disease.

7. From late 1997 to the beginning of 2000, moreover, I was routinely provided with pain medication, often times narcotic pain medication, to alleviate the pain I suffered from my perianal Crohn's disease.

8. From December 2000 to August 2003 (32 consecutive months), while Dr. Tessema was acting as the WCI medical director, I was not seen by a surgeon and/or gastroenterologist for my Crohn's disease a single time.

9. The volume of my complaints of pain and the degree of my pain did not change in or about August of 2003, rather they have been constant and ongoing.

10. There has been a continued need for me to see a gastroenterologist and/or surgeon. Since seeing a specialist at the University of Maryland Medical System on or about August 27, 2003, I have been seen at least ten (10) times by specialists at University of Maryland Medical System on or about the following dates: September 23, 2003, November 3 and 26, 2003, January 9 and 13, 2004, February 3 and 13, 2004, March 5, 2004, June 9, 2004, and July 20, 2004. That need continues to this day.

11. Following my medical procedure that was conducted at University of Maryland Medical System on February 3, 2004, I was not placed in the infirmary for the first

twenty-four hours upon my return to WCI, which is required. Additionally, I was never provided with the Percocet that was prescribed to my by the specialist at University of Maryland Medical System.

12. During my most recent visit to University of Maryland Medical System, on July 20, 2004, the gastroenterologist examined me and prescribed extra sitz baths and narcotic pain medication. The off-site specialist told me that I will need to come back to University of Maryland Medical System in two weeks so that tests can be performed in connection with my perianal Crohn's disease.

13. From December 2000 through August of 2003, I made at least forty-four (44) sick call requests complaining (and describing) the pain I experienced because of my Crohn's disease. Yet, from December 2000 through August of 2003, I was prescribed only regular Tylenol on a handful of occasions. I was never prescribed narcotic pain medication during that time.

14. Nurse VanMeter handled several of my sick calls and she did not give me regular Tylenol even though she knew I was in pain. Additionally, Nurse VanMeter accompanied Dr. Tessema when he conducted sick call rounds.

15. By contrast, from late 1997 through the beginning of 2000, I was prescribed Tylenol, Motrin and Naprosyn on a regular, almost monthly, basis because of pain associated with my Crohn's disease. During that time, I was also prescribed narcotic pain medication, such as Darvocet, Percocet and Tylenol #3, multiple times because of pain associated with my Crohn's disease.

16. I am currently and have been unable to comply with the sitz bath treatment because I do not have access to hot water in my cell and the sitz bath does not fit on the

commode in my cell. I have complained and continue to complain to the Defendants, and others personnel at WCI, about the water temperature not being hot in my cell and the fact that the sitz bath does not fit on my commode.

17. Since July 9, 2004, I have been without a sitz bath (the actual apparatus) in my cell, which is not my choice.

18. I have been in a single cell since September 2001. Lieutenant Lancaster, who formerly was the housing unit manager of my cell block, was responsible for placing me in a single cell. Lieutenant Shreve subsequently assumed that position and honored Lieutenant Lancaster's decision to place me in a single cell. To my knowledge, there is no medical order in place prescribing a single cell for me.

19. In order to be assured of having a single cell because of my condition, I need a medical order prescribing a single cell. On several occasions, I have been harassed by prison officials that they are going to move me into a cell with an inmate.

21. Since at least early 2000, Warden Galley and Nurse VanMeter have known about my perianal Crohn's disease and pain related thereto and they have ignored my continued complaints of pain and inadequate treatment.

22. I did everything in my power to comply with the Administrative Remedy Procedures process and exhaust administrative remedies.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2004

Derek L. Simms

::ODMA\PCDOCS\BA2DOCS1\247017\1