IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, #266549 | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: WMN-02-3276 |
| | * | |
| DR. ISAIAS TESSEMA, *et al.* | * | |
| | * | |
| Defendants. | * | |

*************************

CONSENT MOTION FOR EXTENSION OF TIME TO REPLY

Defendants, by and through their counsels, Donald J. Crawford and Adelman, Sheff and Smith and Stephanie Lane-Weber, Assistant Attorney General, with the consent of Plaintiff, hereby move this Court to extend the time in which Defendants may reply to Plaintiff's Response to their Motion for Summary Judgment and Motion to Dismiss, or in the alternative, Summary Judgment. In support of this Motion, Defendants state as follows:

1.   On July 21, 2004, Plaintiff filed his Response to Defendants' Motion for Summary Judgment and Motion to Dismiss, or in the alternative, Summary Judgment, and according to local rules Defendants Reply is due in fourteen (14) days or on August 4, 2004.

2.   Defendants respectfully ask that the time in which they may reply to Plaintiff's Response be extended to August 13, 2004.

3.   Plaintiff's counsel consents to this extension.

WHEREFORE, based on the foregoing, Defendants respectfully request this Court to extend the time for Defendants' Replies to August 13, 2004.  A proposed Order is attached.

| | |
|---|---|
| Adelman, Sheff & Smith, LLC. | J. Joseph Curran, Jr. |
| | Attorney General of Maryland |

By: /s/
Donald J. Crawford, #11290
200-A Monroe Street, Suite 310
Rockville, Maryland 20850
(301) 340-1140
Counsel for Isaias Tessema, M.D.
and Denise VanMeter, R.N.

By: /s/
Stephanie Lane-Weber
Assistant Attorney General
St. Paul Plaza-19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
Counsel for Warden Jon Galley and
former Commissioner William
Sondervan

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, #266549 | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: WMN-02-3276 |
| | * | |
| DR. ISAIAS TESSEMA, *et al.* | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

UPON CONSIDERATION of Defendants' Consent Motion for Extension of Time to Reply, it is this _____day of _____, 2004 by the United States District Court of Maryland:

ORDERED, that the motion is granted and Defendants' Replies are due on August 13, 2004.

_____
William M. Nickerson
United States District Judge

Donald J. Crawford, Esq.
200-A Monroe Street, Suite 310
Rockville, MD  20850

Colleen M. Mallon, Esq.
Venable LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD  21201

Stephanie Lane-Weber, Esq.
Assistant Attorney General
200 St. Paul Place, 19th Floor,
Baltimore, MD  21202