CASE NO. YCY-097803

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

TO: ____ Warden of Institution
    ____ Commissioner of Correction
    ✓   Executive Director, Inmate Grievance Office          Emergency Request ✓

FROM: __Simms__  __Derek__  __L__  __266549__  __WCI__
      Last Name  First Name  Middle Initial  DOC Number  Institution

Housing Location ____ Protective Custody ✓ Administrative Segregation ____ Disciplinary Segregation ____

### Part A - INMATE REQUEST

No one has discussion any thing with me as of 4-1-2004 and I have not got any Pain Relief Equal to the pain I am suffering in fact Doctor Tesseema Refuses to listen to my medical concerns and seeks to Talk Legal action pending in a Law Suit in federal Court against him because of his own personal deliberate indifference and continues to Retaliate against me for exercising my civil and constitutional Rights, and makes false allegations about me to deprive and cause me to suffer. I am claiming $25,000 in damages and for emotional injury, and Rights to Amend this with more Relief later in this case and that said Doctor Be Fired!

4-1-2004   Said Commissioner Did Not Send Back A copy of ARP, Just what you see!   Derek L. Simms
Date                                                                                Signature of Inmate

### Part B - RESPONSE

RECEIVED
APR 8 2004
INMATE GRIEVANCE OFFICE

Date _____                            Signature of Warden/Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C - RECEIPT   Case No. _____

RETURN TO: _____
           Last Name  First Name  Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

Date _____                    Headquarters/Institutional Coordinator

C Form 185-100bR (Rev. March 1994)

EX 4-B

# MARYLAND DIVISION OF CORRECTION
## HEADQUARTERS APPEAL OF
## ADMINISTRATIVE REMEDY RESPONSE
(Instructions for completing this form are on the back)

TO: Commissioner of Correction    ☐ Appeal of Administrative Dismissal    ☑ Appeal of Warden's Response
                                  ☐ Appeal of Untimely Response

FROM: __Simms__ __Derek__ _____ __266549__ __WCI__
       Last Name   First Name   Middle Initial   DOC Number   Institution

Housing Location _____ Protective Custody _____ Administrative Segregation _____ Disciplinary Segregation _____

### Part A — REASON FOR APPEAL

See attach

_____                                                  _____
Date                                                           Signature of Inmate

### Part B — RESPONSE

Your appeal has been reviewed and is found to be meritorious in part. The Medication Administration Record indicates that you were receiving topical medications used to promote comfort in persons with rectal/anal pain. The Warden's response does not address the allegation you made in your ARP that you had been putting in sick call slips but had not been seen for the sore in your mouth or your rectal pain. In fact, you had submitted six sick call requests between 8/30/03 and 9/13/03 reporting pain. Prison Health Services is directed to hold a patient care conference that is to include a discussion with you of the chronic nature of your rectal discomfort, the potential that you will never be 100% free of discomfort, and a plan to promote your comfort and to provide you timely medically necessary services for your legitimate health care needs.

3/15/04                                                        Frank Sizer / pg
Date                                                           Signature of Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C — RECEIPT     Case No._____

RETURN TO: _____ _____ _____ _____ _____
            Last Name  First Name  Middle Initial  DOC Number  Institution

I acknowledge receipt of your complaint dated_____ in regard to: _____

_____

_____                                                  _____
Date                                                           Headquarters Coordinator

DC Form 185-100cR (Rev. March 1994)                            EX 4B G1

IGO No. 20040478



## Department of Public Safety and Correctional Services

**Inmate Grievance Office**
115 SUDBROOK LANE • SUITE 200 • SUDBROOK STATION • PIKESVILLE, MARYLAND 21208-3878
(410) 585-3840 • FAX (410) 318-6015 • W/ TTY USERS (800) 735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

ROBERT L. EHRLICH, JR.
GOVERNOR

MICHAEL S. STEELE
LT. GOVERNOR

MARY ANN SAAR
SECRETARY

G. LAWRENCE FRANKLIN
DEPUTY SECRETARY

MARY L. LIVERS, Ph.D.
DEPUTY SECRETARY

MARVIN N. ROBBINS
EXECUTIVE DIRECTOR

April 20, 2004

Derek Simms, #266549
WCI

                          RE:   IGO No. 20040478
                                (ARP-WCI-0978-03)

Dear Mr. Simms:

     I have conducted a preliminary review of your complaint dated April 1, 2004 which you filed as an appeal from the above-referenced ARP case.

     Having done so, I must advise you that the jurisdiction of this agency is limited to complaints against officials and employees of the Division of Correction and Patuxent Institution. As you know, medical services for State prisoners are provided by a private health-care contractor and its employees. We do not have jurisdiction over any complaints which you may have against them.

     Accordingly, your grievance is hereby administratively dismissed pursuant to the Correctional Services Article, Title 10, Subtitle 2, Sections 10-206 and 207 of the Annotated Code of Maryland.

                                            Very truly yours,

                                            Paula R. Williams
                                            Associate Director

PRW:kdt

Enc: 1

EX 4B(2)