Appendix 3 to DCD 185-100

CASE NO. WCI-117303

# MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: _____ Warden of Institution
_____ Commissioner of Correction
✓ Executive Director, Inmate Grievance Office        Emergency Request ✓

FROM: Simms   Derek   L   266549   WCJ
Last Name   First Name   Middle Initial   DOC Number   Institution

Housing Location _____ Protective Custody ✓ Administrative Segregation _____ Disciplinary Segregation _____

### Part A - INMATE REQUEST

I have my assign Sitz Bath in my cell and my Tier officer Booth 8 to 4 shift can and witness this. Medical Doctor Tessema and WCI Medical Dept are aware that I have my Sitz Bath, But make false allegations about this Sitz Bath in retaliating against me for exercising my Constitutional and Civil Rights in a pending Law Suit and Federal Case. I can not use Said Sitz bath as it's instructions because of lack of hot water and it Do Not Fit my Toilet as design. But I use it to hand wash the infected Rectal/Anal Region and this helps to clean this Region. But when medical defendants lie to divert justice and other medical people, I come now Requesting a hearing in this case and complaint, seeking $10,000 plus the Same Relief stated in my ARP in this case.

Request Right to have a Hot pot and a medical prescription for a Hot Pot or use Prison Hospital for Sitz Bath.

Date: 4-1-2004

Signature of Inmate: Derek L. Simms

### Part B - RESPONSE

[signature] 5/25/04

RECEIVED
APR 8 2004
INMATE GRIEVANCE OFFICE

Date _____   Signature of Warden/Commissioner _____

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C - RECEIPT    Case No. _____

RETURN TO: _____
Last Name   First Name   Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

Date _____   Headquarters/Institutional Coordinator

EX 4-C

DC Form 185-100bR

Appendix 3 to DCD 185-100                                                                            CASE NO. WCI-11303

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back) WESTERN CORRECTIONAL INSTITUTION WARDEN'S OFFICE

TO: ✓ Warden of Institution
    ___ Commissioner of Correction                            Oct 28   8 54 AM '03
    ___ Executive Director, Inmate Grievance Office                              Emergency Request ✓

FROM: Simms        Derek       L        266549          WCI
      Last Name   First Name   Middle Initial   DOC Number   Institution

HC2  Housing Location ___  Protective Custody ✓  Administrative Segregation ___  Disciplinary Segregation ___

### Part A - INMATE REQUEST

Today 10-24-2003, I encounter some serious unwanted controversy for about the hundredth time from other Protected Custody inmates about me getting Hot Water for the use of my Medical Ordered Sitz Bath, and each time I get Hot water from the (PC) Recreation-Room Hot Pot, inmates states that I put things in the hot pot, or I am contaminating the Hot pot, And I am not allow to have Water hot enough to fully use my Medical Sitz Bath as its instructions states to use, and the water from my cell sink do not get hot enough to benefit the Sitz Bath purpose, and the toilet seat is to small for the said sitz bath, and I can not seem to get any one to help me in this area of my medical problems. I am not getting answer's or questions to my medical concerns, and needed support from WCI Medical Department Nor Prison Officials. I am requesting again for a medical treatment plain, that will not put me in harms way, and I can fully benefit with out hinder or mistreatment from inmates or Prison Officials.

10-24-03     Derek L Simms
Date         Signature of Inmate

### Part B - RESPONSE

Your request for Administrative Remedy has been dismissed. Instructions from the medical department do not dictate that you receive hot water from any source other than your assigned cell. Hot water is available from the cell sink's faucet. Therefore, your complaint is concluded to be without merit.

11-26-03                                             [signature] acting warden for J.P. Galley
Date                                                 Signature of Warden/Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

EX 4C(1)

Appendix 4 to DCD 185-100

EB/6B  12/31

CASE NO. WCI-117303

**MARYLAND DIVISION OF CORRECTION
HEADQUARTERS APPEAL OF
ADMINISTRATIVE REMEDY RESPONSE**

(Instructions for completing this form are on the back)

RECEIVED 12/11 DEC 4 2003
Division of Correction
ARP/IGP UNIT

TO: Commissioner of Correction   ☐ Appeal of Administrative Dismissal   ☑ Appeal of Warden's Response
☐ Appeal of Untimely Response

FROM: Simms   Derek   L   266549   WCI
Last Name  First Name  Middle Initial  DOC Number  Institution

Housing Location ____  Protective Custody ✓  Administrative Segregation ____  Disciplinary Segregation ____

**Part A - REASON FOR APPEAL**

The water in my cell sink is clearly not Hot enough to fully treat my Rectal/Anal Crohn's Disease problem. The water in my sink varys but not to the benefits of the reason I am order to use a sitz bath. And medical Dept. & Dr. Tessema will not work with me, in fact the said Doctor lies that I am not using my sitz bath, I use it everyday. Just the water is not hot enough. Today 11-25-2003 the said doctor told me to give it back, But I am still ordered to have a sitz bath. I am now requesting to be transfer to E.C.I. where I can get a Better medical care & treatment, with the Rights to enroll in school there on PC—
11-25-2003 – And Hot Water for my sitz bath. – Derek L. Simms
Date   – Solo Cell
                                                                     Signature of Inmate

**Part B — RESPONSE**

Your appeal has been reviewed and is hereby dismissed. A sitz bath prescription order is a warm water treatment plan which you have refused to continue. Medical documentation reveals you returned your sitz bath to the medical staff on November 26, 2003. The institutional maintenance records indicate that there has been substantial warm water to continue proper sitz bath treatment and compliance. Therefore, you are encouraged to seek a re-evaluation of your medical condition.

3/15/04
Date

Frank R. Sizer/pg
Signature of Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.   EX 4C (2)

Derek J Simms
WCI-#265569
13800 McMullen Hwy
Cumberland, MD 21502

Inmate Grievance Office
Suite 200 Sudbrook Station
115 Sudbrook Lane
Pikesville, MD. 21208-3878

21208+4130 24




Ex 4C (3)

IGO # 20040479



## Department of Public Safety and Correctional Services

**Inmate Grievance Office**
115 SUDBROOK LANE • SUITE 200 • SUDBROOK STATION • PIKESVILLE, MARYLAND 21208-3878
(410) 585-3840 • FAX (410) 318-6015 • V/ TTY USERS (800) 735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

ROBERT L. EHRLICH, JR.
GOVERNOR

MICHAEL S. STEELE
LT. GOVERNOR

MARY ANN SAAR
SECRETARY

G. LAWRENCE FRANKLIN
DEPUTY SECRETARY

MARY L. LIVERS, Ph.D.
DEPUTY SECRETARY

MARVIN N. ROBBINS
EXECUTIVE DIRECTOR

May 25, 2004

Derek Simms, #266549
WCI

RE:   IGO No. 20040479
      (ARP-WCI-1173-03)

Dear Mr. Simms:

I have conducted a preliminary review of your complaint dated April 1, 2004.

Please be advised, however, that the jurisdiction of this agency is limited to complaints against officials and employees of the Division of Correction and Patuxent Institution. All medical services for State prisoners are provided by a private health-care contractor and its employees. Consequently, this office has no jurisdiction over any complaints concerning the delivery or adequacy of medical care or the conduct of employees of the private health-care contractor.

Accordingly, your grievance is hereby administratively dismissed pursuant to the Correctional Services Article, Title 10, Subtitle 2, Sections 10-206 and 207 of the Annotated Code of Maryland.

Very truly yours,

Marvin N. Robbins
Executive Director

MNR:wm

Enc: 1

EX4C (4)