# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

TO: ___ Warden of Institution
✓ Commissioner of Correction
___ Executive Director, Inmate Grievance Office

Emergency Request ✓

FROM: Simms   Derek   L   266549   WCI
Last Name   First Name   Middle Initial   DOC Number   Institution

Housing Location ___   Protective Custody ✓   Administrative Segregation ___   Disciplinary Segregation ___

## Part A - INMATE REQUEST

I am not getting pain medication equal to the pain I am suffering from my Anal Crohn's disease and WCI Doctor + Medical Dept continues to divert the needed treatment I need, to make me suffer and use their own personal deliberate indifference to deprive and/or delay said treatments and continues to give me the wrong medications and serious wrong medications that could kill me or and harm in the future and still falsify their actions to cover up the evil they did and continue to inflict to me. I am Requesting $250,000 in damages and emotional injury's Because WCI medical officials are Retaliating against me for exercising my constitutional, civil Rights in a Federal Law suit pending

4-1-2004
Date

Derek L. Simms
Signature of Inmate

## Part B - RESPONSE

RECEIVED
APR 8 2004
INMATE GRIEVANCE OFFICE

Date _____   Signature of Warden/Commissioner _____

You may appeal this response by following the procedure prescribed on the back of this form.

## Part C - RECEIPT   Case No. _____

RETURN TO: _____
Last Name   First Name   Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

Date _____   Headquarters/Institutional Coordinator _____

EX 4-E
4/15/04

DC Form 185-100hR (Rev. March 1994)

Appendix 4 to DCD 185-100

EB/GG  1/28/04  CASE NO. WCI-124103

**RECEIVED**
DEC 31 2003
TO: Commissioner of Correction
Division of Correction
ARP/IGP UNIT

**MARYLAND DIVISION OF CORRECTION
HEADQUARTERS APPEAL OF
ADMINISTRATIVE REMEDY RESPONSE**
(Instructions for completing this form are on the back)

☐ Appeal of Administrative Dismissal   ☑ Appeal of Warden's Response
☐ Appeal of Untimely Response

FROM: Simms    Derek    L    266549    WCI
Last Name   First Name   Middle Initial   DOC Number   Institution

Housing Location ____  Protective Custody ____  Administrative Segregation ✓  Disciplinary Segregation ____

**Part A – REASON FOR APPEAL**

I did not get the pain medication originally ordered for me who gave it to me? when? the said Doctor told me he was going to order me EXTRA Strength Tylenol I NEVER to Date got them I seen Another Doctor/PA — on 12-03-2003. She order me Reg. Tylenol That is not equal to the pain I am suffering. Not only did said Defendants have me taking the wrong med's for pain, See when the WRONG MED, MAXZIDE was ordered and given to me See when PA order Reg Tylenol I NEVER got at the Time MAXZIDE was ordered ANY of Doctor Tessema EXTRA Strenght Tylenol To This Date, NOR have The medical problems This said MAXZIDE been Address As I Requested. I am now seeking a fair settlement and Relief as Stated in A.R.P.# 124103. Plus to Be Transfer to ECI-Protected custody with

Date 12-19-2003  The Same Rights I now have on PC. This Doctor is Trying to Kill me!

Signature of Inmate: Derek L. Simms

**Part B – RESPONSE**

Your appeal has been reviewed and is found to be meritorious. There is no documentary evidence that you received the Tylenol (1000mg.three times a day) ordered for you on 10/29/03 by Dr. Tessema. Prison Health Services is instructed to review its medication dispensing and administration policies and procedures and to submit a corrective action plan within 15 working days of notification of this finding by the Office of Inmate Health such that all medication orders written by a clinician are transcribed correctly, communicated to the pharmacy provider correctly, sent to the site by the pharmacy in a timely manner, administered to the inmate in a timely manner, and the administration documented correctly.

Date 3/15/04    Signature of Commissioner: Frank Sizer/pg

You may appeal this response by following the procedure prescribed on the back of this form.

SEND COPY TO LAWYER
11-12-2003

Appendix 3 to DCD 185-100

CASE NO. WCI 124103

WESTERN CORRECTIONAL INSTITUTION
WARDEN'S OFFICE

## MARYLAND DIVISION OF CORRECTION
### REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

NOV 17  11 05 AM '03

TO: ✓ Warden of Institution
    ✓ Commissioner of Correction
    ✓ Executive Director, Inmate Grievance Office

RECEIVED   Emergency Request ✓

FROM: Simms      Derek      L      266549
      Last Name  First Name Middle Initial  DOC Number   Institution

Housing Location ___ Protective Custody ✓ Administrative Segregation ___ Disciplinary Segregation ___

### Part A - INMATE REQUEST

I learn today 11-12-2003, by Nurse, Missy, that the medication Dr. TESSEMA ordered me to take for pain: MAXZIDE, Is Not for Pain, but for Blood Pressure, and this deliberate medical malpractice inflicted to me, by Doctor, Isaias Tessema, put me in great hurt and cause to take my life, and make me suffer great Pain and Diagnosing me medication that will kill me and or cause me harm, I have been suffering chest pains additional discomfort while on this said medication and WCI Medical Department will not address or answer my sick call requests or concerns and I am now claiming $250,000.00 for putting my life in danger, and pain & suffering, and early release, so I can get better medical care! and a full investigation into this matter, and charges filed against said doctor, Tessema, and I be given full medical relief in the regions of my medical problems thereof.   Derek L. Simms

11-12-2003
Date                                                          Signature of Inmate

### Part B - RESPONSE

Your request for administrative remedy was found meritorious in part. An investigation has revealed that Secure Pharmacy Plus issued the medication in error. The medication that was issued to you had your name and DOC number on it, but it was for another inmate. A telephone conference was conducted with Secure Pharmacy Plus to discuss preventive measures of this nature of happening again. Also, you have since received the correct medication that was originally ordered for you.

12/19/03
Date                                                   Signature of Warden/Commissioner

You may appear this respo-   ' - procedure prescribed on the back of this form.

EX 4E (2)

*I NEED TO BE SEEN by ANOTHER Doctor!*



**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**
**SICK-CALL REQUEST/ENCOUNTER FORM**

Inmate is to complete Section I only.  Section II is to be completed by Medical Staff.
Inmate must state specific reason for requesting Medical/Dental Service at Sick-Call.

Name: Derek L. Simms     DOC#: 266549   CELL: 4C2   INST.: WCI
ALLERGIES: PNC                                         DATE: 12-20-2003

I. STATE YOUR PROBLEM/HOW CAN WE HELP YOU/PLEASE BE SPECIFIC:
Having alot of Anal Crohn's Disease Pain & discomfort Never got the surgery Baltimore Doctors Recommended, Hurts to walk Lay, sit, sleep Buttocks is very Painful, no Pain Relief equal to my Pain!

A. WHERE DOES IT HURT? Anal Crohn's Disease Region, Buttocks, Lower Back
B. WHEN DID IT START? Worsen
C. HAS IT HAPPENED BEFORE? Worsen  HOW OFTEN? Cause of Medical Delays

********************************************************************************
SECTION II: TO BE COMPLETED BY MEDICAL PERSONNEL - ACTION TAKEN - SOAP FORMAT

S:

O: T:_____ P:_____ R:_____ BP:_____ WT:_____

A:

Ex 4E(3)

Brock J Simms
WCI-#266549
13800 McMullen Hwy
Cumberland, MD 21502

21208+4130 24

Inmate Grievance office
Suite 200
115 Sudbrook Station
Pikesville, MD. 21208-3878




EX 4E (4)

I GO # 20040481



# Department of Public Safety and Correctional Services

### Inmate Grievance Office
115 SUDBROOK LANE • SUITE 200 • SUDBROOK STATION • PIKESVILLE, MARYLAND 21208-3878
(410) 585-3840 • FAX (410) 318-6015 • V/ TTY USERS (800) 735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

ROBERT L. EHRLICH, JR.
GOVERNOR

MICHAEL S. STEELE
LT. GOVERNOR

MARY ANN SAAR
SECRETARY

G. LAWRENCE FRANKLIN
DEPUTY SECRETARY

MARY L. LIVERS, Ph.D.
DEPUTY SECRETARY

MARVIN N. ROBBINS
EXECUTIVE DIRECTOR

April 20, 2004

Derek Simms, #266549
WCI

RE: IGO No. 20040481
(ARP-WCI-1241-03)

Dear Mr. Simms:

    I have conducted a preliminary review of your complaint dated April 1, 2004 which you filed as an appeal from the above-referenced ARP case.

    Having done so, I must advise you that the jurisdiction of this agency is limited to complaints against officials and employees of the Division of Correction and Patuxent Institution. As you know, medical services for State prisoners are provided by a private health-care contractor and its employees. We do not have jurisdiction over any complaints which you may have against them.

    Accordingly, your grievance is hereby administratively dismissed pursuant to the Correctional Services Article, Title 10, Subtitle 2, Sections 10-206 and 207 of the Annotated Code of Maryland.

Very truly yours,

Paula R. Williams
Associate Director

PRW:kdt

Enc: 1

EX 4E (5)