Appendix 3 to DCD 185-100

CASE NO. WCI 1356-03

# MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

TO: ✓ Warden of Institution
    ✓ Commissioner of Correction
    ✓ Executive Director, Inmate Grievance Office

WESTERN CORRECTIONAL INSTITUTION

Emergency Request ✓

FROM: Simms  Derek  L     266549    DEC 29   WCI   '03
       Last Name  First Name  Middle Initial    DOC Number        Institution

Housing 1C2 Location ___ Protective Custody ✓ Administrative Segregation ___ Disciplinary Segregation ___

### Part A - INMATE REQUEST

I just came from sick call and told Doctor Tessema, that my left eye has a lot of pressure and lost of or weak vision, and that there is dark swollen under my eye that hurts that my eye gets worse every day. That if I wait until my March 2003 eye doctor visit that I am afraid I may go blind in that eye, he said if I go blind then I just go blind, and said my Rectal Anal Crohn's disease is nothing. I ask him can I explain to him my medical concerns, because Tessema & Nurse Tracy did not have any of my sick call slips on this visit. Then said Doctor started say. my medical problem are cause because of me doing things, I am deeply hurt by this doctor actions. Please send me to another prison away from this doctor. He is trying to cause me harm.

Date: 12-24-2003

Signature of Inmate: Derek L. Simms 266549

### Part B - RESPONSE

Your request for administrative remedy has been dismissed. An investigation has revealed that you were seen on 11/26/03, and received the care deemed appropriate. You currently have an order for the eye clinic on the next available date. Therefore, your complaint is concluded to be without merit.

Date: 1-29-04

Signature of Warden/Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

EX 4-G



# Department of Public Safety and Correctional Services

**Division of Correction**
6776 REISTERSTOWN ROAD • SUITE 310 • BALTIMORE, MARYLAND 21215-2342
(410) 585-3300 • FAX (410) 764-4182 • TTY USERS 1-800-735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

ROBERT L. EHRLICH, JR.
GOVERNOR

MICHAEL S. STEELE
LT. GOVERNOR

MARY ANN SAAR
SECRETARY

MARY L. LIVERS, Ph.D.
DEPUTY SECRETARY
FOR OPERATIONS

DIVISION OF CORRECTION

Frank C. Sizer, Jr.
Commissioner

PATRICIA PHELPS SCHUPPLE, CCE
DEPUTY COMMISSIONER

EASTERN
CORRECTIONAL
INSTITUTION
- ACA ACCREDITED -

MARYLAND CORRECTIONAL
ADJUSTMENT CENTER

MARYLAND CORRECTIONAL
INSTITUTION-HAGERSTOWN

MARYLAND CORRECTIONAL
INSTITUTION-JESSUP

MARYLAND CORRECTIONAL
INSTITUTION FOR WOMEN

MARYLAND
CORRECTIONAL
PRE-RELEASE SYSTEM

MARYLAND
CORRECTIONAL
TRAINING CENTER

MARYLAND HOUSE
OF CORRECTION

MARYLAND HOUSE OF
CORRECTION ANNEX

MARYLAND RECEPTION,
DIAGNOSTIC AND
CLASSIFICATION CENTER

METROPOLITAN
TRANSITION CENTER

NORTH BRANCH
CORRECTIONAL
INSTITUTION

ROXBURY
CORRECTIONAL
INSTITUTION

STATE USE
INDUSTRIES

WESTERN
CORRECTIONAL
INSTITUTION
- ACA ACCREDITED -

## MEMORANDUM

TO:       Derek Simms #266-549, WCI

FROM:     Peter Juknelis, Asst. ARP/IGP Coord., DOC HQ

DATE:     April 2, 2004

SUBJECT:  ARP Case WCI 1356-03

This office is in receipt of ARP WCI 1356-03 dated March 25, 2004 and received on March 31, 2004. Headquarters dismissed your appeal as final on February 24, 2004, because your submission was not within the designated time frames. A second request to process this ARP cannot be accepted by this office for processing. Therefore, it is being returned to you.

You are free to appeal the decision to the Inmate Grievance Office in accordance with established directives. If you have any further questions regarding the ARP process, please contact the ARP coordinator at your institution.

C: File

Ex46(i)

Appendix 2 to DCD 185-207

Administrative Remedy Procedure
**Receipt for Warden's Response**

WCI 022
INST  RECEIPT NO.

___David Simms___  ___266549___  ___4C2___
Name of Inmate  DOC Number  Housing Location

I, the undersigned, indicate by my signature that I have received the warden's response to ARP Case No. WCI 1556-03 on 1-29-04.

___[signature]___ 01-29-04  ___D. Dwat COS 1/29/04___
Signature of Inmate   Date   Signature of Staff Witness

DC Form 185-207b (April 1993)

EX 4G(2)

CASE NO. WCI-1356-03

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

TO: ___ Warden of Institution
    ___ Commissioner of Correction
    ✓ Executive Director, Inmate Grievance Office          Emergency Request ✓

FROM: Simms        Derek        L      266549      WCI
      Last Name    First Name   Middle Initial   DOC Number   Institution

Housing Location ___   Protective Custody ✓   Administrative Segregation ___   Disciplinary Segregation ___

### Part A - INMATE REQUEST

I move to appeal because Medical Defendants in this case are still continues to delay and deprive me of need medical treatment requested in this case doing my wait, I have been deserted my said Doctor, to cause me to suffer or to cause others to delay and or cause me to suffer.

I am Requesting the same Relief and amend it to $15,000.00 in damages and to be transfer to BCCC or ECI, and this doctor not allow to treat or hinder me any more.

4-9-2004
Date

Derek L. Simms
Signature of Inmate

### Part B - RESPONSE

RECEIVED
APR 19 2004
INMATE GRIEVANCE OFFICE

Date                                Signature of Warden/Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C - RECEIPT       Case No. ___

RETURN TO: _____
           Last Name   First Name   Middle Initial     DOC Number     Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

pc/pw
4/26/04

Date                                Headquarters/Institutional Coordinator

EX 4G-(3)

Appendix 4 to DCD 185-100    CASE NO. WCI 1356-03

**RECEIVED**
**MAR 31 2004**
**Division of Correction**
**ARP/IGP UNIT**

# MARYLAND DIVISION OF CORRECTION
## HEADQUARTERS APPEAL OF
## ADMINISTRATIVE REMEDY RESPONSE
(Instructions for completing this form are on the back)

TO: Commissioner of Correction    ☐ Appeal of Administrative Dismissal    ☐ Appeal of Warden's Response

☑ Appeal of Untimely Response

FROM: Simms (Last Name)  Derek (First Name)  L (Middle Initial)  266549 (DOC Number)  WCI (Institution)

Housing Location _____ Protective Custody ✓ Administrative Segregation _____ Disciplinary Segregation _____

### Part A - REASON FOR APPEAL

Prison & medical officials continues to delay any medical problems & concerns I have, also they returns my A.R.P.'s back late! I am claiming the same. Even though I was seen on 03-25-2004 by the eye doctor, He stated to me the Dark swelling under my L-Eye is out of his medical range, I had to wait months to get this info? My complaint is about the problem under my L-Eye, Not in the L-Eye. When the swelling appear it hurts and cause poor vision, WCI-Med.Dept cause delay by sending me to the eye doctor and waiting for month, in fact. I get the run around on all my medical concerns and a delayed to make me suffer. I am afraid to let Dr. Tessema treat me. ask Sam for relief hereto.

Date: 03-25-2004    Signature of Inmate: Derek L. Simms

### Part B - RESPONSE

Date _____    Signature of Commissioner _____

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C - RECEIPT    Case No. _____

RETURN TO: _____ Last Name  First Name  Middle Initial    _____ DOC Number    _____ Institution

I acknowledge receipt of your complaint dated _____ _____ in regard to: _____

**RECEIVED**
**MAR 31 2004**
Date    Headquarters Coordinator

**Division of Correction**
ADOC Form 185-100R (Rev. March 1994)

Ex 4G (GG)

Appendix 4 to DCD 185-100                                    CASE NO. WCI-135603

# MARYLAND DIVISION OF CORRECTION
# HEADQUARTERS APPEAL OF
# ADMINISTRATIVE REMEDY RESPONSE

(Instructions for completing this form are on the back)

**RECEIVED**
FEB TO: Commissioner of Correction    ☑ Appeal of Administrative Dismissal    ☑ Appeal of Warden's Response
Division of Correction
ARP/IGP Unit                                ☐ Appeal of Untimely Response

ARP FROM: Simms          Derek         L            266549            WCI
         Last Name       First Name    Middle Initial   DOC Number     Institution

Housing Location ____  Protective Custody ✓  Administrative Segregation ____  Disciplinary Segregation ____

**Part A - REASON FOR APPEAL**

I move to appeal, Because it taken me over 3 months to get Treated for a serious medical eye problem, that's going untreated and no medical concerns or help by the people that get's paid to give me medical care, all my medical Request's are seemly being delayed to cause me to suffer, unlike other inmates I get the Run around, or and said medical people falsify something about me to hinder the medical care I need. I am claiming same as in my A.R.P. dated 12-24-2003 and ask for speedy Derek L. Simms
01-30-2004  Relief from this suffering aim at me.

Date                                                  Signature of Inmate

**Part B - RESPONSE**

Date                                                  Signature of Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C - RECEIPT**    Case No. 135-603

RETURN TO:  Simms,  Derek  L.   266-549         WCI
            Last Name  First Name  Middle Initial  DOC Number  Institution

I acknowledge receipt of your complaint dated 1/30/04 in regard Your appeal has been submitted
~~untimely in accordance with DCD 185-101 and is administratively dismissed as final.~~

**RECEIVED**
FEB 19 2004
Division of Correction
ARP/IGP Unit

Date 2/19/04                Norma Graham for Carol Jackson
                            Headquarters Coordinator

-Notice-
Derek L. Simms
I got this Back on 03-25-2004        Ex 4 G (6)

DCF Form 185-100CR (Rev. March 1994)

IGO # 20040556



## Department of Public Safety and Correctional Services

**Inmate Grievance Office**
115 SUDBROOK LANE • SUITE 200 • SUDBROOK STATION • PIKESVILLE, MARYLAND 21208-3878
(410) 585-3840 • FAX (410) 318-6015 • V/ TTY USERS (800) 735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

ROBERT L. EHRLICH, JR.
GOVERNOR

MICHAEL S. STEELE
LT. GOVERNOR

MARY ANN SAAR
SECRETARY

G. LAWRENCE FRANKLIN
DEPUTY SECRETARY

MARY L. LIVERS, Ph.D.
DEPUTY SECRETARY

MARVIN N. ROBBINS
EXECUTIVE DIRECTOR

April 28, 2004

Derek Simms, #266549
WCI

          RE: IGO No. 20040556
             (ARP-WCI-1356-03)

Dear Mr. Simms:

  I have conducted a preliminary review of your complaint dated April 9, 2004 which you filed as an appeal from the above-referenced ARP case.

  Having done so, I must advise you that the jurisdiction of this agency is limited to complaints against officials and employees of the Division of Correction and Patuxent Institution. As you know, medical services for State prisoners are provided by a private healthcare contractor and its employees. We do not have jurisdiction over any complaints which you may have against them.

  Accordingly, your grievance is hereby administratively dismissed pursuant to the Correctional Services Article, Title 10, Subtitle 2, Sections 10-206 and 207 of the Annotated Code of Maryland.

              Very truly yours,

              Paula R. Williams
              Associate Director

PRW:kdt

Enc: 1

Ex 4G (4)