IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DEREK L. SIMMS, | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

WHEREAS Plaintiff Derek L. Simms ("Plaintiff"), on August 16, 2004, filed a Motion to Strike the Medical Defendants' Reply Brief and Attached Exhibits (the "Motion") in the above-captioned case;

WHEREAS the Court has considered the Motion; any and all oppositions to the Motion;

WHEREAS it appears that there is good and sufficient cause to strike the Medical Defendants' Reply brief and exhibits attached thereto; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Medical Defendants' Reply Brief and Attached Exhibits (Dkt. 54) are hereby stricken from the record in the above-captioned case.

**SO ORDERED:**

_____          _____
Date                            William M. Nickerson
                                United States District Judge

::ODMA\PCDOCS\BA2DOCS1\248927\1