IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, #266549 | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: WMN-02-3276 |
| | * | |
| DR. ISAIAS TESSEMA, *et al.* | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE TO SUBSTITUTE ATTORNEY AND STRIKE APPEARANCE

Please enter the appearance of Michael E. von Diezelski on behalf of Defendants, Isaias Tessema, M.D. and Denise VanMeter, R.N. (the "medical defendants"), and strike the appearance of Donald J. Crawford.

By: _____/s/_____
Donald J. Crawford, #11290
Adelman, Sheff & Smith, LLC.
200-A Monroe Street, Suite 310
Rockville, MD 20850
(301) 340-1140

By: _____/s/_____
Michael A. von Diezelski, # 023863
Adelman, Sheff & Smith, LLC.
180 Admiral Cochrane Drive
Suite 370
Annapolis, MD 21401
(410) 224-3000 )(phone)
(301) 294-6406 (Fax)

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing Line was electronically filed on this 31st day of August, 2004 to:

| | |
|---|---|
| Colleen M. Mallon, Esq. | Stephanie Lane-Weber, Esq. |
| Venable LLP | Assistant Attorney General |
| Two Hopkins Plaza. | 200 St. Paul Place, 19th Fl. |
| Baltimore, Maryland 21201 | Baltimore, MD 21202 |

          _____/s/_____
          Donald J. Crawford