IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEREK L. SIMMS, #266549 | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. WMN-02-3276 |
| | * |
| DR. ISAIAS TESSEMA, *et al.* | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE OF NEW COUNSEL

Please enter the appearance of Michael I. Joseph as counsel for Isaias Tessema, M.D. and Denise VanMeter, R.N., two of the Defendants.

By: _____/s/_____
Michael I. Joseph (Bar No. 04621)
Adelman, Sheff & Smith, LLC.
180 Admiral Cochrane Drive
Suite 370
Annapolis, MD 21401
(410) 224-3000 (voice)
(301) 294-6406 (fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 10th day of September 2004, a copy of the foregoing Notice was electronically filed and served on:

Colleen M. Mallon, Esquire
Venable LLP
Two Hopkins Plaza
Baltimore, Maryland 21201

Stephanie Lane-Weber, Esquire
Assistant Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD  21202

_____/s/_____
Michael I. Joseph