LAW OFFICES
# ADELMAN, SHEFF & SMITH, LLC

TEL. (410) 224-3000
FAX. (301) 294-6406
www.hospitallaw.com

180 ADMIRAL COCHRANE DRIVE
SUITE 370
ANNAPOLIS, MARYLAND 21401

200-A MONROE STREET
SUITE 310
ROCKVILLE, MARYLAND 20850

Michael I. Joseph
Writer's E-Mail: mjoseph@hospitallaw.com

Please correspond to Annapolis Office

September 17, 2004

VIA FACSIMILE ONLY

The Honorable William M. Nickerson
United States District Judge
U.S. District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:  Derek Simms v. Isaias Tessema, M.D., et al.
         Civil Action No. WMN-02-3276

Dear Judge Nickerson:

    I represent Isaias Tessema, M.D. and Denise VanMeter, R.N., two of the Defendants in this matter, and am writing on behalf of all the parties, whose counsel have seen and approved this letter.

    The parties are seeking clarification of whether the trial of this matter will be a jury trial or bench trial. The Scheduling Order in this matter refers to a jury trial, and mandates the filing of voir dire and jury instructions at the time of the Pretrial Conference on September 27, 2004, but no party has requested a jury trial, and it is the understanding and expectation of each of the parties that there is to be a bench trial. We are seeking your guidance so as to avoid any confusion at the Pretrial Conference and forestall the unnecessary summoning of potential jurors.

    Along the same lines, the Scheduling Order refers to the filing of a Pretrial Order five days prior to the Pretrial Conference, but Local Rule 106.1 states that Pretrial Orders are not mandatory in prisoner rights cases such as this. Here, too, the parties are seeking your guidance as to whether we must file a Pretrial Order.

    The Scheduling Order also requires the Plaintiff to serve his list of documentary and physical evidence on September 20, 2004, and the Defendants to do so on September 27, 2004. The parties, however, would like to exchange these lists on different dates; in particular, Plaintiff would like to serve his list of documentary and physical evidence on September 27, 2004, and the Defendants would like to serve their lists of documentary and

The Honorable William M. Nickerson,
United States District Judge
September 17, 2004
Page 2

physical evidence on October 1, 2004.  We are seeking your guidance as to whether this proposed schedule is acceptable to the Court.

The parties also are seeking your guidance as to whether the Court will have the opportunity to rule upon the open dispositive motions prior to the trial.

Thank you for your attention to this matter.

Very truly yours,


Michael I. Joseph

cc:  Colleen M. Mallon, Esquire (via facsimile only)
     Stephanie Lane-Weber, Esquire (via facsimile only)
     Clerk of the Court (via e-filing)