## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

September 21, 2004

To All Counsel of Record

Re: <u>Derek Simms v. Isaias Tessema, M.D., et al.</u>
Civil Action No. WMN-02-3276

Dear Counsel:

In regard to your letter of September 17, 2004, I am happy to clarify the Court's position and apologize for any unnecessary confusion that has been created.

The trial will be a bench trial. The form statement issued by the Court incorrectly referenced a jury trial. There is no need for a pre-trial order. The adjusted schedule of exhibits is accepted.

The Court will issue a ruling on the pending summary judgment motions early next week. In order to facilitate settlement negotiations for all parties, however, I will disclose that the forthcoming Order will grant the Correctional Defendants' Motion for Summary Judgment and will deny the Medical Defendants' Motion for Summary Judgment.

Notwithstanding the informal nature of this correspondence, it is an Order of the Court and will be docketed as such.

Sincerely,

\_\_\_\_\_/s/\_\_\_\_\_
William M. Nickerson
Senior United States District Judge

Cc:   Court file
      Magistrate Judge Grimm