LAW OFFICES
# ADELMAN, SHEFF & SMITH, LLC

TEL. (410) 224-3000
FAX. (301) 294-6406
www.hospitallaw.com

180 ADMIRAL COCHRANE DRIVE
SUITE 370
ANNAPOLIS, MARYLAND 21401

200-A MONROE STREET
SUITE 310
ROCKVILLE, MARYLAND 20850

Michael I. Joseph
Writer's E-Mail: mjoseph@hospitallaw.com

Please correspond to Annapolis Office

September 17, 2004

VIA E-FILING ONLY

The Honorable Paul W. Grimm
United States Magistrate Judge
U.S. District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:  Derek Simms v. Isaias Tessema, M.D., et al.
           Civil Action No. WMN-02-3276

Dear Judge Grimm:

    I represent Isaias Tessema, M.D. and Denise VanMeter, R.N., two of the Defendants in this matter, and I am writing in regard to the mediation scheduled to take place on Monday, September 27, 2004.

    Both Dr. Tessema and Ms. VanMeter work for, and are insured by, Prison Health Services. Jonessa Milliken, the Litigation Manager for Prison Health Services, is going to be in the State of Georgia next Monday attending a trial in another matter and will be unable to personally attend the mediation in Baltimore. However, I will have settlement authority at the mediation, and Ms. Milliken will be available by telephone throughout the day.

    Please let me know if this arrangement is acceptable.

                         Very truly yours,

                         /s/

                         Michael I. Joseph

cc:  Colleen M. Mallon, Esquire (via e-filing only)
      Stephanie Lane-Weber, Esquire (via e-filing only)
      Clerk of the Court (via e-filing only)