J. JOSEPH CURRAN, JR.
**Attorney General**



DONNA HILL STATON
MAUREEN M. DOVE
**Deputy Attorneys General**

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

410-576-6880
TELECOPIER NO.

410-576-6340
WRITER'S DIRECT DIAL NO.
E-Mail Address: slaneweber@oag.state.md.us

September 22, 2004

<u>By e-filing only</u>
The Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Re: *Derek Simms v. Isaias Tessema et al.,* Civil No. WMN-02-3276

Dear Judge Grimm:

I was pleased to see that Judge Nickerson will be granting the Correctional Defendants' motion for summary judgment early next week. Consequently, I believe that there is no basis for me to attend the settlement conference set up for this Monday. Therefore, I am asking to be excused from attending. If it would assist, however, I will gladly be available by telephone during the conference in the event that you need to contact me.

Thank you for your consideration.

Very truly yours,

/s/

Stephanie Lane-Weber
Attorney for the Correctional Defendants