```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

| | |
|---|---|
| DEREK L. SIMMS | : |
| | : |
| v. | : Civil No. WMN-02-3276 |
| | : |
| ISAIAS TESSEMA, M.D., et al. | : |
| | : |

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 27th day of September, 2004, by the United States District Court for the District of Maryland. ORDERED:

1. That Defendants Galley and Sondervan's Motion for Summary Judgment, Paper No. 46, is hereby GRANTED.

2. That Defendants Tessema and VanMeter's Motion for Summary Judgment, Paper No. 45, is hereby DENIED.

3. That the Clerk of the Court shall mail or transmit copies of the foregoing Memorandum and this Order to all counsel of record.

```
                          /s/
               William M. Nickerson
               Senior United States District Judge
```