IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT MOTION TO EXTEND DISMISSAL ORDER**

The parties to the above-captioned action, Plaintiff Derek L. Simms and Defendants Isaias Tessema, M.D. and Denise VanMeter, R.N., by their respective counsel, hereby jointly request that this Court enter an Order extending the Dismissal Order, which was entered on September 28, 2004 (Dkt. # 68). The parties seek an extension of the Dismissal Order because, although the parties have agreed to the terms of the Settlement Agreement and Release (the "Agreement"), additional time is necessary to obtain the parties' signatures on the Agreement.

WHEREFORE, the parties jointly request that this Court enter an Order extending the Dismissal Order by an additional fifteen (15) days, so that the parties shall have a total of 45 days from September 28, 2004, to move for good cause to reopen this action if settlement is not consummated.

-2-

Respectfully submitted,

___/s/ Colleen M. Mallon_____
Colleen M. Mallon
Federal Bar No.: 26967
Venable LLP
Two Hopkins Plaza, Suite #1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorney for Plaintiff Derek L. Simms*

and

___/s/ Michael I. Joseph_____
Michael I. Joseph
Federal Bar No.: 04612
Adelman, Sheff & Smith, LLC
180 Admiral Cochrane Drive, Suite 370
Annapolis, Maryland 21401
(410) 224-3000 (Annapolis area)

*Attorney for Defendants*
*Isaias Tessema, M.D. and*
*Denise VanMeter, R.N.*

-3-

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

It is this _____ day of October, 2004, upon consideration of the parties' Joint Motion to Extend Dismissal Order, hereby ordered and decreed that this Court's September 28, 2004, Dismissal Order (Dkt. # 68) shall be and hereby is extended by an additional fifteen (15) days, so that the parties shall have a total of 45 days from September 28, 2004, to move for good cause to reopen this action if settlement is not consummated.

**SO ORDERED:**

_____    _____
Date                              William M. Nickerson
                                  United States District Judge

BA2 #254339

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2004, a copy of the foregoing Joint Motion to Extend Dismissal Order was mailed via first class mail, postage prepaid, to Michael I. Joseph, Esq., Adelman, Sheff & Smith, LLC, 180 Admiral Cochrane Drive, Suite 370, Annapolis, Maryland 21401, Attorney for Defendants Isaias Tessema, M.D., and Denise VanMeter, R.N.

                                                                ___/s/ Colleen M. Mallon_____
                                                                  Colleen M. Mallon

BA2 #254339