IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SECOND JOINT MOTION TO EXTEND DISMISSAL ORDER

The parties to the above-captioned action, Plaintiff Derek L. Simms and Defendants Isaias Tessema, M.D. and Denise VanMeter, R.N., by their respective counsel, hereby jointly request that this Court enter a second Order extending the Dismissal Order, which was entered on September 28, 2004 (Dkt. # 68).

As this Court is aware, on October 26, 2004, the parties initially sough an extension of the Dismissal Order because, although the parties agreed to the terms of the Settlement Agreement and Release (the "Agreement"), additional time was necessary to obtain the parties' signatures on the Agreement. Due to certain unforeseen issues at the correctional facility in which the Plaintiff is housed, counsel for the Plaintiff has been unable to communicate with the Plaintiff regarding the Agreement. Counsel for the Plaintiff has been, and continues to be, diligently working with the correctional staff in order to arrange for a "telephone interview" with the Plaintiff (and to make the necessary arrangements for the presence of a notary who is onsite at the correctional facility), which hopefully will take

-2-

place this week. Because of such logistical problems, additional time is necessary to obtain the parties' signatures on the Agreement.

WHEREFORE, the parties jointly request that this Court enter a second Order extending the Dismissal Order by an additional fifteen (15) days, so that the parties shall have a total of 60 days from September 28, 2004, to move for good cause to reopen this action if settlement is not consummated.

Respectfully submitted,

__/s/ Colleen M. Mallon_____
Colleen M. Mallon
Federal Bar No.: 26967
Venable LLP
Two Hopkins Plaza, Suite #1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorney for Plaintiff Derek L. Simms*

and

___/s/ Michael I. Joseph_____
Michael I. Joseph
Federal Bar No.: 04612
Adelman, Sheff & Smith, LLC
180 Admiral Cochrane Drive, Suite 370
Annapolis, Maryland 21401
(410) 224-3000 (Annapolis area)

*Attorney for Defendants
Isaias Tessema, M.D. and
Denise VanMeter, R.N.*

BA2 #255213

-3-

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:02-cv-3276WMN |
| ISAIAS TESSEMA, M.D., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

It is this _____ day of November, 2004, upon consideration of the parties' Second Joint Motion to Extend Dismissal Order, hereby ordered and decreed that this Court's September 28, 2004, Dismissal Order (Dkt. # 68) shall be and hereby is extended by an additional fifteen (15) days, so that the parties shall have a total of 60 days from September 28, 2004, to move for good cause to reopen this action if settlement is not consummated.

**SO ORDERED:**

_____      _____
Date                William M. Nickerson
                    United States District Judge

BA2 #255213

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November, 2004, a copy of the foregoing Second Joint Motion to Extend Dismissal Order was mailed via first class mail, postage prepaid, to Michael I. Joseph, Esq., Adelman, Sheff & Smith, LLC, 180 Admiral Cochrane Drive, Suite 370, Annapolis, Maryland 21401, Attorney for Defendants Isaias Tessema, M.D., and Denise VanMeter, R.N.

                                                                     /s/ Colleen M. Mallon_____
                                                                   Colleen M. Mallon

BA2 #255213