IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEREK L. SIMMS

VS.                                          CASE No: 1:02-3276

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

SEP 26 2007

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

Tessema, et al.,

Motion To Reopen Above Case: 1:02-3276
And Motion To withdraw Settlement Agreement
with Motion To conjoin Above Case with
Case # WMN-07-2208

Respectfully Comes Now on this 20th day of Sept 2007
MR. DEREK L. Simms, with This motion to
Reopen above Case and to withdraw from
the settlement agreement, as reasons
That follows:

(1.) The said Medical Providers again do
Continues to violate my Rights as stated in
This case, as follows, in Case # WMN-07-2208.

(2) If I had known The said Medical providers
would Continue said violations, I would never
had agree to said agreement.

(3) I only have Low education and
Because of the extreme degree of
Suffering I was confused.

①

CASE NO: 1:02-3276

(4) This Case should be reopen because of my serious medical Conditions, I am continued being mistreated by the same medical providers.

(5.) It is greatly necessary to reopen this case, in addition to the settlement, I was not fully aware of Nor was I fully in understanding with the $15,000 prosecuting fees deducted from full payment. Even the I sign, I was not fully in agreement. If I had known The actual cost to my attorneys. I was understanding There would not be any fees deducted because The case was under Pro-Bono! My Attorneys confused me and this is my honest Statement.

(6.) I had ask my attorneys to reopen This case and They refused. However... I respectfully pray to reopen This case and Conjoin it with my New case-07-2208

(7.) I was extremely Sexual assaulted and The medical providers Continues to mock Threaten deprive and deny me medical Care and Supplies.

②

(8.) I would not had agreete said
Settlement If I knew the Medical
defendants would Continue niolating
my Ciril Rights on going So!

(9.) My life is in great danger and
the Medical providers are aware and
the cause. I am continuely being
mistrealed greatly.

(10.) Please Yous honor Reopen this
Case, this request is fais and just.


_Derek L. Sim_

Derek L. Simms
MCI-J #266549
P.O. Box 549
Jessup, MD. 20094

Certified Service
I certify on this _20th_ day Sept, 2007 a
copy of this motion was mail postage paid
to the defendant.

(3)