

Two Hopkins Plaza, Suite 1800  Telephone 410-244-7400  www.venable.com
Baltimore, Maryland 21201  Facsimile 410-244-7742

(410) 244-7893

September 28, 2007

**ELECTRONIC FILING**

The Honorable William M. Nickerson
United States District Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re: Derek L. Simms

Dear Judge Nickerson:

On September 26, 2007, I received electronic notice of a "Motion to Reopen Case, Motion to Withdraw Settlement Agreement, and Motion to Consolidate with WMN-07-2208," Dkt. No. 73, (the "Motion") filed by Derek L. Simms. I no longer represent Mr. Simms, and I have not had any communications with him about his Motion or requested relief.

I would like to address Mr. Simms' assertions set forth in paragraph five of the Motion that pertain to certain alleged actions undertaken by me and my law firm, Venable LLP ("Venable"), however, due to the confidential nature of the settlement reached by the parties I would need to furnish such information to Your Honor in camera or under seal. To the extent your Honor would like to see such information, please let me know and I would be happy to oblige.

Very truly yours,

Colleen M. Mallon

cc: Derek L. Simms (via regular mail)

BA2/326387