IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEREK L. SIMMS, #266549 | * |
| Plaintiff, | * |
| v. | *   Civil Action No. WMN-02-3276 |
| DR. ISAIAS TESSEMA, *et al.* | * |
| Defendants. | * |

* * * * * * * * *

**OPPOSITION TO MOTION TO REOPEN**

Isaias Tessema, M.D. and Denise VanMeter, R.N., two of the Defendants, by counsel, Michael I. Joseph and Adelman, Sheff & Smith, LLC, opposes Plaintiff's "Motion to Reopen Above Case 1:02-3276 and Motion to Withdraw Settlement Agreement with Motion to Conjoin Above Case with Case # WMN-07-2208," and in support thereof state as follows:

1.   This was a 42 U.S.C. § 1983 action in which Plaintiff, an inmate in the custody of the State of Maryland, alleged violations of the Eighth Amendment arising out of the medical treatment of his Crohn's Disease.

2.   With the assistance of Magistrate Judge Grimm, the parties settled this action in September 2004. Mr. Simms was represented by counsel at the settlement conference.

3.   Mr. Simms executed a Settlement Agreement and General Release on November 22, 2004. A copy is attached hereto.

4.   In consideration of Fifty-five Thousand Dollars ($55,000), Mr. Simms released Isaias Tessema, M.D. and Denise VanMeter, R.N., "and all other persons and entitied," from any all and claims, causes of action, *et cetera*,

>whether known or unknown, arising out of or relating to all matters set forth in the civil action known as <u>Derek L. Simms v. Isaias Tessema, M.D., et al.</u>, pending in the United States District Court for the District of Maryland as Civil Action No. WMN-02-3276, and/or arising out of or relating to the care and treatment of Derek L. Simms by Isaias G. Tessema, M.D. and Denise L. VanMeter, R.N. as of the date of final execution of this Settlement Agreement and General Release.

5. The Settlement Agreement and General Release also contained the following provision:

>The Parties acknowledge and agree that this Settlement Agreement and General Release is a full and final release of all claims and shall apply to all unknown and unanticipated injuries and damages resulting from said accident, casualty, or event, as well as to those now known or disclosed.

6. Finally, Mr. Simms agreed that he would

>not maintain any present or future action against Isaias G. Tessema, M.D., Denise L. VanMeter, R.N., or any other person or entity, for or on account of any injuries, damages, or expenses arising out of any and all matters set forth in the aforementioned civil action and/or arising out of the care and treatment of Derek L. Simms by Isaias G. Tessema, M.D. or Denise L. VanMeter, R.N. as of the date of the final execution of this Settlement Agreement and General Release.

7. The terms of the Settlement Agreement and General Release are unequivocal, and Mr. Simms was represented by counsel in negotiating the terms thereof.

8. Mr. Simms' dissatisfaction with the litigation costs he had to pay has nothing whatsoever to do with Defendants and Mr. Simms' agreement with them.

9. Mr. Simms has proffered no legitimate reason to discard the settlement and reopen this action.

10. There is no basis for consolidating this action with 07-2208, as the claims and defendants are different.

WHEREFORE, the premises considered, Isaias Tessema, M.D. and Denise VanMeter, R.N. pray that the Court deny Plaintiff's "Motion to Reopen Above Case 1:02-3276 and Motion to Withdraw Settlement Agreement with Motion to Conjoin Above Case with Case # WMN-07-2208."

Respectfully submitted,

ADLEMAN, SHEFF & SMITH, LLC

By:     /s/
Michael I. Joseph (Bar No. 04621)
180 Admiral Cochrane Drive
Suite 370
Annapolis, MD 21401
(410) 224-3000 (voice)
(301) 294-6406 (fax)

Counsel for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of October 2007, a copy of the foregoing Opposition was electronically filed and served on:

Derek L. Simms
MCI-J #266549
P.O. Box 549
Jessup, Maryland 20394

Colleen M. Mallon, Esquire
Venable LLP
Two Hopkins Plaza
Baltimore, Maryland 21201

Stephanie Lane-Weber, Esquire
Assistant Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD  21202

_____/s/_____
Michael I. Joseph