## SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Settlement Agreement and General Release is made as of October _____, 2004, by and among Isaias G. Tessema, M.D. and Denise L. VanMeter, R.N. on the one hand, and Derek L. Simms on the other hand (collectively the "Parties" and individually a "Party").

Isaias G. Tessema, M.D. and Denise L. VanMeter, R.N. agree to pay Derek L .Simms the total sum of Fifty-Five Thousand Dollars ($55,000.00) on or before October 28, 2004.

For and in consideration of the sum of Fifty-five Thousand Dollars ($55,000.00) (the "Settlement Funds"), the receipt of which is hereby acknowledged, the undersigned, Derek L. Simms, does for himself, and his heirs, executors and assigns, hereby fully and forever releases, acquits and discharges Isaias G. Tessema, M.D. and Denise L. VanMeter, R.N., their heirs, executors and assigns, *and all other persons and entities*, from any and all claims, debts, demands, damages, actions, causes of action, or suits of any kind or nature whatsoever, whether in law or in equity, whether known or unknown, arising out of or relating to all matters set forth in the civil action known as <u>Derek L. Simms v. Isaias Tessema, M.D., et al.</u>, pending in the United States District Court for the District of Maryland as Civil Action No. WMN-02-3276, and/or arising out of or relating to the care and treatment of Derek L. Simms by Isaias G. Tessema, M.D. and Denise L. VanMeter, R.N. as of the date of final execution of this Settlement Agreement and General Release.

Upon receipt of the Settlement Funds, Derek L. Simms hereby authorizes and instructs his attorneys to file with the Clerk of the Court for the United States District Court for the District of Maryland any and all notices, praecipes, or other papers necessary to affect the dismissal of the aforementioned civil action with prejudice. Derek L. Simms agrees to cooperate fully and execute

any and all supplementary documents and to take all additional actions which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Settlement Agreement and General Release.

It is understood and agreed to that the Parties are to bear their own costs, expenses and attorney's fees incurred with regard to the aforementioned civil action.

The Parties acknowledge and agree that this Settlement Agreement and General Release is a full and final release of all claims and shall apply to all unknown and unanticipated injuries and damages resulting from said accident, casualty, or event, as well as to those now known or disclosed.

The Parties understand and agree that the settlement evidenced by this Settlement Agreement and General Release is a compromise in settlement of disputed claims intended to terminate present or potential claims and avoid future litigation between the Parties. This settlement is not to be construed as an acknowledgment by any Party that any of the claims of the other are correct or an admission of any liability or wrongdoing on the part of Isaias G. Tessema, M.D. or Denise L. VanMeter, R.N.

Derek L. Simms covenants that he will not maintain any present or future action against Isaias G. Tessema, M.D., Denise L. VanMeter, R.N., or any other person or entity, for or on account of any injuries, damages, or expenses arising out of any and all matters set forth in the aforementioned civil action and/or arising out of the care and treatment of Derek L. Simms by Isaias G. Tessema, M.D. or Denise L. VanMeter, R.N. as of the date of the final execution of this Settlement Agreement and General Release. Derek L. Simms agrees to defend, indemnify and hold harmless Isaias G. Tessema, M.D. and Denise L. VanMeter, R.N. from and against any and

all claims by or on behalf of any other person as a result of or arising out of the matters set forth above.

Isaias G. Tessema, M.D. and Denise L. VanMeter, R.N. covenant that they will not maintain any present or future action against Derek L. Simms arising out of the filing of the aforementioned civil action and/or arising out of the care and treatment of Derek L. Simms by Isaias G. Tessema, M.D. or Denise L. VanMeter, R.N. as of the date of the final execution of this Settlement Agreement and General Release.

Derek L. Simms covenants that he and his attorneys will keep all terms of the settlement and this Settlement Agreement and General Release confidential and will maintain the secrecy of any documents containing information concerning such settlement and Settlement Agreement and General Release. Derek L. Simms and his attorneys shall not in any manner, directly or indirectly, transfer the documents, or copies of the documents, or communicate, orally or in writing, any of the facts contained in the documents or communications regarding the settlement or Settlement Agreement and General Release to any persons.

Derek L. Simms acknowledges and agrees that knowledge of this settlement among the inmate population at Western Correction Institution would cause immediate and irreparable harm to Isaias G. Tessema, M.D. and Denise L. VanMeter, R.N. Accordingly, Derek L. Simms further acknowledges and agrees that neither he, nor his attorneys, will disclose even the mere fact of the settlement of his lawsuit against Isaias G. Tessema, M.D. and Denise L. VanMeter, R.N. to any past, present, or future inmate of Western Correctional Institution. Derek L. Simms and his attorneys will only disclose information concerning this settlement and Settlement Agreement and General Release to the extent required by law.

IN WITNESS WHEREOF, the undersigned Parties have executed this Settlement Agreement and General Release on the day and year first above written.

_Cynthia S. McFarlane 11-22-04_
_notary expires 4-1-2006_
Witness

_Derek L Simms_ 11-22-04
(SEAL)
Derek L. Simms

_Diane L Conrad_
Witness

_____ 3/3/05
(SEAL)
Isaias G. Tessema, M.D.

_Diane L Conrad_
Witness

_VanMeter_ 2/2/05
(SEAL)
Denise L. VanMeter, R.N.