IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK L. SIMMS | : | |
| Plaintiff | : | |
| v | : | Civil Action No.: WMN-02-3276 |
| DR. ISAIAS TESSEMA, et al. | : | |
| Defendants | : | |

. . . . . . . .o0o. . . . . . . .

**ORDER**

Pending in this case is Plaintiff's Motion to Reopen and Withdraw Settlement Agreement.  Paper No. 73.  The motion has been opposed by Defendants.  Paper No. 75.

This case was settled on November 22, 2004.  *Id*. at Ex. 1.  Plaintiff agreed to accept the sum of $55,000 in exchange for dismissing his claims against Defendants.  *Id*.  His Motion to Reopen seeks to consolidate a newly-filed complaint with this case, set aside the settlement agreement and begin the litigation anew.  Paper No. 73.  In his newly filed complaint Plaintiff claims damages based on the acts and omissions of different medical care professionals which occurred in 2007.  *See Simms v. Vicnhmc,* Civil Action No. WMN-07-2208 (D. Md. 2007).  No answer has been filed in that case.

The Motion to Reopen and Withdraw Settlement Agreement will be denied.  Plaintiff was represented by counsel in settlement negotiations and has not presented any evidence that his new claims against different defendants concerning a different period of time would be more appropriately considered in the context of this case.

Accordingly, IT IS this 10th day of October, 2007, by the United States District Court for the District of Maryland, hereby ORDERED that:

   1.   Plaintiff's Motion to Reopen and to Withdraw Settlement Agreement, IS

      DENIED; and

2.      The Clerk SHALL MAIL a copy of this Order to Plaintiff and SHALL PROVIDE a copy to counsel.

/s/

_____
William M. Nickerson
Senior United States District Judge