The United States District Court For MD

page 1.



10-06-2007
DATE

Simms vs. Tessema et al
Case No: 1:02-CV-3276

To: The honorable Judge, William M. Nickerson

"Your honor" Judge Nickerson,

"Sir"... I understand I did sign the said agreement.

But if I was inform, Told, and or known, by my attorney's, That I did not have to agree to the deducted reimbursement, To the firm- Venable for Fee's incurred in prosecuting this case on my behalf. I would not had agree to the costs. Because to the best of my understanding, This case was to be prosecuted "Pro Bono" et al., I had ask my attorneys about This Pro Bono, Concerning me calling my attorney a lot, My attorney told me not to worry about it. I was lead to believe by signing the agreement was the only way I would be awarded in this case. Come Now... I learn I did not have to agree, and that I could had went to Trial, and I later learn, had I did not sign, I would get my full awards in this case, as I wants Now.