IN THE UNITED STATES DISTRICT COURT FOR MD.

Derek L. Simms

V.S.

Venable Law Firm et al.,

RECEIVED

OCT 23 2007

Case NO: 1:02-CV-3276

SENIOR JUDGE WILLIAM M. NICKERSON

FILED _____ ENTERED
LODGED _____ RECEIVED

OCT 2 4 2007

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____

DEPUTY

Motion To be Reimburs $11,830.⁵⁵
And Motion To withdraw This part of
Settlement agreement and request a hearing

Respectfully Comes, Mr. Derek L. Simms
on This 15 day OCT, 2007. Praying for the
relief stated in This complaint/Claim-
with This motion to be Reimburs $11,830.⁵⁵
and motion to withdraw This part of Settlement
agreement and pray for a hearing?

See as follows:

Your honor, will you please grant
me a hearing and an order "Venable"
"Law Firm" to reimburs me $11,830.⁵⁵
for reason's as stated herein,

Now prayed:

Derek L. Simms
MCI-J #266549
P.O. Box 549
Jessup, MD. 20794

1. This honorable Court failed to address the genuine issues of facts concerning the violation of plaintiff pro-Bono clause in this case.
   Because the attorney's: Venable Law firm was given to the plaintiff under the Pro Bono requirments. And the said attorney's represented Mr. Simms under the pro Bono privileges...
   The Law firm should not had deducted any money's from the settlement in this case, Because they where ordered to represent plaintiff, free of all charges. This information was not made available to Mr. Simms, by his attorney's during the prosecution of this case... ▨ In fact... Said attorney's mislead and withheld information from him, So they could deduct money's from him in the settlement. Had plaintiff knew, if he did not agree to the settlement deduction of $11,830.⁵⁵ plaintiff would Still get the full settlement award in the sum of $55,000.⁰⁰
   Therefore Plaintiff Should be allow to withdraw in part, from the settlement agreement concerning the attorney's deductions of $11,830.⁵⁵ and said Law firm ordered to reimburs Plaintiff the deducted cost fee's Stated in this case!

2. The settlement deduction my attorney's took, was done so, Into a scheme to get plaintiff to sign the agreement and not informing plaintiff he did not had to sign the paper, But rushed to the settlement without informing plaintiff his rights under the pro-Bono clause in this case. My attorney's had me to believe the only way I would get my award in this case I had to sign the agreement. I would Not had sign the paper had I known different.

3. In late spring 2006, I did speak with the attorney that represented me in This case concerning the pro Bono issue and reimbursing me $11,830.55 because I was misleaded and Now understand, I should have had the full opportunity and information concerning, I did not need to agree to get the full reward. Accordingly... I pray This honorable court look near into the part, where I was not inform I did not have to agree to the settlement part of attorney cost is to get my full reward — in This case. Said attorney's knew I did not have to agree, and fail to inform me. Had I was inform, I would not had sign the paper. And I should be allow to withdraw that part of The settlement. In all fairness to all the pain and suffering I was extremely under over the years!

Particularly... Said attorney's knew There would be cost's when They took my case pro Bono... I was told all during The case not to worry about any cost's ... But when The settlement time came to sign, I was told to comply in order to receive said award. Now I learn different. I learn I did not have to agree, And now pray to be granted The relief prayed in This case. Now it become an infliction of deliberate — Indifference Towards me, by said attorney's etal, Their failure to inform me of different conditions to The agreement, Not explain I had a choice not to agree, I would not had sign.

4. (illegible) justice, because Lawyer's with their extreme High education, should Not be allowed to Garinish relief granted to be for my pain and suffering in the developments of the violation of my Rights.

I should Not had been allow to sign said agreement because I was mentally, Confused and being Treated for deep depression, and under mental doctors Care and taking medications for my mental state! the Law firm never consider these facts and did Not care if I was legally able mentally to sign or agree to said settlement in part, Attorneys should had gotten my mental doctors opinions Before allowing me to sign the paper in this case.

5. There is controversy issues here, because This case was "Pro Bono" and any Cost's was apart of representing me, and part of settlement Status—should be mailed and Law firm "Venable" be ordered to reimburse MR, Simms #11,830.55 This instant relief as prayed.
Please Notice on the Attorneys Cost List print out pages, the Court will Notice the Topping States: Representation of Derek L. Simms pro Bono Clearly you will see Topping of said pages enclosed stating: V B H pro Bono Service, Attorneys own proof I am Right in This claim and request a Hearing in This complaint please? Enclosed is the Law firm Exhibit "1 7 pages for your hand to review and Consider in MR, Simms favor!

Derek L Simms
10-15-2007

Certificate of Service

I hereby Certify a copy of the forgoing Motion to be Reimburs $11,830.⁰⁰ and motion to withdraw this part of Settlement agreement and praya hearing - was mailed postage paid to

Venable Law Firm et al.,
2 - Hopkins Plaza, Suite 1800
Baltimore, MD. 21201

on This 15ᵀʰ day OCT, 2007

Derek L Simms #266549