Report Run: 9/13/2007 3:13:33PM
By: FACHLER, BRUCE J.

Case 1:02-cv-03276-WMN     Document 78-2     Filed 10/24/2007     Page 1 of 7

Page 1 of 7

Costs Listing

ProVantage WIP 11

VENABLE LAW FIRM

**Cost Type**

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|

## 9997 / 190184  VBH PROBONO SERVICE / REPRESENTATION OF DEREK L. SIMMS (PRO BONO)

**COMMERCIAL MESSENGER**

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|
| | CSS | 9/12/2003 | 9/5/2003 | COMMERCIAL MESSENGER | 865.00 | 0.01 | 8.65 | History | | 10233934 |
| | CSS | 10/9/2003 | 9/12/2003 | COMMERCIAL MESSENGER | 1.00 | 7.47 | 7.47 | History | | 10315104 |
| | CSS | 9/22/2003 | 9/15/2003 | COMMERCIAL MESSENGER | 1.00 | 42.00 | 42.00 | History | | 10252130 |
| | CSS | 10/1/2003 | 9/26/2003 | COMMERCIAL MESSENGER | 865.00 | 0.01 | 8.65 | History | | 10287206 |
| | CSS | 11/7/2003 | 11/5/2003 | COMMERCIAL MESSENGER | 1,803.00 | 0.01 | 18.03 | History | | 10418246 |
| | CSS | 2/27/2004 | 2/20/2004 | COMMERCIAL MESSENGER | 602.00 | 0.01 | 6.02 | History | | 10770645 |
| | CSS | 4/23/2004 | 4/22/2004 | COMMERCIAL MESSENGER | 353.00 | 0.01 | 3.53 | History | | 10964473 |
| | CSS | 5/2/2004 | 4/29/2004 | COMMERCIAL MESSENGER | 605.00 | 0.01 | 6.05 | History | | 10995622 |
| | CSS | 6/18/2004 | 5/28/2004 | COMMERCIAL MESSENGER | 1.00 | 6.09 | 6.09 | History | | 11152257 |
| | CSS | 7/9/2004 | 7/1/2004 | COMMERCIAL MESSENGER | 918.00 | 0.01 | 9.18 | History | | 11214042 |
| **Totals for COMMERCIAL MESSENGER** | | | | | **6,014.00** | | **115.67** | | | |

**COMMERCIAL MESSENGER / DELIVERY SERVICES**

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|
| CGA01 | | 7/29/2004 | 7/21/2004 | COMMERCIAL MESSENGER | 1.00 | 6.17 | 6.17 | History | | 11342998 |
| TJK03 | | 9/23/2004 | 9/22/2004 | COMMERCIAL MESSENGER | 1.00 | 6.22 | 6.22 | History | | 11542101 |
| TJK03 | | 10/1/2004 | 9/30/2004 | COMMERCIAL MESSENGER | 1.00 | 7.22 | 7.22 | History | | 11570973 |
| LDL01 | | 11/8/2004 | 10/4/2004 | COMMERCIAL MESSENGER | 1.00 | 17.27 | 17.27 | History | | 11696796 |
| TJK03 | | 10/29/2004 | 10/28/2004 | COMMERCIAL MESSENGER | 1.00 | 6.28 | 6.28 | History | | 11661832 |
| LDL01 | | 11/22/2004 | 11/10/2004 | COMMERCIAL MESSENGER | 1.00 | 6.37 | 6.37 | History | | 11742259 |
| TJK03 | | 11/12/2004 | 11/11/2004 | COMMERCIAL MESSENGER | 1.00 | 6.37 | 6.37 | History | | 11711999 |
| LDL01 | | 12/16/2004 | 11/22/2004 | COMMERCIAL MESSENGER | 1.00 | 0.00 | 0.00 | History | | 11816713 |
| TJK03 | | 12/4/2004 | 12/3/2004 | COMMERCIAL MESSENGER | 1.00 | 0.00 | 0.00 | History | | 11782466 |
| TJK03 | | 12/4/2004 | 12/3/2004 | COMMERCIAL MESSENGER | 1.00 | 0.00 | 0.00 | History | | 11782468 |
| LDL01 | | 1/26/2005 | 12/3/2004 | COMMERCIAL MESSENGER | 1.00 | 0.00 | 0.00 | History | | 11893606 |
| TJK03 | | 2/24/2005 | 2/23/2005 | COMMERCIAL MESSENGER | 1.00 | 0.00 | 0.00 | History | | 12028292 |
| **Totals for COMMERCIAL MESSENGER / DELIVERY SERVICES** | | | | | **12.00** | | **55.90** | | | |

**COPY OF**

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|
| CRW03 | | 11/30/2004 | 9/18/2003 | COPY OF | 1.00 | 28.32 | 28.32 | History | | 11761114 |
| | CSS | 1/8/2004 | 1/8/2004 | COPY OF | 1.00 | 77.11 | 77.11 | History | | 10597579 |
| **Totals for COPY OF** | | | | | **2.00** | | **105.43** | | | |

**DEPOSITION SERVICES**

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|
| | CSS | 5/4/2004 | 5/4/2004 | DEPOSITION SERVICES | 1.00 | 1,107.25 | 1,107.25 | History | | 11004841 |
| | CSS | 6/1/2004 | 5/31/2004 | DEPOSITION SERVICES | 1.00 | 107.80 | 107.80 | History | | 11090859 |
| | CSS | 6/9/2004 | 6/9/2004 | DEPOSITION SERVICES | 1.00 | 600.00 | 600.00 | History | | 11120008 |
| | CSS | 6/24/2004 | 6/24/2004 | DEPOSITION SERVICES | 1.00 | 141.20 | 141.20 | History | | 11168730 |
| **Totals for DEPOSITION SERVICES** | | | | | **4.00** | | **1,956.25** | | | |

**EXPERT FEES**

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|
| | CSS | 9/30/2003 | 9/30/2003 | EXPERT FEES | 1.00 | 300.00 | 300.00 | History | | 10281887 |
| | CSS | 3/18/2004 | 3/18/2004 | EXPERT FEES | 1.00 | 1,950.00 | 1,950.00 | History | | 10841097 |
| | CSS | 7/12/2004 | 7/12/2004 | EXPERT FEES | 1.00 | 1,425.00 | 1,425.00 | History | | 11216309 |
| **Totals for EXPERT FEES** | | | | | **3.00** | | **3,675.00** | | | |

EXHIBIT 4

Report Run: 9/13/2007  3:15:35PM
By: FACHLER, BRUCE J.

Case 1:02-cv-03276-WMN     Document 78-2     Filed 10/24/2007     Page 2 of 7

Costs Listing

Page 2 of 7
ProVantage WIP 11

## Cost Type

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|

**)9997 / 190184  VBH PROBONO SERVICE / REPRESENTATION OF DEREK L. SIMMS (PRO BONO)  (Cont.)**

### INTERNAL REPRODUCTION COSTS

| | Entered By | Entry Date | Tran. Date | Cost Type | | | Amount | Status | | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|
| | CSS | 6/16/2003 | 6/3/2003 | INTERNAL REPRODUCTION COSTS 415.00 0.20 | | | 83.00 | History | | 9959167 |
| | CSS | 7/1/2003 | 6/26/2003 | INTERNAL REPRODUCTION COSTS 17.00 0.20 | | | 3.40 | History | | 10008478 |
| | CSS | 7/15/2003 | 7/10/2003 | INTERNAL REPRODUCTION COSTS 8.00  0.20 | | | 1.60 | History | | 10020382 |
| | CSS | 7/26/2003 | 7/25/2003 | INTERNAL REPRODUCTION COSTS 7.00  0.20 | | | 1.40 | History | | 10088513 |
| | CSS | 9/9/2003 | 9/5/2003 | INTERNAL REPRODUCTION COSTS 11.00 0.20 | | | 2.20 | History | | 10219658 |
| | CSS | 9/9/2003 | 9/5/2003 | INTERNAL REPRODUCTION COSTS 51.00 0.20 | | | 10.20 | History | | 10219659 |
| | CSS | 9/12/2003 | 9/11/2003 | INTERNAL REPRODUCTION COSTS 48.00 0.20 | | | 9.60 | History | | 10233449 |
| | CSS | 9/13/2003 | 9/12/2003 | INTERNAL REPRODUCTION COSTS 36.00 0.20 | | | 7.20 | History | | 10240342 |
| | CSS | 9/13/2003 | 9/12/2003 | INTERNAL REPRODUCTION COSTS 9.00  0.20 | | | 1.80 | History | | 10240343 |
| | CSS | 9/13/2003 | 9/12/2003 | INTERNAL REPRODUCTION COSTS 42.00 0.20 | | | 8.40 | History | | 10240344 |
| | CSS | 9/13/2003 | 9/12/2003 | INTERNAL REPRODUCTION COSTS 1,583.00 0.20 | | | 316.60 | History | | 10240345 |
| | CSS | 9/16/2003 | 9/13/2003 | INTERNAL REPRODUCTION COSTS 320.00 0.20 | | | 64.00 | History | | 10244441 |
| | CSS | 9/16/2003 | 9/15/2003 | INTERNAL REPRODUCTION COSTS 49.00 0.20 | | | 9.80 | History | | 10244442 |
| | CSS | 9/23/2003 | 9/18/2003 | INTERNAL REPRODUCTION COSTS 99.00 0.20 | | | 19.80 | History | | 10258216 |
| | CSS | 9/23/2003 | 9/18/2003 | INTERNAL REPRODUCTION COSTS 830.00 0.20 | | | 166.00 | History | | 10258217 |
| | CSS | 9/23/2003 | 9/22/2003 | INTERNAL REPRODUCTION COSTS 32.00 0.20 | | | 6.40 | History | | 10259108 |
| | CSS | 9/23/2003 | 9/22/2003 | INTERNAL REPRODUCTION COSTS 1.00  0.20 | | | 0.20 | History | | 10259109 |
| | CSS | 9/27/2003 | 9/26/2003 | INTERNAL REPRODUCTION COSTS 45.00 0.20 | | | 9.00 | History | | 10276860 |
| | CSS | 9/27/2003 | 9/26/2003 | INTERNAL REPRODUCTION COSTS 1.00  0.20 | | | 0.20 | History | | 10276861 |
| | CSS | 9/27/2003 | 9/26/2003 | INTERNAL REPRODUCTION COSTS 14.00 0.20 | | | 2.80 | History | | 10276862 |
| | CSS | 9/27/2003 | 9/26/2003 | INTERNAL REPRODUCTION COSTS 14.00 0.20 | | | 2.80 | History | | 10276863 |
| | CSS | 10/5/2003 | 10/2/2003 | INTERNAL REPRODUCTION COSTS 2.00  0.20 | | | 0.40 | History | | 10301266 |
| | CSS | 10/5/2003 | 10/3/2003 | INTERNAL REPRODUCTION COSTS 8.00  0.20 | | | 1.60 | History | | 10302861 |
| | CSS | 11/6/2003 | 11/5/2003 | INTERNAL REPRODUCTION COSTS 234.00 0.20 | | | 46.80 | History | | 10415123 |
| | CSS | 11/6/2003 | 11/5/2003 | INTERNAL REPRODUCTION COSTS 206.00 0.20 | | | 41.20 | History | | 10415124 |
| | CSS | 11/6/2003 | 11/5/2003 | INTERNAL REPRODUCTION COSTS 1,310.00 0.20 | | | 262.00 | History | | 10415125 |
| | CSS | 11/19/2003 | 11/18/2003 | INTERNAL REPRODUCTION COSTS 128.00 0.20 | | | 25.60 | History | | 10456180 |
| | CSS | 11/21/2003 | 11/19/2003 | INTERNAL REPRODUCTION COSTS 6.00  0.20 | | | 1.20 | History | | 10463186 |
| | CSS | 11/27/2003 | 11/26/2003 | INTERNAL REPRODUCTION COSTS 27.00 0.20 | | | 5.40 | History | | 10489291 |
| | CSS | 11/27/2003 | 11/26/2003 | INTERNAL REPRODUCTION COSTS 9.00  0.20 | | | 1.80 | History | | 10489292 |
| | CSS | 11/27/2003 | 11/26/2003 | INTERNAL REPRODUCTION COSTS 1.00  0.20 | | | 0.20 | History | | 10489293 |
| | CSS | 1/19/2004 | 1/6/2004 | INTERNAL REPRODUCTION COSTS 4.00  0.20 | | | 0.80 | History | | 10624232 |
| | CSS | 2/10/2004 | 2/6/2004 | INTERNAL REPRODUCTION COSTS 5.00  0.20 | | | 1.00 | History | | 10711417 |
| | CSS | 2/10/2004 | 2/6/2004 | INTERNAL REPRODUCTION COSTS 61.00 0.20 | | | 12.20 | History | | 10711418 |
| | CSS | 2/28/2004 | 2/27/2004 | INTERNAL REPRODUCTION COSTS 3.00  0.20 | | | 0.60 | History | | 10777888 |
| | CSS | 3/4/2004 | 2/28/2004 | INTERNAL REPRODUCTION COSTS 24.00 0.20 | | | 4.80 | History | | 10790866 |
| | CSS | 3/4/2004 | 3/1/2004 | INTERNAL REPRODUCTION COSTS 3.00  0.20 | | | 0.60 | History | | 10790867 |
| | CSS | 3/4/2004 | 3/3/2004 | INTERNAL REPRODUCTION COSTS 22.00 0.20 | | | 4.40 | History | | 10793142 |
| | CSS | 3/20/2004 | 3/19/2004 | INTERNAL REPRODUCTION COSTS 1.00  0.20 | | | 0.20 | History | | 10850539 |
| | CSS | 3/24/2004 | 3/23/2004 | INTERNAL REPRODUCTION COSTS 1.00  0.20 | | | 0.20 | History | | 10859459 |
| | CSS | 3/24/2004 | 3/23/2004 | INTERNAL REPRODUCTION COSTS 17.00 0.20 | | | 3.40 | History | | 10859460 |
| | CSS | 3/24/2004 | 3/23/2004 | INTERNAL REPRODUCTION COSTS 16.00 0.20 | | | 3.20 | History | | 10859461 |
| | CSS | 3/24/2004 | 3/23/2004 | INTERNAL REPRODUCTION COSTS 26.00 0.20 | | | 5.20 | History | | 10859462 |
| | CSS | 3/24/2004 | 3/23/2004 | INTERNAL REPRODUCTION COSTS 1.00  0.20 | | | 0.20 | History | | 10859463 |
| | CSS | 4/1/2004 | 3/31/2004 | INTERNAL REPRODUCTION COSTS 6.00  0.20 | | | 1.20 | History | | 10890035 |
| | CSS | 4/1/2004 | 3/31/2004 | INTERNAL REPRODUCTION COSTS 6.00  0.20 | | | 1.20 | History | | 10890036 |
| | CSS | 4/6/2004 | 4/5/2004 | INTERNAL REPRODUCTION COSTS 236.00 0.20 | | | 47.20 | History | | 10906922 |
| | CSS | 4/7/2004 | 4/6/2004 | INTERNAL REPRODUCTION COSTS 108.00 0.20 | | | 21.60 | History | | 10910760 |
| | CSS | 4/7/2004 | 4/6/2004 | INTERNAL REPRODUCTION COSTS 28.00 0.20 | | | 5.60 | History | | 10910761 |
| | CSS | 4/14/2004 | 4/13/2004 | INTERNAL REPRODUCTION COSTS 6.00  0.20 | | | 1.20 | History | | 10931702 |
| | CSS | 4/23/2004 | 4/22/2004 | INTERNAL REPRODUCTION COSTS 285.00 0.20 | | | 57.00 | History | | 10963659 |
| | CSS | 4/23/2004 | 4/22/2004 | INTERNAL REPRODUCTION COSTS 3.00  0.20 | | | 0.60 | History | | 10963660 |
| | CSS | 4/28/2004 | 4/27/2004 | INTERNAL REPRODUCTION COSTS 4.00  0.20 | | | 0.80 | History | | 10978695 |
| | CSS | 4/28/2004 | 4/27/2004 | INTERNAL REPRODUCTION COSTS 8.00  0.20 | | | 1.60 | History | | 10978696 |
| | CSS | 4/29/2004 | 4/28/2004 | INTERNAL REPRODUCTION COSTS 28.00 0.20 | | | 5.60 | History | | 10982649 |
| | CSS | 4/30/2004 | 4/29/2004 | INTERNAL REPRODUCTION COSTS 19.00 0.20 | | | 3.80 | History | | 10987432 |

By: FACHLER, BRUCE J.

Costs Listing

## Cost Type

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|

**99997 / 190184  VBH PROBONO SERVICE / REPRESENTATION OF DEREK L. SIMMS (PRO BONO)  (Cont.)**

### INTERNAL REPRODUCTION COSTS  (Cont.)

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CSS | 5/6/2004 | 5/3/2004 | INTERNAL REPRODUCTION COSTS | 40.00 | 0.20 | | 8.00 | History | | 11005815 |
| | CSS | 5/6/2004 | 5/3/2004 | INTERNAL REPRODUCTION COSTS | 6.00 | 0.20 | | 1.20 | History | | 11005816 |
| | CSS | 5/12/2004 | 5/11/2004 | INTERNAL REPRODUCTION COSTS | 6.00 | 0.20 | | 1.20 | History | | 11026868 |
| | CSS | 5/13/2004 | 5/12/2004 | INTERNAL REPRODUCTION COSTS | 48.00 | 0.20 | | 9.60 | History | | 11030220 |
| | CSS | 5/13/2004 | 5/12/2004 | INTERNAL REPRODUCTION COSTS | 4.00 | 0.20 | | 0.80 | History | | 11030221 |
| | CSS | 5/13/2004 | 5/12/2004 | INTERNAL REPRODUCTION COSTS | 20.00 | 0.20 | | 4.00 | History | | 11030222 |
| | CSS | 5/18/2004 | 5/14/2004 | INTERNAL REPRODUCTION COSTS | 12.00 | 0.20 | | 2.40 | History | | 11045067 |
| | CSS | 5/21/2004 | 5/20/2004 | INTERNAL REPRODUCTION COSTS | 76.00 | 0.20 | | 15.20 | History | | 11056804 |
| | CSS | 5/25/2004 | 5/24/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | | 0.20 | History | | 11068843 |
| | CSS | 6/4/2004 | 6/2/2004 | INTERNAL REPRODUCTION COSTS | 7.00 | 0.20 | | 1.40 | History | | 11104969 |
| | CSS | 6/4/2004 | 6/2/2004 | INTERNAL REPRODUCTION COSTS | 7.00 | 0.20 | | 1.40 | History | | 11104970 |
| | CSS | 6/10/2004 | 6/9/2004 | INTERNAL REPRODUCTION COSTS | 54.00 | 0.20 | | 10.80 | History | | 11123354 |
| | CSS | 6/15/2004 | 6/14/2004 | INTERNAL REPRODUCTION COSTS | 3.00 | 0.20 | | 0.60 | History | | 11138914 |
| | CSS | 6/22/2004 | 6/18/2004 | INTERNAL REPRODUCTION COSTS | 33.00 | 0.20 | | 6.60 | History | | 11161599 |
| | CSS | 6/22/2004 | 6/18/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | | 0.20 | History | | 11161600 |
| | CSS | 7/3/2004 | 7/1/2004 | INTERNAL REPRODUCTION COSTS | 408.00 | 0.20 | | 81.60 | History | | 11207122 |
| | CSS | 7/3/2004 | 7/1/2004 | INTERNAL REPRODUCTION COSTS | 2.00 | 0.20 | | 0.40 | History | | 11207123 |
| | CSS | 7/3/2004 | 7/1/2004 | INTERNAL REPRODUCTION COSTS | 4.00 | 0.20 | | 0.80 | History | | 11207124 |
| | CSS | 7/3/2004 | 7/1/2004 | INTERNAL REPRODUCTION COSTS | 2.00 | 0.20 | | 0.40 | History | | 11207125 |
| | CSS | 7/3/2004 | 7/1/2004 | INTERNAL REPRODUCTION COSTS | 286.00 | 0.20 | | 57.20 | History | | 11207126 |
| | CSS | 7/13/2004 | 7/11/2004 | INTERNAL REPRODUCTION COSTS | 67.00 | 0.20 | | 13.40 | History | | 11216742 |
| | CGA01 | 7/29/2004 | 7/21/2004 | INTERNAL REPRODUCTION COSTS | 2.00 | 0.20 | | 0.40 | History | | 11336923 |
| | CGA01 | 7/29/2004 | 7/21/2004 | INTERNAL REPRODUCTION COSTS | 26.00 | 0.20 | | 5.20 | History | | 11336924 |
| | CGA01 | 7/29/2004 | 7/21/2004 | INTERNAL REPRODUCTION COSTS | 10.00 | 0.20 | | 2.00 | History | | 11336925 |
| | CGA01 | 7/29/2004 | 7/21/2004 | INTERNAL REPRODUCTION COSTS | 88.00 | 0.20 | | 17.60 | History | | 11336926 |
| | CGA01 | 7/29/2004 | 7/21/2004 | INTERNAL REPRODUCTION COSTS | 4.00 | 0.20 | | 0.80 | History | | 11336927 |
| | CGA01 | 7/29/2004 | 7/21/2004 | INTERNAL REPRODUCTION COSTS | 7.00 | 0.20 | | 1.40 | History | | 11336928 |
| | CGA01 | 7/29/2004 | 7/21/2004 | INTERNAL REPRODUCTION COSTS | 82.00 | 0.20 | | 16.40 | History | | 11336929 |
| | CGA01 | 7/29/2004 | 7/21/2004 | INTERNAL REPRODUCTION COSTS | 6.00 | 0.20 | | 1.20 | History | | 11336930 |
| | CGA01 | 7/29/2004 | 7/21/2004 | INTERNAL REPRODUCTION COSTS | 6.00 | 0.20 | | 1.20 | History | | 11336931 |
| | CGA01 | 7/29/2004 | 7/21/2004 | INTERNAL REPRODUCTION COSTS | 10.00 | 0.20 | | 2.00 | History | | 11336932 |
| | CGA01 | 7/29/2004 | 7/22/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | | 0.20 | History | | 11337949 |
| | CGA01 | 7/29/2004 | 7/22/2004 | INTERNAL REPRODUCTION COSTS | 248.00 | 0.20 | | 49.60 | History | | 11337950 |
| | CGA01 | 7/29/2004 | 7/23/2004 | INTERNAL REPRODUCTION COSTS | 262.00 | 0.20 | | 52.40 | History | | 11339625 |
| | CGA01 | 7/29/2004 | 7/23/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | | 0.20 | History | | 11339627 |
| | CGA01 | 7/29/2004 | 7/26/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | | 0.20 | History | | 11339623 |
| | CGA01 | 7/29/2004 | 7/26/2004 | INTERNAL REPRODUCTION COSTS | 267.00 | 0.20 | | 53.40 | History | | 11339624 |
| | CGA01 | 7/29/2004 | 7/26/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | | 0.20 | History | | 11339626 |
| | CGA01 | 8/17/2004 | 8/9/2004 | INTERNAL REPRODUCTION COSTS | 23.00 | 0.20 | | 4.60 | History | | 11397306 |
| | CGA01 | 8/23/2004 | 8/16/2004 | INTERNAL REPRODUCTION COSTS | 15.00 | 0.20 | | 3.00 | History | | 11413889 |
| | CGA01 | 8/23/2004 | 8/17/2004 | INTERNAL REPRODUCTION COSTS | 6.00 | 0.20 | | 1.20 | History | | 11414846 |
| | CGA01 | 8/25/2004 | 8/21/2004 | INTERNAL REPRODUCTION COSTS | 2.00 | 0.20 | | 0.40 | History | | 11423159 |
| | BJF01 | 9/10/2004 | 9/9/2004 | INTERNAL REPRODUCTION COSTS | 4.00 | 0.20 | | 0.80 | History | | 11497275 |
| | MFB02 | 9/15/2004 | 9/14/2004 | INTERNAL REPRODUCTION COSTS | 2.00 | 0.20 | | 0.40 | History | | 11516058 |
| | TJK03 | 9/23/2004 | 9/22/2004 | INTERNAL REPRODUCTION COSTS | 2.00 | 0.20 | | 0.40 | History | | 11541755 |
| | TJK03 | 9/25/2004 | 9/24/2004 | INTERNAL REPRODUCTION COSTS | 34.00 | 0.20 | | 6.80 | History | | 11552315 |
| | TJK03 | 9/25/2004 | 9/24/2004 | INTERNAL REPRODUCTION COSTS | 10.00 | 0.20 | | 2.00 | History | | 11552316 |
| | TJK03 | 9/25/2004 | 9/24/2004 | INTERNAL REPRODUCTION COSTS | 88.00 | 0.20 | | 17.60 | History | | 11552317 |
| | TJK03 | 10/1/2004 | 9/30/2004 | INTERNAL REPRODUCTION COSTS | 2.00 | 0.20 | | 0.40 | History | | 11570653 |
| | TJK03 | 10/6/2004 | 10/5/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | | 0.20 | History | | 11588204 |
| | TJK03 | 10/23/2004 | 10/22/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | | 0.20 | History | | 11645236 |
| | TJK03 | 10/23/2004 | 10/22/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | | 0.20 | History | | 11645237 |
| | TJK03 | 10/27/2004 | 10/26/2004 | INTERNAL REPRODUCTION COSTS | 4.00 | 0.20 | | 0.80 | History | | 11653671 |
| | TJK03 | 10/28/2004 | 10/27/2004 | INTERNAL REPRODUCTION COSTS | 10.00 | 0.20 | | 2.00 | History | | 11657776 |
| | TJK03 | 10/29/2004 | 10/28/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | | 0.20 | History | | 11661527 |
| | TJK03 | 11/9/2004 | 11/8/2004 | INTERNAL REPRODUCTION COSTS | 5.00 | 0.20 | | 1.00 | History | | 11700095 |

Report Run: 9/13/2007 3:15:35PM
By: FACHLER, BRUCE J.

Case 1:02-cv-03276-WMN    Document 78-2    Filed 10/24/2007    Page 4 of 7

Costs Listing

Page 4 of 7
ProVantage WIP 11

Cost Type

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|

**99997 / 190184  VBH PROBONO SERVICE / REPRESENTATION OF DEREK L. SIMMS (PRO BONO)  (Cont.)**

**INTERNAL REPRODUCTION COSTS  (Cont.)**

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|
| | TJK03 | 11/10/2004 | 11/9/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | 0.20 | History | | 11704063 |
| | TJK03 | 11/12/2004 | 11/11/2004 | INTERNAL REPRODUCTION COSTS | 1.00 | 0.20 | 0.20 | History | | 11711755 |
| | TJK03 | 11/12/2004 | 11/11/2004 | INTERNAL REPRODUCTION COSTS | 4.00 | 0.20 | 0.80 | History | | 11711756 |
| | TJK03 | 11/18/2004 | 11/17/2004 | INTERNAL REPRODUCTION COSTS | 2.00 | 0.20 | 0.40 | History | | 11730276 |
| | TJK03 | 11/19/2004 | 11/18/2004 | INTERNAL REPRODUCTION COSTS | 15.00 | 0.20 | 3.00 | History | | 11734407 |
| | CGA01 | 11/30/2004 | 11/23/2004 | INTERNAL REPRODUCTION COSTS | 3.00 | 0.20 | 0.60 | History | | 11762340 |
| | TJK03 | 12/4/2004 | 12/3/2004 | INTERNAL REPRODUCTION COSTS | 9.00 | 0.00 | 0.00 | History | | 11782176 |

Totals for INTERNAL REPRODUCTION COSTS      8,839.00      1,766.00

**LEGAL RESEARCH/WESTLAW**

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|
| | CSS | 7/28/2003 | 7/8/2003 | LEGAL RESEARCH/WESTLAW | 1.00 | 207.15 | 207.15 | History | | 10089215 |
| | CSS | 10/1/2003 | 9/20/2003 | LEGAL RESEARCH/WESTLAW | 1.00 | 55.79 | 55.79 | History | | 10287600 |
| | CSS | 4/21/2004 | 4/6/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 199.16 | 199.16 | History | | 10955710 |
| | CSS | 4/21/2004 | 4/8/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 154.92 | 154.92 | History | | 10955711 |
| | CSS | 5/11/2004 | 4/29/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 23.03 | 23.03 | History | | 11023739 |
| | CSS | 6/24/2004 | 6/18/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 52.79 | 52.79 | History | | 11168969 |
| | LDL01 | 8/2/2004 | 7/7/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 391.37 | 391.37 | History | | 11352213 |
| | LDL01 | 7/26/2004 | 7/11/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 397.48 | 397.48 | History | | 11304567 |
| | LDL01 | 7/26/2004 | 7/16/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 39.79 | 39.79 | History | | 11304613 |
| | LDL01 | 8/2/2004 | 7/18/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 74.65 | 74.65 | History | | 11352231 |
| | LDL01 | 8/2/2004 | 7/19/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 141.40 | 141.40 | History | | 11352245 |
| | LDL01 | 8/2/2004 | 7/20/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 129.42 | 129.42 | History | | 11352263 |
| | LDL01 | 8/2/2004 | 7/21/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 58.93 | 58.93 | History | | 11352280 |
| | LDL01 | 8/2/2004 | 7/21/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 2.03 | 2.03 | History | | 11352401 |
| | LDL01 | 8/25/2004 | 8/13/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 307.48 | 307.48 | History | | 11422167 |
| | LDL01 | 9/1/2004 | 8/16/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 86.72 | 86.72 | History | | 11456840 |
| | LDL01 | 9/30/2004 | 9/22/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 31.15 | 31.15 | History | | 11565117 |
| | LDL01 | 10/28/2004 | 9/29/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 41.71 | 41.71 | History | | 11658522 |
| | LDL01 | 11/16/2004 | 10/28/2004 | LEGAL RESEARCH/WESTLAW | 1.00 | 34.55 | 34.55 | History | | 11724224 |

Totals for LEGAL RESEARCH/WESTLAW      19.00      2,429.52

Case 1:02-cv-03276-WMN     Document 78-2     Filed 10/24/2007     Page 5 of 7

**Costs Listing**

Cost Type

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|----------|-----------|-----------|-----------|-----------|----------|------|--------|--------|---------|---------|

99997 / 190184  VBH PROBONO SERVICE / REPRESENTATION OF DEREK L. SIMMS (PRO BONO)  (Cont.)

LONG DISTANCE TELEPHONE

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|----------|-----------|-----------|-----------|-----------|----------|------|--------|--------|---------|---------|
| | CSS | 7/1/2003 | 5/28/2003 | LONG DISTANCE TELEPHONE 104.00 | | 0.01 | 1.04 | History | | 10010226 |
| | CSS | 6/27/2003 | 6/18/2003 | LONG DISTANCE TELEPHONE 109.00 | | 0.01 | 1.09 | History | | 9994363 |
| | CSS | 7/17/2003 | 6/26/2003 | LONG DISTANCE TELEPHONE 196.00 | | 0.01 | 1.96 | History | | 10024202 |
| | CSS | 8/26/2003 | 8/4/2003 | LONG DISTANCE TELEPHONE 62.00 | | 0.01 | 0.62 | History | | 10177529 |
| | CSS | 8/26/2003 | 8/4/2003 | LONG DISTANCE TELEPHONE 42.00 | | 0.01 | 0.42 | History | | 10177530 |
| | CSS | 9/9/2003 | 9/3/2003 | LONG DISTANCE TELEPHONE 47.00 | | 0.01 | 0.47 | History | | 10220656 |
| | CSS | 9/9/2003 | 9/4/2003 | LONG DISTANCE TELEPHONE 99.00 | | 0.01 | 0.99 | History | | 10220657 |
| | CSS | 9/9/2003 | 9/4/2003 | LONG DISTANCE TELEPHONE 99.00 | | 0.01 | 0.99 | History | | 10220658 |
| | CSS | 9/9/2003 | 9/4/2003 | LONG DISTANCE TELEPHONE 792.00 | | 0.01 | 7.92 | History | | 10220659 |
| | CSS | 9/9/2003 | 9/4/2003 | LONG DISTANCE TELEPHONE 148.00 | | 0.01 | 1.48 | History | | 10220660 |
| | CSS | 9/9/2003 | 9/5/2003 | LONG DISTANCE TELEPHONE 26.00 | | 0.01 | 0.26 | History | | 10220661 |
| | CSS | 9/12/2003 | 9/11/2003 | LONG DISTANCE TELEPHONE 25.00 | | 0.01 | 0.25 | History | | 10233226 |
| | CSS | 9/12/2003 | 9/11/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10233227 |
| | CSS | 9/12/2003 | 9/11/2003 | LONG DISTANCE TELEPHONE 26.00 | | 0.01 | 0.26 | History | | 10233228 |
| | CSS | 9/12/2003 | 9/11/2003 | LONG DISTANCE TELEPHONE 99.00 | | 0.01 | 0.99 | History | | 10233229 |
| | CSS | 9/12/2003 | 9/11/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10233230 |
| | CSS | 9/12/2003 | 9/11/2003 | LONG DISTANCE TELEPHONE 37.00 | | 0.01 | 0.37 | History | | 10233231 |
| | CSS | 9/13/2003 | 9/12/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10240114 |
| | CSS | 9/13/2003 | 9/12/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10240115 |
| | CSS | 9/13/2003 | 9/12/2003 | LONG DISTANCE TELEPHONE 26.00 | | 0.01 | 0.26 | History | | 10240116 |
| | CSS | 9/16/2003 | 9/15/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10244169 |
| | CSS | 9/16/2003 | 9/15/2003 | LONG DISTANCE TELEPHONE 97.00 | | 0.01 | 0.97 | History | | 10244170 |
| | CSS | 9/16/2003 | 9/15/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10244171 |
| | CSS | 9/17/2003 | 9/16/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10247187 |
| | CSS | 9/18/2003 | 9/17/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10250983 |
| | CSS | 9/18/2003 | 9/17/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10250984 |
| | CSS | 9/18/2003 | 9/17/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10250985 |
| | CSS | 9/18/2003 | 9/17/2003 | LONG DISTANCE TELEPHONE 37.00 | | 0.01 | 0.37 | History | | 10250986 |
| | CSS | 9/23/2003 | 9/22/2003 | LONG DISTANCE TELEPHONE 26.00 | | 0.01 | 0.26 | History | | 10258763 |
| | CSS | 9/23/2003 | 9/22/2003 | LONG DISTANCE TELEPHONE 26.00 | | 0.01 | 0.26 | History | | 10258764 |
| | CSS | 9/23/2003 | 9/22/2003 | LONG DISTANCE TELEPHONE 49.00 | | 0.01 | 0.49 | History | | 10258765 |
| | CSS | 9/25/2003 | 9/24/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10266312 |
| | CSS | 9/26/2003 | 9/25/2003 | LONG DISTANCE TELEPHONE 26.00 | | 0.01 | 0.26 | History | | 10270766 |
| | CSS | 10/5/2003 | 10/3/2003 | LONG DISTANCE TELEPHONE 73.00 | | 0.01 | 0.73 | History | | 10301961 |
| | CSS | 10/5/2003 | 10/3/2003 | LONG DISTANCE TELEPHONE 241.00 | | 0.01 | 2.41 | History | | 10301962 |
| | CSS | 10/5/2003 | 10/3/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10301963 |
| | CSS | 10/5/2003 | 10/3/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10301964 |
| | CSS | 10/5/2003 | 10/3/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10301965 |
| | CSS | 10/16/2003 | 10/15/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10337602 |
| | CSS | 10/28/2003 | 10/24/2003 | LONG DISTANCE TELEPHONE 13.00 | | 0.01 | 0.13 | History | | 10376310 |
| | CSS | 11/6/2003 | 11/5/2003 | LONG DISTANCE TELEPHONE 37.00 | | 0.01 | 0.37 | History | | 10414708 |
| | CSS | 11/21/2003 | 11/19/2003 | LONG DISTANCE TELEPHONE 11.00 | | 0.01 | 0.11 | History | | 10464014 |
| | CSS | 11/21/2003 | 11/20/2003 | LONG DISTANCE TELEPHONE 25.00 | | 0.01 | 0.25 | History | | 10464015 |
| | CSS | 11/21/2003 | 11/20/2003 | LONG DISTANCE TELEPHONE 97.00 | | 0.01 | 0.97 | History | | 10464016 |
| | CSS | 12/19/2003 | 12/18/2003 | LONG DISTANCE TELEPHONE 37.00 | | 0.01 | 0.37 | History | | 10555397 |
| | CSS | 1/19/2004 | 1/5/2004 | LONG DISTANCE TELEPHONE 20.00 | | 0.01 | 0.20 | History | | 10623891 |
| | CSS | 1/19/2004 | 1/5/2004 | LONG DISTANCE TELEPHONE 11.00 | | 0.01 | 0.11 | History | | 10623892 |
| | CSS | 1/22/2004 | 1/21/2004 | LONG DISTANCE TELEPHONE 85.00 | | 0.01 | 0.85 | History | | 10645138 |
| | CSS | 2/24/2004 | 2/20/2004 | LONG DISTANCE TELEPHONE 20.00 | | 0.01 | 0.20 | History | | 10756526 |
| | CSS | 2/25/2004 | 2/23/2004 | LONG DISTANCE TELEPHONE 11.00 | | 0.01 | 0.11 | History | | 10760668 |
| | CSS | 5/13/2004 | 3/4/2004 | LONG DISTANCE TELEPHONE 615.00 | | 0.01 | 6.15 | History | | 11031258 |
| | CSS | 3/25/2004 | 3/24/2004 | LONG DANCE TELEPHONE 85.00 | | 0.01 | 0.85 | History | | 10862863 |
| | CSS | 5/13/2004 | 3/29/2004 | LONG DISTANCE TELEPHONE 675.00 | | 0.01 | 6.75 | History | | 11031259 |
| | CSS | 5/13/2004 | 3/31/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11031260 |
| | CSS | 5/13/2004 | 4/9/2004 | LONG DISTANCE TELEPHONE 915.00 | | 0.01 | 9.15 | History | | 11031261 |
| | CSS | 7/1/2004 | 4/20/2004 | LONG DISTANCE TELEPHONE 465.00 | | 0.01 | 4.65 | History | | 11198113 |

## Cost Type

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|----------|-----------|-----------|-----------|-----------|---------|------|--------|--------|---------|---------|

**99997 / 190184  VBH PROBONO SERVICE / REPRESENTATION OF DEREK L. SIMMS (PRO BONO)  (Cont.)**

**LONG DISTANCE TELEPHONE  (Cont.)**

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|----------|-----------|-----------|-----------|-----------|---------|------|--------|--------|---------|---------|
| | CSS | 4/23/2004 | 4/22/2004 | LONG DISTANCE TELEPHONE 25.00 | | 0.01 | 0.25 | History | | 10962905 |
| | CSS | 4/23/2004 | 4/22/2004 | LONG DISTANCE TELEPHONE 349.00 | | 0.01 | 3.49 | History | | 10962906 |
| | CSS | 4/23/2004 | 4/22/2004 | LONG DISTANCE TELEPHONE 25.00 | | 0.01 | 0.25 | History | | 10962907 |
| | CSS | 7/1/2004 | 4/30/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11198114 |
| | CSS | 5/6/2004 | 5/5/2004 | LONG DISTANCE TELEPHONE 22.00 | | 0.01 | 0.22 | History | | 11007382 |
| | CSS | 7/1/2004 | 5/5/2004 | LONG DISTANCE TELEPHONE 465.00 | | 0.01 | 4.65 | History | | 11198115 |
| | CSS | 7/1/2004 | 5/18/2004 | LONG DISTANCE TELEPHONE 345.00 | | 0.01 | 3.45 | History | | 11198116 |
| | CSS | 7/1/2004 | 5/24/2004 | LONG DISTANCE TELEPHONE 735.00 | | 0.01 | 7.35 | History | | 11198117 |
| | CSS | 7/1/2004 | 5/27/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11198119 |
| | CSS | 7/1/2004 | 5/28/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11198120 |
| | CSS | 7/1/2004 | 5/28/2004 | LONG DISTANCE TELEPHONE 585.00 | | 0.01 | 5.85 | History | | 11198121 |
| | LDL01 | 8/30/2004 | 7/2/2004 | LONG DISTANCE TELEPHONE 615.00 | | 0.01 | 6.15 | History | | 11441244 |
| | LDL01 | 8/30/2004 | 7/6/2004 | LONG DISTANCE TELEPHONE 1,005.00 | | 0.01 | 10.05 | History | | 11441274 |
| | LDL01 | 8/30/2004 | 7/12/2004 | LONG DISTANCE TELEPHONE 285.00 | | 0.01 | 2.85 | History | | 11441275 |
| | LDL01 | 8/30/2004 | 7/12/2004 | LONG DISTANCE TELEPHONE 285.00 | | 0.01 | 2.85 | History | | 11441277 |
| | LDL01 | 8/30/2004 | 7/13/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11441278 |
| | LDL01 | 8/30/2004 | 7/14/2004 | LONG DISTANCE TELEPHONE 945.00 | | 0.01 | 9.45 | History | | 11441279 |
| | CGA01 | 7/29/2004 | 7/20/2004 | LONG DISTANCE TELEPHONE 38.00 | | 0.01 | 0.38 | History | | 11335580 |
| | LDL01 | 8/30/2004 | 7/20/2004 | LONG DISTANCE TELEPHONE 375.00 | | 0.01 | 3.75 | History | | 11441280 |
| | LDL01 | 8/30/2004 | 7/20/2004 | LONG DISTANCE TELEPHONE 1,125.00 | | 0.01 | 11.25 | History | | 11441281 |
| | LDL01 | 8/30/2004 | 7/20/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11441282 |
| | LDL01 | 8/30/2004 | 7/20/2004 | LONG DISTANCE TELEPHONE 375.00 | | 0.01 | 3.75 | History | | 11441284 |
| | LDL01 | 8/30/2004 | 7/21/2004 | LONG DISTANCE TELEPHONE 285.00 | | 0.01 | 2.85 | History | | 11441285 |
| | LDL01 | 8/30/2004 | 7/21/2004 | LONG DISTANCE TELEPHONE 525.00 | | 0.01 | 5.25 | History | | 11441286 |
| | LDL01 | 8/30/2004 | 7/21/2004 | LONG DISTANCE TELEPHONE 345.00 | | 0.01 | 3.45 | History | | 11441287 |
| | LDL01 | 8/30/2004 | 7/26/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11441288 |
| | LDL01 | 10/19/2004 | 7/29/2004 | LONG DISTANCE TELEPHONE 555.00 | | 0.01 | 5.55 | History | | 11628378 |
| | LDL01 | 10/19/2004 | 7/30/2004 | LONG DISTANCE TELEPHONE 285.00 | | 0.01 | 2.85 | History | | 11628380 |
| | LDL01 | 10/19/2004 | 8/3/2004 | LONG DISTANCE TELEPHONE 285.00 | | 0.01 | 2.85 | History | | 11628381 |
| | LDL01 | 10/19/2004 | 8/4/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11628382 |
| | LDL01 | 10/19/2004 | 8/9/2004 | LONG DISTANCE TELEPHONE 285.00 | | 0.01 | 2.85 | History | | 11628383 |
| | LDL01 | 10/19/2004 | 8/9/2004 | LONG DISTANCE TELEPHONE 285.00 | | 0.01 | 2.85 | History | | 11628384 |
| | LDL01 | 10/19/2004 | 8/9/2004 | LONG DISTANCE TELEPHONE 465.00 | | 0.01 | 4.65 | History | | 11628385 |
| | LDL01 | 10/19/2004 | 8/13/2004 | LONG DISTANCE TELEPHONE 765.00 | | 0.01 | 7.65 | History | | 11628386 |
| | LDL01 | 10/19/2004 | 8/13/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11628387 |
| | LDL01 | 10/19/2004 | 8/19/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11628388 |
| | LDL01 | 10/19/2004 | 8/19/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11628389 |
| | LDL01 | 10/19/2004 | 8/20/2004 | LONG DISTANCE TELEPHONE 285.00 | | 0.01 | 2.85 | History | | 11628390 |
| | LDL01 | 10/19/2004 | 8/20/2004 | LONG DISTANCE TELEPHONE 345.00 | | 0.01 | 3.45 | History | | 11628391 |
| | LDL01 | 10/19/2004 | 8/23/2004 | LONG DISTANCE TELEPHONE 285.00 | | 0.01 | 2.85 | History | | 11628392 |
| | LDL01 | 10/19/2004 | 8/23/2004 | LONG DISTANCE TELEPHONE 555.00 | | 0.01 | 5.55 | History | | 11628393 |
| | LDL01 | 10/19/2004 | 8/25/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11628394 |
| | LDL01 | 10/19/2004 | 8/25/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11628395 |
| | LDL01 | 10/19/2004 | 8/26/2004 | LONG DISTANCE TELEPHONE 585.00 | | 0.01 | 5.85 | History | | 11628396 |
| | LDL01 | 10/19/2004 | 8/31/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11628397 |
| | LDL01 | 10/19/2004 | 9/1/2004 | LONG DISTANCE TELEPHONE 315.00 | | 0.01 | 3.15 | History | | 11628398 |
| | LDL01 | 10/19/2004 | 9/1/2004 | LONG DISTANCE TELEPHONE 285.00 | | 0.01 | 2.85 | History | | 11628399 |
| | LDL01 | 10/19/2004 | 9/2/2004 | LONG DISTANCE TELEPHONE 675.00 | | 0.01 | 6.75 | History | | 11628400 |
| | BJF01 | 9/10/2004 | 9/9/2004 | LONG DISTANCE TELEPHONE 23.00 | | 0.01 | 0.23 | History | | 11496922 |
| | TJK03 | 9/17/2004 | 9/16/2004 | LONG DISTANCE TELEPHONE 51.00 | | 0.01 | 0.51 | History | | 11522643 |
| | TJK03 | 9/23/2004 | 9/22/2004 | LONG DISTANCE TELEPHONE 51.00 | | 0.01 | 0.51 | History | | 11540991 |

**Totals for LONG DISTANCE TELEPHONE**          25,373.00          253.73

**OTHER**

| | CSS | 1/5/2004 | 1/5/2004 | OTHER | 1.00 | 750.00 | 750.00 | History | | 10595973 |

Cost Type

| Auth. By | Entered By | Entry Date | Tran. Date | Cost Type | Quantity | Rate | Amount | Status | Balance | Tran. # |
|---|---|---|---|---|---|---|---|---|---|---|

99997 / 190184  VBH PROBONO SERVICE / REPRESENTATION OF DEREK L. SIMMS (PRO BONO)  (Cont.)

**POSTAGE**

| | CSS | 3/24/2004 | 3/23/2004 | POSTAGE | 385.00 | 0.01 | 3.85 | History | | 10858719 |
| | CGA01 | 7/29/2004 | 7/23/2004 | POSTAGE | 475.00 | 0.01 | 4.75 | History | | 11338626 |
| Totals for POSTAGE | | | | | 860.00 | | 8.60 | | | |

**PRIVATE PROCESS SERVICE**

| | CSS | 1/5/2004 | 1/5/2004 | PRIVATE PROCESS SERVICE | 1.00 | 34.00 | 34.00 | History | | 10595967 |

**PROFESSIONAL SERVICES**

| | CSS | 5/27/2004 | 5/24/2004 | PROFESSIONAL SERVICES | 1.00 | 381.45 | 381.45 | History | | 11077624 |

**SERVICE OF**

| | CSS | 11/20/2003 | 11/20/2003 | SERVICE OF | 1.00 | 35.00 | 35.00 | History | | 10459390 |

**TELECOPY**

| | CSS | 6/30/2003 | 6/26/2003 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 10003165 |
| | CSS | 9/11/2003 | 9/10/2003 | TELECOPY | 4.00 | 2.00 | 8.00 | History | | 10227973 |
| | CSS | 11/19/2003 | 11/18/2003 | TELECOPY | 30.00 | 2.00 | 60.00 | History | | 10456624 |
| | CSS | 11/19/2003 | 11/18/2003 | TELECOPY | 31.00 | 2.00 | 62.00 | History | | 10456625 |
| | CSS | 11/21/2003 | 11/19/2003 | TELECOPY | 3.00 | 2.00 | 6.00 | History | | 10463558 |
| | CSS | 11/21/2003 | 11/19/2003 | TELECOPY | 3.00 | 2.00 | 6.00 | History | | 10463559 |
| | CSS | 2/10/2004 | 2/6/2004 | TELECOPY | 15.00 | 2.00 | 30.00 | History | | 10711759 |
| | CSS | 2/10/2004 | 2/6/2004 | TELECOPY | 15.00 | 2.00 | 30.00 | History | | 10711760 |
| | CSS | 4/1/2004 | 3/31/2004 | TELECOPY | 3.00 | 2.00 | 6.00 | History | | 10890509 |
| | CSS | 4/1/2004 | 3/31/2004 | TELECOPY | 2.00 | 2.00 | 4.00 | History | | 10890510 |
| | CSS | 4/1/2004 | 3/31/2004 | TELECOPY | 3.00 | 2.00 | 6.00 | History | | 10890511 |
| | CSS | 4/4/2004 | 4/1/2004 | TELECOPY | 3.00 | 2.00 | 6.00 | History | | 10901539 |
| | CSS | 4/14/2004 | 4/13/2004 | TELECOPY | 3.00 | 2.00 | 6.00 | History | | 10932039 |
| | CSS | 4/14/2004 | 4/13/2004 | TELECOPY | 3.00 | 2.00 | 6.00 | History | | 10932040 |
| | CSS | 4/23/2004 | 4/22/2004 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 10964089 |
| | CSS | 4/23/2004 | 4/22/2004 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 10964090 |
| | CSS | 4/28/2004 | 4/27/2004 | TELECOPY | 2.00 | 2.00 | 4.00 | History | | 10979158 |
| | CSS | 4/28/2004 | 4/27/2004 | TELECOPY | 2.00 | 2.00 | 4.00 | History | | 10979159 |
| | CSS | 4/29/2004 | 4/28/2004 | TELECOPY | 13.00 | 2.00 | 26.00 | History | | 10983064 |
| | CSS | 5/18/2004 | 5/14/2004 | TELECOPY | 6.00 | 2.00 | 12.00 | History | | 11045433 |
| | CSS | 6/22/2004 | 6/21/2004 | TELECOPY | 3.00 | 2.00 | 6.00 | History | | 11162580 |
| | CGA01 | 8/25/2004 | 8/21/2004 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 11422445 |
| | CGA01 | 8/25/2004 | 8/21/2004 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 11422446 |
| | BJF01 | 9/10/2004 | 9/9/2004 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 11496655 |
| | BJF01 | 9/10/2004 | 9/9/2004 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 11496656 |
| | BJF01 | 9/10/2004 | 9/9/2004 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 11496657 |
| | BJF01 | 9/10/2004 | 9/9/2004 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 11496658 |
| | MFB02 | 9/15/2004 | 9/14/2004 | TELECOPY | 2.00 | 2.00 | 4.00 | History | | 11515290 |
| | MFB02 | 9/15/2004 | 9/14/2004 | TELECOPY | 2.00 | 2.00 | 4.00 | History | | 11515291 |
| | TJK03 | 9/23/2004 | 9/22/2004 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 11540555 |
| | TJK03 | 9/23/2004 | 9/22/2004 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 11540556 |
| | TJK03 | 9/25/2004 | 9/24/2004 | TELECOPY | 15.00 | 2.00 | 30.00 | History | | 11551572 |
| | TJK03 | 10/23/2004 | 10/22/2004 | TELECOPY | 1.00 | 2.00 | 2.00 | History | | 11644295 |
| | TJK03 | 2/24/2005 | 2/23/2005 | TELECOPY | 1.00 | 0.00 | 0.00 | History | | 12027331 |
| Totals for TELECOPY | | | | | 176.00 | | 350.00 | | | |

Totals for 99997 / 190184  VBH PROBONO SERVICE / REPRESENTATION OF DEREK L. SIMMS (PRO BONO) 41,306.00 11,916.55

**Report Total**     41,306.00     **$11,916.55**