# EXHIBIT 1

Case 1:02-cv-03276-WMN    Document 80-2    Filed 11/02/2007    Page 1 of 2

 

# VENABLE LLP

Two Hopkins Plaza, Suite 1800  Telephone 410-244-7400  www.venable.com
Baltimore, Maryland 21201-2978  Facsimile 410-244-7742

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY/CLIENT COMMUNICATION**

September 30, 2004

**VIA UPS**

Mr. Derek L. Simms
(Inmate #266549)
Eastern Shore Pre-Release Unit
700 Flat Iron Square Road
Church Hill, MD 21623

Re:   Simms v. Tessema, et al. Case No.: 1:02-cv-3276

Dear Mr. Simms:

This letter will confirm that, on September 27, 2004, the above-referenced case settled for $55,000.00 (A copy of the "Settlement Order" that was entered in this case is enclosed herewith. Please note that you still need to sign the actual settlement agreement, which I will forward to you in the next few days for your signature.) The settlement check for the full amount of $55,000.00 will be made payable to Venable LLP. As we previously agreed, my law firm, Venable LLP, will deduct from that amount the actual costs we incurred in prosecuting this case on your behalf, which in no event will exceed $15,000.00. Therefore, upon receipt of the settlement check, Venable LLP will deduct its costs and then forward to you the balance, which will be at least $40,000.00. As you know, the settlement and the terms of the settlement agreement in this case are to remain strictly confidential.

Please date and sign your name where indicated below to show that you are in agreement with the arrangement set forth above, and return this letter to me in the self-enclosed stamped envelope.

Very truly yours,

*[signature]*

Colleen M. Mallon

Enclosure

Date: 10-01_____, 2004

*[signature: Derek L. Simms]*

Derek L. Simms

MARYLAND    VIRGINIA    WASHINGTON, DC

EXHIBIT 1