# EXHIBIT 2

Case 1:02-cv-03276-WMN    Document 80-3    Filed 11/02/2007    Page 1 of 2

**VENABLE**LLP

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978

Telephone 410-244-7400
Facsimile 410-244-7742

www.venable.com

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY/CLIENT COMMUNICATION**
October 28, 2004

**VIA UPS MAIL**
Mr. Derek L. Simms (Inmate #266549)
Eastern Correctional Institution
30420 Revells Neck Road
Westover, Maryland 21890

Re:   Simms v. Tessema, et al. Case No.: 1:02-cv-3276

Dear Mr. Simms:

Enclosed for your review please find the Settlement Agreement and General Release (the "Agreement"), which outlines the terms of the settlement in the above-referenced case. Do **not** sign the Agreement until we have discussed the terms of the Agreement over the telephone. I have made arrangements with your case administrator, Mr. Weisengoff, to speak with you via telephone on Wednesday, November 3, 2004. (Mr. Weisengoff indicated that there is a chance I will be able to speak with you on Monday, November 1, 2004, but that it is definite that I will be able to speak to you on Wednesday, November 3, 2004.) During that telephone conversation, I will go over in detail the terms of the Agreement, and answer any questions you might have regarding same. Please have the Agreement with you for our telephone conversation.

Please note that a notary will need to witness you sign the Agreement, therefore, **only sign and date the Agreement after we have talked and when the notary is present.** (The notary does not need to, and should not, read the Agreement.) Mr. Weisengoff indicated to me that he will arrange for a notary to be present when you sign the Agreement on Wednesday, November 3, 2004. (I will place yellow post-it notes where such signatures/date are needed.) Once both you and the notary have signed the Agreement, please return the Agreement (all 4 pages) to me in the enclosed envelope. **Please remember, you cannot show or discuss the terms of the Agreement with anyone; furthermore, until you sign and return the Agreement to me, please keep it in a safe/confidential place where no one else can access it.**

Lastly, I have received the settlement check, and after our telephone conversation on Wednesday, November 3, 2004, I will deposit same in an escrow account at my law firm, Venable LLP. Upon your release from prison, I will mail a check reflecting the settlement award (minus the costs my firm incurred in prosecuting this case on your behalf to which you agreed) to your attention.

Very truly yours,

/s/ Colleen M. Mallon

Colleen M. Mallon

Enclosure/ BA2 #254441

MARYLAND   VIRGINIA   WASHINGTON, DC

EXHIBIT 2