# EXHIBIT 3



**VENABLE**®LLP

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978

Telephone 410-244-7400
Facsimile 410-244-7742

www.venable.com

December 3, 2004

**VIA UPS MAIL**

Mr. Derek L. Simms
4715 Jonesvillage Road
Hurlock, Maryland 21643

Re:    <u>Simms v. Tessema, et al. Case No.:  1:02-cv-3276</u>

Dear Mr. Simms:

    Enclosed please find a check in the amount of $43,169.45. As we agreed, that amount reflects the settlement award in the above-referenced case ($55,000.00) minus the costs my firm, Venable LLP, incurred in prosecuting this case on your behalf ($11,830.55). I hope this money will give you a new start on life, and I encourage you to deposit the bulk of it in some type of savings account for your future needs.

Very truly yours,

Colleen M. Mallon

Enclosure
BA2DOCS/257002

EXHIBIT 3



E 313697

Amount Paid
43,169.45

MERCANTILE-SAFE DEPOSIT
& TRUST COMPANY

VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
Escrow Account

DATE
12/03/04

CHECK NO
313697

Z-61
520

AMOUNT
43,169.45

E 313697

PAY
TO THE
ORDER
OF

DEREK L. SIMMS

******************** Forty Three Thousand One Hundred Sixty Nine & 45/100

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE
(TWO SIGNATURES REQUIRED OVER $25,000.00)

VOID AFTER 180 DAYS